UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T. S. *et al.*, | |
| Plaintiffs, | Case No. 1:16-cv-08303 |
| v. | Judge Amy J. St. Eve |
| Twentieth Century Fox Television, Inc. *et al.*, | |
| Defendants. | |

## UNOPPOSED MOTION TO AMEND COMPLAINT

Plaintiffs in the above-captioned matter, by and through their attorneys, respectfully move the Court for leave to file an amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs have obtained written consent from the Defendants to amend their complaint.

October 4, 2016

Respectfully Submitted,

 /s/ Stephen H. Weil

Stephen H. Weil
sweil@eimerstahl.com

Pamela R. Hanebutt
phanebutt@eimerstahl.com

Susan M. Razzano
srazzano@eimerstahl.com

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600

*Attorneys for Named Plaintiffs T. S. and Q. B.*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2016, a true and correct copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

                                                                 /s/ Stephen H. Weil