UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>        Plaintiffs.<br><br>        v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation et al.,<br><br>        Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Judge Amy J. St. Eve |

**RESPONSE TO PLAINTIFFS' MOTION TO PERMIT
SERVING OF DOCUMENT PRESERVATION SUBPOENAS
PURSUANT TO THE COURT'S NOVEMBER 7, 2016 ORAL ORDER**

      Defendants Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation ("TCFTV"), Fox Broadcasting Company, Fox Entertainment Group, LLC, Fox Networks Group, Inc., and Twenty-First Century Fox, Inc. (collectively the "Fox Defendants"), by and through their undersigned attorneys, pursuant to the Court's oral order issued on November 7, 2016 (the "Order"), hereby submit this Response to Plaintiffs' Motion to Permit Serving of Document Preservation Subpoenas, and in support thereof state as follows:

      Pursuant to Order, the Fox Defendants have today furnished to plaintiffs' counsel the names of three people most heavily involved in Fox's selection of the Juvenile Temporary Detention Center as an appropriate location to film scenes for the television show "Empire," and/or in the actual logistics of that filming, as well as eleven other people who may have relevant knowledge on one or more of the five subjects the Court directed the Fox Defendants to investigate. As counsel for the Fox Defendants represented to the Court at the November 7, 2016 hearing on this matter, the Fox Defendants already have secured all responsive documents from the three key

1

persons. The Fox Defendants now have also reached out to the eleven additional persons to determine if they have potentially relevant documents, and will be collecting any such documents from them shortly.

Although many of the identified people had the formal status of independent contractors for defendant Twentieth Century Fox Television ("TCFTV"), they all had formal roles on "Empire," such as producer, director, location manager/coordinator, production designer, or as an assistant to one of these people. All were employed or contracted by TCFTV. Undersigned counsel has advised Plaintiffs' counsel that, should they still wish to serve preservation subpoenas, counsel for the Fox Defendants can accept service of preservation subpoenas immediately for the three key persons, and will confirm shortly whether we may accept service for the others, as well.

Date: November 11, 2016

Respectfully Submitted,

/s/ Jeffrey S. Jacobson

Jeffrey S. Jacobson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
212-808-5145
jjacobson@kelleydrye.com

Matthew C. Luzadder
Catherine E. James
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
mluzadder@kelleydrye.com
cjames@kelleydrye.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Response to Plaintiffs' Motion to Permit Serving of Document Preservation Subpoenas Pursuant To The Court's November 6, 2016 Oral Order* was served on all counsel of record pursuant to the Court's ECF system on this 11th day of November, 2016.

/s/ Jeffrey S. Jacobson _____
Jeffrey S. Jacobson