**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T.S. *et al.*,<br><br>          Plaintiffs.<br><br>    v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation *et al.*,<br><br>          Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Judge Amy J. St. Eve |

**DECLARATION OF CATHERINE E. JAMES**

I, **CATHERINE E. JAMES**, hereby declare as follows:

    1.    I am an attorney at the law firm of Kelley Drye & Warren LLP ("Kelley Drye"), counsel for Defendants Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation ("TCFTV"), Fox Broadcasting Company, Fox Entertainment Group, LLC, Fox Networks Group, Inc., and Twenty-First Century Fox, Inc. (collectively the "Fox Defendants") in the above-captioned action. This is a declaration to support the Fox Defendants' Motion to Dismiss and Memorandum in Support of Motion to dismiss Plaintiffs' Amended Complaint. I make this declaration based upon my personal knowledge of the facts and circumstances set forth herein and my review of the relevant files in this litigation.

    2.    Attached hereto as Exhibit A is a true and correct copy of the June 18, 2015 Location Agreement by and between the County of Cook and TCFTV.

    3.    Attached hereto as Exhibit B is a true and correct copy of the July 7, 2015 Addendum to Location Agreement by and between County of Cook and TCFTV.

4. Attached hereto as Exhibit C is a true and correct copy of the August 18, 2015 Addendum #2 to Location Agreement by and between County of Cook and TCFTV.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 5th day of December, 2016, in Chicago, Illinois

_____
Catherine E. James