IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T. S. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation *et al.*, <br><br> Defendants. | Case No. 1:16-cv-08303 <br><br> Judge Amy J. St. Eve |

## DECLARATION OF STEPHEN H. WEIL

I, Stephen H. Weil, hereby declare as follows:

1.  I am an attorney at the law firm of Eimer Stahl LLP, counsel for Plaintiffs T.S. and Q.B. in the above-captioned action. This is a declaration in support of Plaintiffs' Consolidated Response to Defendants' Motions to Dismiss First Amended Complaint. I make this declaration based upon my personal knowledge of the facts and circumstances set forth herein.

2.  Attached hereto as Exhibit A is a true and correct copy of a document retrieved from the PACER server for the U.S. District Court for the Northern District of Illinois and located on the electronic docket of the action captioned *Frederick v. The Biography Channel*, 09-cv-06837 (N.D. Ill.) (Shadur, J.; Valdez, M.J.), and marked ECF No. 17-2. The document was filed as an attachment to the *Frederick* plaintiffs' Response to Defendants' Motion to Dismiss (ECF No. 17), and is referred to as a "written contract" in that Response. (*See* ECF No. 17 at 2.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 17, 2017.

*[signature]*

_____