# Exhibit A

# AGREEMENT

This Agreement ("Agreement") is entered into this ___19th___ day of ___September___ 2007, by A Day With, Inc ("ADW") and the City of Naperville (the "City"), in connection with the filming and recording (the "Recording(s)" and, each such activity, to "Record") by ADW and the locations operated by the Naperville Police Department including but not limited to in and on Department operated vehicles (collectively, the "Premises")

1 The recording schedule will be mutually agreed to by the parties It is understood and agreed that the recordings shall not interfere with the Police Department's operations and services

2 The Police Department grants permission to ADW, to Record all members and employees of the Department who consent to such Recording and sign an individual release provided by ADW Those employees who do not sign such a release will not be recorded

3 It is understood and agreed that the Recordings shall not interfere with the Police Department's operations and services If at any time the Police Department reasonably determines that the Recording activity interferes with Police Department operations and services, the Police Department may require that the Recordings cease immediately

4 ADW agrees that its staff, contractors and any agents will use local Naperville vendors for hotel rooms, rental vehicles, restaurants and gasoline If requested by the City, ADW will provide documentation, including receipts, which exhibit compliance with this paragraph

5 ADW understands and acknowledges that the Police Department has a vested interest in projecting a respectable reputation of professionalism, integrity and dedication to public service As such, the Police Department shall have the right to review the rough cut of any pilot or episode in which any of the Recordings are included ADW will send the rough cut or provide access to the rough cut via a secure Internet site to the attention of one individual designated in writing by the Police Department Within five business days of receipt or Internet access of any rough cut, the Police Department's designated representative shall advise ADW in writing on behalf of the City and Police Department of any material that it desires to have removed from the rough cut ADW agrees that it will honor and comply with the City and Police Department's direction to remove any and all material and that the removed material will not be broadcast or used at anytime Failure of the Police Department to notify ADW of such deletion request within the designated period shall be considered approval of the content thereof and shall be deemed a waiver of any future claims with respect to the content of any such pilot or episode ADW agrees that the content of any final pilot or episode will be substantially similar to the rough cut reviewed and revised by the Police Department as set forth herein The Police Department represents and warrants that ADW can rely on the written comments delivered by the Police Department with respect to the rough cut and that neither the City or the Police Department shall have any further right to comment thereafter, and, provided ADW complies with the Police Department's written notes neither the City nor the Police Department shall have any right to pursue any claim against ADW with respect to program content

6 All rights of every kind in and to all photographs, film and Recordings made on the Premises shall be and remain vested in ADW, including, without limitation, the right to use and reuse all such photographs, film and Recordings in subsequent productions of any kind The Police Department and all of its employees, members or affiliated entities and individuals shall have no claim or action against ADW or any other party arising out of any use of the photographs, film and/or Recordings In the event the Police Department makes a reasonable good faith determination that that ADW did not comply with the provisions of paragraph 5, the Police Department shall have the right to pursue all remedies available to it in paragraphs 11 and 12 below

7 ADW agrees to use reasonable care to prevent damage to the Premises and will indemnify, defend and hold the City of Naperville (the "City"), the Police Department and all its officers, agents and employees harmless from any and all claims and demands of any person or persons arising out of or related in anyway to the Recordings and ADW's presence at the respective Premises Such defense and indemnification shall include all damages, costs and reasonable outside attorneys fees

8 Subject to the rights of the Police Department in paragraphs 11 and 12, the Department hereby grants ADW a non-exclusive, in perpetuity and non-revocable license to include the Department and City's logos, trademarks and service marks in any pilot or episode in which any such logos, trademarks or service marks are captured during the Recordings

9 ADW, hereby WAIVES, DISCHARGES AND COVENANTS not to sue and fully releases the City, the Police Department and their respective members, officers, agents and employees (the "Released Parties") from any and all claims, demands or any potential and future liability arising out of the Recordings or related activities that are not the result of the intentional or gross negligence of the Released Parties

10 ADW HEREBY ASSUMES FULL RESPONSIBILITY FOR ANY RISK OF LIABILITY FOR ANY CAUSE OF ACTION, INCLUDING BUT NOT LIMITED TO ACTIONS ARISING IN TORT, PURPORTED PRIVACY VIOLATIONS, BODILY INJURY, DEATH OR PROPERTY DAMAGE OR ANY OTHER CLAIM OR LIABILITY arising out of the Recording or related activities, that are not the result of the intentional or gross negligence of the Released Parties

11 This Agreement shall be interpreted under the laws of the State of ILLINOIS applicable to contracts entered into and fully to be performed therein The parties consent to the exclusive jurisdiction and venue in the Eighteenth Judicial Circuit Court, DuPage County, Illinois over any action or proceeding arising out of or relating to this Agreement or the breach thereof, consent to the personal jurisdiction of such courts and agree to accept service by mail No waiver of any term hereof shall be deemed to be continuing or be deemed to waive any other term hereof Each party's rights and remedies herein shall be cumulative and the exercise of any right or remedy shall not limit any other right or remedy hereunder, at law or in equity This Agreement may not be modified nor any provision waived except by a writing signed by both of the parties This Agreement constitutes the entire understanding of the parties concerning the subject matter hereof, all prior negotiations and understandings are merged herein Each party acknowledges that it has not relied upon any representations of the other in entering into this Agreement except as set forth herein If

any provision hereof is deemed to be illegal or unenforceable, then the remainder of the provisions shall be deemed to continue in full force and effect, and the illegal or unenforceable provision shall be deemed modified in such a way that its intent is nevertheless complied with to the fullest extent possible

12 Notwithstanding anything in the preceding paragraph, in the event of an alleged failure by ADW with respect to the inclusion of material in the final cut that the Police Department had requested be changed, modified or deleted, the City and the Police Department's rights and remedies in the event of such alleged breach of this Agreement by ADW shall include the right to have ADW cease any future Recordings and to pursue all remedies at law, pursuant to paragraph 11, to which it may be entitled  Both parties hereto agree that their remedies with respect to any breach hereunder shall be limited to the recovery of damages at law and that neither party may seek injunctive or equitable relief of any type or nature against the other party

13 The undersigned each represent that they are authorized to execute this Agreement on behalf their respective party, binding such party to the terms hereof  No other authorization is necessary to enable ADW to use the Premises and conduct the Recordings

A DAY WITH, INC ("COMPANY")

9223 Pico Boulevard, Ste  218
Los Angeles, CA 90035
Tel  (310) 385-12000/Fax  (310) 385-1207

By _____
Its _____ CEO
Printed Name ___Joanne Rubino___

CITY OF NAPERVILLE, an Illinois municipal corporation,
400 South Eagle Street
Naperville, IL 60540

By _____
Its _____
Printed Name ___Robert Marshall___