IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| T.S., a minor by and through his parent and guardian, S.S., *et al.* | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | 16 C 8303 |
| Twentieth Century Fox Television, Inc., *et al.*, | ) ) ) | Honorable Amy J. St. Eve |
| Defendants. | ) | |

## NOTICE OF FILING

TO: All Counsel of Record

PLEASE TAKE NOTICE that on February 10, 2017, Defendants filed their Reply to In Support of Motion to Dismiss with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division. The document has been linked to this notice via Electronic Case Filing (ECF).

        Kimberly M. Foxx
        State's Attorney of Cook County

By: /s/ Thomas E. Nowinski
     Thomas E. Nowinski
     Assistant State's Attorney
     500 Richard J. Daley Center
     Chicago, Illinois 60602
     (312) 603-4327

## CERTIFICATE OF SERVICE

I, Thomas E. Nowinski, Assistant State's Attorney, hereby certify that on February 10, 2017, I filed Defendants' Reply In Support of Motion to Dismiss and that all counsel of record were served via Electronic Case Filing (ECF).

        /s/ Thomas E. Nowinski