## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*, <br><br> Plaintiffs. <br><br> v. <br><br> Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation *et al.*, <br><br> Defendants. | Case No. 1:16-cv-08303 <br><br> Honorable Judge Amy J. St. Eve |

## DEFENDANT TWENTIETH CENTURY FOX TELEVISION'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLIANT

1.      On April 20, 2017, the Court dismissed, without prejudice, Plaintiffs' claims against the Fox Defendants (ECF No. 73).  The Court ordered Plaintiffs, if they wished to attempt to cure the deficiencies the Court noted, to file their Second Amended Complaint ("SAC") by May 19, 2017 (ECF No. 78).

2.      On May 17, 2017, Plaintiffs sought the Fox Defendants' consent "to add to the SAC a count against the Fox Defendants sounding in unjust enrichment/accounting."  Plaintiffs did not explain their basis for believing that such a claim was plausible.

3.      The Fox Defendants advised Plaintiffs that they did not consent.

4.      On May 19, 2017, Plaintiffs filed a Motion to Amend Complaint (ECF No. 80) along with a draft of their SAC (ECF No. 80-1).

5.      A claim based on "Unjust Enrichment and/or Accounting" is futile because, as demonstrated in Plaintiffs' draft SAC (ECF No. 80-1), Plaintiffs cannot allege that the Fox Defendants acted jointly with the state actor Defendants.  "[I]f an unjust enrichment claim rests

on the same improper conduct alleged in another claim, then the unjust enrichment claim will be tied to this related claim—and, of course, unjust enrichment will stand or fall with the related claim." *Cleary v. Philip Morris Inc.*, 656 F.3d 511, 517 (7th Cir. 2011) (citations omitted).

6.      Moreover, the addition of a claim based on "unjust enrichment / accounting" is an attempt to circumvent the "meeting of the minds" requirement, repeatedly set forth by the Seventh Circuit, that the Court correctly found lacking in Plaintiffs' joint liability theories for civil rights violations. *See* Memorandum Opinion and Order. (ECF No. 73 at 13-14, 16). The factual pleadings of the draft SAC contain the same fatal deficiency.

7.      If the Court grants Plaintiffs' leave to amend their Complaint to add a claim based on "Unjust Enrichment and/or Accounting," the Fox Defendants will more fully address this claim's lack of merit in their forthcoming motion to dismiss. The Fox Defendants, however, did not believe it prudent or necessary for them to consent to this proposed new claim.

Date: May 22, 2017                    Respectfully Submitted,

                                      /s/ Jeffrey S. Jacobson

                                      Jeffrey S. Jacobson
                                      Kelley Drye & Warren LLP
                                      101 Park Ave
                                      New York, NY 10178
                                      212-808-5145
                                      jjacobson@kelleydrye.com

                                      Matthew C. Luzadder
                                      Janine N. Fletcher
                                      Kelley Drye & Warren LLP
                                      333 West Wacker Drive
                                      Suite 2600
                                      Chicago, IL 60606
                                      (312) 857-7070
                                      mluzadder@kelleydrye.com
                                      jfletcher@kelleydrye.com

                                      *Attorneys for the Fox Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Defendant Twentieth Century Fox Television's Opposition to Plaintiffs' Motion to Amend Complaint were served on all counsel of record pursuant to the Court's ECF system on this 22nd day of May, 2017.


/s/ Jeffrey S. Jacobson