IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>Twentieth Century Fox Television *et al.,*<br><br>Defendants. | Case No. 1:16-cv-08303<br><br>Hon. Amy J. St. Eve |

### REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT

The Fox Defendants argue that Plaintiffs should not be allowed to amend because Plaintiffs "cannot allege that the Fox Defendants acted jointly with the state actor Defendants," and thus Plaintiffs' proposed claim is futile. (Fox Def. Opp'n, Doc. # 85, ¶ 5.)

Setting aside the fact that the Court has already allowed Plaintiffs to file a Second Amended Complaint *re-alleging* joint-actor liability (*see* Doc. # 73 at 2), the proposed claim, as Plaintiffs explained in their original motion, would turn on a different question: whether the Fox Defendants profited from the government's misconduct with notice thereof. (*See* Pl. Mot. Amend, Doc. # 80, ¶ 8.) The Fox Defendants evidently take a different view, arguing that any unjust enrichment claim would rise or fall with the existing claims against them (Doc. # 85 ¶ 5), and that all *those* claims require a "meeting of the minds." (*Id.* ¶ 6.)

Plaintiffs respectfully submit that the proper way to resolve this dispute is through briefing on the Fox Defendants' "forthcoming motion to dismiss." *(Id.* ¶ 7.) Pursuant to the liberal standards of Rule 15(a)(2), the court therefore should grant Plaintiffs leave to file a Second Amended Complaint with the proposed new count, Count XIII, included.

May 22, 2017                                     Respectfully submitted,

                                                       /s/ Alexis G. Chardon

Stephen H. Weil – steve@weilchardon.com
Alexis G. Chardon – ali@weilchardon.com
Weil & Chardon LLC
1713 W. School Street
Chicago, IL 60657
(312) 752-6046

*Attorneys for Named Plaintiffs T.S. and Q.B.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2017, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Alexis G. Chardon