# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>  Plaintiffs.<br><br>    v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation *et al.*,<br><br>  Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Judge Amy J. St. Eve |

### **MOTION FOR CLARIFICATION OR RECONSIDERATION**

Defendants Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, Fox Broadcasting Company, and Twenty-First Century Fox, Inc. (collectively the "Fox Defendants"), by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 60, hereby submit this Motion for Clarification or Reconsideration of the Court's October 16 Memorandum Opinion and Order (the "New Opinion," Dkt. No. 110), and in support thereof state as follows:

As explained more fully in the accompanying Memorandum of Law submitted in support of this Motion, the Fox Defendants seek clarification of the Court's analysis of the elements necessary to support Plaintiffs' claim against them for tortious inducement to breach fiduciary duties. By this motion, the Fox Defendants ask only that the Court revisit and clarify its analysis of the elements necessary to support this particular claim as it proceeds to discovery. In its April 20, 2017 Order dismissing Plaintiffs' claims against the Fox Defendants, the Court made clear— consistent with numerous Seventh Circuit and Illinois appellate decisions—that pleading and proving a tortious inducement claim requires establishing that the defendant ***knowingly***

*participated* in or *knowingly induced* the breaches at issue. (Dkt. 73 at 26, hereinafter "Prior Opinion.") In contrast to the Prior Opinion, the New Opinion may be read to suggest, through references to Plaintiffs' factual allegations, that Plaintiffs instead can establish liability simply by proving that the Fox Defendants "offer[ed] to pay rent for the JTDC" if "the JTDC's administrators would…make the second and third floors of the JTDC available for filming of [Empire]." New Opinion at 10. The Fox Defendants ask this Court to clarify—as it stated explicitly in the Prior Opinion—that Plaintiffs must prove knowing participation by the Fox Defendants in a breach of duty by Cook County in order to succeed in a claim for inducing that breach.

WHEREFORE, Defendants Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, Fox Broadcasting Company, Fox Entertainment Group, LLC, Fox Networks Group, Inc., and Twenty-First Century Fox, Inc., request that the Court grant their Motion for Clarification or Reconsideration, and for such other and further relief as the Court deems just.

Date: October 24, 2017

Respectfully Submitted,

/s/ Jeffrey S. Jacobson

Jeffrey S. Jacobson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
212-808-5145
jjacobson@kelleydrye.com

Matthew C. Luzadder
Catherine E. James
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
mluzadder@kelleydrye.com

cjames@kelleydrye.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing ***Motion For Clarification and Reconsideration*** was served on all counsel of record pursuant to the Court's ECF system on this 24th day of October, 2017.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
