UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>                 Plaintiffs.<br><br>v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation *et al.*,<br><br>                 Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Judge Amy J. St. Eve |

**AGREED MOTION TO AMEND PROTECTIVE ORDER**

Defendants Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, Fox Broadcasting Company, and Twenty-First Century Fox, Inc. (collectively the "Fox Defendants"), by and through their undersigned attorneys, hereby move to amend the Agreed Confidentiality Order (Dkt. No. 96) to add the Fox Defendants as parties subject to and beneficiaries of the Agreed Confidentiality Order for all purposes, and in support thereof state as follows:

      1.      Pursuant to the Court's June 29, 2017 Minute Entry, the parties submitted an agreed protective order to the Court, which the Court subsequently entered on July 11, 2017. (Dkt. Nos. 95, 96). Because the Fox Defendants had a currently pending Motion to Dismiss Plaintiffs' Second Amended Complaint, they were not listed as parties to that Agreed Confidentiality Order. (Dkt. 96 at 11).

      2.      On October 16, 2017, this honorable Court granted in part and denied in part the Fox Defendants' Motion to Dismiss the Second Amended Complaint. (Dkt. No. 109). The Fox

1

Defendants filed their Answer to the Second Amended Complaint on November 13, 2017. (Dkt. No. 121).

3. The Fox Defendants seek to be added as parties subject to and beneficiaries of the Agreed Confidentiality Order.

4. The Fox Defendants have conferred with all other parties to this action, who have agreed to the relief requested herein.

WHEREFORE, Defendants Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, Fox Broadcasting Company, and Twenty-First Century Fox, Inc., by and through their undersigned attorneys, respectfully request that the Court amend the Agreed Confidentiality Order (Dkt. No. 96) to add the Fox Defendants as parties subject to and beneficiaries of the Agreed Confidentiality Order for all purposes, and for such other and further relief as the Court deems just.

Date: November 29, 2017

Respectfully Submitted,

/s/ Jeffrey S. Jacobson

Jeffrey S. Jacobson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
212-808-5145
jjacobson@kelleydrye.com

Matthew C. Luzadder
Catherine E. James
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
mluzadder@kelleydrye.com
cjames@kelleydrye.com

*Attorneys for the Fox Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Agreed Motion to Amend Protective Order* was served on all counsel of record pursuant to the Court's ECF system on this 29th day of November, 2017.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson