**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| T.S. *et al.,* | |
| Plaintiffs, | |
| | Case No. 1:16-cv-08303 |
| v. | |
| | Hon. Amy J. St. Eve |
| Twentieth Century Fox Television *et al.,* | |
| Defendants. | |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSE FROM THE**
**OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY**

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B), Plaintiffs hereby move the

Court to compel Office of the Chief Judge of the Circuit Court of Cook County ("Chief Judge's

Office") to respond to discovery served on the Chief Judge's Office by Plaintiffs.

Plaintiffs served requests for production on the Chief Judge's Office on August 31, 2017,

with responses due at the end of September 2017.  A copy of the requests for production is

attached hereto as Exhibit 1.  The Chief Judge's Office initially informed Plaintiffs via email that

responses would be forthcoming at the end of October.  Plaintiffs' counsel inquired about the

responses via email on November 13 and spoke via phone with counsel for the Chief Judge's

Office on November 15.  Plaintiffs' counsel again inquired via email about the status of

production on December 1 and December 14.  On December 15, counsel for the Chief Judge's

Office informed counsel for Plaintiffs that he did not yet have any response to provide from his

client.  Plaintiffs' counsel again conferred with counsel for the Chief Judge's Office on

December 22, and was provided the same information.

As of the date of this motion, Plaintiffs have received no response to their requests for production from the Chief Judge's Office, either in the form of an objection to the requests, production, or other substantive response.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order requiring the Chief Judge's Office to respond to the document production request served on the Chief Judge's Office in August 2017.

In compliance with Local Rule 37.2, Plaintiffs' counsel states that they have attempted to resolve this issue without the Court's intervention, as set out in the communications described above.

December 27, 2017                    Respectfully Submitted,

                                     /s/ Alexis G. Chardon

                                     Alexis G. Chardon – ali@weilchardon.com
                                     Stephen H. Weil – steve@weilchardon.com
                                     Weil & Chardon LLC
                                     333 S. Wabash Avenue, Suite 2700
                                     Chicago, IL 60604
                                     (312) 585-7404

                                     *Attorneys for Named Plaintiffs T.S. and Q.B.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2017, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


<u>/s/ Alexis G. Chardon</u>