IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Twentieth Century Fox Television *et al.*,<br><br>      Defendants. | Case No. 1:16-cv-08303<br><br>Hon. Amy J. St. Eve |

## PLAINTIFFS' MOTION TO SEAL DOCUMENT

Pursuant to the parties' Agreed Confidentiality Order (ECF No. 96) and Local Rule 26.2, Plaintiffs move the Court to seal or strike from the electronic docket the exhibits filed in support of their Motion to Compel (ECF No. 138-1) and substitute for those exhibits the exhibits attached to this Motion.

In support of this motion Plaintiffs state as follows:

1.      Plaintiffs filed a motion to compel on March 2, 2018 (ECF No. 138). To this motion Plaintiffs attached exhibits reflecting the parties' meet-and-confer correspondence and related materials, totaling 170 pages (ECF No. 138-1.)

2.      In two instances, these exhibits included information covered by the Agreed Confidentiality Order. Plaintiffs should have redacted that information but they inadvertently did not so. Defense counsel brought the issue to Plaintiffs' attention earlier this morning.

3.      The exhibits included with this Motion are identical to ECF No. 138-1, but with the information at issue redacted.

4.      The paper courtesy copy of ECF No. 138 and ECF 138-1 that Plaintiffs delivered to the Court contains the unredacted documents, and can be considered the unredacted courtesy

1

copies required by Local Rule 26.2(e).

**WHEREFORE**, Plaintiffs respectfully request:

1. That the Court issue an order sealing or striking from the electronic docket ECF No. 138-1.

2. That the Court accept the attached exhibits as a substitute for ECF No. 138-1.

3. That the Court provide whatever other relief is appropriate.

March 6, 2018

Respectfully Submitted,

/s/ Stephen H. Weil

Alexis G. Chardon – ali@weilchardon.com
Stephen H. Weil – steve@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Avenue, Suite 2700
Chicago, IL 60604
(312) 585-7404

*Attorneys for Named Plaintiffs T.S. and Q.B.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                            /s/ Stephen H. Weil