**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T.S. et al , Plaintiff(s), v. Twentieth Century Fox Television et al., Defendant(s). | Case No. 16 C 8303 Judge Amy J. St. Eve |

## ORDER

(0:05)   Status hearing held on 3/7/18 and continued to 4/4/18 at 9:00 a.m.  Parties are directed to file a joint proposed discovery schedule by 3/28/18.  Plaintiffs' motion to seal document [141] is granted.  The Clerk's Office is directed to seal doc. 138-1.

Date:  3/7/2018

Amy J. St. Eve
United States District Judge