**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T.S. *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Twentieth Century Fox Television *et al.*,<br><br>　　　　　Defendants. | Case No. 1:16-cv-08303<br><br>Hon. Amy J. St. Eve |

**JOINT PROPOSED DISCOVERY SCHEDULE**

Pursuant to the Court's March 7, 2018 Minute Order (ECF No. 144), the parties submit this joint proposed discovery schedule.

**1.　　PLAINTIFFS' PROPOSED DISCOVERY SCHEDULE**

- August 31, 2018 – Written fact discovery closes (except Requests for Admission and Contention Interrogatories)
- October 31, 2018 – Oral fact discovery closes
- November 30, 2018 – Expert reports due
- January 15, 2019 – Rebuttal reports due
- March 1, 2019 – Reply reports
- April 1, 2019 – Complete expert discovery
- April 8, 2019 – Service of Requests for Admission and Contention Interrogatories due

**2.　　DEFENDANTS' PROPOSED DISCOVERY SCHEDULE**

- July 2, 2018 – Written Fact Discovery Closes
- August 31, 2018 – Oral Fact Discovery closes
- October 1, 2018 – Expert reports due
- November 14, 2018 – Rebuttal reports due
- December 28, 2018 – Reply reports
- January 28, 2019 – Complete expert discovery

March 28, 2018                                    Respectfully Submitted,


/s/ Stephen H. Weil                               Kimberly M. Foxx
Stephen H. Weil                                   State's Attorney of Cook County

Stephen H. Weil (steve@weilchardon.com)           /s/ Allyson West
Alexis G. Chardon (ali@weilchardon.com)           Allyson West
Weil & Chardon LLC
333 S. Wabash Ave.                                Assistant State's Attorney
Suite 2700                                        Richard J. Daley Center
Chicago, IL 60604                                 50 West Washington, Suite 500
312-585-7404                                      Chicago, IL 60602

Adam J. Pessin                                    *Attorneys for Defendant Cook County*
Fine Kaplan & Black R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA 19107
(215) 567-6565                                    Lisa Madigan
apessin@finekaplan.com                            Illinois Attorney General

*Attorneys for Named Plaintiffs T.S. and Q.B.*   By: /s/ T. Andrew Horvat          .
                                                  T. Andrew Horvat
                                                  Assistant Attorney General
                                                  100 W. Randolph St., 13th Fl.
                                                  Chicago, IL 60601
                                                  (312) 814-5484
                                                  thorvat@atg.state.il.us

                                                  *Attorneys for Defendant Office of the Chief*
                                                  *Judge of the Circuit Court of Cook County*


                                                  /s/ Lyle Henretty
                                                  Lyle Henretty

                                                  Assistant State's Attorney
                                                  Richard J. Daley Center
                                                  50 West Washington, Suite 500
                                                  Chicago, IL 60602

                                                  *Attorneys for Defendant Leonard Dixon*

Jeffrey S. Jacobson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
212-808-5145
jjacobson@kelleydrye.com

Matthew C. Luzadder
Catherine E. James
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
mluzadder@kelleydrye.com
cjames@kelleydrye.com

*Attorneys for Defendants Twentieth Century Fox Television, Fox Broadcasting Company, Inc., and Twenty-First Century Fox, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                       /s/ Stephen H. Weil