IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Twentieth Century Fox Television *et al.*, <br><br> Defendants. | Case No. 1:16-cv-08303 <br><br> Hon. Amy J. St. Eve |

### AFFIDAVIT OF COMPLETENESS OF DISCOVERY SEARCHES AND PRODUCTION ON BEHALF OF DEFENDANTS TWENTY-FIRST CENTURY FOX, INC., FOX BROADCASTING COMPANY, AND TWENTIETH CENTURY FOX TELEVISION

The undersigned, agents of Twentieth Century Fox Film Corporation ("TCFTV"), Fox Broadcasting Company ("FBC"), and Twenty-First Century Fox, Inc. ("21CF") (collectively the "Fox Defendants") who are authorized to sign this affidavit, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and with respect to the Fox Defendants' completeness of discovery searches and production hereby states as follows:

1. The Fox Defendants identified the following individuals as custodians (the "Custodians") who may potentially have had documents responsive to Plaintiffs' production requests: Brady Breen (location manager), Richard Lederer (co-producer), Bruce Terris (first assistant director), Jess Gisin (extras coordinator), Megan Grogan (location coordinator), Lee Daniels (director/producer), Taylor Estell (assistant location manager), Loucas George (producer), Chase Harlan (production designer), Eric Haywood (producer), Jonathan Klemke (location scout), David Leonard (assistant location manager), Attica Locke (producer), Dee Rees (director),

Malcolm Spellman (producer), Jim Sharp (production secretary), Craig Hill (senior vice president of production). Other than Jim Sharp and Craig Hill, who are TCFTV employees, all of the Custodians are independent contractors.

2. Inside and outside counsel for the Fox Defendants jointly asked all Custodians—with the exception of Jim Sharp and Craig Hill (addressed separately below), and Lee Daniels, regarding whom Fox's counsel communicated with Mr. Daniels' attorneys—to search their personal physical and electronic files, including the personal email accounts they used at the relevant time, and produce all documents related to *Empire* filming at the Juvenile Temporary Detention Center ("JTDC"). These Custodians were not asked or directed to use search terms for electronic materials; rather, they were requested to search through all their electronic documents from the relevant time period and provide responsive documents to counsel for the Fox Defendants. The only instances in which we are aware that Custodians provided fewer than all responsive documents are as follows:

3. Jess Gisin was contracted as the extras coordinator for *Empire* at the time of filming at the JTDC. Due the extremely large volume of emails coordinating the scheduling of extras, Ms. Gisin only provided samples of emails relating to the scheduling of extras during filming at the JTDC. The documents she provided are fully representative of that subset of her materials. Other than that excerption, Ms. Gisin provided all of her other responsive documents.

4. Taylor Estell was contracted as the assistant location manager for *Empire* at the time of filming at the JTDC. Mr. Estell, who presently is not a TCFTV contractor, advised that his stored email archive was voluminous and therefore manually reviewed only those emails that contained the words "JTDC" or "juvenile." He provided all documents that hit on those terms and concerned filming at the JTDC to counsel for the Fox Defendants.

5. For Jim Sharp and Craig Hill, who are TCFTV employees, search terms were applied to their electronic files and mailboxes. The search terms were: "JTDC", "Juvenile Temporary Detention Center", "Leonard Dixon", and "Cook County" within the same message as "Empire."

6. In addition, documents that were responsive to Plaintiffs' production requests, but not in the possession of any individual custodians, were located within the general custodian files and transferred to counsel for the Fox Defendants. These documents included the relevant scripts, the Juvenile Temporary Detention Center ("JTDC") location agreement and amendments thereto, and production reports and call sheets for the relevant filming dates.

7. To comply with the March 7, 2018, Court Order ("Court Order"), and without waiving any of its previously stated objections to Plaintiffs' First Set of Interrogatories, including Interrogatory No. 9, 21CF attests that TCFTV maintains separate books and records apart from 21CF, including those books and records related to the filming of *Empire* at the JTDC. Because no 21CF employees or contractors were involved in the decision to film or the logistics of filming *Empire* at the JTDC, 21CF is unable to provide and verify discovery responses to Interrogatory 9 (c) and (d).

Accordingly, subject to the objections made by counsel for the Fox Defendants, each of us believes, based upon information and belief, that after a reasonably diligent search for responsive documents, the production from our respective companies is complete in accordance with Plaintiffs' production requests.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 6th, 2018   By: _____
TWENTIETH CENTURY FOX TELEVISION, a unit of Twentieth Century Fox Film Corporation

Jonathan Harris
Senior Vice President, Legal Affairs

FOX BROADCASTING COMPANY

Executed on April 5th, 2018   By: _____
Jarlene Bassett
Assistant Secretary
Fox Broadcasting Company

TWENTY-FIRST CENTURY FOX, INC.

Executed on April 5th, 2018   By: _____
Janeye Bassett
Assistant Secretary
Twenty-First Century Fox, Inc.

Jeffrey S. Jacobson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
212-808-5145
jjacobson@kelleydrye.com

Matthew C. Luzadder
Catherine E. James
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
mluzadder@kelleydrye.com
cjames@kelleydrye.com

*Attorneys for the Fox Defendants*

4817-0958-8319v.6

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **AFFIDAVIT OF COMPLETENESS OF DISCOVERY SEARCHES AND PRODUCTION ON BEHALF OF DEFENDANTS TWENTY-FIRST CENTURY FOX, INC., FOX BROADCASTING COMPANY, AND TWENTIETH CENTURY FOX TELEVISION** was served on all counsel of record pursuant to the Court's ECF system on this 6th day of April, 2018.

/s/ Matthew C. Luzadder

Matthew C. Luzadder
Catherine E. James
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
mluzadder@kelleydrye.com
cjames@kelleydrye.com

Jeffrey S. Jacobson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
212-808-5145
jjacobson@kelleydrye.com

*Attorneys for the Fox Defendants*