# EXHIBIT 1

| Date | Attorney | Hrs. | Task | Description | Multiplier | Hrs. Sought | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| January 9, 2018 | A. Chardon | 3.5 | Disc. Enforcement | Draft discovery dispute letter to Fox defendants; conduct legal research in support thereof. | 0.7 | 2.5 | $350 | $858 |
| January 10, 2018 | A. Chardon | 3.8 | Disc. Enforcement | Draft discovery dispute letter to Fox defendants; conduct legal research in support thereof. | 0.7 | 2.7 | $350 | $931 |
| January 10, 2018 | S. Weil | 0.9 | Disc. Enforcement | Review and edit discovery enforcement letter to Fox defendants; correspondence with A. Chardon regarding same | 0.7 | 0.6 | $365 | $230 |
| January 11, 2018 | A. Chardon | 0.5 | Disc. Enforcement | Incorporate S. Weil edits to discovery enforcement letter to Fox. | 0.7 | 0.4 | $350 | $123 |
| January 11, 2018 | S. Weil | 1.3 | Disc. Enforcement | Review and edit discovery enforcement letter to Fox defendants; correspondence with A. Chardon regarding same | 0.7 | 0.9 | $365 | $332 |
| January 12, 2018 | A. Chardon | 2.2 | Disc. Enforcement | Review and incorporate S. Weil edits to discovery enforcement letter; transmit letter. | 0.7 | 1.5 | $350 | $539 |
| January 12, 2018 | S. Weil | 0.4 | Disc. Enforcement | Conference and correspondenc with A. Chardon regarding Fox discovery enforcement letter | 0.7 | 0.3 | $365 | $102 |
| January 17, 2018 | A. Chardon | 1.2 | Disc. Enforcement | Review Fox counsel's response to discovery enforcement letter; draft responsive correspondence to Fox counsel; email correspond with S. Weil re: draft correspondence; send same. | 0.7 | 0.8 | $350 | $294 |

1

| Date | Attorney | Hours | Category | Description | | | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| January 17, 2018 | S. Weil | 0.9 | Disc. Enforcement | Review discovery enforcement respnse from J. Jacobson; confer with A. Chardon regarding same; review and edit discovery enforcement correspondence regarding same | 0.7 | 0.6 | $365 | $230 |
| January 18, 2018 | S. Weil | 0.3 | Disc. Enforcement | Review discovery enforcement response from J. Jacobson; correspondence with A. Chardon regarding same | 0.7 | 0.2 | $365 | $77 |
| January 19, 2018 | A. Chardon | 0.5 | Disc. Enforcement | Review Fox counsel's response to discovery enforcement letter; draft responsive correspondence Fox counsel; email correspond with S. Weil re: draft correspondence; send same. | 0.7 | 0.4 | $350 | $123 |
| January 19, 2018 | S. Weil | 0.7 | Disc. Enforcement | Draft and edit discovery enforcement correspondence to J. Jacobson; correspondence and conference with A. Chardon regarding same | 0.7 | 0.5 | $365 | $179 |
| January 19, 2018 | S. Weil | 0.1 | Disc. Enforcement | Review discovery enforcement correspondence from J. Jacobson; confer with A. Chardon regarding same | 0.7 | 0.1 | $365 | $26 |
| January 22, 2018 | A. Chardon | 0.6 | Disc. Enforcement | Review Fox counsel's response to discovery enforcement letter; draft responsive correspondence Fox counsel; email correspond with S. Weil re: draft correspondence; send same. | 0.7 | 0.4 | $350 | $147 |

| Date | Attorney | Hours | Category | Description | | | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| January 22, 2018 | S. Weil | 0.2 | Disc. Enforcement | Confer and correspond with A. Chardon regarding discovery enforcement correspondence with J. Jacobson | 0.7 | 0.1 | $365 | $51 |
| January 23, 2018 | A. Chardon | 0.4 | Disc. Enforcement | Review Fox counsel's response to discovery enforcement letter; draft responsive correspondence Fox counsel; email correspond with S. Weil re: draft correspondence; send same. | 0.7 | 0.3 | $350 | $98 |
| January 23, 2018 | S. Weil | 0.4 | Disc. Enforcement | Review discovery enforcement response from J. Jacobson; confer and correspond with A. Chardon regarding same | 0.7 | 0.3 | $365 | $102 |
| January 24, 2018 | A. Chardon | 1.8 | Disc. Enforcement | Meet and confer with Fox attorneys re discovery dispute (1.0); draft email to Fox attorneys summarizing meet and confer (.8). | 0.7 | 1.3 | $350 | $441 |
| January 24, 2018 | S. Weil | 1.1 | Disc. Enforcement | Participate in in-person meet-and-confer with counsel for Fox Defendants; follow-up conference with A. Chardon regarding same | 0.7 | 0.8 | $365 | $281 |
| January 24, 2018 | S. Weil | 0.6 | Disc. Enforcement | Review draft correspondence following up on in-person meet-and-confer; make edits to same; confer with A. Chardon regarding same | 0.7 | 0.4 | $365 | $153 |
| January 25, 2018 | S. Weil | 0.3 | Disc. Enforcement | Review discovery enforcement response from J. Jacobson; confer with A. Chardon regarding same | 0.7 | 0.2 | $365 | $77 |
| January 30, 2018 | A. Chardon | 0.3 | Disc. Enforcement | Email correspond with Fox counsel to clarify meet and confer outcomes. | 0.7 | 0.2 | $350 | $74 |

