IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Twentieth Century Fox Television *et al.*, <br><br> Defendants. | Case No. 1:16-cv-08303 <br><br> Hon. Amy J. St. Eve |

**PLAINTIFFS' MOTION TO CORRECT FILING**

Plaintiffs hereby move to file a corrected version of their Motion for Payment of Expenses and Memorandum in Support Thereof (the "Expenses Motion") (ECF No. 151).

Plaintiffs drafted the Expenses Motion in Microsoft Word, converted the Word document to PDF, and then filed the PDF version of the Expenses Motion on PACER on May 4, 2018.

The conversion of the Expenses Motion from Word to PDF appears to have regenerated Microsoft "balloon" editing comments, created during the editing process, that had been hidden in the Word version.

Plaintiffs request leave to file a corrected Expense Motion, which is attached as an exhibit to this motion, and to have the corrected Expense Motion replace ECF No. 151 on the Court's docket.

The corrected Expense Motion is identical to ECF No. 151, with the exception that the "balloon" comments have been deleted.

| | |
|---|---|
| May 5, 2018 | Respectfully submitted, |
| | /s/ Stephen H. Weil |

Alexis G. Chardon – ali@weilchardon.com
Stephen H. Weil – steve@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
312-585-7404

Adam J. Pessin – apessin@finekaplan.com
Fine, Kaplan and Black, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA 19107
(215) 567-6565

*Attorneys for Named Plaintiffs T.S. and Q.B.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                  /s/ Stephen H. Weil