IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Twentieth Century Fox Television *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-08303<br><br>Hon. Amy J. St. Eve |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
MOTION FOR PAYMENT OF FEES AND EXPENSES**

Pursuant to Local Rule of Civil Procedure 78.3, Plaintiffs move for leave to submit a reply in support of their Motion for Payment of Expenses. In support, Plaintiffs state:

1.　　On May 4, 2018 Plaintiffs filed a Motion for Payment of Fees and Expenses (the "Expenses Motion"). (ECF No. 151, corrected as ECF No. 158.)

2.　　On May 7, 2018, the Fox Defendants filed a response in opposition to the Expenses Motion. (ECF No. 156.)

3.　　On May 8, the Court noted in a Minute Order that it was taking the Expenses Motion under advisement. (*See* ECF No. 157.)

4.　　Parties are presumptively entitled to file replies in support of motions, and the Court's Minute Order does not instruct otherwise. Given that the Court has taken the Expenses Motion under advisement, however, Plaintiffs, out of an abundance of caution, hereby seek the Court's leave to submit their reply in support of the Expenses Motion.

5.　　A copy of the proposed reply is filed as an exhibit to this motion

1

**WHEREFORE**, pursuant Local Rule of Civil Procedure 78.3, Plaintiffs' seek leave to file the reply memorandum attached as an exhibit hereto.

| | |
|---|---|
| May 8, 2018 | Respectfully Submitted, |
| | /s/ Stephen Weil |
| | Alexis G. Chardon – ali@weilchardon.com<br>Stephen H. Weil – steve@weilchardon.com<br>Weil & Chardon LLC<br>333 S. Wabash Avenue, Suite 2700<br>Chicago, IL 60604<br>(312) 585-7404 |
| | *Attorneys for Named Plaintiffs T.S. and Q.B.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                               /s/ Stephen H. Weil