IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Twentieth Century Fox Television *et al.*,<br><br>　　　　　Defendants. | Case No. 1:16-cv-08303<br><br>Hon. Amy J. St. Eve |

## PLAINTIFFS' MOTION TO SEAL

Pursuant to the parties' Agreed Confidentiality Order (ECF 96) and Local Rule 26.2(c)(5), Plaintiffs move the Court permit the filing of *Named Plaintiffs' (1) Cross-Motion to Compel and to Reconsider in Part, and (2) Opposition to the Fox Defendants' Motion for Protective Order* ("Plaintiffs' Motion") (ECF 182) under seal.

In support of this motion Plaintiffs state as follows:

1.　　Plaintiffs' Motion (ECF No. 182) contains specific references to information contained in documents which have been produced by the Fox Defendants and marked as Confidential pursuant to the parties' Agreed Confidentiality Order.

2.　　Sealed Exs. 1 & 2 to Plaintiffs' Motion (ECF No. 182) are documents that the Fox Defendants have marked as Confidential pursuant to the Agreed Confidentiality Order.

3.　　The Fox Defendants have represented that the information at issue is confidential business information.

4.　　Pursuant to Local Rule 26.2(c) and the Confidentiality Order, Plaintiffs have (1) provisionally filed ECF 182 electronically under seal; (2) filed electronically at the same time a

1

public-record version ECF 182, with only the redacted portions and sealed document excluded (ECF 183), and now seek permission to file ECF 182 under seal.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order permitting Plaintiffs to file Plaintiffs' Motion (ECF 182) under seal.

Respectfully Submitted,

/s/ Stephen H. Weil

Alexis G. Chardon – ali@weilchardon.com
Stephen H. Weil – steve@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Avenue, Suite 2700
Chicago, IL 60604
(312) 585-7404

*Attorneys for Named Plaintiffs T.S. and Q.B.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                   /s/ Stephen H. Weil