# Exhibit A

## LOCATION AGREEMENT

1. This agreement is dated this 8th day of June, 2015 by and between the County of Cook, a body politic and corporate of the State of Illinois, by its Real Estate Management Division ("County") owner of the Premises described herein, and irrevocably grants to 20th Century Fox Television, ("TCFTV"), c/o Brady Breen, Location Manager, 1445 S. Rockwell, Chicago, Il., 60608. County hereby grants to TCFTV:

   (A) the right to enter upon, use and photograph (including without limitation by means of motion picture, still or video device photography) and sound record both the real and personal property located in the premises and other areas generally described as the visitation room, exercise yard, medical office, living pod and common hallways & lobby areas located in the residents section of the Cook County Juvenile Temporary Detention Center Building, located at 1100 S. Hamilton, Chicago, IL 60608 ("Premises"), on the terms and subject to the conditions hereinafter set forth. The results and proceeds of TCFTV's photography and recordings are known as the "Proceeds";

   (B) the right for TCFTV and any agent, licensee, successor and/or assignee thereof to use the Proceeds in and in connection with the motion picture currently entitled *"Empire"* (the "television series") including in the advertising, publicity, distribution, exhibition or other exploitation of the Film in any and all media, now known or hereafter devised, in perpetuity;

   (C) access to and egress from the Premises for TCFTV's personnel and equipment for the purpose of erecting and maintaining temporary motion picture sets and structures and/or recording sound for such scenes as TCFTV may desire, and the right to remove all of TCFTV's equipment, sets, structures and props (none of which shall be deemed to be fixtures) from the Premises all in accordance with any requirements of the County, the Chief Judge, the Department of Facilities Management or the Cook County Sheriff; and

   (D) TCFTV acknowledges that the Premises is a functioning Municipal Building, operating as a residential facility for juveniles. TCFTV will cooperate with the County, JTDC Administration, and Security, the Department of Facilities Management and the Sheriff so that normal operations of the Building and its occupants, and access by the public, are not disrupted in any manner whatsoever.

   (E) TCFTV acknowledges it is essential to protect the privacy of the occupants of the facility and agrees not to include in the filming any residents or staff of the JTDC, signs, seals, insignias or other marks or symbols identifying the Premises as a juvenile detention facility of the Circuit Court of Cook County.

2. TCFTV may utilize the Premises until completion of all photography and recording required for the Film, beginning at 7:00 A.M. on Monday, June 22, 2015 (subject to changes in the production schedule, weather changes or other changes beyond TCFTV's control) ("Term"). Subject to the foregoing, the approximate completion date is Friday, June 26, 2015 at 5:00 P.M.

3. TCFTV agrees to pay, and County agrees to accept, as full and complete compensation for TCFTV's use of the Premises in accordance herewith and the grant of rights hereunder, (1) the sum of **$1,500.00 per day x (5) days totaling $7,500.00** for actual photographing and recording, preparation and set up, "holding," or "striking", and (2) reimbursement for costs of Cook County Trade/Engineer/Janitorial, JTDC Security, and Cook County Sheriff prevailing wage, and overtime when applicable during the Term as specified in Section 2.

4. Full payment of such consideration shall be made to the Office of Real Estate Management prior to the use of the Premises during the Term. Subject to Paragraph 6 below, the County, by Technical

CONFIDENTIAL

AAFA0000163
TCFTV001130

Service Supervisor, shall execute a Location Restoration Release in the form attached hereto as Exhibit "A," after TCFTV vacates the Premises.

5. In the event TCFTV desires to photograph and record retakes or other scenes, TCFTV may re-enter upon and use the Premises on the same terms and conditions, subject to reasonable notice to County and availability, for such period as may be reasonably necessary therefor, commencing at any time within twelve (12) months after completion of principal photography as described above, and County shall be compensated for such re-entry and use as provided in Paragraph 4.

6. TCFTV shall leave the Premises in substantially the same condition as when received, excepting reasonable wear and tear and use of the Premises for the purposes herein permitted, and TCFTV shall have the right to remove all of its sets, structures and other materials and equipment from the Premises. County shall have the right to approve any repairs made by TCFTV once completed, provided that such approval shall not be unreasonably withheld.

