# Exhibit B

## ADDENDUM TO LOCATION AGREEMENT

**THIS ADDENDUM ("ADDENDUM") TO LOCATION AGREEMENT ("Agreement")** is made this 7th day of July_____, 2015 by and between the County of Cook, a body politic and corporate of the State of Illinois, by its Real Estate Management Division ("County") and 20th Century Fox Television, ("TCFTV"), c/o Brady Breen, Location Manager, 1445 S. Rockwell, Chicago, Il., 60608.

### WITNESSETH:

**WHEREAS,** County is the owner of the Premises described as the Cook County Juvenile Temporary Detention Center Building located at 1100 S. Hamilton, Chicago, IL 60608; and

**WHEREAS,** County and TCFTV entered into a Location Agreement dated as of June 18, 2015 (the "Agreement"), granting TCFTV the right to enter upon, use and photograph (including without limitation by means of motion picture, still or video device photography) and sound record both the real and personal property located in the Premises, all as more particularly described in the Agreement; and

**WHEREAS,** Pursuant to Article 5 of the Agreement, TCFTV desires to photograph and record retakes or other scenes and has requested to re-enter upon and use the Premises on the same terms and conditions contained in the Location Agreement;

**NOW, THEREFORE,** in consideration of the mutual covenants contained in the Agreement and herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, County and TCFTV hereby amend the Agreement as follows:

1.  **Definitions:** Unless the context otherwise requires, any capitalized term used herein and defined in the Agreement shall have the meaning set forth in the Agreement.

2.  **Integration of Addendum and Location Agreement:** This Addendum and the Location Agreement shall be deemed to be one instrument, sometimes hereinafter referred to as the "Addendum." In the event of any conflict between the terms and provisions of this Addendum and the terms and provisions of the Agreement, the terms and provisions of this Addendum shall control and prevail.

3.  **Term:** TCFTV may utilize the Premises until completion of all photography and recording required for the Film, beginning at 6:00 A.M. on Monday, July 13, 2015 (subject to changes in the production schedule, weather changes or other changes beyond TCFTV's control) ("Term"). Subject to the foregoing, the approximate completion date is Thursday, July 16, 2015 at 5:00 P.M.

4.  **Fee:** TCFTV agrees to pay, and County agrees to accept, as full and complete compensation for TCFTV's use of the Premises in accordance herewith and the grant of rights hereunder, (1) the sum of $1,500.00 per day x (4) days totaling $6,000.00 for actual photographing and

1

AAFA0000162
TCFTV001128

recording, preparation and set up, "holding," or "striking", and (2) reimbursement for costs of Cook County Trade/Engineer/Janitorial, JTDC Security, and Cook County Sheriff prevailing wage, and overtime when applicable during the Term as specified in Section 3.

4.  **Counterparts:** This Addendum may be executed in one or more counter parts, all of which together shall constitute one instrument.

5.  **Agreement in Full Force and Effect:** Except as expressly modified or amended by this Addendum, all the terms and provisions of the Location Agreement shall remain unchanged and in full force and effect.

6.  **Execution:** This Agreement has been executed by the undersigned as of the date first above written.

COUNTY OF COOK:

By: _____

Anna Ashcraft
Director of Real Estate Management

20th Century Fox Television, ("TCFTV"):

By: _____

Its: _____LOCATION MGR_____

2

CONFIDENTIAL

## ADDENDUM #2 TO LOCATION AGREEMENT

**THIS ADDENDUM ("ADDENDUM") TO LOCATION AGREEMENT ("Agreement")** is made this 18th day of ___August___, 2015 by and between the County of Cook, a body politic and corporate of the State of Illinois, by its Real Estate Management Division ("County") and 20th Century Fox Television, ("TCFTV"), c/o Brady Breen, Location Manager, 1445 S. Rockwell, Chicago, Il., 60608.

### WITNESSETH:

**WHEREAS,** County is the owner of the Premises described as the Cook County Juvenile Temporary Detention Center Building located at 1100 S. Hamilton, Chicago, IL 60608; and

**WHEREAS,** County and TCFTV entered into a Location Agreement dated as of June 18, 2015 (the "Agreement"), granting TCFTV the right to enter upon, use and photograph (including without limitation by means of motion picture, still or video device photography) and sound record both the real and personal property located in the Premises, all as more particularly described in the Agreement; and

**WHEREAS,** Pursuant to Article 5 of the Agreement, TCFTV desires to photograph and record retakes or other scenes and has requested to re-enter upon and use the Premises on the same terms and conditions contained in the Location Agreement;

**NOW, THEREFORE,** in consideration of the mutual covenants contained in the Agreement and herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, County and TCFTV hereby amend the Agreement as follows:

1. **Definitions:** Unless the context otherwise requires, any capitalized term used herein and defined in the Agreement shall have the meaning set forth in the Agreement.

2. **Integration of Addendum and Location Agreement:** This Addendum and the Location Agreement shall be deemed to be one instrument, sometimes hereinafter referred to as the "Addendum." In the event of any conflict between the terms and provisions of this Addendum and the terms and provisions of the Agreement, the terms and provisions of this Addendum shall control and prevail.

3. **Term:** TCFTV may utilize the Premises until completion of all photography and recording required for the Film, beginning at 7:00 A.M. on Sunday, August 23, 2015 (subject to changes in the production schedule, weather changes or other changes beyond TCFTV's control) ("Term"). Subject to the foregoing, the approximate completion date is Tuesday, August 25, 2015 at 3:00 P.M.

4. **Fee:** TCFTV agrees to pay, and County agrees to accept, as full and complete compensation for TCFTV's use of the Premises in accordance herewith and the grant of rights hereunder, (1) the sum of $1,500.00 per day x (3) days totaling $4,500.00 for actual photographing and

1

CONFIDENTIAL

recording, preparation and set up, "holding," or "striking", and (2) reimbursement for costs of Cook County Trade/Engineer/Janitorial, JTDC Security, and Cook County Sheriff prevailing wage, and overtime when applicable during the Term as specified in Section 3.

4.  **Counterparts:** This Addendum may be executed in one or more counter parts, all of which together shall constitute one instrument.

5.  **Agreement in Full Force and Effect:** Except as expressly modified or amended by this Addendum, all the terms and provisions of the Location Agreement shall remain unchanged and in full force and effect.

6.  **Execution:** This Agreement has been executed by the undersigned as of the date first above written.

COUNTY OF COOK:

By: _____

Anna Ashcraft
Director of Real Estate Management

20th Century Fox Television, ("TCFTV"):

By: _____

Its: LOCATION MANAGER

2

CONFIDENTIAL