# Exhibit C

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION
 3    T.S. and Q.B., a minor by and    )
      through his grandparent and      )
 4    guardian, V.P.                   )
      On behalf of themselves and all  )
 5    others similarly situated        )
                    Plaintiffs,        )
 6       vs.                           )  1:16-cv-08303
      TWENTIETH CENTURY FOX TELEVISION,)
 7    a division of TWENTIETH CENTURY  )
      FOX FILM CORPORATION; FOX        )
 8    BROADCASTING COMPANY; TWENTY-    )
      FIRST CENTURY FOX, INC.; THE     )
 9    COUNTY OF COOK, ILLINOIS; THE    )
      CHIEF JUDGE OF THE CIRCUIT COURT )
10    OF COOK COUNTY, in his official  )
      capacity; LEONARD DIXON; and     )
11    JOHN DOES 1 through 20,          )
                                       )
12                  Defendants.        )
13
14         The Videotaped Deposition of    Q.B.    ,
15    taken before JEANINE WATKINS, C.S.R., pursuant to
16    the provisions of the Federal Rules of Civil
17    Procedure of the United States District Court,
18    pertaining to the taking of depositions, taken at
19    3825 Campton Hills Road, St. Charles, Illinois,
20    commencing at the hour of approximately 10:00
21    o'clock a.m. on August 6, 2018.
22
23
24
```

Page 29

1          Q.    Once class ends, your last class of the

2     day, your fourth class, what happens on a typical

3     day?

4          A.    The shift change and it's time for the

5     count.  Everybody got to be up in their rooms.

6          Q.    By rooms you mean cell or back on your pod?

7          A.    Cell.

8          Q.    Describes what happens.  What do you mean?

9          A.    You go back upstairs.  You go get on the

10    pod.  You get searched, and everybody get on their

11    assigned door and they do a count.  Everybody counts

12    their number, one, two.  Last person counts, 12.

13    They mark it down.  Everybody go in their room.

14         Q.    After they've done their count, what

15    happens next?  What do you do?

16         A.    We're in our room like 3:15, 3:30.  Come

17    out the rooms and maybe out until 7:00 o'clock.

18         Q.    So, from 3:30 to 7:00 you're basically --

19    you can do -- I don't want to say what you please,

20    but you have your options as to what you want to do?

21         A.    Yeah.

22         Q.    Do you remain on the pod from 3:30 to 7:00?

23         A.    Sometimes we got rec.  We get rec on the

24    pod, we stay on the pad.  We get rec in the gym, go

Page 30

1    to the gym.  We got rec in the classroom, you go to

2    the classroom.

3       Q.   Let me ask you this.  When school is in

4    session do you have a gym period?

5       A.   Yeah.

6       Q.   Is that every day?

7       A.   It's only for five weeks.

8       Q.   What five weeks are those?

9       A.   Five weeks gym period.  After that we go

10   with five weeks of health.

11      Q.   So it's a class, a health class?

12      A.   Yes.

13      Q.   And during those five weeks of the health

14   class, gym is part of that class?

15      A.   Yes.

16      Q.   And if you're not taking those five weeks

17   of health class, then you don't get gym as part of

18   school?

19      A.   You go to driver's ed if you ain't taking

20   health.

21      Q.   Just so I'm clear and so the record is

22   clear, if you don't take the health class, then gym

23   is not part of the school; is that correct?

24            MR. WEIL:  Object to form.

Page 32

1       A.   Walk around.  Play basketball, football,

2    baseball.  Basically what they give you.

3       Q.   How about when you're on the pod, what kind

4    recreation would you receive when you're on the pod?

5       A.   They got these little beanbag thing with

6    the holes.  Throw them in the hole.  Play cards or

7    exercise.

8       Q.   Okay.  Do have any exercise equipment on

9    the pod?

10      A.   No.  They got to bring them upstairs.

11      Q.   What do they bring upstairs?

12      A.   Medicine ball, you throw them around, and

13   these little push-up things.

14      Q.   And talk to me about rec in the classrooms.

15   What would happen when you --

16      A.   When rec in the classrooms usually comes,

17   you play games.  Go to the commissary.

18      Q.   What game would that be?

19      A.   Xbox.  PlayStation.

20      Q.   And what about at one of the gyms, one of

21   the indoor gyms, what kind of recreation would you

22   do there?

23      A.   Play basketball.  Sometimes they would play

24   indoor soccer, but most of the times play

Page 37

```
 1    Shift gears a second.  What about when school was

 2    not in session?

 3         A.   Can't leave out the TV area.

 4              MR. WEIL:  There is no question.  Give him

 5    a second.

 6    BY MR. HORVAT:

 7         Q.   So, school is not in session on a typical

 8    day in the JTDC.  Do you have to get up at a

 9    specific time?

10              MR. WEIL:  Object to form.

11              THE WITNESS:  Yeah.

12    BY MR. HORVAT:

13         Q.   And what time would that be, sir?

14         A.   8:00 o'clock.  Got to be up before 8:30.

15         Q.   What happens at 8:30?

16         A.   Breakfast comes on the unit.

17         Q.   And how long are you allowed to have

18    breakfast?

19         A.   Same as any other day.  An hour, I guess.

20         Q.   And once your hour is up on a non-school

21    day, what do you do?  What happens next?

