# Exhibit D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| T.S., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | 16-cv-08303 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Rebecca R. Pallmeyer |
| Twentieth Century Fox Television, a division of | ) | |
| Twentieth Century Fox Film Corporation, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF WILLIAM STEWARD

I, William Steward, being first duly sworn under oath, depose and state that the following is based upon my personal, firsthand knowledge that I can testify to and that if I were called to testify, my testimony would be as follows:

1. I am currently the Deputy Executive Director of the Cook County Juvenile Temporary Detention Center ("JTDC"). I have held this position since January 12, 2014. Prior to my current position my positions were as follows:

    (a) Supervisor In Charge at the JTDC from August 30, 2009 through January 11, 2014

    (b) Supervisor of Juvenile Counselors the JTDC from March 15, 2009 through August 29, 2009

    (c) Security Officer II of Juvenile Temporary Detention Center August 08, 2005 through March 14, 2009

2. Through my employment, I am knowledgeable about the housing, management, and daily operations of the JTDC. This includes knowledge regarding the general policies, practices, and customs of the JTDC regarding detainees' education, recreation, discipline, movement, and "level" designations.

3. From June 22-26, 2015, the JTDC residents were not in school. They were on a summer break in accordance with Chicago Public School (CPS) year round school schedule.

4. From July 13-16, 2015, all eligible JTDC residents attended school in accordance to CPS school schedule.

5. From August 23-25, 2015, all JTDC residents were not in school. They were on the CPS break schedule.

6. Male detainees are housed in one of six housing centers at the JTDC. Housing placement of a detainee is determined based upon multiple factors, including a detainee's risk of disciplinary issues. Female detainees are placed on two separate pods of one housing center. Each housing center then is further divided into residential "pods"—a suite of up to [16-18] single-detainee cells opening onto two common areas. One common area has tables and seating for meals and recreation. A separate television area has its own seating space. Each pod also has a common shower area.

7. Each detainee is assigned a level designation based upon that detainee's individual needs and disciplinary record. Level 4 detainees have the best disciplinary records and, consequently, the most privileges. At the other end of the spectrum are Level 1 detainees, with the most problematic disciplinary records and the least privileges among detainees at the JTDC. In addition, newly admitted residents are also assigned level 1 as they earn higher levels through positive behavior and following the behavior program of the JTDC. A detainee's level designation also can affect that detainee's housing assignment. For example, R.E.S.E.T is one of the JTDC's housing centers which exclusively hosts Level 1 detainees.

8. Level 4 detainee privileges include the ability for the detainee to sign-up for voluntary classes as well as first pick of those classes, prior to Level 3 detainees.

    Examples of Level 4 privileges listed below:

    (a) Designated JTDC Centers shall provide eligible residents access to a commissary where

    (b) Residents may purchase approved commodities in accordance with JTDC Policy # 12.06,

    (c) This is a part of a Resident Incentive – Reward System for the Behavior Program

    (d) Electrician Program, Painters Program, Barber College Program and Ambassador Program are for Level 4 Residents only. This is an example of level privileges for programs.

    (e) There are sports tournaments programs that are for level 3s and 4s

    (f) Special Visit Procedures Residents who achieve pre-determined levels in the JTDC Behavior Management Program may earn additional visitation privileges.

    Phone call minutes are also based off the behavior level system.

9. Level 3 detainee privileges also include the ability for the detainee to sign-up for voluntary classes, but they cannot select classes until after all Level 4 detainees who wish to sign up for voluntary classes have done so.

10. Level 2 detainees

    (a) EARNED TOKENS CAN BE SPENT ON SPECIAL ITEMS THAT GO ABOVE THE BASIC NEEDS OF THE RESIDENT. ONLY RESIDENTS ON LEVEL 2 AND UP CAN SPEND THEIR TOKENS.

    (b) FOOD COMMISSARY ITEMS

    (c) SPECIAL ADDITIONAL HYGIENE ITEMS ABOVE THEIR BASIC NEEDS

    (d) ADDITIONAL PHONE TIME TO ADD ON TO THE REQUIRED MINUTES

11. Level 1 detainees have the least privileges. Among other things, they are not eligible to participate in voluntary classes. Additionally, because of Level 1 detainees' disciplinary histories, on most days when school is not in session, Level 1 detainees generally are restricted to spending substantially the full day on their residential pods, except for an hour of recreation, as described further below. Example chart Attached below.

| Privileges | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| Credit Recovery | x | x | x | x |
| GED Programming | x | x | x | x |
| Attend Group | x | x | x | x |
| TV area | x | x | x | x |
| 1 hour Large Muscle Daily | x | x | x | x |
| Library Privileges | x | x | x | x |
| Earn JTDC Bucks | x | x | x | x |
| 715pm bed time | x | x | x | x |
| Spend JTDC Tokens | | x | x | x |
| Free time | | x | x | x |
| 2-15 minute Call to guardian per week | | x | x | x |
| 745pm bedtime | | x | x | x |
| Food Commissary | | | x | x |
| Purchase room time | | | x | x |
| Purchase Special Hair Privileges | | | x | x |
| 60 minutes phone time per week-guardian, siblings | | | x | x |
| Radio | | | x | x |
| Movie Night | | | x | x |
| 845pm bedtime | | | x | x |
| Special Programs | | | | x |
| Phone Commissary (purchase additional 60 per week) | | | | x |
| 75 phone minutes per week | | | | x |

3

| | | | | |
|---|---|---|---|---|
| Special hair Privileges | | | | X |
| Special visits-2 per month | | | | X |
| Level 4 game day | | | | X |
| Access to Game Room | | | | X |
| RAC meetings | | | | X |
| Consideration for PreVoc programs | | | | X |
| Building mediator | | | | X |
| Peace CircleKeeper | | | | X |
| 945 bedtime | | | | X |

12. While detainees are housed at the JTDC, they attend school on the same schedule as other Chicago Public School students, including a July summer session. The Chicago public school system operates a school—the Nancy B. Jefferson School—within the JTDC.

13. Detainees also participate in daily recreational activities. Recreation at the JTDC can take place in multiple areas. The options for locations of recreation include three outdoor concrete courts where basketball and other equipment are available, two large indoor multi-purpose gymnasiums, also with basketball and other equipment, a classroom equipped with video game, TV and desk, a game room equipped with ping pong tables and video games. The day-to-day availability of recreational activity may depend on the weather, availability of JTDC staff, maintenance of or use of locations by other pods, and disciplinary measures specific to the pod.

14. Detainee movement, schooling, and recreational activities generally is conducted by pod. This means, for example, that the roughly 14 detainees in a pod attend classes together, even if they are of slightly different ages. Different detainees within the same pod may have different agendas, however, depending on (among other things) their level designations and the needs of their court cases. Individual detainees may be prevented from participating in recreational activities due to their personal schedules, such as court appearances or appointments, or for disciplinary reasons.

15. The JTDC staff assigned to the pod has discretion to determine, within the constraints imposed by the JTDC's daily schedule, the recreational activity appropriate for their pod.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 10/15/18

William Steward

4