# Exhibit E

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4    T.S., et al.,                    )

5                    Plaintiffs,    ) Case No.

6            vs.                      ) 1:16-cv-08303

7    Twentieth Century Fox            )

8    Television et al.,               )

9                    Defendants.     )

10

11        The videotaped deposition of T.S.

12    ▓▓▓▓, called as a witness for examination, taken

13    pursuant to the Federal Rules of Civil Procedure

14    of the United States District Courts pertaining

15    to the taking of depositions, taken before ANDREA

16    L. KIM, a Certified Shorthand Reporter of said

17    state, CSR No. 84-3722, at Suite 2600, 333 West

18    Wacker Drive, Chicago, Illinois, on the 7th day

19    of August, A.D. 2018, at 10:07 a.m.

20

21

22

23

24

25

Page 23

1       Q.      Okay.  And where would you play TV --

2    or watch TV or play cards?

3               Where would that occur?

4       A.      There's a TF room, a TV area.  At the

5    end, there's four tables that they let you play

6    cards.

7       Q.      And this is a day room?

8       A.      Yes.

9       Q.      And is this day room assigned to a

10   particular pod or cell?

11      A.      Yes.

12      Q.      Okay.  And how long would you

13   generally stay in that area until it was lights

14   out?

15      A.      About three hours.

16      Q.      Okay.  And what time was lights out on

17   an average school day?

18      A.      Depends on your level.

19      Q.      Okay.  Go ahead and run it down for

20   me.

21      A.      I believe Level 1s go in at about --

22   what time -- like I don't know.  I don't know

23   exact time.  I know I was Level 4 most of my time

24   being, and I didn't have to go in my room until

25

Page 24

1    about 9:15, 9:30.

2         Q.    Okay.  If you were a Level 1, you

3    would have to go in before 9:15, 9:30?

4         A.    Yes.

5         Q.    Talk to me when school was out.  What

6    was the average day like at the JTDC when school

7    was not in session?

8         MS. CHARDON:  I am going to object to form,

9    vague.  If you could specify a time, weekends.

10        MR. HORVAT:  Average day when school wasn't

11   in session.

12        MS. CHARDON:  I've going to object again --

13   BY THE WITNESS:

14        A.    During the weekends or like --

15   BY MR. HORVAT:

16        Q.    Sure.  I'm sorry.  I didn't mean to

17   speak over you.

18             Sure, give me during the week.

19        A.    During the weekends?

20        Q.    During the week first.

21        A.    A normal -- could you reask that

22   again?

23        Q.    Yeah, sure.

24             So when school wasn't in session, what

25

Page 28

1    changes in how things were going to work?

2         A.    That it would be lesser movement and

3    some of the parts of the building would be closed

4    because they were filming.

5         Q.    Okay.  When they began to film in

6    June, was school in session?

7         A.    In June?

8         Q.    Yes, sir.

9         A.    Yes.

10        Q.    Okay.  And were you attending school

11   at the JTDC at that time?

12        A.    Yes.

13        Q.    Okay.  Tell me how schooling was

14   different while Empire was filming?

15        A.    When Empire was filming, all classes

16   were shorter and classes were on the pod because

17   the teachers had to bring their TV carts up to

18   the pods.

19        Q.    Okay.  And when you say pods, just so

20   the record is clear and we understand each other,

21   you are talking about the day room --

22        A.    I was on living on Pod 5G.

23        Q.    Right.  And that was part of Phoenix;

24   is that correct?

25

Page 30

1    1      Q.    Okay.  Go ahead and tell me why.

2    2      A.    You have got to ask that question

3    3  differently.  Can you ask --

4    4      Q.    Sure, sure.  Why do you have an idea?

5    5          Why do you have an idea why the

6    6  teachers didn't come up?

7    7      A.    Because they had to go each -- each

8    8  teacher had to go from this pod to this pod and

9    9  this pod to that pod because they all -- and we

10   10  all had the same teachers but different

11   11  timeframes.  So the teachers had to make it from

12   12  one section or one floor to another floor.

13   13      Q.    Okay.  So do you believe that the

14   14  teachers didn't have enough time to get to all

15   15  the pods in one day.  Is that what it was?

16   16      A.    They had enough time.

17   17      Q.    Okay.  You just don't believe that

18   18  they wanted to do that?

19   19      A.    Yeah.

20   20      Q.    Okay.  When they did arrive, tell me

21   21  how it was different the teaching in the pods as

22   22  opposed to the teaching in the classroom.

23   23      A.    Because there was about 10 or 15

24   24  minutes before they had to leave.

25

Page 34

```
 1    1         Q.    And in that first filming session that
 2    2    you recall, do you recall how many days that you
 3    3    were in school for when this occurred?
 4    4         A.    No, I don't recall.
 5    5         Q.    Okay.  Was it a week?
 6    6         A.    Probably shorter.
 7    7         Q.    Okay.  A few days.  Okay.  Is that a
 8    8    yes, sir?
 9    9         A.    Yes.
10   10         Q.    Okay.  Other than what we just
11   11    described, do you have any other complaints about
12   12    the manner in which school occurred in the pods?
13   13         A.    Could you rephrase that question?
14   14         Q.    Sure, sure.  Other than what you just
15   15    described to me, okay, the difference in time,
16   16    the fact that some teachers didn't even make it
17   17    to the pods, any other complaints about the
18   18    manner in which school was conducted on the pods
19   19    as opposed to in the regular classrooms?
20   20         A.    We weren't getting our proper
21   21    education on the pod because everybody was so
22   22    used to moving going downstairs for classroom.
23   23    Everybody we sitting on the pod all day learning
24   24    it was never going to work for them to teach us
25
```

Page 35

1    on the pod if we -- everybody want to move

2    around, and we all had no choice but to stay on

3    the pod.  Nobody was going to listen regardless.

4        Q.    So you would rather have gone down to

5    the school rooms, the classrooms?

6        A.    Yes.

7        Q.    Talk to me about after-school

8    programming that occurred at the JTDC.

9             What kinds of programs were provided

10   to the inmates or the residents after school?

11       MS. CHARDON:  Objection, foundation.  You

12   can go ahead and answer.

13   BY THE WITNESS:

14       A.    After school during normal before

15   Empire?

16   BY MR. HORVAT:

17       Q.    Yes, before Empire, yes.

18       A.    We had Free-Write.  They had parenting

19   class.  They had -- it was a program for rappers

20   like people who know how to rap, right, do

21   poetry.  It was a couple other programs that I

22   don't remember because I didn't -- I never went

23   to some of the other ones.  Those were the only

24   ones that I was ever interested in.

25

Page 43

1    1    BY THE WITNESS:

2    2        A.    Could you reask that question?

3    3    BY MR. HORVAT:

4    4        Q.    Sure.  When Empire was filming, were

5    5    your visits with either your mentor or your

6    6    lawyers, were they cut short?

7    7        A.    Around that time I don't even think my

8    8    lawyers were coming to see me because I had -- we

9    9    had already knew what was going on.

10   10       Q.    You were waiting to put in your plea?

11   11       A.    Yeah.

12   12       Q.    Okay.  What about your mentor?

13   13       A.    He didn't come see me either.

14   14       Q.    Okay.  Other than your visits being

15   15   shortened, what other complaints do you have

16   16   about the manner in which the visits took place

17   17   while Empire was filming or while they were

18   18   present at the JTDC?

19   19       A.    When we -- one day they had us in a

20   20   classroom, and when they had us in the classroom,

21   21   we were -- it was too many people in one

22   22   classroom.  So I didn't have the privacy.  In the

23   23   visitation room, there's enough space for you to

24   24   have -- everybody have their own privacy.

