# Exhibit F
# Pod Logbook

114      CCSAO T.S. 20TH CENTURY 2402

- 7-14-15 6:54 Breakfast arrived: French Toast, Chicken sausage patty, fruit cocktail. Served by Hylton
- 7-14-15 7:01 Breakfast served to 11 residents, residents ▇ and ▇ refused.
- 7/14/15 @ 7:09 AM ATC Williams on pod 5G/P2 to complete unannounced rounds and pool inspections. Cut down tool #78 and flashlight present and secure. There are 13 residents assigned and present. Residents eating breakfast. Residents ▇ and ▇ refused to eat. I talked with resident ▇ and he exited the room at 7:15AM. All is secure on pod 5G/P2.
- 7/14/15 @ 7:20AM ATC Williams out pod 5G/P2.
- 7/14/15 736am Sick Call — Anaken
- 7-14-15 7:44 Resident ▇ escorted to court by ASC Martin, searched by Maxwell. Count @ 12. — Hylton
- 7/14/15 @ 7:50 Medication pass and Confinement Check — McIntosh
- 7-14-15 8:00 Count @ 12 present / 13 assigned. Hy
- 7-14-15 8:04 Resident ▇ entered room for cool off. Hylton
- 7-14-15 JC Johnson CPS
- 7-14-15 8:45 AM YDS twice signing on 5G/P2 — Seiji
- 7/14/15 8:53 BROTHERS + RIZZO CPS
- 7-14-15 8:53 Resident T.S. exit pod for court escorted by ASC Martin and ASC Leak, searched by Maxwell. Count on pod @ 11. — Hylton
- 7-14-15 9:00 Count @ 11 present / 13 assigned. Hylton
- 7/14/15 @ 9:15 am MH rounds Dr. Clarke
- 9:23am ft's Campos, Rucker escorted Resident ▇ (~3ft)
- 7-14-15 9:28 Resident ▇ arrived on pod escorted by Rapid response, Count @ 12 present / 14 assigned.



