# Exhibit G

# Resident List
# Pod Logbook
# Center Shift Report

LIST OF THE RESIDENTS AS OF JUNE 2, 2015
CCSAO T.S. v 20TH CENTURY 3895

| LAST NAME | FIRST NAME | STATUS | FILE # | D.O.B | HOUSING | SCHEDULE EVENT | EVENT DATE | EVENT LOCATION |
|---|---|---|---|---|---|---|---|---|
| | | RUR | DC230016 | 7/10/1997 0:00 | THREE-E-3 | Medical Appointment | 6/11/2015 8:00 | Fantus Clinic |
| | | RUR | DC230106 | 5/3/2001 0:00 | THREE-G-8 | Court Date | 6/5/2015 9:00 | Del. Cal. 63 |
| | | RUR | DC230106 | 5/3/2001 0:00 | THREE-G-8 | Transfer to Full Service | 6/6/2015 11:00 | NULL |
| | | RUR | DC230106 | 5/3/2001 0:00 | THREE-G-8 | Court Date | 6/23/2015 8:00 | Del. Cal. 63 |
| | | Crim | DC226859 | 7/6/1997 0:00 | FOUR-A-16 | Criminal Court Hearing | 6/17/2015 8:00 | Room 700(26th) |
| | | Juv | DC230378 | 5/1/1998 0:00 | THREE-K-2 | Court Date | 6/17/2015 9:00 | Del. Cal. 52 |
| | | 2Juv | DC230372 | 1/13/2000 0:00 | FOUR-C-14 | Court Date | 6/17/2015 9:00 | Del. Cal. 56 |
| | | 2Juv | DC230372 | 1/13/2000 0:00 | FOUR-C-14 | Rel on Request Court Date | 6/24/2015 8:00 | Del. Cal. 56 |
| | | Juv | DC230378 | 5/1/1998 0:00 | THREE-K-2 | Rel on Request Court Date | 6/24/2015 8:00 | Del. Cal. 52 |
| | | 2Juv | DC230372 | 1/13/2000 0:00 | FOUR-C-14 | Court Date | 6/26/2015 8:00 | Del. Cal. 56 |
| | | 2Juv | DC230372 | 1/13/2000 0:00 | FOUR-C-14 | Transfer to Full Service | 6/29/2015 11:00 | NULL |
| | | Juv | DC229862 | 7/3/2000 0:00 | FOUR-K-10 | Court Date | 6/17/2015 8:00 | Del. Cal. 63 |
| | | Juv | DC229862 | 7/3/2000 0:00 | FOUR-K-10 | Court Date | 6/25/2015 8:00 | Del. Cal. 63 |
| | | DOCT | DC229427 | 8/9/1999 0:00 | THREE-H-3 | Court Date | 6/11/2015 9:00 | To Be Announced |
| | | DOCT | DC229427 | 8/9/1999 0:00 | THREE-H-3 | Transfer to Full Service | 6/15/2015 11:00 | NULL |
| | | DOCT | DC219675 | 8/19/1997 0:00 | FIVE-C-17 | Transfer to Full Service | 6/1/2015 11:00 | NULL |
| | | DOCT | DC219675 | 8/19/1997 0:00 | FIVE-C-17 | Court Date | 6/17/2015 8:00 | Del. Cal. 52 |
| | | DOCT | DC219675 | 8/19/1997 0:00 | FIVE-C-17 | Court Date | 6/22/2015 8:00 | Del. Cal. 52 |
| | | DOCT | DC223667 | 2/27/1999 0:00 | FOUR-H-2 | Court Date | 6/3/2015 9:00 | To Be Announced |
| | | DOCT | DC223667 | 2/27/1999 0:00 | FOUR-H-2 | Transfer to Full Service | 6/4/2015 11:00 | NULL |