3

| Date | Attorney | Hours | Category | Description | | | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| January 30, 2018 | S. Weil | 0.8 | Disc. Enforcement | Draft and edit discovery enforcement correspondence to Fox defendants | 0.7 | 0.6 | $365 | $204 |
| January 31, 2018 | A. Chardon | 0.2 | Disc. Enforcement | Email correspond with Fox counsel to clarify meet and confer outcomes. | 0.7 | 0.1 | $350 | $49 |
| January 31, 2018 | S. Weil | 0.4 | Disc. Enforcement | Review discovery enforcement response from J. Jacobson; confer and correspond with A. Chardon regarding same | 0.7 | 0.3 | $365 | $102 |
| February 27, 2018 | A. Chardon | 1.1 | Mot. to Compel | Prepare outline for Motion to Compel Discovery against Fox. | 0.9 | 1.0 | $350 | $347 |
| February 28, 2018 | A. Chardon | 1.5 | Mot. to Compel | Finalize outline of discovery enforcement issues for Fox Motion to Compel Discovery; and conference with S. Weil re: same. | 0.9 | 1.4 | $350 | $473 |
| February 28, 2018 | S. Weil | 2.8 | Mot. to Compel | Draft and edit motion to compel Fox discovery responses; conduct research regarding same; conference with A. Chardon regarding same | 0.9 | 2.5 | $365 | $920 |
| March 1, 2018 | S. Weil | 2.6 | Mot. to Compel | Draft and edit motion to compel Fox discovery responses | 0.9 | 2.3 | $365 | $854 |
| March 2, 2018 | A. Chardon | 0.3 | Mot. to Compel | Review and edit Motion to Compel Discovery. | 0.9 | 0.3 | $350 | $95 |
| March 2, 2018 | S. Weil | 14.0 | Mot. to Compel | Draft and edit motion to compel Fox discovery responses; conference with A. Chardon regarding same; file same | 0.9 | 12.6 | $365 | $4,599 |
| March 5, 2018 | A. Chardon | 1.5 | Mot. to Compel | Review Fox response to Motion to Compel; conduct research for Reply In Support of Motion to Compel. | 0.9 | 1.4 | $350 | $473 |

| Date | Attorney | Hours | Matter | Description | | Billable Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| March 5, 2018 | S. Weil | 9.6 | Mot. to Compel | Review Fox opposition to motion to compel; conduct factual and legal research in response to same; draft reply in light of same | 0.9 | 8.6 | $365 | $3,154 |
| March 6, 2018 | A. Chardon | 1.8 | Mot. to Compel | Draft portion of Reply in Support of Motion to Compel Discovery; review and edit same. | 0.9 | 1.6 | $350 | $567 |
| March 6, 2018 | S. Weil | 3.6 | Mot. to Compel | Draft and edit reply in support of motion to compel; file same | 0.9 | 3.2 | $365 | $1,183 |
| March 7, 2018 | S. Weil | 0.9 | Mot. to Compel | Prepare for oral argument regarding motion to compel | 0.9 | 0.8 | $365 | $296 |
| May 3, 2018 | A. Chardon | 4.5 | Mot. for Fees | Drafta and edit motion for fees; conduct legal research regarding same | 1.0 | 4.5 | $350 | $1,575 |
| May 4, 2018 | A. Chardon | 0.8 | Mot. for Fees | Review and edit motion seeking attorney fees; confer with S. Weil regarding same | 1.0 | 0.8 | $350 | $280 |
| May 4, 2018 | S. Weil | 7.1 | Mot. for Fees | Review and edit motion seeking attorney fees; confer with A. Chardon regarding same | 1.0 | 7.1 | $365 | $2,592 |
| **TOTALS** | | **75.5** | | | | **64.5** | | **$23,225** |