7. TCFTV shall indemnify and hold County of Cook, its officers, its commissioners, agents and employees harmless from and against any damages for injury or death of persons and from damage to or destruction of property of the County occurring during TCFTV's use of the Premises and directly caused by the negligence of TCFTV or any of its employees, contractors or invitees while engaged in the activities herein authorized; provided, however, that County acknowledges and agrees that TCFTV's liability shall be limited to the extent of its insurance coverage. County shall be named as an additional insured on TCFTV's comprehensive liability insurance policy. TCFTV shall comply, and shall cause any contractors and subcontractors carrying out operations in the Premises on behalf of TCFTV to comply, with the insurance requirements set forth in Exhibit B attached hereto and made a part hereof.

8. TCFTV and its successors and assigns shall be the sole owner in perpetuity of any and all right, title and interest of every kind in and to all of the Proceeds. Neither County nor any assignee of or successor to County's interest in the Premises shall have, and the aforementioned hereby waive, any right to enjoin, restrain or otherwise interfere with TCFTV, its successors and/or any other party, in connection with the production, distribution or other exploitation of the Film or the Proceeds, including any use or non-use of the Proceeds.

9. This Agreement shall be governed by and construed under the laws of the State of Illinois. The TCFTV irrevocably agrees that, subject to the County's sole and absolute election to the contrary, any action or proceeding in any way, manner or respect arising out of the Agreement, or arising from any dispute or controversy arising in connection with or related to this Agreement, shall be litigated only in courts within the Circuit Court of Cook County in the City of Chicago, County of Cook, State of Illinois, and the TCFTV consents and submits to the jurisdiction thereof. In accordance with these provisions, TCFTV waives any right it may have to transfer or change the venue of any litigation brought against it by the County pursuant to this Agreement.

IN WITNESS WHEREOF, THIS AGREEMENT has been executed by the undersigned as of the date first above written.

**COUNTY OF COOK:**

By: _____
Anna Ashcraft
Director of Real Estate Management

20th Century Fox Television, ("TCFTV"):

By: _____
Its Location Manager

CONFIDENTIAL

AAFA0000163_002
TCFTV001131

EXHIBIT "B"

INSURANCE COVERAGES REQUIRED

The following requirements are to be considered minimum insurance requirements. Any variations from these minimum requirements are within the sole discretion of the Director of Risk Management. In addition, the Director of Risk Management may impose more stringent requirements or increase coverages based on individual uses and circumstances.

1     General commercial liability insurance is required on an occurrence basis, to cover bodily injury to persons other than employees and for damage to tangible property, including loss of use thereof. The policy shall have a combined bodily injury and property damage limit of $1,000,000 per occurrence and shall include at least the following coverages:
1.1     All premises and operations.
1.2     Explosion, collapse and underground damage.
1.3     Broad Form Blanket contractual liability for the obligations assumed in this License Agreement and in the Ordinance.
1.4     Broad Form Property Damage Liability.
1.5     Cross Liability.
1.6     Products and Completed Operations coverage (for a minimum of 2 years following project completion).

2     Comprehensive Automobile Liability Insurance covering all owned, non-owned and hired automobiles, trucks, and trailers of the respective parties required to provide and maintain this insurance. Such insurance shall provide coverage not less than that of the standard comprehensive business automobile liability policy in limits not less than the following:
2.1     Liability - All Autos: Bodily Injury & Property Damage, $1,000,000 per Occurrence.
2.2     Uninsured/Motorists: Per Illinois Requirements

3     Employers Liability and Workers Compensation insurance is required in accordance with the Laws of the State of Illinois or any other applicable jurisdiction, including the following provisions:
3.1     Employers' Liability coverage with a limit of $1,000,000 each Accident, $1,000,000 each Employee, $1,000,000 Policy Limit for Disease.
3.2     United States Longshoremen's and Harborworkers' Act coverage
3.3     Broad form all states coverage

4     Umbrella Excess Liability Insurance is required with limits of not less than $5,000,000.00 in the following amounts:
4.1     $5,000,000 each occurrence for all liability, including environmental impairment liability
4.2     $5,000,000 in the aggregate per policy year and separately with respect to completed operations and personal injury by an employee

5     Additional Insured. The comprehensive general liability, automobile liability and umbrella insurance policies shall include the County, its commissioners, officials, employees and agents as additional insured parties, and the County shall have the rights of an additional insured. No other form will be accepted without expressed prior approval of the Director of Risk Management.