22              MR. WEIL:  Object to form.

23              THE WITNESS:  Go to the TV area.

24    BY MR. HORVAT:
```

Page 38

1      Q.   And is this the same area that we talked
2   about where you can play cards and things of this
3   nature.
4      A.   No.  TV area and there is the table area.
5   The day room, where everything -- there is a TV
6   area.  TV and chairs.  And the table area where we
7   eat and play cards at.
8      Q.   Okay.  So, you call the TV area, it's a
9   different part of the pod or day area?
10      A.   Yes.
11      Q.   But it's all one big room?
12      A.   Yeah.
13      Q.   How long do you remain in that area on a
14   non-school day after --
15           MR. WEIL:  Object to form.
16   BY MR. HORVAT:
17      Q.   -- after you've had breakfast?
18           MR. WEIL:  I'm sorry.  Object to form.
19           THE WITNESS:  Can't put on TV until after
20   lunch so basically after 12:00 o'clock.
21   BY MR. HORVAT:
22      Q.   So, from roughly 9:00 o'clock to 12:00
23   o'clock you're in your day room; is that right?
24      A.   Yes.

1      Q.    And during that time do you have to ask for

2   permission to get up and walk around?

3      A.    Yeah.

4      Q.    And at approximately 12:00 o'clock what

5   happens?

6      A.    You can get on the phone or you can play

7   cards or it will probably be time for rec, but I

8   doubt it.

9      Q.    So, I might have asked a bad question.  So

10  that's what you've been doing from the 9:00 to

11  12:00, right?  Playing cards or getting on the

12  phone, things of that nature?

13     A.    No.  That's what you do after, after 12:00

14  o'clock.

15     Q.    What do you do between 9:00 and 12:00

16  then?

17     A.    Sit down and watch TV.

18          MR. WEIL:  Object to form.  Andrew, are we

19  talking about weekends?

20          MR. HORVAT:  I'm talking about a typical

21  day.  You can lodge a legal objection.  If you want

22  a standing objection to every single question I ask

23  go ahead and do it.

24          MR. WEIL:  No, I don't want to do it.  I

Page 40

```
 1    just want to clarify the record.
 2              MR. HORVAT:  I'm not going to clarify a
 3    record is this a summer day, spring day.  I'm not
 4    going to do that.  So, if you want to continue to
 5    object I don't have a problem with that but just
 6    wasting the record.
 7              MR. WEIL:  Continue to object then.
 8    BY MR. HORVAT:
 9        Q.   So, at 12:00 o'clock on a non-school day,
10    are you allowed to make phone calls now?
11              MR. WEIL:  Object to form.
12              THE WITNESS:  Yes.
13    BY MR. HORVAT:
14        Q.   And how long does that -- what else are you
15    allowed to do at that time?
16              MR. WEIL:  Same objection.
17              MR. HORVAT:  I gave you a standing
18    objection, Steve, if you want it.
19              MR. WEIL:  I'm not going to object to every
20    single questions but I'll object to ones that I
21    think are appropriate.
22    BY MR. HORVAT:
23        Q.   Mr. ███ Q.B. ███ so, at 12:00 o'clock on a
24    non-school day, what do they call that time?  What's
```

```
                                              Page 41
 1   that period?
 2            MR. WEIL:  Same objection to form.
 3            THE WITNESS:  We got TV around that time.
 4   BY MR. HORVAT:
 5       Q.   How long are you to be remain in the TV
 6   area?
 7            MR. WEIL:  Same objection.
 8            THE WITNESS:  The TV area, you go to.
 9   BY MR. HORVAT:
10       Q.   For how long?
11       A.   Until time to go up.
12       Q.   Go up where?
13       A.   Our cells.
14       Q.   What time would that be?
15       A.   Same time.  Like 2:00 o'clock.
16            MR. WEIL:  Same objection.
17   BY MR. HORVAT:
18       Q.   And is the 2:00 o'clock period, is that for
19   the count that you discussed with me earlier?
20       A.   Yeah.
21       Q.   So, just so I'm clear, from, on a day when
22   school is in session you're in some area of the pod
23   from nine to 2:00 o'clock until they do a head
24   count?
```

```
                                                    Page 42

 1        A.    Yeah.

 2              MR. WEIL:   Object to form.

 3   BY MR. HORVAT:

 4        Q.    During that time are you provided -- do

 5   they take you for recreation or are you provided

 6   recreation?

 7              MR. WEIL:   Object to form.

 8              THE WITNESS:   No.   Recreation is only on

 9   second shift.   Only time something happen like that

10   in the morning if it's like a program or something

11   like that.

12   BY MR. HORVAT:

13        Q.    Okay.   After the 2:00 p.m. head count, what

14   happens next?

15              MR. WEIL:   Same objection.

16              THE WITNESS:   Afternoon.   Do the same thing

17   we do every day.

18   BY MR. HORVAT:

19        Q.    Kind of the same thing?

20              MS. WEST:   I can't hear you.   Can you speak

21   up, please?

22              THE WITNESS:   Come out of the room and do

23   the same thing we do every day.

24   BY MR. HORVAT:
```

Page 43

```
 1        Q.    Which is what?  TV?

 2        A.    TV, play cards, get on the phone, work out.

 3        Q.    And at some point in time during the

 4   evening do they come and get you for recreation?

 5             MR. WEIL:  Same objection.

 6             THE WITNESS:  Yes.

 7             MR. WEIL:  Foundation.

 8   BY MR. HORVAT:

 9        Q.    When does that usually occur?

10             MR. WEIL:  Same objection.

11             THE WITNESS:  3:00 to 4:00.  4:00 to 5:00.

12   5:00 o'clock is dinner.  Like 6:00 to 7:00.  7:00 is

13   level time.