25

Page 44

1            When we were in the classroom, it was

2    so many people and not enough space that I

3    couldn't even talk to my mother and tell her

4    about my day and about my week since the last

5    time that I saw her.

6       Q.    How many -- when you went down for

7    visitation, did you go down with other people

8    from 5G, or were you escorted by yourself

9    usually?

10       A.    By myself usually.

11       Q.    Okay.  So would you be in the

12    visitation rooms with other residents from other

13    pods then?

14       A.    Only -- every center had their own

15    visitation --

16       Q.    Okay.

17       A.    -- hours.

18       Q.    Okay.  So within Phoenix, you might

19    see people from areas --

20       A.    5F and 5H.

21       Q.    All right.  The visitations, were they

22    contact visits?

23       A.    Yes.

24       Q.    Okay.  Were they contact visits before

Page 56

1          Do you follow me so far?

2     A.    Yes.

3     Q.    Okay.  Do you have any idea what four

4  versus four is?

5     A.    No.

6     Q.    Okay.  Did you ever play basketball

7  four on four?

8     A.    No.

9     Q.    Okay.  Do you ever recall doing

10  anything four versus four?

11     A.    No.

12     Q.    Okay.  Do you recall being in the

13  south gym for activity that day the 22nd of June

14  between the hours of 9:50 and 10:55 p.m.?

15     A.    Not that I recall, but we most likely

16  was in the gym.

17     Q.    Okay.  Do you have any idea of what

18  four versus four would have been?  If you don't,

19  that's fine with me.

20     A.    No.

21     Q.    Okay.  Turning to the next page,

22  Mr. T.S. , you can flip to the next page.  For

23  the record, this is OAG 2164.  I promise you they

24  look pretty similar.  Go ahead and flip to the

25

Page 57

1    1   next page.

2    2        A.    I am still reading this page.

3    3        Q.    That's fine.

4    4        A.    I have got a question about this

5    5   though.

6    6        Q.    Well, you can't ask me any questions

7    7   because I'm not under oath.  So you don't want to

8    8   ask an attorney questions when they are not under

9    9   oath.

10   10            We got to go to the next page.  At the

11   11   bottom right-hand corner -- for the record, this

12   12   is OAG 2164.  Mr. ██████, at the top there, it

13   13   says, Center Large Muscle Activity Report - Pod

14   14   5G, date 6/23/15.  Again, if you go down to

15   15   number 12 where your name is ██████ and go across

16   16   to the second column, it says north gym open rec.

17   17            Do you know what open rec is?

18   18        A.    No.

19   19        Q.    That's not a term you are familiar

20   20   with at all?

21   21        A.    No.

22   22        Q.    Okay.  Do you recall having rec that

23   23   day from 12:45 to 3:55 p.m. -- 2:45, pardon me?

24   24        A.    These times -- the times look

25

1    familiar.

2        Q.   Okay.  At the very far right, there's

3    a Comments section, and you got a four which says

4    that your participation level was as high as it

5    could be.

6        MS. CHARDON:  Objection, testimony.  Go

7    ahead.

8        MR. HORVAT:  What is your objection, ma'am?

9        MS. CHARDON:  To the testimony but...

10       MR. HORVAT:  I'm sorry.  Again?

11       MS. CHARDON:  It's just facts not in

12    evidence.

13       MR. HORVAT:  Nothing is in evidence.  We are

14    taking a deposition.

15       MS. CHARDON:  The objection is in.  I won't

16    move to strike.

17    BY MR. HORVAT:

18       Q.   Okay.  Mr. T.S. , if you go across to

19    the furthest right-hand column, it just says

20    participation level was a four.  I can tell you

21    it is almost always a four when I read these

22    documents.

23         Is that your recollection that you

24    always participated when given the opportunity?

25

Page 59

1    1        A.    For the most part.

2    2        Q.    Okay.  Do you recall that day engaging

3    3    in open rec?

4    4            And I know we are going back a few

5    5    years, but do you recall on the 23rd engaging in

6    6    an open rec and participating in that activity?

7    7        A.    What -- it don't say no activity.  It

8    8    say open rec.

9    9        Q.    Do you recall doing anything in the

10   10   north gym that day from 2:45 to 3:45?

11   11       A.    I slightly recall.

12   12       Q.    Okay.  Tell me what it was, if you

13   13   recall.

14   14       A.    The time frame.

15   15       Q.    Oh, you recall the timeframe.  You

16   16   don't recall what you actually did.  Is that

17   17   fair?

18   18       A.    Yes.

19   19       Q.    Okay.

20   20       MS. CHARDON:  We need to take a break.  We

21   21   would like to take a break.

22   22       MR. HORVAT:  Well, he is on the stand.  So

23   23   you can't talk to him about his testimony.  You

24   24   know that, right?

25

Page 60

1      THE WITNESS:  I would like to take a break.

2      MR. JACOBSON:  I think we should finish

3  going through this exhibit.

4      MR. HORVAT:  You can't take a break until I

5  say you can so --

6      MS. CHARDON:  I would like to go off the

7  record.  We are on the break.

8      MR. HORVAT:  No, we will keep this on the

9  record for a second.

10      MS. CHARDON:  I can discuss with my client

11  in everybody's presence, but you are going to say

12  it is a speaking objection.

13      MR. HORVAT:  No, you can't discuss with your

14  client the contents of his testimony.  He is on

15  the stand.

16      MS. CHARDON:  I'm not going to discuss with

17  the client -- my client --

18      MR. HORVAT:  You can't talk to him about

19  this either.

20      MS. CHARDON:  I think -- okay.  Then I will

21  do a speaking objection.  You are asking him

22  questions about dates he has already testified he

23  doesn't remember when filming was going on.  You

24  are asking him questions about during filming,

25

1    1    and he doesn't understand it was during filming.

2    2    So you're creating recollections that you don't

3    3    know whether he has.

4    4         MR. JACOBSON:  That is completely

5    5    inappropriate.

6    6         MR. HORVAT:  Wait a minute.  Wait a minute.

7    7         MS. CHARDON:  I asked to go off the record.

8    8         MR. HORVAT:  No, that's fine.  Keep this on

9    9    the record.

10   10            I'm asking your client, and I'm doing

11   11   so respectfully.  I have been very nice to your

12   12   client.  You are not denying that.

13   13        MS. CHARDON:  No, I am not denying that at

14   14   all.

15   15        MR. HORVAT:  I'm just asking him if he

16   16   remembers this.  That's all I'm asking.  If he

17   17   tells me, no, that's fine.  If he tells me, yes,

18   18   that's great too.  How is that objectionable?

19   19   How is that possibly objectionable?

20   20        MS. CHARDON:  My objection is on the record.

21   21   I asked to go off the record.  I would have had

22   22   that conversation off the record.

23   23        MR. JACOBSON:  For the record, you just told

24   24   him that these were filming dates.  These

25

1    1    documents speak for themselves, and you just

2    2    counseled your client on the record in front of

3    3    everybody.  That was inappropriate.

4    4         MS. CHARDON:  Well, it's on the record and

5    5    anybody can now read the record and understand

6    6    what I have counseled.  I haven't hidden a darn

7    7    thing, and I'm fine with it.

8    8         MR. JACOBSON:  You have openly tampered.

9    9         MS. CHARDON:  I am fine with it.

10   10   BY MR. HORVAT:

11   11        Q.    Mr. T.S. , back to --

12   12        MS. CHARDON:  He can answer as to whatever

13   13   he recalls, he actually recalls.