| LAST NAME | FIRST NAME | STATUS | FILE # | D.O.B | HOUSING | SCHEDULED EVENT | EVENT DATE | EVENT LOCATION |
|---|---|---|---|---|---|---|---|---|
| | | DOCT | DC230299 | 4/23/1998 0:00 | FIVE-D-05 | Court Date | 7/20/2015 8:00 | Del. Cal 72 Skokie Court House |
| | | DOCT | DC230299 | 4/23/1998 0:00 | FIVE-D-05 | Court Date | 7/27/2015 8:00 | Del. Cal 72 Skokie Court House |
| | | RUR | DC229600 | 7/10/2001 0:00 | THREE-D-10 | Court Date | 7/7/2015 8:00 | Del. Cal. 55 |
| | | RUR | DC229600 | 7/10/2001 0:00 | THREE-D-10 | Court Date | 7/21/2015 8:00 | Del. Cal. 55 |
| | | CrDT | DC229269 | 4/30/1999 0:00 | THREE-K-13 | Criminal Court Hearing | 7/1/2015 8:00 | Room 301(26th) |
| | | DOCT | DC228046 | 2/4/1998 0:00 | THREE-K-10 | Court Date | 7/2/2015 8:00 | Del. Cal 58 |
| | | RUR | DC229487 | 8/18/1999 0:00 | THREE-E-10 | Court Date | 7/6/2015 9:00 | To Be Announced |
| | | RUR | DC229487 | 8/18/1999 0:00 | THREE-E-10 | Transfer to Full Service | 7/7/2015 11:00 | NULL |
| | | COMM | DC225220 | 3/19/1998 0:00 | THREE-K-12 | Transfer to Full Service | 7/10/2015 11:00 | NULL |
| | | Juv | DC229832 | 4/13/1997 0:00 | THREE-D-5 | Transfer to Full Service | 7/11/2015 11:00 | NULL |
| | | RUR | DC228781 | 11/8/1997 0:00 | FOUR-C-8 | Court Date | 7/14/2015 8:00 | Del. Cal. 56 |
| | T.S. | CrDT | DC229269 | 4/30/1999 0:00 | THREE-K-13 | Criminal Court Hearing | 7/14/2015 8:00 | Room 301(26th) |
| | | DOCT | DC228046 | 2/4/1998 0:00 | THREE-K-10 | Court Date | 7/16/2015 8:00 | Del. Cal 58 |
| | | COMM | DC225220 | 3/19/1998 0:00 | THREE-K-12 | Court Date | 7/20/2015 9:00 | Del. Cal 57 |
| | | DOCT | DC228046 | 2/4/1998 0:00 | THREE-K-10 | Scheduled Release | 7/21/2015 8:00 | Rel to Ill Dept of C |
| | | CrDT | DC229269 | 4/30/1999 0:00 | THREE-K-13 | Criminal Court Hearing | 7/23/2015 8:00 | Room 301(26th) |
| | | RUR | DC228781 | 11/8/1997 0:00 | FOUR-C-8 | Court Date | 7/28/2015 8:00 | Del. Cal. 56 |
| | | RUR | DC229487 | 8/18/1999 0:00 | THREE-E-10 | Court Date | 7/30/2015 8:00 | Del. Cal 68 |
| | | DOCT | DC227670 | 11/28/1997 0:00 | FIVE-D-11 | Court Date | 7/1/2015 8:00 | Del. Cal. 53 |
| | | DOCT | DC227670 | 11/28/1997 0:00 | FIVE-D-11 | Court Date | 7/8/2015 8:00 | Del. Cal. 53 |
| | | DOCT | DC227670 | 11/28/1997 0:00 | FIVE-D-11 | Court Date | 7/15/2015 8:00 | Del. Cal. 53 |
| | | DOCT | DC227670 | 11/28/1997 0:00 | FIVE-D-11 | Scheduled Release | 7/16/2015 8:00 | Rel to Ill Dept of C |
| | | Juv | DC229411 | 2/19/2000 0:00 | THREE-K-12 | Transfer to Full Service | 7/11/2015 11:00 | NULL |
| | | Juv | DC229411 | 2/19/2000 0:00 | THREE-K-12 | Court Date | 7/17/2015 9:00 | Del. Cal 76 Markham |
| | | RUR | DC228070 | 4/10/1998 0:00 | FOUR-B-4 | Rel on Request Court Date | 7/2/2015 8:00 | Del. Cal. 53 |
| | | RUR | DC228070 | 4/10/1998 0:00 | FOUR-B-4 | Rel on Request Court Date | 7/9/2015 8:00 | Del. Cal. 53 |
| | | RUR | DC228070 | 4/10/1998 0:00 | FOUR-B-4 | Court Date | 7/10/2015 8:00 | Del. Cal. 53 |
| | | RUR | DC228070 | 4/10/1998 0:00 | FOUR-B-4 | Rel on Request Court Date | 7/16/2015 8:00 | Del. Cal. 53 |
| | | RUR | DC228070 | 4/10/1998 0:00 | FOUR-B-4 | Rel on Request Court Date | 7/23/2015 8:00 | Del. Cal. 53 |
| | | RUR | DC228070 | 4/10/1998 0:00 | FOUR-B-4 | Rel on Request Court Date | 7/30/2015 8:00 | Del. Cal. 53 |
| | | DOCT | DC227297 | 3/9/1998 0:00 | FOUR-E-8 | Transfer to Full Service | 7/6/2015 11:00 | NULL |
| | | DOCT | DC227297 | 3/9/1998 0:00 | FOUR-E-8 | Transfer to Full Service | 7/11/2015 11:00 | NULL |
| | | Juv | DC230475 | 1/5/1999 0:00 | THREE-F-8 | Pickup Resident | 7/13/2015 9:00 | Rel to Out of Town A |
| | | Juv | DC230475 | 1/5/1999 0:00 | THREE-F-8 | Pickup Resident | 7/15/2015 9:00 | Rel to Out of Town A |
| | | RUR | DC226457 | 6/19/1998 0:00 | THREE-Medical-12 | Medical Appointment | 7/8/2015 13:00 | John Stroger Hospital |
| | | RUR | DC226457 | 6/19/1998 0:00 | THREE-Medical-12 | Transfer to Full Service | 7/18/2015 11:00 | NULL |
| | | RUR | DC226457 | 6/19/1998 0:00 | THREE-Medical-12 | Court Date | 7/22/2015 8:00 | Del. Cal 76 Markham |
| | | RUR | DC226457 | 6/19/1998 0:00 | THREE-Medical-12 | Rel on Request Court Date | 7/29/2015 8:00 | Del. Cal 76 Markham |
| | | RUR | DC230444 | 5/16/2002 0:00 | FOUR-K-10 | Court Date | 7/6/2015 9:00 | To Be Announced |
| | | RUR | DC230444 | 5/16/2002 0:00 | FOUR-K-10 | Transfer to Full Service | 7/7/2015 11:00 | NULL |
| | | CrJu | DC229949 | 10/4/1997 0:00 | FOUR-F-7 | Criminal Court Hearing | 7/1/2015 8:00 | Room 400(26th) |