| | | DOCT | DC223667 | 2/27/1999 0:00 | FOUR-H-2 | Court Date | 6/24/2015 8:00 | Del. Cal. 60 |
| | | DOCT | DC223667 | 2/27/1999 0:00 | FOUR-H-2 | Court Date | 6/25/2015 8:00 | Del. Cal. 60 |
| | | Juv | DC229760 | 9/7/1997 0:00 | FIVE-D-2 | Transfer to Full Service | 6/15/2015 11:00 | NULL |
| | | DOCT | DC228905 | 3/23/2000 0:00 | FOUR-F-10 | Court Date | 6/16/2015 8:00 | Del. Cal. 55 |
| | | RUR | DC230396 | 2/2/1999 0:00 | THREE-K-10 | Court Date | 6/22/2015 9:00 | To Be Announced |
| | | RUR | DC230396 | 2/2/1999 0:00 | THREE-K-10 | Transfer to Full Service | 6/23/2015 11:00 | NULL |
| | | RUR | DC230396 | 2/2/1999 0:00 | THREE-K-10 | Rel on Request Court Date | 6/29/2015 8:00 | Del. Cal 57 |
| | | Crim | DC228041 | 9/3/1997 0:00 | THREE-K-14 | Criminal Court Hearing | 6/18/2015 8:00 | Room 404(26th) |
| | | DOCT | DC228394 | 11/25/1997 0:00 | FOUR-E-10 | Scheduled Release | 6/11/2015 8:00 | Del. Cal. 55 |
| | | DOCT | DC228394 | 11/25/1997 0:00 | FOUR-E-10 | Court Date | 6/18/2015 8:00 | Del. Cal. 55 |
| | | CrDT | DC230363 | 8/26/1998 0:00 | FOUR-J-3 | Criminal Court Hearing | 6/14/2015 8:00 | Room 101(26th) |
| | | CrDT | DC230363 | 8/26/1998 0:00 | FOUR-J-3 | Criminal Court Hearing | 6/15/2015 9:00 | Branch 66(26th) |
| | | CrDT | DC230363 | 8/26/1998 0:00 | FOUR-J-3 | Transfer to Full Service | 6/20/2015 11:00 | NULL |
| | | DOCT | DC224559 | 3/4/1997 0:00 | FIVE-C-4 | Transfer to Full Service | 6/6/2015 11:00 | NULL |
| | | DOCT | DC224559 | 3/4/1997 0:00 | FIVE-C-4 | Court Date | 6/17/2015 9:00 | Del. Cal 57 |
| | | Juv | DC230011 | 7/2/1999 0:00 | FOUR-G-12 | Transfer to Full Service | 6/11/2015 11:00 | NULL |
| Q.B. | | Juv | DC230011 | 7/2/1999 0:00 | FOUR-G-12 | Court Date | 6/24/2015 9:00 | Del. Cal 57 |
| | | DOCT | DC229624 | 10/21/1999 0:00 | FOUR-F-6 | Transfer to Full Service | 6/19/2015 11:00 | NULL |
| | | RUR | DC229424 | 3/27/1999 0:00 | THREE-G-OVR1 | Court Date | 6/19/2015 9:00 | Del. Cal 76 Markham |
| | | RUR | DC229424 | 3/27/1999 0:00 | THREE-G-OVR1 | Transfer to Full Service | 6/20/2015 11:00 | NULL |
| | | JuDH | DC226550 | 12/26/1997 0:00 | FOUR-H-9 | Court Date | 6/12/2015 9:00 | To Be Announced |
| | | JuDH | DC226550 | 12/26/1997 0:00 | FOUR-H-9 | Transfer to Full Service | 6/13/2015 11:00 | NULL |