6     Evidence of Insurance. TCFTV shall file with the Director, with a copy to the Director of Risk Management, certificates of insurance evidencing the foregoing insurance at the time the TCFTV applies for a License. Receipt of certificates by the County shall not relieve TCFTV of the obligation to secure insurance conforming to the requirements of this License Agreement.

7      Subrogation and Waiver. TCFTV shall require all policies of insurance required hereunder to include clauses providing that each underwriter shall waive all of its rights of recovery, under subrogation or otherwise, against the County. TCFTV hereby waives all rights of recovery against the County which TCFTV may have or acquire because of deductible clauses in or inadequacy of limits of any policies of insurance.

8      TCFTV's Insurance to Be Primary. TCFTV shall advise all insurance companies to familiarize themselves with the conditions and provisions of this License dealing with waivers of subrogation, insurance and indemnification. The insurance purchased and maintained by the TCFTV shall be primary and not excess or pro rata to any insurance issued to Cook County. The TCFTV's insurance shall apply separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the insurer's liability. All liability policies shall entirely delete any endorsement or policy provisions which limit contractual liability. All policies shall contain a 90 day Notice of Cancellation to Cook County.

9      Qualification of Insurers: In order to determine financial strength and reputation of insurance carriers, all companies providing coverage shall be licensed or approved by the Department of Insurance, State of Illinois, and shall have a financial rating no lower than VII and a policy holder's service rating no lower than (A) as listed in A.M. Best's Key Rating Guide, current edition or interim report. Companies with ratings lower than (A) or VII will be acceptable only upon written consent of the Department of Risk Management.

CONFIDENTIAL

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 06/18/15

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.
505 N. Brand Blvd., Suite 600
Glendale, CA 91203-3944
License No. 0726293

**CONTACT NAME:** Stephanie Martel
**PHONE (A/C, No, Ext):** (818) 539-1404
**FAX (A/C, No):** (818) 539-1704
**E-MAIL:** stephanie_martel@ajg.com
**PRODUCER CUSTOMER ID #:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Travelers Indemnity Company of Connecticut | 25682 |
| INSURER B: National Union Fire Insurance Co. | 19445 |
| INSURER C: Travelers Property Casualty Company of America | 25674 |
| INSURER D: The Standard Fire Insurance Company | 19070 |
| INSURER E: U.S. Specialty Insurance Co. | 29599 |

**INSURED**
Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Fox Television Studios, Inc., and their subsidiaries and divisions
P.O. Box 900
Beverly Hills, CA. 90213

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY   CLAIMS-MADE [X] OCCUR | | X | HC2E-GLSA-470M4037-TCT-14 | 06/30/2014 | 06/30/2015 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 500,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 15,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [X] HIRED AUTOS [X] NON-OWNED AUTOS | | X | HC2E-CAP-470M4025-TCT-14 HRE-CAP-470M4406-TCT-14 (NY Only) | 06/30/2014 06/30/2014 | 06/30/2015 06/30/2015 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| E | [X] PHYSICAL DAMAGE | | | U-13/7003442 | 06/30/2014 | 06/30/2015 | PHYSICAL DAMAGE | $ INCL. IN MISC EQUIP |
| B | [X] UMBRELLA LIAB [X] OCCUR   EXCESS LIAB [ ] CLAIMS-MADE | | X | 49131411 | 06/30/2014 | 06/30/2015 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | DEDUCTIBLE   RETENTION $ | | | | | | | $ |
| | | | | | | | | $ |
| C D | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N] (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | HC2J-UB-470M4001-14 (AOS) HRC-UB-470M4013-14(AZ, MA, WI) | 06/30/2014 06/30/2014 | 06/30/2015 06/30/2015 | [X] WC STATUTORY LIMITS   [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 2,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 2,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 2,000,000 |
| E | THIRD PARTY PROPERTY DAMAGE MISCELLANEOUS EQUIPMENT PROPS/SETS/WARDROBE | | | U-13/7003442 | 06/30/2014 | 06/30/2015 | Limit: $5,000,000 Limit: $5,000,000 Limit: $5,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Certificate Holder is included as an Additional Insured as required by contract as per blanket Additional Insured endorsement CG D4 11 04 08 and as Loss Payee as their interest may appear, as respects locations, premises, vehicles and/or equipment leased and/or rented by the Named Insured while used in connection with the production entitled: "Empire" Season 2.

**CERTIFICATE HOLDER**
Cook County Juvenile Facility
1100 S Hamilton
Chicago, IL 60612

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)    The ACORD name and logo are registered marks of ACORD