14   BY MR. HORVAT:

15        Q.    What's a level time?

16        A.    If you're on level one you go up at seven.

17   Level two go up at 7:45.

18        Q.    What do you mean, go up?

19        A.    Like go in your cell.  You're done for the

20   night.

21        Q.    Okay.  So, if there is 12 or 13 residents

22   on the pod and they are taken to, for instance, the

23   gym, do they all go together?

24             MR. WEIL:  Object to form.
```

Page 44

```
 1              THE WITNESS:  If you want to.
 2    BY MR. HORVAT:
 3         Q.    Okay.
 4         A.    Some kids can refuse.
 5         Q.    And I guess I was a little unclear with
 6    your answer.  So on the evening shift after that
 7    2:00 p.m. head count, what time typically are you --
 8    is recreation done?
 9              MR. WEIL:  Object to form.
10              THE WITNESS:  Whatever the schedule say.
11    BY MR. HORVAT:
12         Q.    How long are you usually given recreation
13    for?
14         A.    60 minutes, an hour.
15              MR. WEIL:  Objection, form.
16    BY MR. HORVAT:
17         Q.    Pardon me, sir?
18         A.    60 minutes, an hour.
19         Q.    And how often on a typical non-school day
20    is the recreation done in, say, the gyms?
21              MR. WEIL:  Object to form, foundation.
22              THE WITNESS:  Almost every day.  When we
23    got no other place to go.  So we go to the gym.
24    BY MR. HORVAT:
```

Page 45

1       Q.   Is that where typically where most of the

2    of the recreation is held in one of the two gyms?

3       A.   Yes.

4            MR. WEIL:  Object to form.

5    BY MR. HORVAT:

6       Q.   When are you allowed to go out into the

7    yard for recreation?

8            MR. WEIL:  Object to form.

9            THE WITNESS:  Summertime.

10   BY MR. HORVAT:

11      Q.   And in the wintertime probably not then?

12      A.   No.

13      Q.   What about in spring?

14      A.   Depends on how it is outside.

15      Q.   Just depends on the weather?

16      A.   Yeah.

17      Q.   When it's summertime when the weather is

18   good, how often are you guys allowed to go to the

19   yard?

20           MR. WEIL:  Object to form.

21           THE WITNESS:  Two days out of the week,

22   whenever it's open.

23   BY MR. HORVAT:

24      Q.   So, two days out of the week would be

Page 46

1   typical when the weather permits it?

2        A.    (The witness nodded.)

3              MR. WEIL:   Object to form.

4   BY MR. HORVAT:

5        Q.    Is that a yes, sir?

6        A.    Yes.

7        Q.    Let's talk about school itself, okay?

8   We'll talk about school when Empire was not filming

9   at the JTDC.  You said you had four classes per day?

10       A.    Yeah.

11       Q.    What kinds of classes would you take?

12       A.    Language Arts.  Math.  Social Studies.

13  History.

14       Q.    And during those hours are the teachers

15  instructing you, or are you doing homework by

16  yourself?  What typically happens?

17       A.    Both.  They instruct me and they pass out

18  work.

19       Q.    You take quizzes in class and things of

20  this nature?

21       A.    Yeah.

22       Q.    Can you tell me, and if you can't that's

23  fine, how often the teachers lecture as opposed to

24  just you sitting there doing work by yourself?  No?

```
                                                    Page 53
 1        A.    Yes.

 2        Q.    Let's talk about programming at the JTDC.

 3        A.    Okay.

 4        Q.    You told me earlier that on occasion

 5   classrooms would be used for programming, right?

 6        A.    Yes.

 7        Q.    What types of programming occurred at the

 8   JTDC?

 9        A.    DJ, programming, barber school.  You adopt

10   a pod.  And they have these little tournaments, play

11   tournaments, chess tournaments.

12        Q.    Are these voluntary programs, like you can

13   do them if you want, you don't have to do them if

14   you don't want?

15        A.    You can do them if you want, only if you're

16   on a level.  If you're not on the level you're not

17   going to get invited.