14   14   BY MR. HORVAT:

15   15        Q.    Mr. T.S. , if you go -- do you

16   16   remember when I told you earlier I am not here to

17   17   trick you.  So I am just here to determine your

18   18   recollection, and as I indicated to your lawyer,

19   19   if you don't recall what you did on this date,

20   20   and I suspect you probably wouldn't going back

21   21   three years, that's fine with me.  Okay.

22   22              If you recall, let me know.  Are we on

23   23   the same page?

24   24        A.    Yeah.

25

```
                                                   Page 63
 1     1        Q.    Okay.  If you go to the third page,

 2     2   Mr. ▇▇▇▇, bottom right-hand corner is going to

 3     3   be marked OAG 2165.

 4     4             Here I will show you.

 5     5        A.    No, I don't need no help.  I don't

 6     6   need no help.

 7     7        MR. JACOBSON:  What page?  I'm sorry,

 8     8   Andrew.

 9     9        MR. HORVAT:  Third page 2165.

10    10   BY MR. HORVAT:

11    11        Q.    This document is entitled, Center

12    12   Large Muscle Activity Report Pod 5G, date

13    13   6/24/15.  Mr. ▇▇▇▇, if you go down to row number

14    14   12, your name appears there again.  It indicates

15    15   that in the south gym open rec occurred from

16    16   10:00 to 11:00, and your participation was a four

17    17   out of a four.

18    18             Do you recall that, sir?

19    19        A.    No.

20    20        Q.    Okay.  Are you denying that you had

21    21   open rec in the south gym on that day?

22    22        A.    I don't recall.

23    23        Q.    Turn to the next page, sir, if you

24    24   would, please.

25
```

Page 64

1    For the record, this is OAG 2166

2    entitled, Center Large Muscle Activity Report Pod

3    5G date 6/25/15.

4              Mr. T.S.   , they moved you.  They

5    bumped you up.  If you go down to row 10, it

6    indicates that on the south gym or in the south

7    gym -- pardon me -- you engaged in an activity

8    called two up from 9:55 to 10:58 with full

9    participation.

10             Do you recall what two up is?

11   A.    No.

12   Q.    Okay.  Don't have a guess at all?

13   A.    No.

14   Q.    Okay.  Did you ever play two on two

15   basketball?

16   A.    No.

17   Q.    Okay.  Did you ever do like a

18   two-on-two tournament?

19   A.    No.

20   Q.    Okay.  No idea what two up is?

21   A.    No.

22   Q.    Do you recall engaging in that

23   activity, whatever it is, on that date and time?

24   A.    No.

25

Page 65

1  Q.   Okay.  Are you denying that you

2  engaged in any activities on that date and that

3  time?

4  A.   Yes, I am denying that I was involved

5  in any activity called two up.  I don't know what

6  that is.

7  Q.   But you don't know what two up is?

8  A.   No.

9  Q.   Okay.  Are you denying that you were

10  in the south gym at that time?

11  A.   No, I am not denying that.

12  Q.   All right.  Let's go to the next page,

13  Mr. T.S. .

14  For the record, OAG 2167 entitled,

15  Center Large Muscle Activity Report Pod 5G date

16  6/26/15.

17  Mr. T.S. , they got you in the same

18  place here row 10.  Two-thirds down the page, it

19  indicates according to this record, you were in

20  the north gym for open rec from 2:45 to 3:45 and

21  were given a four out of a four participation

22  level.

23  Do you recall being in the north gym

24  on that day?

25

Page 66

1     A.    No.

2     Q.    Okay.  Are you denying you were in the

3 north day on that day at that time?

4     A.    No.

5     Q.    Okay.  Go ahead and we will move

6 along, Mr. T.S. .

7          The next page for the record OAG 2168.

8 I got you in the same spot two-thirds down the

9 page at number 10, Mr. T.S. .  It indicates that

10 approximately 2:17 -- from 2:17 to 3:10 on the

11 13th of July now -- change months on you -- that

12 you were in the north gym for something called

13 two ball, and that you were given a four out of a

14 four participation.

15          Do you recall that date and time?

16     A.    No.

17     Q.    Okay.  Do you know what two ball is,

18 sir?

19     A.    No.

20     Q.    Okay.  Again, I think I asked you this

21 but humor me.  Did you ever play on two-on-two

22 basketball?

23     A.    No.

24     Q.    Okay.  Are you denying that you were

25

Page 67

1    in the north gym on that date and that time?

2         A.    No.

3         Q.    Turning to the next page, Mr. ▮T.S.▮.

4              For the record, OAG 2169 entitled,

5    Center Large Muscle Activity Report Pod 5G date

6    7/14/15.

7              Same spot, Mr. ▮T.S.▮, row 10.

8    According to this record, you were in the north

9    gym between the hours of 2:17 and 3:08 for an

10   activity called five on five, which you received

11   a level four out of a four participation.

12             Do you recall that date and time, sir?

13        A.    No.

14        Q.    Okay.  Do you know what five on five

15   is, sir?

16        A.    No.

17        Q.    Okay.  You never played five-on-five

18   basketball?

19        A.    No.

20        Q.    Okay.  Are you denying that you were

21   in the north gym on that date and that time?

22        A.    No.

23        Q.    Turning to the next page -- we are

24   coming down the home stretch eventually --

25

Page 68

1    entitled OAG 2170 -- 2170, pardon me, Center

2    Large Muscle Activity Report Pod 5G date 7/15/15.

3                 Mr. T.S. , same thing, row 10

4    according to this document, you were in the north

5    gym for five on five between the hours of 2:10

6    and 3:08 at which time you were given a

7    participation level of four out of four.

8                 Do you recall being in the north gym

9    at that date at that time?

10       A.    No.

11       Q.    Okay.  Do you deny -- excuse me --

12   that you were in the north gym on that date at

13   that time?

14       A.    No.

15       Q.    Okay.  Going down the next page,

16   Mr. T.S. , OAG 2171.

17                 For the record, entitled Center Large

18   Muscle Activity Report Pod 5G date 7/16/15.  They

19   bumped you down one space to number 11 this time.

20   It indicates that you were at the north gym for

21   an activity called four versus four from the

22   hours of 2:10 to 3:15.  I should note that's

23   p.m., and we were given a four out of a four

24   participation level.

25

Page 69

1        1               Do you recall, Mr. T.S., that date

2        2       and time?

3        3               A.     No.

4        4               Q.     Okay.  Do you deny you are at the

5        5       north gym on that date and time?

6        6               A.     No.

7        7               Q.     Okay.  Turning to the next page

8        8       entitled OAG 2172, bumped you up a few spots

9        9       here, Mr. T.S..  This is entitled, Center Large

10       10      Muscle Activity Report Pod 5G date August 23,

11       11      1915, row 7 -- excuse me -- 2015.  Thank you.

12       12      Predate all of us, wouldn't it.

13       13               Mr. T.S., row 7, according to this

14       14      record, indicates you were in the south gym for

15       15      an activity called knockout from 9:55 until 11:00

16       16      and that you received a participation score of

17       17      four out of four.

18       18               Do you recall being in the gym on that

19       19      date and time, sir?

20       20               A.     No.

21       21               Q.     Okay.  Do you know what knockout is?

22       22               A.     No.

23       23               Q.     Okay.  Did you play dodgeball in the

24       24      gyms as one of your recreation?

25

Page 70

1    1        A.     No.

2    2        Q.     Never played dodgeball in the gym?

3    3        A.     No.