1

93

06/24/15 6:55 AM - ATL Shelton making an unannounced visit to pod w/ resident count - 15 residents, YDS(s) Young + Gray assisted and present - Cutdown tool #67, flashlight safe + secure, (3) courts - Q.B., ▮ + ▮, Q conf, Q EA - all appears to be safe + secure. — M Shel

6/24/15 7:00 am informal headcount 15 Residents assigned and 15 Residents present — N. Young

6/24/15 7:35 am Breakfast arrived and consists of cereal, applesauce, muffins and milk. — N. Young

6/24/15 7:40 am Breakfast is being served // served and 4 refusals. Residents ▮, ▮, ▮ and ▮ — N. Young

6/24/15 8:00 am Informal headcount 15 residents assigned and 15 residents present — N. Young

6/24/15 @ 8:16 sick call check — M Clotes RN

6-24-15 med rounds - 3 ref exct 8:40 — cejm

6/24/15 8:50 am Residents ▮ and Q.B. were escorted to court by ASC staff McBride. Residents were searched, no contraband found and residents left with wristbands. — N. Young

6/24/15 9:00 am ASC Staff McBride escorted Resident ▮ to court. Resident was searched by McBride, no contraband found. — N. Young

6/24/15 9:00 am Informal headcount 15 residents assigned and 12 Residents present. 3 residents at court. Residents Q.B., ▮ and ▮ — N. Young

6-24-15 c/w Jackson - ADDRESSING RESIDENTS NEEDS AND CONCERNS 10:00 ᵃᵐ

6-24-15 10:00 am informal headcount 15 residents assigned and 12 residents present. — N. Young

06/24/15 10:12 AM - ATL Shelton relieving YDS Gray for lunch. 12 residents present - residents being monitored by myself and YDS Young - all appears to be safe + secure. — ATL S

6-24-15 @ 10:30 Group conducted on "Sportsmanship" 12 resident participate KLy

6·24·15. (2:15p) CPD Toro & YDS Taylor YDS Gray (I.T.) Signing on Pod 4G, relieving YDS Young and YDS Gray (I.T.). Radio # 42321 & Key Set 1 was handed over to CPD Toro. Radio 42320 & Key Set 2 was given to YDS Gray. 15 residents assigned & 13 present. Q.B. & [redacted] are @ court. —I. Toro

6·24·15. (2:30p) laundry arrived. 7 joggers, 6 sweaters, 4 gray pants, 15 shirts, 12 shorts, 15 towels. —I. Toro

6·24·15 (2:45p) Residents [redacted] + Q.B., Q were escorted to Pod 4G, pat down search performed by YDS Gray. 0 contraband found. Residents were placed in their rooms for the 1 hour Reflection Pilot. —I. Toro

6·24·15 (3pm) head count is 15 residents. assigned & present —I. Toro
(3pm) Residents released out their rooms. —I. Toro

6·24·15. (3:05p) Residents [redacted] + [redacted] doing shower prep —I. Toro

6·24·15 @ 3:15 all residents served 3pm snack by YDS Gray. 13 residents recieved snacks. 2 refusals ([redacted] & [redacted]) who refused to exit rooms after 2pm reflection time. 15 residents are assigned and present, all safe and secure. — K Gray

6·24·15. (3:07p) YDS Gray contacted TL/ATL regarding residents refusing to exit room. TL Yates responded to radio 10-12, 10-4. —I. Toro

6·24·15. (3:40p) YDS Gray notified ATL Arnold regarding residents [redacted] + [redacted] refusing to exit room after the 1 hr reflection. —I. Toro

6·24·15. 3:40p MH Sipq MH Reandire

6·24·15. (3:55p) YDS Gray conducting showers 3 at a time —I. Toro

6·24·15. (4pm) head count is 15 residents assigned & present. —I. Toro

6/24/15 AATL Arnold on pod 4G conducting unannounced rounds. Flashlight present in console. Pod quiet & secured. 1 refusal to exit (Resident [redacted] Tyquan) —



# Center Shift Report

**Center:** Legacy     **Reporting TL/ATL:** ATL G. Shelton

**Date:** June 24, 2015

**Reporting Shift Time:** (Check One): ☒ 5:45am-2:15pm ☐ 2:15pm-10:15pm ☐ 10pm-6am

**Staffing Issues:** There was (6) YDS(s) present for Roll Call and (0) CPO(s). (1) YDS(s) mandated from the overnight for the AM Shift. (0) YDS(s) mandated from the AM shift for the PM Shift.