18        Q.    So, only those on three and four --

19        A.    Yes.

20              MR. WEIL:  Object to form, foundation.

21   BY MR. HORVAT:

22        Q.    -- are invited?  Is that true, Mr. [Q.B.]

23   on three and four they would get invited but on one

24   and two would not?
```

1           MR. WEIL:  Object to form.

2           THE WITNESS:  Yes.

3   BY MR. HORVAT:

4       Q.   Did these activities occur -- do these

5   activities occur both -- strike that.

6           Do these activities occur both while school

7   is in session and while school is out of session?

8           MR. WEIL:  Object to form.  Foundation.

9           THE WITNESS:  No school out of session.

10  BY MR. HORVAT:

11      Q.   Well, there is periods of time where school

12  is not in session at the JTDC, right?

13      A.   Yes.

14      Q.   Is programming offered during that time?

15          MR. WEIL:  Object to form, foundation.

16          THE WITNESS:  Yeah.

17  BY MR. HORVAT:

18      Q.   Is programming likewise offered when school

19  is in session?

20          MR. WEIL:  Same objection.

21          THE WITNESS:  Not really.

22  BY MR. HORVAT:

23      Q.   No?  Okay.  So, the special program only

24  usually occurs when school is out for the summer,

Page 56

1    BY MR. HORVAT:

2         Q.    Did any of that -- strike that.

3               Where did those, where did basketball and

4    football occur?

5               MR. WEIL:  Object to form.

6               THE WITNESS:  In the yards.  Basketball in

7    the gym.

8    BY MR. HORVAT:

9         Q.    During the summer of 2015 were you, do you

10   recall what level you were?

11        A.    One.

12        Q.    For the whole summer, as you recall it?

13        A.    Yeah.

14        Q.    So, you would not have been -- you would

15   not have been allowed to partake in these, these

16   programs, correct?

17        A.    Yeah.

18              MR. WEIL:  Object to form.

19   BY MR. HORVAT:

20        Q.    And because you were not allowed to partake

21   in these programs you didn't, you were not taking

22   part in these programs in the summer of 2015,

23   correct?

24              MR. WEIL:  Object to form.

Page 57

1           THE WITNESS:  I can't hear you.

2    BY MR. HORVAT:

3        Q.    Sure.  So, you said you weren't allowed to

4    take part in any of these programs in 2015, right?

5        A.    Yeah.

6           MR. WEIL:  Object to form.

7    BY MR. HORVAT:

8        Q.    That means you did not take part in any of

9    these programs?

10       A.    No.

11          MR. HORVAT:  We've been going about an

12   hour?

13          MR. JACOBSON:  Less.

14   BY MR. HORVAT:

15       Q.    One moment, Mr. ▓▓Q.B.▓▓

16          Let's talk about visitation.  Okay.  When

17   Empire was not filming, describe how visitation

18   occurred.

19       A.    Whenever your center visiting days is,

20   that's when you go down to visit your people that

21   will come.

22       Q.    And do you have certain assigned days where

23   your people are allowed to come on?

24       A.    Yeah.

Page 60

1    BY MR. HORVAT:

2        Q.    Are these contact visits?

3        A.    What do you mean?

4        Q.    Sure.  Can you hug your mother?

5        A.    Yes.

6        Q.    You're not cuffed or anything at this time?

7        A.    No.

8        Q.    In fact, unless you're put in restraints

9    you're never cuffed when moving throughout the JTDC;

10   is that right?

11       A.    When you're put in restraints and you're

12   moving throughout the facility, can't nobody move.

13       Q.    Right.  That's what I mean.  But I guess

14   when they move you throughout the facility you're

15   not put in any kind of restraints, right?

16       A.    Uh-uh.

17       Q.    According to your complaint, you and your

18   grandmother claim that she came to the JTDC and was

19   told that visitation for a day would not be -- would

20   not occur.  Are you familiar with that?

21       A.    Yeah.

22       Q.    Do you remember that particular day?

23       A.    I don't remember what the particular day

24   was, but I remember me calling her.  She telling me

Page 61

1    that they turned her around.

2        Q.   Was that on -- supposed to be on one of

3    your set days?

4        A.   Yeah.

5        Q.   Were you expecting her to show up that day?

6        A.   Yeah.

7        Q.   Were you actually taken to the visitation

8    room that day?

9        A.   No.

10       Q.   Do you recall why not?

11       A.   They called upstairs and like,  **Q.B.**  your

12   visit just got canceled.

13       Q.   Did they tell you why?

14       A.   No.  They just said my visit got canceled.

15       Q.   Did that ever happen before?

16       A.   No.

17       Q.   So, you never had a visit get canceled

18   before other than this particular one time?

19       A.   Uh-huh.  Yeah.

20       Q.   And did you talk to your grandmother about

21   that?

22       A.   Told -- she was like, they turned me

23   around.  Say visit got canceled.

24       Q.   When did you speak with your grandmother

Page 62

1  about that?

2       A.    Later on that night.

3       Q.    You called her on the phone?

4       A.    Yes.

5       Q.    And did she say anything else other than

6  that, you know, that she got turned around and visit

7  got canceled?

8       A.    No.  She just said --

9             MR. WEIL:  Object to form.

10            THE WITNESS:  They told her visit is

11 canceled.

12 BY MR. HORVAT:

13      Q.    Is that all you can remember about that

14 conversation?

15      A.    Yeah.

16            MR. HORVAT:  I need to use the restroom, so

17 if nobody has an objection, I'll take a quick break.

18            THE VIDEOGRAPHER:  Going off the record.

19 Time now is 11:29 a.m.  This is the end of Media

20 Number 1.

21            (A brief recess was taken.)

22            THE VIDEOGRAPHER:  We're back on the

23 record.  The time now is 11:38 a.m.  This is the

24 beginning of Media Number 2.

```
                                                    Page 63

 1              MR. WEIL:  This is Steve Weil, for the

 2   plaintiff.  Mr.  [Q.B.]  is going to correct the

 3   identities of the people who visited him while he

 4   was detained at JTDC.  Go ahead.

 5              THE WITNESS:  My grandmother, my great

 6   grandmother, my father, my mother and my mentor.

 7              MR. WEIL:  Thanks.

 8   BY MR. HORVAT:

 9       Q.   Mr.  [Q.B.]  when we left off we were

10   talking about visitation, okay?  Did visitation, did

11   the manner in which it was conducted, did it change

12   while Empire was filming in the summer of 2015?

13              MR. WEIL:  Objection.  Form.  Foundation.

14              THE WITNESS:  Yeah.

15   BY MR. HORVAT:

16       Q.   How so?

17       A.   They shut down the visiting, the visiting

18   area.

19       Q.   And where is the visiting area located in

20   the JTDC?