4    4        Q.     Okay.  Did that ever go by the name of

5    5    knockout?

6    6        A.     Knockout is a basketball game.

7    7        Q.     Okay.  I asked you a minute ago what

8    8    knockout is.  Tell me what knockout is.

9    9        A.     It's a game.  If the person before you

10   10   hit their shot, you shoot the ball.  The person

11   11   behind you if you miss, they trying to hit their

12   12   shot before you.  If they hit their shot before

13   13   you, you out -- you knocked out.

14   14       Q.     Okay.  And does the recreation

15   15   specialist oversee those type of games?

16   16       A.     No.

17   17       Q.     Okay.  Do you recall playing that game

18   18   on that date and time?

19   19       A.     No.

20   20       Q.     Okay.  Do you deny -- do you deny that

21   21   you played that game on that date and time?

22   22       A.     No, I don't deny it either.  I don't

23   23   recall.

24   24       Q.     Okay.  Almost finished up here,

25

Page 71

1    Mr. T.S. .

2            The next page for the record, OAG

3    2173, document entitled, Center Large Muscle

4    Activity Report Pod 5G date 8/24/2015.

5            Again, Mr. T.S. , row 7 indicates that

6    you were in the north gym for this knockout game

7    between the hours of 2:45 and 4:00.  You received

8    a participation score of four out of four?

9            Do you recall that date and time?

10       A.    No.

11       Q.    Okay.  You're getting good at these

12   answers and questions.

13           Do you deny that you were in the gym

14   on that date and time?

15       A.    No.

16       Q.    Okay.  Next page, Mr. T.S. .  This one

17   is a little different.

18           For the record, OAG 2174.  This is

19   Center Large Muscle Activity Report Pod 5G date

20   8/25/15.

21           Mr. T.S. , on this one it indicates in

22   row 7 that you were in room 212 for ping pong

23   between the hours of 11:00 and 12:00 and received

24   a participation score of four out of four.

25

Page 72

```
1            Do you recall that date and time, sir?
2       A.   No, for the most part.
3       Q.   Okay.  Do you deny that you were in
4   the room 212 engaging in ping pong on that date
5   and time?
6       A.   No, I do not deny it.
7       Q.   Okay.  Can you tell me where room 212
8   is, sir?
9       A.   In room 212.
10      Q.   I assume that.
11           Can you tell me where in the JTDC room
12  212 was?
13      A.   Around 200 classrooms.
14      Q.   Okay.  Would that be on the second
15  floor?
16      A.   The classroom level.
17      Q.   Okay.  And did recreation occur in the
18  classrooms during the summer when Empire was
19  filming?
20      A.   Only when Empire was filming.
21      Q.   Okay.  What kinds of activities would
22  take place in those classrooms?
23      A.   It said on the paper.
24      Q.   Sure.  What other kind of activities
25
```

Page 73

1    1    take place in those classrooms?

2    2         A.    Ping pong.

3    3         Q.    Okay.  And what in addition to ping

4    4    pong took place in those classrooms?

5    5         MS. CHARDON:  Objection, foundation to the

6    6    extent the question asks for anything outside

7    7    what he knows.

8    8    BY MR. HORVAT:

9    9         Q.    If you don't know, tell me you don't

10   10   know.

11   11        A.    All I know is ping pong.

12   12        Q.    Okay.  Was that some kind of

13   13   tournament?  Do you know what -- was that Wii

14   14   ping pong?

15   15        A.    Wii is the game system Wii.

16   16        Q.    Okay.  So you are playing ping pong on

17   17   like an Atari --

18   18        A.    No --

19   19        Q.    I date myself but...

20   20        A.    -- it's a ping pong table.  It is a

21   21   Wii game system.  Again, it a place that's three

22   22   games in the classroom 212.

23   23        Q.    Understood.  Okay.

24   24             So all those activities take place in

25

Page 74

1       1    classroom 212?

2       2            A.     (No audible response).

3       3            Q.     Okay.  Is that a yes, sir?

4       4            A.     Yes.

5       5            Q.     Okay.  Other classrooms, do they

6       6    contain similar activities or are they

7       7    different --

8       8            A.     I don't know nothing about no other

9       9    classroom but 212.

10      10           Q.     Okay.  Is 212 where they took folks

11      11   from the Phoenix pod down?

12      12           A.     I don't know about no other pod but

13      13   5G.  That was the only pod I was on --

14      14           Q.     Okay.  And so Pod 5G only went to

15      15   classroom 212 that you recall then?

16      16           A.     Yes.

17      17           Q.     Okay.  Next page, Mr. T.S.  .  For the

18      18   record, OAG 2175 entitled, Center Large Muscle

19      19   Activity Report Pod 5G date 8/26/15.

20      20                   Mr. T.S.  , row 7, according to this

21      21   document, you were in the south gym for an

22      22   activity entitled five on five from the hours of

23      23   9:55 until 10:55 a.m. receiving a participation

24      24   activity score of four out of four.

25

Page 75

1    Do you recall that date and time, sir?

2    A.    No.

3    Q.    Okay.  Do you deny that you were in

4    the south gym on that date and time, sir?

5    A.    No.

6    Q.    Okay.  You can turn the page, sir.

7    Last page you will be happy to know.  This has

8    not been entitled yet, but for the record, this

9    is entitled, Center Large Muscle Activity Report

10    Pod 5G date July 25, 2015.

11    Mr. ██████, if you go down to row 11,

12    it indicates that you and some of your colleagues

13    were in the north gym for a two ball tourney

14    between the hours of 2:45 and 3:45 during which

15    time you received a participation score of four

16    out of four.

17    MR. JACOBSON:  Andrew, I think you misread

18    that.  It's two ball toury.

19    BY MR. HORVAT:

20    Q.    Okay.  For the record, T-O-U-R-Y.

21    Do you recall being -- do you recall

22    that date and time, Mr. ██████?

23    A.    No.

24    Q.    Okay.  Do you know what a two ball

25

Page 76

1    1    toury or two ball tournament is?

2    2         A.    No.

3    3         Q.    Okay.  Do you know what two ball is?

4    4         A.    No.

5    5         Q.    No.  Okay.

6    6              Do you deny that you were in the north

7    7    gym on that date and time, sir?

8    8         A.    No.

9    9         MR. HORVAT:  Okay.  Let's go ahead and take

10   10   a break.

11   11        THE VIDEOGRAPHER:  Going off the record.

12   12   The time now is 11:09 a.m.  This is the end of

13   13   media number one.

14   14                   (WHEREUPON, a recess was had at

15   15                   11:09 a.m. until 11:20 a.m.)

16   16        THE VIDEOGRAPHER:  We are back on the

17   17   record.  The time now is 11:20 a.m.  This is the

18   18   beginning of media number two.

19   19   BY MR. HORVAT:

20   20        Q.    Mr. T.S. , I am going to switch gears

21   21   on you now.

22   22              Tell me how sick call requests were

23   23   put in when Empire was not filming?  What was the

24   24   procedure?

25

Page 77

1    1        A.    You write your name, your -- I believe

2    2    your DC number and your pod, and then you write

3    3    what's the problem on the sick call slip and put

4    4    it in the sick call box, and the nurse comes get

5    5    it.

6    6        Q.    And is there -- on these sick call

7    7    slips, is there a box for emergency,

8    8    non-emergency, anything like that?

9    9        A.    No, it's only one box.

10   10       Q.    How do you inform these folks of how

11   11   serious your injury or your illness is?

12   12       A.    It's no protocol for that.

13   13       Q.    Okay.  What you write is what you

14   14   write.  Is that fair?