**Official Unit Count: 44**

| Pod: L1/4G | Count: | 15 | # New Admissions/Discharges/Transfers: | 0/0/0 |
| Pod: L2/4H | Count: | 15 | # New Admissions/Discharges/Transfers: | 0/0/0 |
| Pod: L3/4J | Count: | 14 | # New Admissions/Discharges/Transfers: | 0/0/0 |

**Incidents: (1)**

**L2/4H** – Resident ▌ received a MRV for movement w/o permission whereas he got up during lunch and started snatching food off the cart. Hearing scheduled for 2:00 PM. All notifications were made and DC # 4 (Mack) was notified.

**# Of Time Outs Extended Timeouts and confinements by Pod:**

| Pod: | L1/4G | # of time outs: | 0 | # of confinements: | 0 |
| Pod: | L2/4H | # of time outs: | 0 | # of confinements: | 1 |
| Pod: | L3/4J | # of time outs: | 0 | # of confinements: | 1 |

**Results of Due Process Hearings:** Resident ▌ was found guilty from both of his hearing for movement w/o permission and exposing himself to a female staff. He is scheduled to be released at 8:30 PM tonight.

**Referrals to Health Services or Issues Related to Health Care:** See above

**Referrals Mental Health Services or Issues Related to Mental Health:** See above

**Food Service/Laundry/Custodial Issues:** None

**Brief Summary of Unit/Pod(s):**

**L1/4G** –The shift started with residents getting up and completing their hygiene and a group was conducted by YDS **Gray** on "**Movement**" YDS **Young** monitored. There were (3) court appearances – ▌ (DOC),

1

Q.B. and ▮ There are (0) Environmental Alerts and (0) Gym Restriction. This writer made several unannounced visits to the pod and residents were being monitored and supervised by staff. There were (0) incident and (0) extended timeouts. Resident ▮ was transferred to the pod and ▮ was transferred to L1/4H. The mood of the pod was good. Pod count is **15**.

**L2/4H** – The shift started with residents getting up and completing their hygiene and a group was conducted by YDS **Roberson** and this writer on "**Movement/ Excessive Talking**" YDS **Taylor** monitored. There were (**5**) court appearances – ▮ ▮ ▮ and ▮ This writer made several unannounced visits to the pod and residents were being monitored and supervised by staff. Pod residents attended **Project Safe Neighborhood Program**. There are (0) Environmental Alerts and (0) Gym Restrictions. Residents attended the Safe Neighborhood Program and it went well – they enjoyed it. There was (1) incident and (0) extended timeouts. Resident Jones was transferred from pod and ▮ was transferred to L1/4H. The mood of the pod was good. Pod count is **15**.

**L3/4J** – The shift started with residents getting up and completing their hygiene and a group was conducted by YDS **Rice** on "**Respected Behavior**" YDS **Syse** monitored. There were (**2**) court appearances – ▮ and ▮ This writer made several unannounced visits to the pod and residents were being monitored and supervised by staff. There are (0) Environmental Alerts and (0) Gym Restriction. There were (0) incidents and (1) extended timeouts. The mood of the pod was good. Pod count is **13**.

**Recreation:** L3/4J had a recreational move to the South Gym conducted by pod staff. L1/4G and L2/4H will have recreation on the PM shift.

**Caseworkers Activity:** C/W **Jenkins** arrived and he addressed any resident concerns, started updating the DSI, started updating the CBT Stats, attended the AI Meeting, and any C/W responsibilities as needed.

**AM RDL Roll Call was conducted:** informed the staff of the chain of events from the PM shift along with the following topics:

- **Uniforms – New requirements**
- **New Payroll System**
- **Project Safe Neighborhood Program for L2/4H**
- **Communication/Teamwork**
- **Cleanliness of Pod**
- **Pilot Program – Reflection Hour**
- **Poly-Tech**
- **Empire Production in facility for the week**

**PM RDL Roll Call was conducted:** informed the staff of the chain of events from the PM shift along with the following topics:

- **Uniforms – New requirements**
- **New Payroll System**

2