21       A.   Second floor.

22       Q.   Is it a single room?

23              MR. WEIL:  Objection to form.  Foundation.

24              THE WITNESS:  Yeah.  I think it's right
```

Page 64

1   next to the kitchen.

2   BY MR. HORVAT:

3       Q.   And where was visitation held then if not

4   in this room?

5       A.   The classroom.

6            MR. WEIL:  Objection to form, foundation.

7   BY MR. HORVAT:

8       Q.   And other than where it was located, was

9   there anything different about visitation?

10           MR. WEIL:  Same objection.

11           THE WITNESS:  Couldn't really -- it's

12  small.  You can't really have any privacy if you

13  want to talk to your people, people that stuff -- it

14  it's too small.

15  BY MR. HORVAT:

16      Q.   Other than being bunched up and the lack of

17  privacy, any other complaints that you had about the

18  visitation?

19           MR. WEIL:  Same objections.

20           THE WITNESS:  No.

21  BY MR. HORVAT:

22      Q.   Okay.  Were you still allowed to hug your

23  grandmother or your great grandmother?

24      A.   Yes.

Page 65

1      Q.   The limitations with respect to movement,

2   did you have to raise your hand if you wanted to

3   move?

4      A.   Yeah.

5           MR. WEIL:  Object to form.

6   BY MR. HORVAT:

7      Q.   Is that the same whether visitation was in

8   the visitation room or in the classroom?  Was it the

9   same?

10          MR. WEIL:  Same objection.

11          THE WITNESS:  Yeah.

12  BY MR. HORVAT:

13     Q.   How often do you recall having visitation

14  in one of the classrooms that summer, summer of

15  2015, while Empire was filming?

16     A.   Once or twice.

17     Q.   Do you remember who came to visit you those

18  times?

19     A.   My mentor.

20     Q.   And did your -- did your grandmother ever

21  come during the filming other than the one time we

22  spoke about?

23     A.   I don't remember.

24     Q.   And when your mentor came during Empire,

1   when Empire was filming, did you have visitation in

2   the classrooms both times?

3        A.   Yeah.

4        Q.   Did you have other visits other than

5   mentors or -- strike that.  Let me just ask you.

6   Were you visited by probation officers or members of

7   the court system?

8        A.   Yeah.

9             MR. WEIL:  Object to form.  Are you talking

10  Empire?

11  BY MR. HORVAT:

12       Q.   I'm just asking the question.  How often

13  did that occur?

14            MR. WEIL:  Object to form.

15            THE WITNESS:  Like twice a month.

16  BY MR. HORVAT:

17       Q.   Did that occur as well even when Empire was

18  filming?

19       A.   Yeah.

20       Q.   And where did those visitations occur?

21       A.   They have private attorney rooms so you can

22  talk to your attorney, talk to your probation

23  officer.

24       Q.   Okay.  And where are these private attorney

Page 72

1    Q.   So, if there was a fight on the pod or
2  something like that?
3    A.   Yes.
4    Q.   And they couldn't do a movement you would
5  stay there?
6    A.   Yeah.
7    Q.   Switch gears and talk about medical for a
8  minute, okay.  How do you put in a request for
9  medical help or medical assistance?
10   A.   A sick call.
11   Q.   Explain that to me.  How does that work?
12   A.   It's a little box that would be on the
13  wall.  They give you a slip for sick call.  Fill it
14  out.  Put it in the box.  A nurse comes grabs it.
15  The next morning you should be seen in like one or
16  two days.
17   Q.   Okay.  And on the yellow slip, I'm assuming
18  your name is on there; is that right?
19   A.   Yeah.
20   Q.   What else do you put on those slips?
21   A.   Date of birth.  What's wrong with you.  How
22  bad it hurts.  When your next court date is.  That's
23  it.
24   Q.   Do you ever recall making any sick call

```
                                                Page 73
1     requests while Empire was filming?
2          A.    No.
3          Q.    Do you have any information regarding the
4     way that those requests were handled while Empire
5     was filming?
6          A.    Yeah.
7               MR. WEIL:   Object to form.
8     BY MR. HORVAT:
9          Q.    Tell me about that.  How were they handled?
10         A.    I seen some kids put a request in and they
11    ain't never get seen.
12         Q.    And is this -- you knew this because you
13    spoke to some of these kids?
14         A.    Yeah.
15         Q.    This never happened to you, correct?
16         A.    No.
17         Q.    We talked earlier about how you were
18    escorted, right, throughout JTDC.  Are you guys
19    escorted in a line?
20         A.    Yeah.
21         Q.    If it's 12 or 13 residents, how many
22    security staff on average would escort you guys?
23         A.    Two.
24         Q.    And is that the case wherever you guys are
```

```
                                             Page 82
 1        Q.    Did you get disciplined for that?

 2        A.    Yeah.

 3        Q.    And what happened?

 4        A.    Put me on room 24 hours.

 5        Q.    That was when you got locked in from 8:00

 6    p.m. to 8:00 p.m.?

 7        A.    Yeah.

 8        Q.    Is that the only time you can recall

 9    somebody being brought to your pod that was in a

10    rival gang?

11        A.    Yeah.

12        Q.    Earlier you used the term lockdown when I

13    asked you a question.  What did you mean by

14    lockdown?

15        A.    You can't move.  Move restriction.

16        Q.    Is that how you felt during the filming of

17    Empire, that you were on lockdown?

18        A.    Yeah.

19        Q.    Talk to me about -- when you say, moving

20    restrictions, are you meaning that you didn't go to

21    the schools, for instance?

22        A.    Yeah.

23        Q.    Or the yard, for instance, the rec?

24        A.    Yeah.
```

```
                                               Page 83

  1        Q.   Okay.  As far as movement within your pod,

  2   everything stayed the same?