15   15       A.    (No audible response.)

16   16       Q.    Okay.  How long usually did it take

17   17   for nurses to come by or for you to be taken to

18   18   the infirmary?

19   19       MS. CHARDON:  Objection, foundation.  Go

20   20   ahead.

21   21   BY THE WITNESS:

22   22       A.    Same day.

23   23   BY MR. HORVAT:

24   24       Q.    They usually came by the same day?

25

```
                                              Page 78

  1    1         A.    Yeah.

  2    2         Q.    Okay.  Did nurses make regular calls

  3    3   when Empire wasn't filming?

  4    4               Did they walk around the pods?

  5    5         A.    Yeah.

  6    6         Q.    Okay.  And is that when they would go

  7    7   over the slips with people or how did it work?

  8    8         A.    Yeah, they got a key to the sick call

  9    9   box.  They unlock the box and read the sick

 10   10   calls.

 11   11         Q.    And after they read them -- can you

 12   12   actually see them do this from where you are?

 13   13         A.    Yeah.

 14   14         Q.    Okay.  And after they read them, what

 15   15   was the procedure as you saw it?

 16   16         A.    They would call -- like if you say you

 17   17   had a headache, they would call you up to the

 18   18   cart, probably give you some -- I don't know what

 19   19   type of pill it was.  Give you a little pill for

 20   20   your headache, and if it was too serious, she'll

 21   21   call you, ask you about it, put it in a book, and

 22   22   they call you down later.

 23   23         Q.    Okay.  And when you say "down," where

 24   24   is down?

 25
```

Page 79

```
1    1        A.     The medical.
2    2        Q.     Okay.  And what -- where was medical
3    3    located, Mr. T.S.  ?
4    4        A.     That was the first floor, first or
5    5    second floor.
6    6        Q.     And when -- just on average.  If you
7    7    know, that's fine.  If you don't, you don't.
8    8               Do you know when Empire wasn't filming
9    9    on average how long it would take to get somebody
10   10   down to medical?
11   11        A.     One day.
12   12        Q.     Okay.  The next day then?
13   13        A.     The same -- it depends on what time
14   14   you put your sick call in.  If you put your sick
15   15   call in after the nurse done came for the last
16   16   day, then the next day, but if you put it in
17   17   earlier, you getting called down later that day.
18   18        Q.     What time did the nurses usually make
19   19   the rounds in 5G?
20   20        A.     Breakfast and dinner.
21   21        Q.     Twice a day?
22   22        A.     (No audible response.)
23   23        Q.     And did that protocol change when
24   24   Empire was filming how you put in the sick calls?
25
```

Page 80

1    1         A.    Not how you put in the sick calls.

2    2    How you were getting called got changed.

3    3         Q.    Okay.  Tell me about that.  How did it

4    4    change?

5    5         A.    You wasn't getting called the same day

6    6    or the next day either.  It was a days delay.

7    7         Q.    Okay.  And when you say days delay, do

8    8    you mean that -- it is your testimony -- well,

9    9    what do you mean by days delay?

10   10              Did the nurses come around?

11   11         A.    The nurse will come around.  But if it

12   12    wasn't nothing she could do on the cart, might

13   13    give you a headache pill or something like that,

14   14    you will have to wait because they were using the

15   15    medical.

16   16         Q.    Okay.  Who was using the medical?

17   17         A.    Empire or someone around there was

18   18    they were using it, and you couldn't go on

19   19    medical.

20   20         Q.    Just so the record is clear, so the

21   21    delay would be from when they have to take

22   22    somebody to the medical unit on the first floor?

23   23         A.    Yes.

24   24         Q.    Okay.  And you believe that that delay

25

Page 81

```
 1    1    occurred because Empire was either using the
 2    2    medical or using areas around the medical unit?
 3    3         A.    Yes.
 4    4         Q.    Okay.  Did anybody specifically tell
 5    5    you that, or is that just what you believe --
 6    6         A.    Staff.
 7    7         Q.    Staff told you that Empire was using
 8    8    the medical facilities?
 9    9         A.    Something around movement was
10   10    altered --
11   11         Q.    Okay.
12   12         A.    -- so you couldn't move around.
13   13         Q.    We will get to your specific medical
14   14    issue in a second.
15   15              You talked about movement.  When
16   16    Empire wasn't filming, how were the residents
17   17    moved throughout the facility?
18   18              Can you explain that to me, how did it
19   19    occur?
20   20         A.    Have our hands behind your back in a
21   21    line.  They used to do us tallest to shortest.
22   22         Q.    Pardon me.  What was the last part,
23   23    sir?
24   24         A.    Tallest to shortest, shortest to
25
```

Page 84

```
1    1         A.    I guess, not too sure.  It never
2    2    happened until --
3    3         Q.    Okay.  And did you ever see anybody
4    4    filming Empire while you were there?
5    5              Did you ever see any actors or crew
6    6    members?
7    7         A.    I was supposed to meet Chris Rock, but
8    8    they didn't allow me.
9    9         Q.    Okay.  Do you recall why you weren't
10   10   allowed to meet Chris Rock?
11   11        A.    To be honest, I don't know.  They
12   12   just -- I was in line to go downstairs to meet
13   13   him --
14   14        Q.    Yes.
15   15        A.    -- but as soon as it was time to go,
16   16   they just, Mr. T.S. , no, something happened.
17   17   You can't go no more.
18   18        Q.    Okay.  They didn't actually tell you
19   19   why --
20   20        A.    No.
21   21        Q.    They just told you it wasn't going to
22   22   happen?
23   23        A.    Yeah, they told me I can't go.
24   24        Q.    Did you -- let me ask you this.
25
```

Page 104

1    1    page.  The question is:  "During your

2    2    incarceration at the JTDC, including during the

3    3    filming period, did you ever request medical

4    4    treatment?"  If so, state quite a few things.

5    5              In answer to that on the following

6    6    page, page 6, it indicates that he -- being you,

7    7    sir -- do not remember exact dates for his

8    8    requests for medical treatment.

9    9              As you sit here now, do you know if

10   10   you ever requested medical treatment --

11   11       A.    Yes.

12   12       Q.    -- while Empire was filming?

13   13       A.    Yes.

14   14       Q.    Okay.  How many times did you request

15   15   medical treatment?

16   16       A.    I'll say like six, seven.

17   17       Q.    Okay.  You put in six or seven slips

18   18   into the box?

19   19       A.    (No audible response.)

20   20       Q.    Is that a yes, sir?

21   21       A.    Yes.

22   22       Q.    Okay.  One a day?

23   23       A.    No, it was for each time that they

24   24   came, I had like six or seven.

25

```
                                              Page 105

  1    1        Q.    Explain that to me.  So they come

  2    2   twice a day?

  3    3        A.    No, I'm saying every time Empire came

  4    4   because the movement was messed up, I was in need

  5    5   of medical help.

  6    6        Q.    You wanted out of your pod, right?

  7    7   You wanted out of your pod?

  8    8        A.    No, I needed medical help extremely

  9    9   bad.

 10   10        Q.    Okay.  You didn't want out of your

 11   11   pod?

 12   12        A.    That too but I really needed medical

 13   13   help.

 14   14        Q.    All right.  Let's talk about that

 15   15   medical help.

 16   16              What was your ailment, sir?

 17   17        A.    Well, I had a problem with my

 18   18   privates.

 19   19        Q.    With your what?

 20   20        A.    My privates.

 21   21        Q.    Your privates?

 22   22        A.    Yeah.

 23   23        Q.    It's a legal term.  So what problems

 24   24   did you have with your private parts?

 25
```

Page 106

1   1       A.    Man, I don't even recall.