  3        A.   Yeah.

  4        Q.   Okay.  And if you were escorted somewhere

  5   else, those escorts looked the same as when Empire

  6   wasn't filming, correct?

  7        A.   Yeah.

  8             MR. WEIL:  Object to form.

  9   BY MR. HORVAT:

 10        Q.   So, basically when you're saying lockdown

 11   you're talking about the fact that you couldn't go

 12   to specific places within the JTDC?

 13        A.   Yeah.

 14             MR. WEIL:  Object to form.

 15   BY MR. HORVAT:

 16        Q.   Were there any benefits to the filming at

 17   all?  Do you feel that you got any benefits?  Did

 18   you get to meet any of the actors or anything like

 19   that?

 20        A.   No.

 21        Q.   Did you ever -- did any of the actors ever

 22   speak to you?

 23        A.   No.

 24        Q.   Did anybody put on any presentations or
```

```
                                          Page 86
 1        A.    Yeah.
 2        Q.    Can you describe for me what the difference
 3   is between 4G and 4H are?
 4        A.    Same thing.  Just a different unit for the
 5   kids.
 6        Q.    Does 4G and 4H have a different day room?
 7        A.    No.
 8        Q.    They share a day room?
 9        A.    You mean like a different like -- what do
10   you mean?
11        Q.    It's a good question.  I don't know the
12   answer to the question.  That's why I'm asking you.
13   So, explain to me what the difference is between 4G
14   and 4H.
15        A.    Looked just the same.  It's just 4G over
16   here and 4H over there.
17        Q.    Okay.  Can you see people in 4G?
18        A.    No.
19        Q.    In fact, when you're on your pods you can't
20   see any other pods, correct?
21        A.    Only if you look out the window.  Because
22   it's -- the JTDC like a square.  So if you look out
23   your window you can see other pods.  You can't see
24   nobody.
```

Page 87

1       Q.   You can see across like the yard or

2  something like that?

3       A.   Yeah.

4       Q.   Mr. ▮▮Q.B.▮▮ earlier you indicated to me

5  that you didn't recall being taken to any of the

6  gyms or the yard for recreation at all.  Is that --

7  during Empire films; is that correct?

8       A.   Yeah.

9          MR. WEIL:  Objection, form.

10 BY MR. HORVAT:

11      Q.   What's a behavioral plan?

12      A.   Behavior plan?

13      Q.   Yes, sir.

14      A.   It's when -- it's where you catch -- you

15  usually get put on -- you catch too many write-ups

16  in a week, and it's like you got do community

17  service.  You've got sit on a wall on day.  You

18  can't watch TV.  You can't interact with other

19  youths.

20      Q.   Okay.  According to my records you were on

21  a behavioral plan that summer.  Is that correct?

22      A.   Yes.

23      Q.   What was specifically your behavioral plan?

24  Tell me about it.

Page 89

1    ask for it.  Like mental health come to the unit,

2    asks who needs mental health.  Only if you ask for

3    it.

4    BY MR. HORVAT:

5        Q.    Did you request mental health that summer?

6        A.    No.

7        Q.    That was just part of your plan?

8        A.    Yes.

9        Q.    Now, according the records I have, on

10   June 23rd, that you guys were taken to the south

11   gym.  Are you telling me that didn't happen?

12       A.    Yeah.

13       Q.    It did not happen or it did happen?

14       A.    It did not happen.

15       Q.    On the 24th I have you going to a court

16   appearance.  Tell me about how court appearances

17   work.

18       A.    I go to court for my case.  You go

19   downstairs.  Instead of you being upstairs with the

20   YDS you got sheriffs.  They search you.  Put you in

21   handcuffs.  Put on in, and they do another count.

22   They go off the judge, how many cases they got.  How

23   many custodies they got.  And then they take you out

24   of the handcuffs and put you in a bullpen with

Page 90

1    anybody else.  And then whenever your name be called

2    you go in the courtroom.

3        Q.   How often were the court appearances?  Were

4    they every month?

5        A.   Yeah.  It depends on whenever your court

6    date is.  Sometimes they can make it throughout the

7    whole week.  Sometimes they wait for four months.

8        Q.   How long does a court appearance usually

9    last?

10       A.   Something like -- go down at 8:00.  Be back

11   upstairs like 10:30.

12       Q.   If I showed that you had been escorted to

13   and from a court appearance starting at 9:00 o'clock

14   and ending at like 2:40 p.m., does that sound right

15   to you?  Would you have been down there that long?

16       A.   Yeah.

17       Q.   It can occur -- it can go all day?

18       A.   It depends on how many kids there.

19       Q.   That same day of the court appearance

20   according to the records I have is when this fight

21   occurred, okay, June 24th.  Okay.  Tell me about

22   that.  What happened?

23            MR. WEIL:  Objection.

24   BY MR. HORVAT:

Page 91

1      Q.    Is that how you remember?  Was it the same

2  day as your court appearance?

3      A.    I was angry because I got detained for my

4  birthday.  Couldn't go home.  That same day when a

5  rival gang came upstairs.  So, at first I wasn't

6  going to do nothing.  But then my homey me hit him.

7  So I swung, too.

8      Q.    Is this an individual named ███████████?

9      A.    I don't know.  I don't remember his name.

10     Q.    When you say your homey, you don't remember

11 his name?

12     A.    No.  I remember my homey name.  I don't

13 remember the boy that we got into it.

14     Q.    Who was your friend's name?

15     A.    ███████████.

16     Q.    ███████████.  All right.  And so you were

17 angry about the fact that you had just been told

18 that you were not going home for your birthday,

19 right?

20     A.    Yeah.

21     Q.    So, initially you wouldn't have done

22 anything but because you were angry about that?

23         MR. WEIL:  Objection.  Form.

24 Mischaracterizes the witness' testimony.