2   2       Q.    You don't recall?

3   3       A.    No.

4   4       Q.    Did you put it in your request what

5   5   your issue was?

6   6       A.    Yes.

7   7       Q.    So you wrote out what the problem was?

8   8       A.    Yes.

9   9       Q.    Okay.  What happened?  Did they ever

10  10  respond?

11  11      A.    No, they never responded.  I never got

12  12  treated for that.

13  13      Q.    Okay.  So the nurse never took you up

14  14  to her kind of roving cart to give you medicine

15  15  or anything for that?

16  16      A.    No, it wasn't no -- you couldn't take

17  17  no medicine for that problem -- my problem?

18  18      Q.    You needed surgical help?

19  19      A.    Yes.

20  20      Q.    Okay.  Did you put in a request for

21  21  surgery?

22  22      A.    Yes.

23  23      Q.    Okay.  And they never responded?

24  24      A.    No.

25

```
                                                Page 107
 1    1        Q.     Okay.  What surgery request did you
 2    2   make?
 3    3        A.     I wanted to be circumcised.
 4    4        Q.     Okay.  And -- okay.
 5    5               Did you make any other medical
 6    6   requests while you were in the JTDC that you
 7    7   recall?
 8    8        A.     I probably made that same sick call
 9    9   multiple times.
10   10        Q.     Being the circumcision?
11   11        A.     Yes.
12   12        Q.     Okay.  Why did you wait until the JTDC
13   13   to try to get circumcised?
14   14        A.     I was having problems.  I was growing
15   15   too much, and I thought it was going to have
16   16   to --
17   17        Q.     You were growing too much.  Okay.
18   18        A.     Yes.
19   19        Q.     And you thought that that would create
20   20   an issue?
21   21        A.     Yeah, it was getting out of hand.
22   22        Q.     All right.  Other than that issue, you
23   23   don't recall putting in any other requests?
24   24        A.     Maybe for like headaches --
25
```

Page 108

1     Q.    Okay.

2     A.    -- stuff like that.

3     Q.    Do you specifically recall putting in

4   a request for --

5     A.    For headache, yeah.

6     Q.    Okay.  And was that during Empire

7   filming?

8     A.    Yes.

9     Q.    Did they give you aspirin or whatever

10  they give --

11     A.    For the headache problem, yeah.

12     Q.    Okay.  So they treated that or at

13  least gave you some medicine for those?

14     A.    Yes.

15     Q.    Okay.  Other than the headaches and

16  the circumcision, anything else you recall?

17     A.    Not that I recall.

18     Q.    Okay.  Were you at any time ever taken

19  off-site, off the JTDC site to obtain medical

20  treatment while Empire was filming?

21     A.    Oh, no, no, I was never took to

22  Stroger while Empire --

23     Q.    They would have taken you to Stroger

24  had you been taken off-site.  Is that where they

25

Page 109

1    took the residents --

2         A.    Yeah.

3         MS. CHARDON:  Objection, foundation.

4    BY MR. HORVAT:

5         Q.    Had you -- while filming was

6    occurring, did you -- did they ever take you to

7    the medical unit at all for any reason

8    whatsoever?

9         A.    Not that I recall.

10        Q.    Okay.  One moment, Mr. T.S.  .  We are

11   getting down to the end of it.

12             Mr. T.S. , if you can turn to page 12.

13   I told you we'd return to this, and this is a

14   question regarding after-school programming.

15   Question 19 states or asks:  "During your

16   incarceration at the JTDC, including during the

17   filming period, did you engage in any after

18   school and/or structured programming."  And it

19   gives a list of examples.

20             Under the answer about midway down

21   after the objections, it says that:  "T.S.

22   recalls that in 2015 he participated in the

23   Free-Write writing program as well as an

24   after-school program about fatherhood.  These

Page 110

1    1    programs normally took place at the Nancy B.

2    2    Jefferson classrooms."

3    3         Let's talk about Free-Write for a

4    4    second.  We talked about that earlier, but I told

5    5    you I would return to that.  Describe to me what

6    6    the Free-Write program is.

7    7         A.    It's basically people that like to

8    8    rap, poetry, things like that.

9    9         Q.    Okay.  And who taught that program?

10   10        A.    I don't even recall the person's name.

11   11        Q.    Was that somebody that came in from

12   12   the outside, so to speak?  Somebody that was --

13   13   that came in from the community to help with that

14   14   program to teach that program?

15   15        MS. CHARDON:  Objection, foundation.

16   16        THE COURT REPORTER:  What was the answer?

17   17   BY THE WITNESS:

18   18        A.    No.

19   19   BY MR. HORVAT:

20   20        Q.    You think that was somebody -- the

21   21   teachers of that program were JTDC staff or

22   22   somebody affiliated with JTDC?

23   23        A.    Yes.

24   24        Q.    Okay.  How often was that Free-Write

25

Page 111

1    1    program -- was it a classroom instruction?

2    2          A.    Huh.

3    3          Q.    Did you sit in a classroom for it?

4    4          A.    Yes.

5    5          Q.    Okay.  And prior to Empire filming,

6    6    how many times had you gone to the Free-Write

7    7    class?

8    8                How many times had that occurred?

9    9          A.    Supposed to be -- it was twice a

10   10   month.

11   11         Q.    Okay.  And how long did that class

12   12   last?

13   13         A.    An hour.

14   14         Q.    An hour each time?

15   15         A.    Yeah.

16   16         Q.    Okay.  And had you been engaged -- how

17   17   many months did you go to that class -- or that

18   18   class, that twice a month class for?

19   19         A.    I don't recall how many times I went.

20   20         Q.    Okay.  Did you go every month that you

21   21   were incarcerated to JTDC?

22   22         A.    Did I go every month?

23   23         Q.    Yes, sir.

24   24         A.    No.

25

Page 112

1    1         Q.    Okay.  Do you remember which months

2    2    that you went to the Free-Write class?

3    3         A.    No, I don't recall which months.

4    4         Q.    Okay.  Did you go -- was the

5    5    Free-Write class offered during the filming

6    6    periods in that first June period that you

7    7    discussed with me?

8    8         A.    No.

9    9         Q.    Okay.  Was it offered during that

10   10   August period of filming that you discussed with

11   11   me?

12   12        A.    No --

13   13        MS. CHARDON:  Objection, foundation.

14   14   BY MR. HORVAT:

15   15        Q.    Do you know whether those programs

16   16   were scheduled to occur on those days?

17   17        MS. CHARDON:  Objection, foundation.  Go

18   18   ahead, if you know.

19   19   BY THE WITNESS:

20   20        A.    Yes.

21   21   BY MR. HORVAT:

22   22        Q.    Okay.  How do you know that?

23   23        A.    We were supposed to go.

24   24        Q.    Okay.

25

Page 113

1    1        A.     We were supposed to ago, but once they

2    2    started canceling movement, they just -- and the

3    3    classroom -- the whole school floor wasn't being

4    4    used, that's where Free-Write was at.  It was in

5    5    the classroom.

6    6        Q.     Would that be classroom 212 that we

7    7    talked about earlier?

8    8        A.     No.

9    9        Q.     Do you remember what classroom it was?

10   10       A.     No.

11   11       Q.     Okay.  Do you remember -- do you

12   12   remember what days of the week those classes were

13   13   taught?

14   14       A.     I only recall that Saturday was one of

15   15   the days.

16   16       Q.     Okay.  And you don't recall what other

17   17   day it was?

18   18       A.     No.