```
                                                    Page 92

 1    BY MR. HORVAT:

 2         Q.   You swung on him?

 3         A.   I was going to do something even if I

 4    didn't get detained for my birthday because he's a

 5    rival gang.  He ain't supposed to be upstairs with

 6    me.

 7         Q.   So, you just fight on sight, right?

 8         A.   Yeah.

 9              MR. WEIL:  Objection.  Form.

10    BY MR. HORVAT:

11         Q.   And for that you did basically 24 hours in

12    your cell?

13         A.   Yes.

14         Q.   Now, that fight, several people were

15    involved in that fight, right?  At least three?

16         A.   Yeah.

17         Q.   When you fight like that, they revoke your

18    privileges to go to the gym or commissary, these

19    kind of things?

20              MR. WEIL:  Objection, form, foundation.

21              THE WITNESS:  Only for commissary.  They

22    really can't revoke your rec.

23    BY MR. HORVAT:

24         Q.   Did the pod get in -- did that particular
```

Page 93

1    pod get in trouble for that fight, or was it just

2    you?

3              MR. WEIL:  Objection, foundation.

4              THE WITNESS:  It was just me involved.

5    BY MR. HORVAT:

6        Q.    So, once you get put on this 24-hour

7    lockdown, everything returns to normal within the

8    group?

9        A.    Yeah.

10             MR. WEIL:  Objection.  Form.  Calls for

11   speculation.

12   BY MR. HORVAT:

13       Q.    Do you know how long Empire had been

14   filming on that particular day?

15       A.    No.

16       Q.    Do you know what they were filming on that

17   particular day?

18       A.    I don't remember.

19             MR. WEIL:  Objection.  Form.

20   BY MR. HORVAT:

21       Q.    What was -- what is your birthday, sir?  Is

22   it the 2nd of July?

23       A.    Yeah.

24       Q.    You were in legacy in June of that summer.

Page 96

1      A.    Yeah.

2      Q.    And pursuant to my records it indicates

3  that you guys were also taken to the gym the

4  following day on the 24th of August.  Is it your

5  testimony that did not happen?

6      A.    Yeah.

7      Q.    And on the 25th I also show pursuant to

8  documentation I have that you were taken to the gym

9  for recreation.  Is it your testimony that did not

10  happen as well?

11      A.    I was in the room that day.

12      Q.    The 25th?

13      A.    Yeah.

14      Q.    What happened?  Why were you in the room?

15      A.    I fought the day before.

16      Q.    This is in August?

17      A.    August 25th?

18      Q.    Yes, sir.

19      A.    No.  August 25th, I don't remember.  I

20  thought you were talking about June 25th.

21      Q.    No.  I'm sorry.  Yeah.  So, I was talking

22  about August.  So, just so I'm clear, pursuant to my

23  records it indicates that legacy in those pods were

24  given recreation on August 23rd, 24th and 25th.  Are

Page 97

1    you saying you were never taken to the gym for

2    recreation that day?

3         A.    Yes.  We probably went that day.

4         Q.    Why do you believe you probably went those

5    days?

6         A.    End of August.  They trying to get out of

7    rec rooms before the winter comes so they get ready

8    to shut down the yards.

9         Q.    So, you believe during that time that you

10   were probably were taken to one of the gyms for

11   basketball or something like that?

12        A.    Yes.

13        Q.    So, earlier you indicated that rec was on

14   the pod during the filming days in June, right?

15        A.    Yeah.

16        Q.    Okay.  Do you remember how many days that

17   was -- that was?

18             MR. WEIL:  Objection.  Form.

19             THE WITNESS:  Throughout the week, a whole

20   week.

21   BY MR. HORVAT:

22        Q.    That week in June that they were filming?

23        A.    Yeah.

24        Q.    So, you always had the rec on the pod?

Page 101

1      A.    No.

2      Q.    You don't know an individual from your time

3   at the JTDC by the name of ███████████████?

4      A.    No.

5      Q.    Mr. ███Q.B.███ if you'll turn back to Page 19,

6   you're going to see the initials QB which I can tell

7   you nobody is going to argue is you. ██████Q.B.██████.

8   I'm going to ask you about some of the specifics

9   under these paragraphs, okay?

10          Paragraph A says:  During the summer of

11  2015 QB was 16 years old and housed in the JTDC

12  living unit.  Children on QB's pod normally attended

13  classes at the Nancy B. Jefferson School throughout

14  the day.  Children on QB's pod were provided with

15  two recreation periods, one for gym class as part of

16  their schooling and another for an after-school

17  recreation hour.

18          Mr. ███Q.B.███ just so we're clear, you were

19  not detained at the JTDC while the Nancy B.

20  Jefferson School was in session that summer,

21  correct?

22      A.    Uh-huh.

23      Q.    Is that correct?

24      A.    Yes.

```
                                                   Page 106

 1     pod were ignored.  Normally such requests were

 2     responded to relatively promptly.

 3               You testified earlier that the sick call

 4     requests would usually get handled the next day?