19   19       Q.     Okay.  All right.  Describe to me what

20   20   happens during that hour Free-Write program.

21   21   What's going on?

22   22       A.     You on the computer.  You supposed to

23   23   be making beats or trying to record music.

24   24       Q.     Do you write music as well?

25

Page 114

1 A. Do I?

2 Q. Well, were the residents writing music

3 as well in this class?

4 A. Yes.

5 Q. Okay.  And you don't recall who your

6 teacher was?

7 A. No.

8 Q. Okay.  What about this after-school

9 program about fatherhood; talk to me about that.

10 What kind of program was this?

11 A. Self-explanatory, it's about

12 fatherhood.

13 Q. Yeah, that much I gathered.

14 How often did it occur?

15 A. I only went to that once because it

16 had started towards the beginning of Empire.  So

17 once they had came about, they just -- it just

18 went away with the wind.  I never heard about it

19 again.

20 Q. What -- where was the class taught?

21 A. In the classroom too.

22 Q. Okay.  You don't recall which

23 classroom?

24 A. No.

25

Page 115

1       Q.      Okay.  Do you recall what days of the
2  week that was taught?
3       A.      My first day was my last day.
4       Q.      Okay.  Any chance you remember what
5  day that was?
6       A.      No, I don't recall.
7       Q.      Was that in June or was that in
8  August?
9       A.      I don't recall what month.  It was
10  towards the end of my stay like maybe June or
11  July.
12       Q.      Who taught that program?
13       A.      Don't recall their name either.
14       Q.      Was that somebody from the community
15  putting that program on or was that --
16       A.      JTDC staff.
17       Q.      Okay.  And you don't remember who that
18  was?
19       A.      (No audible response.)
20       Q.      Okay.  And are you a father?
21       A.      Yes.
22       Q.      Okay.  How old is your child?
23       A.      Three.
24       Q.      Okay.  So were you an expectant father
25

Page 116

1    at the time you were in JTDC?

2         A.    No, my son was born March 5th of 2015.

3    I was in JTDC.

4         Q.    Okay.  Who does your son stay with

5    now?

6         A.    His mother.

7         Q.    Okay.  And so you took this class

8    once.

9              Do you know how often that class was

10   scheduled for?

11        A.    It was suppose to be two -- two times

12   a week.

13        Q.    Two times a week.

14        A.    Yeah, that's what they told me when

15   they first had explained the program to me.

16        Q.    Okay.  Is this one of these programs

17   where it's first come first serve that we

18   discussed earlier?

19        A.    Level 4s who had babies or expecting

20   babies.

21        Q.    Okay.  And did you ever talk to

22   anybody about why that program was discontinued

23   or why you were only allowed to go one time?

24        A.    No.

25

Page 117

```
 1    1          Q.     Other than the Free-Write and the
 2    2    fatherhood program, did you engage in any other
 3    3    programs while you were at the JTDC --
 4    4    after-school programs, excuse me?
 5    5          A.     Basketball tournament.  Do they count?
 6    6          Q.     All right.  Were those after-school
 7    7    programs or those were during your rec hours?
 8    8          A.     That was break, during breaks like
 9    9    summer, spring, fall.
10   10          Q.     Okay.  But as far as after-school
11   11    programming in the classrooms and things of that
12   12    nature, is Free-Write and fatherhood --
13   13          A.     No.
14   14          Q.     -- the two that you recall?
15   15          A.     Yes, the only two.
16   16          MR. HORVAT:  All right.  One second if I
17   17    may.
18   18          MR. JACOBSON:  Can we just take a break?
19   19          MS. CHARDON:  Off the record?
20   20          MR. HORVAT:  Yes, agreed.
21   21          THE VIDEOGRAPHER:  Going off the record.
22   22    The time now is 11:59 a.m.
23   23                    (WHEREUPON, a recess was had at
24   24                    11:59 a.m. until 12:59 p.m.)
25
```

Page 124

1    document.  I just want to direct your attention

2    to the second page of it, please, and there's a

3    question 5 toward the bottom of the second page.

4              It says, state the dates, times, and

5    nature of all educational instruction requested

6    or received by any Named Plaintiff, and that's

7    you, at the JTDC in 2015, and then about one,

8    two, three, four, five, seven lines up from the

9    bottom it says, responding further, Plaintiffs

10   state that the Nancy B. Jefferson school was out

11   of session during the filming of Empire at the

12   JTDC in June and August 2015, and then it says,

13   during the filming of Empire at the JTDC in July

14   2015, education instruction was not provided at

15   the Nancy B. Jefferson school, and it goes on to

16   say the teachers came up to the pods to teach.

17             Is that consistent with your

18   recollection, sir, that school was not in session

19   for the June and August filmings?

20        A.   Yes.

21        Q.   So when you testified earlier that

22   classes were taught on the pods, it was in July

23   of 2015 only; is that correct?

24        A.   Yes.  Could you reask that question?

25

Page 125

1          Are you only asking about those three
2    months, or are you talking about my whole stay
3    there?
4          Q.    Well, I am going to get to that.
5    That's a very good clarification.
6          I'm talking -- right now I am just
7    talking about the three months where Empire
8    filmed.  Empire filmed in June, July, and August
9    of 2015, and so in the times that Empire was
10   filming, is it correct that the only time classes
11   were held on the pod was in July?
12         A.    Most -- I can't answer that question.
13   I don't fully recall, but for the most part, July
14   was the month that I remember that school was on
15   the pod for the most part.
16         Q.    Thank you.  And thank you for that
17   clarifying question because I got exactly where I
18   wanted to go next, which is were there times that
19   Empire wasn't filming where classes were
20   sometimes held on the pods?
21         A.    Not that I recall.
22         Q.    Never?
23         A.    Not that I recall.
24         Q.    Okay.  So Mr. Horvath asked you
25

```
                                        Page 136
 1    1            So we have talked about visitation.
 2    2    We have talked about school.  Let's talk
 3    3    something further about school.
 4    4            Did you have a court date on July 14th
 5    5    of 2015?
 6    6        A.    July 14th?
 7    7        Q.    Yes.
 8    8        A.    I believe so.
 9    9        Q.    And do you have any idea of how early
10   10    in the morning you left for court that day?
11   11        A.    No, I don't recall the time we leave
12   12    court.
13   13        Q.    Do you remember whether you got back
14   14    in the late morning or in the afternoon?
15   15        A.    Don't recall when I got back either.
16   16        Q.    If the JTDC's records say that you
17   17    left around 8:53 a.m. and got back around 3:05
18   18    p.m., does that the sound right or does your
19   19    recollection differ?
20   20        MS. CHARDON:  Objection, foundation.  Go
21   21    ahead.
22   22    BY THE WITNESS:
23   23        A.    Probably a little later.  They only
24   24    come that early on 8:45.
25
```

Page 138

1       A.      Yes.

2       Q.      Okay.   Then that was a very good

3   objection.

4               In a week that school was in

5   session --

6       A.      Was.

7       Q.      Was, how many days did you spent --

8   did you have recreation outside in the yard when

9   school was in session?

10      A.      Maybe like two, three times.

11      Q.      And when school was not in session,

12  how many days in a week would you have rec

13  outside in the yard?

14      A.      It was a choice.  It was never -- it

15  was never like we going outside three times this

16  week or every week three times.  It was a choice.

17      Q.      And was it choice on weekdays,

18  weekends, or both?

19      A.      It was a choice between inside or

20  outside between majority rules of the pod.

21      Q.      Understood.  I was just asking -- my

22  fault for asking the question this way.