 5          A.   One or two days.

 6          Q.   One or two.  Is that normal?

 7          A.   Yes.

 8          Q.   Do you know of any residents or kids on

 9     your pod, can you give me examples of anybody who

10     put in a sick pod request and it didn't get handled

11     within one or two days?

12          A.   One kid, he had a -- he had a blood clot in

13     his eye.  He put in sick call.  He ain't get seen

14     until the next week.

15          Q.   Blood clot in his eye?

16          A.   Yes.

17          Q.   What do you mean, his eyeball was actually

18     red?

19          A.   Yes.

20          Q.   Do you know who his was?

21          A.   I don't remember his name.  I remember he

22     was in there for a while.

23          Q.   How do you recollect that?  How do you

24     recall that?
```

Page 107

```
 1        A.    Because --
 2              MR. WEIL:  Objection, form.
 3              THE WITNESS:  We called -- he had ████████
 4    on his stomach so we called him ███████.
 5    BY MR. HORVAT:
 6        Q.    And that's how you recollect who he was?
 7        A.    Yes.
 8        Q.    Other than that, you can't give me a name
 9    or who he was?
10        A.    No.
11        Q.    Was he black, white, Hispanic?
12        A.    Hispanic.
13        Q.    Other than his Hispanic gentleman with ████
14    ████ tattooed across his body, can you think of
15    anybody else who put in a sick call request that was
16    not handled within one or two days?
17        A.    Almost everybody, trying to get off the
18    unit.
19        Q.    People put in sick call requests so you can
20    get out of the unit, right?
21        A.    Yeah.
22              MR. WEIL:  Objection.  Form, foundation.
23    BY MR. HORVAT:
24        Q.    In fact, that's one of the ways that you
```

Page 108

```
 1    break your day is you can put a sick call request in

 2    and you can go take a walk basically, right?

 3         A.   Yeah.

 4              MR. WEIL:  Same objection.

 5    BY MR. HORVAT:

 6         Q.   All right.  And kids put in a lot of sick

 7    call requests when they're really sick, right,

 8    Mr.  Q.B.

 9         A.   Yeah.

10              MR. WEIL:  Objection.  Calls for

11    speculation.

12    BY MR. HORVAT:

13         Q.   In fact -- I'm not trying to get you in

14    trouble, but you've done that as well, too, right?

15              MR. WEIL:  Objection.  Form, foundation.

16              THE WITNESS:  I don't write sick calls like

17    that.

18    BY MR. HORVAT:

19         Q.   But you know other kids have, right?

20         A.   Yeah.

21              MR. WEIL:  Objection.  Form, foundation.

22    BY MR. HORVAT:

23         Q.   And they do that year around whether Empire

24    is filming or whether they're not filming, right?
```

```
                                          Page 109

 1              MR. WEIL:  Foundation.

 2      BY MR. HORVAT:

 3          Q.   Is that's a yes?

 4          A.   Yes.

 5          Q.   Mark that as Number 2.

 6              Mr.  ██Q.B.██  you can go ahead and set that

 7      aside.

 8              (Exhibit Number 2 was marked

 9               for identification.)

10              MR. HORVAT:  One second.

11              MR. WEIL:  Yeah.  Sure.  This is the right

12      one.

13              MR. HORVAT:  He's got the right one.

14              MS. CHARDON:  You gave away the big

15      surprise with that.

16              MR. HORVAT:  I did.  Yes.  Suspense.

17      BY MR. HORVAT:

18          Q.   Mr.  ██Q.B.██  I'm showing you what's been

19      marked as  ██Q.B.██  Number 2.  Do you recognize that

20      document, sir?

21          A.   Yes.

22          Q.   And are those the answers to interrogatory

23      questions that you gave?

24          A.   Yes.
```

Page 112

```
 1    you as well.
 2            Just to go back for a second, Mr. Horvat
 3    asked you about some issues regarding medical care,
 4    and you mentioned there was a guy in your pod named
 5    ███████.  Do you remember that?
 6      A.   Yeah.
 7      Q.   And you said he had some issues with his
 8    eye; is that correct?
 9      A.   He had a blood clot in his eye.
10      Q.   And did he -- you said that you thought he
11    had to wait a week before he received medical care.
12    Is that right?
13      A.   No.  He did wait a week.
14      Q.   How do you know he had to wait a week?
15      A.   I was there with him for the whole week.
16      Q.   Did he tell you when he put in for medical
17    care?
18      A.   Yes.  I was sitting right there when he did
19    sick call.
20      Q.   You saw him do it?
21      A.   When I told him to go to sick call.  It was
22    getting worse and worse.
23      Q.   Did you see him put sick call in?
24      A.   Yes.
```

```
                                            Page 113

 1        Q.   And were with you him every minute for the
 2    rest that week?
 3        A.   I was in the pod.  So, yes.
 4        Q.   How do you know when he got called?  Did
 5    you hear him get called?
 6        A.   They going to come upstairs.  The nurse
 7    come upstairs and call our names and take you back
 8    downstairs.
 9        Q.   Is that always how sick call worked?
10        A.   Yeah.
11        Q.   Where physically was the sick call?  Where
12    did they take you?
13        A.   Down to medical.
14        Q.   Where was medical in comparison to the pod?
15        A.   On the third floor.
16        Q.   Can you tell me who Leonard Dixon was?
17        A.   Leonard Dixon?
18        Q.   Yes.
19        A.   The superintendent.
20        Q.   Did you ever meet Leonard Dixon?
21        A.   When I -- tour of legacy, yeah, when I
22    broke down everything.
23        Q.   Say that again.
24        A.   When I broke everything on legacy here.
```