23              Did you have that choice all seven

24  days in the week or just weekdays or just

25

```
                                              Page 139
 1    1    weekends or --
 2    2         A.    Whenever we have availability for the
 3    3    gym or outside, that's when they gave us a
 4    4    choice.
 5    5         Q.    And do you know how many -- about in a
 6    6    week when school was not in session, how many
 7    7    days in a week they gave you that choice?
 8    8         A.    I can't give you a better answer.  I
 9    9    don't even know.  I can't recall.
10   10         Q.    Okay.  Do you have a recollection any
11   11    day that Empire was filming that you had no
12   12    recreation at all?
13   13         A.    Yeah, but not the exact date, not the
14   14    exact date.
15   15         MR. JACOBSON:  So which exhibit was it?  The
16   16    big hairy one that I am not going to make you go
17   17    through again with all of the --
18   18         MS. CHARDON:  It's 1.
19   19    BY MR. JACOBSON:
20   20         Q.    And how many days that Empire was
21   21    filming do you think you had no recreation at
22   22    all?
23   23         MS. CHARDON:  Object to foundation.  Go
24   24    ahead.
25
```

```
                                              Page 147
 1    the south gym?

 2         A.    I don't recall.

 3         Q.    Are there any specific people other

 4    than yourself who you believe had a medical

 5    request ignored or delayed while Empire was

 6    filming, any specific people?

 7         A.    Number 3 ████████████ -- ██████

 8    ██████ ██████ ████████ ████████ ██████████ and ██████

 9         Q.    What was ████████████ complaint?

10         MS. CHARDON:  Objection, foundation.  Go

11    ahead.

12    BY THE WITNESS:

13         A.    ████████

14    BY MR. JACOBSON:

15         Q.    I'm sorry.  I'm sorry.  ████████  I

16    apologize.  I wrote it down too fast, and I

17    didn't read my own handwriting.

18              ████████████ complaint?

19         A.    I don't recall.

20         Q.    Do you recall whether it was ever

21    attended to or whether it was delayed whatever

22    the complaint was?

23         MS. CHARDON:  Just object to foundation.  Go

24    head.

25
```

1    BY THE WITNESS:

2         A.    I don't recall.  I just know that he

3    just put a sick call in.

4    BY MR. JACOBSON:

5         Q.    And what about Mr. ██████

6         A.    I don't recall.  I just know he put a

7    sick call in also.

8         Q.    What about Mr. ██████

9         A.    I don't recall.  I just know he put a

10   sick call in.

11        Q.    And what about Mr. ██████

12        A.    I know his sick call was about him

13   having mental issues.

14        Q.    Can you be more specific?

15        A.    He crazy.  He was fighting a first

16   degree murder.

17        Q.    Was he expecting a response to his

18   sick call?

19        MS. CHARDON:  Objection --

20   BY MR. JACOBSON:

21        Q.    If you know?

22        MS. CHARDON:  -- foundation, speculation.

23   BY THE WITNESS:

24        A.    I don't recall.

25

Page 149

1    BY MR. JACOBSON:

2         Q.    Did Mr. ████ put in a lot of sick

3    calls, if you know?

4         MS. CHARDON:  Objection, foundation.

5    BY THE WITNESS:

6         A.    Are you talking about during filming

7    Empire or --

8    BY MR. JACOBSON:

9         Q.    In general.

10        A.    I don't recall.

11        Q.    And then you talked about requests you

12   put in during filming, and you mentioned your

13   issue with your privates.

14             Was that a sick call request you put

15   in at other times when Empire wasn't filming?

16        A.    No.

17        Q.    So it was just something you did

18   during filming?

19        A.    Yes, it start -- I needed medical

20   attention.

21        Q.    Understood.

22             Did you ever complain about a

23   toothache while you were in the JTDC?

24        A.    Yes.

25

Page 150

1    Q.    Was that during filming?

2    A.    I don't recall.  All I know is I got a
3    filling.

4    Q.    Do you recall how long it took after
5    you put in the request for you to see a dentist?

6    A.    No.

7    Q.    Did it strike you that it was too
8    long?  Was it about -- were you satisfied -- let
9    me ask it this way.

10          Were you satisfied with the treatment
11   you received?

12   A.    The medical treatment?

13   Q.    Yes, for your toothache.

14   A.    Yes.

15   Q.    Are you familiar with a room at the
16   JTDC known as the chapel?

17   A.    Yes.

18   Q.    Do you visit the chapel -- I'm
19   sorry -- did you visit the chapel when you were
20   at the JTDC?

21   A.    Yes.

22   Q.    How often?

23   A.    Very often.

24   Q.    On Sundays or other days of the week?

25

Page 176

1     Q.    They called you or they called --

2     A.    They call -- wherever you at, they

3 call.  They going to find out where 5G at, call

4 wherever they at, tell you ▇▇▇ got a visit.

5     Q.    And so who told you that you had a

6 visitor?

7     A.    Whichever JTDC was supervising us --

8     Q.    And it's your testimony that you then

9 were not brought down to see your mother for some

10 period of time?

11     A.    Yeah.

12     Q.    And how long was that, if you know?

13     A.    I can't recall at that time.

14     Q.    Okay.  And then you mentioned that you

15 put in sick call slips for mental health.

16          Can you be more specific about what

17 you asked -- what you put in sick call requests

18 for?

19     A.    I was going through mental issues.

20     Q.    What specifically?

21     A.    Going through being locked away in

22 my -- being on that pod all day and not being

23 able to move around how we usually do.

24     Q.    So what -- if you remember, what

25

Page 177

1    specifically did you say in the sick call

2    request?

3        A.    I can't tell you word for word.

4        Q.    As best you can recall.

5        A.    I can't tell you something that I

6    ain't even going to get no words like it because

7    it might not be what I said on the sick call.

8        Q.    And was that one request or multiple

9    requests?

10       A.    No, I had multiple.

11       Q.    How many, do you know?

12       A.    Probably like five, six.

13       Q.    Is there any reason why when

14   Mr. Horvath asked you about the sick call

15   requests you put in, you didn't mention that.

16   You only talked about your penis?

17       A.    Could you reask the question?

18       MS. CHARDON:  Objection --

19   BY MR. JACOBSON:

20       Q.    Well, when Mr. Horvath asked you what

21   sick call requests you put in, and you laughed

22   very hard and talked about the request you put in

23   for your penis.  He asked you did you put in any

24   other requests, and you didn't mention --

25

```
                                            Page 182
  1    1        MS. CHARDON:  Objection, foundation.  Go
  2    2    ahead and answer if you know.
  3    3    BY THE WITNESS:
  4    4        A.    They would have two.
  5    5    BY MR. HORVAT:
  6    6        Q.    Okay.  And you don't remember either
  7    7    one of these folks' names?
  8    8        A.    No.
  9    9        Q.    Okay.  Did you ever speak to them at
 10   10    any point in time?
 11   11        A.    Yes.
 12   12        Q.    Okay.  When did you speak to them?
 13   13        A.    I don't recall exactly when I spoke to
 14   14    them, but I spoke to them.
 15   15        Q.    About what issues?
 16   16        MS. CHARDON:  Objection.
 17   17        MR. JACOBSON:  Not in this case --
 18   18        MS. CHARDON:  No, go ahead.  Strike.
 19   19    BY THE WITNESS:
 20   20        A.    Reask the question.
 21   21    BY MR. HORVAT:
 22   22        Q.    Yes, sir.  About what issues did you
 23   23    speak to the mental health specialist?
 24   24        A.    About my mental issues.
 25
```