# Exhibit H

# JTDC Proposed Schedules

FINAL DRAFT

Week of 6/21/15- 6/25/15

**Notifications that need to be made:**

**Roll call will occur at designated center locations/No Roll call in the Chapel From Tuesday, June 23, 2015 – June 26, 2015 (2:pm)**

**ALS – DED Alonzo**

- Temporary ID's will be needed for any crew member reporting to the facility before 8:am
- No one will be allowed to enter without a Temporary ID and that have not been cleared-
- A list of all items needed for the productions needs to be submitted
- All JTDC staff chosen to appear on screen must sign a waiver. (Empire has asked some staff while they were scouting and Empire should be providing us a list.)
- Notify storeroom for additional supplies that the pods may need for increase of resident on pods

**RDL: DED Steward**

The Caseworkers from these two centers need to notify the Parents that Visitation will be closed on Tuesday, June 23, 2015.

- Renaissance -3:pm – 5:pm
- Legacy 5:30 – 8:pm

**RAQL: DED Kern**

- Classroom 303 will be set up for with approximately 8 desks that are in the classroom for attorney visits. (see diagram)
- Notify the P.D. that the early morning visits will be in room 303 for all new admissions.
- Notify Attorneys that visits will take place in classroom 303 for the duration of the day. (June 23, 2015)

**PPS/RDL: DED Magloire/DED Steward**

**TL King/TL Griffith**

- Pods 3A and 3B will closed on Sunday, June 21, 2015 @ 6:pm
- Pod 3A will re-locate to 5B
- 3B will re-locate to 3F for new admission/intake unit (Alpha 2)
- Discussion will have to occur about the possibility of increasing the count on pods by two depending on the count.
- The north and Middle yard will be closed for prepping -Monday, June 22, 2015 after 3: pm.
- The yards will be closed for precautionary reasons all day on Tuesday.
- The RT's will search yard (area) after completion of the production that day depending on the time of completion or before the yard is re-opened.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**NBJ- Dr. Shingles**

- The media center will be closed for the week of production.
- The chapel will be closed for the week of production. The chapel will re-open Friday, June 26, 2015 @ 9:am
- NBJ will utilize the North side of the school area until Friday, June 26, 2015 at 7:am.
- Empire will be filming Tuesday, June 22, 2015 on the South side of the School Area beginning from classroom 214/234 through classroom 203.

**ASC – DED McCoy**

- Notify sheriffs that we will have Production in the JTDC  **for the week of 6/22/15 – 6/26/15 (Notified)**
- The 3rd floor Northwest corner of the building will be closed from the fire doors beginning at 3K and to the start of medical/ elevator 4-5.
- Two staff – one on each end will secure the perimeter to ensure no unauthorized personnel  or residents are allowed
- The Environmental services will set up the Chapel area for the Production Crew and classroom 303 for the attorney visits.
- Security will Inventory all items that will be brought into the facility.
- The Crew Chief has been informed that anything brought in must be taken out with them. They can't discard any hazardous materials other than food or garbage that will be eaten in the chapel.
- Additional garbage cans will be placed into the chapel.
- The yards will be close for precautionary reasons. The RT's will search yard after completion of the production that day depending on the time of completion or before the yard is re-opened.
- 1 truck (Empire) will be allowed to park in the concourse for the duration of the week.
- Staff must sign in on the overtime sheet and a SIC must initial for verification.  I have created a sign in sheet for the staff working for re-imbursements from Empire
- Staff will be required the entire shift that they sign up for. If the production ends early then staff will released if there is no need for staff.
- Primary stars will be escorted will be allowed enter dock area. Fred-G4S will escort from dock area.
- G4S staff will be used for additional post for coverage and movement staff to reduce overtime during regular schedule hours of operations.
  G4S staff- (6 assigned)
  1. Burns, Dana
  2. Guzman, Jose
  3. Handley, Robert
  4. Patel, Asif
  5. Tate, Edna
  6. Levine, Fred – Check in and movement of Actors
- We will also use some additional staff such as SSII's when there aren't any runs. ( Only when operationally feasible)

**Sunday, June 21, 2015**

- Pods 3A and 3B will closed on Sunday, June 21, 2015 @ 6:pm
- Facility management will change the lock core for 3A and 3B.
- Custodians will clean 3B after 6:pm or before 6:am -Monday morning
- Schedule staff after RT-1 Schauf, SIC Sajdak, and SIC Mullins have completed their pre-scheduled overtime for equalization.

**Monday, June 22, 2015 (SIC Robinson -Point person)**
- TBD prep- consists of 10-12 Empire staff.
- (2-3) staff will be needed for delivery- dock, freight, escort to 3A-3B  (7:am -3:pm)
- (2) staff will be needed to secure perimeters of 3Aand 3B- one on each end and possibly a staff to give breaks  7:am – 5:pm (End of Day) SSI/SSII
- Total Staff (5)

**Tuesday, June 23, 2015**
- (2-3) staff will be needed for delivery- dock, freight, escort
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  7:am – 3:pm
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  3:pm – 11:pm
- (4) G4S staff will be needed for escorts of production crew that are arriving throughout the day (7:am – 3:pm)
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (3:am – 11:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(7:am  - 3:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(3:pm  - 11:pm)
- SIC will be assigned per shift to coordinate production

**Wednesday, June 24, 2015**
- (2-3) staff will be needed for delivery- dock, freight, escort
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  7:am – 3:pm
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  3:pm – 11:pm
- (4) G4S staff will be needed for escorts of production crew that are arriving throughout the day (3:pm – 11:pm)
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (7:am – 3:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(7:am  - 3:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(3:pm  - 11:pm)
- SIC will be assigned per shift to coordinate production (am)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Thursday, June 25, 2015**
- (2-3) staff will be needed for delivery- dock, freight, escort
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  7:am – 3:pm
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  3:pm – 11:pm
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (7:am – 3:pm)
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (3:am – 11:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(7:am  - 3:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(3:pm  - 11:pm)
- (1) SIC will be assigned per shift to coordinate production (am)
- (1) SIC will be assigned per shift to coordinate production (pm)- **Clean-up until 2:am  (Empire completion)**
- Additional Custodians to clean chapel and media center for normal operations by 9:am (Mrs. Swain will identify staff)  (exiting of Empire)

**Friday, June 26, 2015 – Closing**
- Clean up – (chapel, 3A and 3B)
- Return residents to their pods ( Evening)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

OAG4462

**Classroom 303- Set up**



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| Desk 7 | DESK 8 | |
|---|---|---|
| Bathroom | Back wall | Office Area |

## CHAPEL

**Production Crew/Volunteers**



 OAG4464



- Please ensure that we have chairs for the tables
- Please ensure the bathrooms are clean
- Break down of tables will be Friday, June 26, 2015 (2:am)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Roll call will occur at designated  center locations/No Roll call in the Chapel From Tuesday, July 14, 2015 – July 16, 2015 (2:pm)

**ALS – DED Alonzo**

- Temporary ID's will be needed for all members of the crew
- No one will be allowed to enter without a Temporary ID and that have not cleared
- A list of all items needed for the productions must be submitted to the JTDC.
- All JTDC staff chosen to appear on screen must sign a waiver.  (Empire has asked some staff while they were scouting the JTDC and Empire should be providing us a list of the chosen staff)
- Notify storeroom for additional supplies that the pods may need for increase of resident on pods. There will be a significant increase in utilization of custodial supplies.  Toilet paper, C-fold towels, hand soap, hand sanitizer, garbage bags etc… will be needed.

**RDL: DED Steward**

Visitation will occur in classroom 304; classroom 303 will be the waiting room for visitors, and classroom 305 will be the search area for the residents before returning to their centers.  **Wednesday, July 15, 20**15

- Destiny -3:pm – 5:pm
- Omega 5:30 – 8:pm
- Make announcement in roll call to staff about loitering and being off their assigned post/area during working/non-working hours

**NBJ- School Area**

| Monday, July 13, 2015 | Tuesday, July 14, 2015 | Wednesday, July 15, 2015 | Thursday, July 16, 2015 | Friday, July 17, 2015 |
|---|---|---|---|---|
| **NONE** | **Northside CLOSED** | **Southside CLOSED** | **Chapel& Media center Closed** | |
| Normal day Classes in School area | North side of the school area- No Commissary  *Only use Southside if needed for programing* | South Side of the School area- No Commissary  *Only use Southside if needed for programing* | Inspect and Search media center and chapel area before returning to normal operations. We can have class in classrooms, but chapel and media center closed until completion. | Return to Normal |

- Make announcement to your staff about the production crew lunches. The production crew stated that the food is for theirs casting members, staff working on the project, and their employees.

**RAQL: DED Kern**

- Classroom 304 will be set up with approximately 8 desks that are in the classroom for attorney visits. (see diagram)
- Notify the P.D. that the early morning visits will be in room 304 for all new admissions.
- Notify Attorneys that visits will take place in classroom 304 for the duration of the **week of July 13- July 16, 015.**

**Visiting**

| Monday, July 13, 2015 | Tuesday, July 14, 2015 | Wednesday, July 15, 2015 | Thursday, July 16, 2015 | Friday, July 17, 2015 |
|---|---|---|---|---|
| NORMAL | VISITING | VISITING | VISITING | Return to Normal |
| Normal | Closed<br>Scheduled to shoot today and Visiting will occur in the alternative area | Closed<br>Scheduled to shoot today and Visiting will occur in the alternative area. | Inspect and Search visiting area before returning to normal operations. | |

**PPS/RDL: DED Magloire/DED Steward**

**TL King**

- Pods 3A and 3B will closed on Sunday, July 12, 2015 @ 6:pm
- Pod 3A will re-locate to 5B
- 3B will re-locate to 3F for new admission/intake unit (Alpha 2)
- Discussion will have to occur about the possibility of increasing the count on pods by two depending on the count.
- The yards will be closed **Monday, July 13, 2015 – Thursday, July 16, 2015.**
- The custodians will sweep and clean debris from the yards prior to the RT's searching the yards.
- The RT's will search yard (area) after completion of the production that day depending on the time of completion or before the yards are re-opened.
- Make announcement in roll call to staff about loitering and being off their assigned post/area during working/non-working hours

**NBJ- Dr. Shingles**.

- The chapel and the media center will be closed for the week of production. The chapel will re-open Friday, July 17, 2015 @ 9:am
- School will take place on the pods for the week of July 14- July 16, 2015
- A daily memo will be sent out the night before to specify which side of the building will be closed.
- Make announcement to your staff about the production crew lunches. The production crew stated that the food is for theirs casting members, staff working on the project, and their employees.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**NBJ- School Area**

| Monday, July 13, 2015 | Tuesday, July 14, 2015 | Wednesday, July 15, 2015 | Thursday, July 16, 2015 | Friday, July 17, 2015 |
|---|---|---|---|---|
| NONE | Northside CLOSED | Southside CLOSED | Chapel& Media center Closed | |
| Normal day Classes in School area | North side of the school area- No Commissary _Only use Southside if needed for programing_ | South Side of the School area- No Commissary _Only use Southside if needed for programing_ | Inspect and Search media center and chapel area before returning to normal operations. We can have class in classrooms, but chapel and media center closed until completion. | Return to Normal |

**ASC – DED McCoy**
- Notify sheriffs that we will have Production in the JTDC **for the week of 7/13/15 – 7/16/15 (Notified)**
- The 3rd floor Northwest corner of the building will be closed from the fire doors beginning at 3K and to the start of medical/ elevator 4-5.
- Two staff – one on each end will secure the perimeter to ensure no unauthorized personnel  or residents are allowed
- The Environmental services will set up the Chapel area for the Production Crew and classroom 304 for the attorney visits.
- Security will Inventory all items that will be brought into the facility.
- The Crew Chief has been informed that anything brought in must be taken out with them. They cannot discard any hazardous materials other than food or garbage that will be eaten in the chapel.
- Additional garbage cans will be placed into the chapel.
- The yards will be close for precautionary reasons. The RT's will search yard after completion of the production that day depending on the time of completion or before the yard is re-opened.
- 1 truck (Empire) will be allowed to park in the concourse for the duration of the week.
- Staff must sign in on the overtime sheet and a SIC must initial for verification.  I have created a sign in sheet for the staff working for re-imbursements from Empire
- Staff will be required to work the entire shift that they sign up for. If the production ends early, then staff will be released if there is no need for staff.
- Primary stars will be escorted and allowed to enter dock area.  A SIC and movement staff will escort from dock area.
- G4S staff will be used to cover post and movement to reduce overtime during regular schedule hours of operations.
  > G4S staff- (6 assigned)
  > 1. Burns, Dana
  > 2. Guzman, Jose

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

    3. Handley, Robert
    4. Patel, Asif
    5. Tate, Edna
    6. Levine, Fred – Check in and movement of Actors

- We will also use some additional staff such as SSII's when there aren't any runs. (Only when operationally feasible)
- RT-1 will assign RT staff to be posted at Elevator 1-2 bank and Elevator 7-8 Banks for school area security. (am/pm)
- Make announcement in roll call to staff about loitering and being off their assigned post/area during working/non-working hours.
- Make announcement too your staff about the production crew lunches. The production crew stated that the food is for theirs casting members, staff working on the project, and their employees.

**Environmental Service – Mrs. Swain**
- Environmental services will inventory any supplies that are used for Empire so we get reimbursed for supplies used. For example, Toilet paper, C-fold towels, hand soap, hand sanitizer, garbage bags etc...
- Set up chapel and media center Monday evening. (July 14, 2015)
- Custodians will clean 3B after 6:pm or before 6:am -Monday morning
- Completion of Empire -Clean up – (chapel, media center, 3A and 3B)

**CERMAK SERVICES**
- Notify Medical for alternative routes when elevators are down

# TENTATIVE ITINERARY

**Sunday, July 12, 2015 (SIC Robinson -Point person)**
- Pods 3A and 3B will closed on Sunday, July 12, 2015 @ 6:pm
- Facility management will change the lock core for 3A and 3B Monday, July 14, 2015 before 8: am.
- Schedule staffs for Tuesday – Thursday after SIC Sajdak and SIC Mullins have completed their pre-scheduled overtime for equalization for the week.

**Monday, July 13, 2015 (SIC Robinson -Point person)**
- TBD prep- consists of 10-12 Empire staff.
- (2-3) staff will be needed for delivery- dock, freight, escort to 3A-3B  (7:am 5:pm)
- (2) staff will be needed to secure perimeters of 3Aand 3B- one on each end and possibly a staff to give breaks  7:am – 5:pm (End of Day)
- Total Staff (5)

**Tuesday, July 14, 2015**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

- (2-3) staff will be needed for delivery- dock, freight, escort
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  7:am – 3:pm
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  3:pm – 11:pm
- (4) G4S staff will be needed for escorts of production crew that are arriving throughout the day (7:am – 3:pm)
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (3:am – 11:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(7:am  - 3:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(3:pm  - 11:pm)
- SIC will be assigned per shift to coordinate production

**Wednesday, July 15, 2015**
- (2-3) staff will be needed for delivery- dock, freight, escort
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  7:am – 3:pm
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  3:pm – 11:pm
- (4) G4S staff will be needed for escorts of production crew that are arriving throughout the day (7:am – 3:pm)
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (3:pm – 11:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(7:am  - 3:pm)
- (2) RT's posted in the school area each end of the hall way to control production crew from wandering.(3:pm  - 11:pm)
- SIC will be assigned per shift to coordinate production (am)
- (1) SIC will be assigned per shift to coordinate production (pm)- **Clean-up until 2:am  (Empire completion)**
- Additional Custodians to clean chapel and media center for normal operations by 9:am (Mrs. Swain will identify staff)  (Exiting of Empire)

**Thursday, July 16, 2015 Closing**
- Complete and wrap out
- Clean up – (chapel, media center,  3A and 3B)
- Return residents to their pods (Evening)

**Friday, July 17, 2015**
- Return to normal operations

- Note: Be advised that the schedules they have emailed may change due to the length of time that the production crew is on site. Monday and Tuesday are guaranteed to start on time; however the Crew Chief has informed us that due to their union they have to have an eight hour break. So if they stop at midnight they will not return to 8: am the following day.

## Classroom 304- Set up

Wednesday, July 15, 2015 (6 Staff)



**CHAPEL**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    OAG7304



- Please ensure that we have chairs for the tables
- Please ensure the bathrooms are clean
- Break down of tables will occur on Friday, June 26, 2015 (2:am)

**NORTH**      **SCHOOL AREA**      **SOUTH**

| #1 304/324 | VISITATION 304/324 | ELEVATORS 4&5 | Café/exit | | Vis | ELEVATORS 9&10 | #17 | | |

- #2
- 329 #3
- #5 314/334
- #6
- ELEVATORS 1-2 N. Gym
- #7
- ELEVATORS 7-8 S. gym
- #10
- #11
- 214/234

Tate (top left)

Tate (top right) — 204/224 — #14

201/202

Patel (left) — 329 #3

Burns Brk person (center)

Patel (right) — 229 #13

199/200

Guzman (left)

Handley/RT

Handley/RT

Guzman (right) — #4

**ELEVATORS**      **ELEVATORS**

The follow staff will be assigned to these posts. The posts are listed for the North and South side depending on which side of the school is closed for that day. G4S Burns will be the designated break person.

**EMPIRE PRODUCTIONS-WORK DRAFT**

**Week of 8/23/15-8/25/15**

## Roll call will occur at designated center locations/No Roll call in the Chapel From Monday, August 24, 2015 – Wednesday, August 25, 2015

**ALS – DED Alonzo**

- Temporary ID's will be needed for all members of the crew
- No one will be allowed to enter without a Temporary ID and that have not cleared
- A list of all items needed for the productions must be submitted to the JTDC
- All JTDC staff chosen to appear on screen must sign a waiver. (Empire has asked some staff while they were scouting the JTDC and Empire should be providing us a list of the chosen staff)
- Notify storeroom for additional supplies that the pods may need for increase of resident on pods. There will be a significant increase in utilization of custodial supplies. Toilet paper, C-fold towels, hand soap, hand sanitizer, garbage bags etc… will be needed.

**RDL: DED Steward**

**TBD -** Visitation will occur in classroom 304; classroom 303 will be the waiting room for visitors, and classroom 305 will be the search area for the residents before returning to their centers. **Monday, August 24, 2015** *(Empire has stated that they may not need the visitation room or the yards. I will get confirmation by Wednesday, August 19, 2015)*

*Tentative*

- Renaissance -3:pm – 5:pm
- Legacy 5:30 – 8:pm
- Make announcement in roll call to staff about loitering and being off their assigned post/area during working/non-working hours
- A daily memo will be sent out the night before to specify which side of the building will be closed.

**School Area**

| Sunday, August 23, 2015 | Monday, August 24, 2015 | Tuesday, August 25, 2015 | Wednesday, August 26, 2015 |
|---|---|---|---|
| Yards Closed | **SOUTH SIDE CLOSED** | **Semi-** Return to Normal | Return to Full operations |
| Yards Closed | • **TBD** <br> • North side of the school area- No Commissary <br> • Yards Closed | **TBD** | Yards Re-Opened Resume with Cook-Outs Schedule |

OAG8549

- ***Make announcement to your staff about the production crew lunches. The production crew stated that the food is for theirs casting members, staff working on the project, and their employees.***

**RAQL: DED Kern**

**Tentative**

- Classroom 304 will be set up with approximately 8 desks that are in the classroom for attorney visits. (see diagram)
- Notify the P.D. that the early morning visits will be in room 304 for all new admissions.
- Notify Attorneys that visits will take place in classroom 304 for the duration of the **Dates of August 23-26, 015.**
- Visitation will occur in classroom 304; classroom 303 will be the waiting room for visitors, and classroom 305 will be the search area for the residents before returning to their centers.  **Monday, August 24, 2015**
- Visitation:
  - Renaissance -3:pm – 5:pm
  - Legacy 5:30 – 8:pm
- A daily memo will be sent out the night before to specify which side of the building will be closed.

  **Visitation**

| Sunday, August 22, 2015 | Monday, August 23, 2015 | Tuesday, August 24, 2015 | Wednesday, August 26, 2015 |
|---|---|---|---|
| VISITING | VISITING | VISITING | VISITING |
| Normal | **TBD** | Inspect and Search visiting area before returning to normal operations **(Evening)** | Return to normal operations. After searches |

- CIPP Staffing: will occur in classroom 303

  Lynell Givens:      8/24/2015  10AM Legacy Center.
  Marshun Stidum:   8/24/2015   1PM Renaissance Center.
  Brian carrion:        8/26/2015  10AM    Renaissance Center.
  Jonathan Zepeda:  8/26/2015 1:00 PM  Wings Center.
  Anthony Heredia:  8/27/2015 3.30 PM   Renaissance Center

**PPS/RDL: DED Magloire/DED Steward**

**TL King**

- Pods 3A and 3B will closed on Saturday, August 22, 2015 @ 6:pm **(Completed)**

- Pod 3A/3B will re-locate to TBD **(Completed)**
- The yards will be closed <u>**Sunday, August 23, 2015 @ 7:am – Wednesday, August 26, 2015 @ 7:am**</u>
- Make announcement in roll call to staff about loitering and being off their assigned post/area during working/non-working hours
- A daily memo will be sent out the night before to specify which side of the building will be closed.

## NBJ- Dr. Shingles

- The chapel and the media center will be closed **Monday, August 24, 2015 – Wednesday, August 26, 2015 @ 7:am** of production. The chapel will Wednesday, August 26, 2015 @ 7:am
- **NO SCHOOL – SUMMER VACATION**


## ASC – DED McCoy

- Notify sheriffs that we will have Production in the JTDC  **for the dates of 8/23/15 – 8/25/15 (Notified)**
- The 3rd floor Northwest corner of the building will be closed from the fire doors beginning at 3K and to the start of medical/ elevator 4-5.
- Two staff – one on each end will secure the perimeter to ensure no unauthorized personnel or residents are allowed .
- The Environmental services will set up the Chapel area for the Production Crew and classroom 304 for the attorney visits.
- Security will Inventory all items that will be brought into the facility.
- The Crew Chief has been informed that anything brought in must be taken out with them. They cannot discard any hazardous materials other than food or garbage that will be eaten in the chapel.
- Additional garbage cans will be placed into the chapel.
- The yards will be close for precautionary reasons. The yards will be cleaned by the custodians then the RT's will search yard after completion of the production that day depending on the time of completion or before the yard is re-opened.
- 1 truck (Empire) will be allowed to park in the concourse for the duration of the week.
- Staff must sign in on the overtime sheet and a SIC/Supervisor must initial for verification.  (I have created a sign in sheet for the staff working for re-imbursements from Empire)
- Staff will be required to work the entire shift that they sign up for. If the production ends early, then staff will be released if there is no need for staff.
- Primary stars will be escorted and allowed to enter dock area.  (A SIC and movement staff will escort from dock area.)
- G4S staff will be used to cover post and movement to reduce overtime during regular schedule hours of operations.

  G4S staff- (6 assigned)
  1. Burns, Dana
  2. Guzman, Jose
  3. Handley, Robert

OAG8551

4. Patel, Asif
5. Tate, Edna
6. Levine, Fred – Check in and movement of Actors

- We will also use some additional staff such as SSII's when there aren't any runs. (Only when operationally feasible)
- RT-1 will assign 1 RT staff to be posted at Elevator@ 1-2 banks and (1) @ Elevator 7-8 Banks for school area security. **(am/pm)**
- Make announcement in roll call to staff about loitering and being off their assigned post/area during working/non-working hours.
- ***Make announcement to your staff about the production crew lunches. The production crew stated that the food is for there casting members, staff working on the project, and their employees.***

**Environmental Service – Mrs. Swain**
- Environmental services will inventory any supplies that are used for Empire so we get reimbursed for supplies used. For example, Toilet paper, C-fold towels, hand soap, hand sanitizer, garbage bags etc…
- Set up chapel and media center Sunday evening.  (August 23, 2015)
- Custodians will clean 3B after 6:pm or before 6:am –Monday, August 24, 15
- Completion of Empire will be Tuesday, August 25, 2015
- Clean up – (chapel, media center,  3A and 3B) -This can possibly done on the overnight shift – let's talk Ms. Swain
- Custodian – Clean/sweep yard for Cookout on Wednesday, August 26, 2015 **(Priority)**
- The RT's will search yard (area) after the Custodians have  cleaned/Swept the yards before the yards are re-opened **(Priority)**
- ***Make announcement to your staff about the production crew lunches. The production crew stated that the food is for theirs casting members, staff working on the project, and their employees.***

**CERMAK SERVICES**
- Notify Medical for alternative routes when elevators are down

# TENTATIVE ITINERIARY
**Saturday, August 22, 2015 (SIC Robinson -Point person)**
- Pods 3A and 3B will closed on Saturday, August 22, 2015 @ 6:pm **(Completed)**
- Facility management will change the lock core for 3A and 3B Sunday, August 23, 2015 before 8: am.
- Schedule staffs for Sunday – Tuesdays after SIC Sajdak and SIC Mullins have completed their pre-scheduled overtime for equalization for the week. **(Completed)**

**Sunday, August 23, 2015 (SIC Robinson -Point person)**
- TBD prep- consists of 10-12 Empire staff.
- (3-4) staff will be needed for delivery- dock, freight, escort to 3A-3B  (6:am -8:pm)
- (2) staff will be needed to secure perimeters of 3Aand 3B- one on each end
- Total Staff (8)

**Monday, August 24, 2015 (SIC Robinson -Point person)**
- (2-3) staff will be needed for delivery- dock, freight, escort
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  7:am – 3:pm
- (2) staff will be needed to secure perimeters of 3Aand 3B - one on each end and possibly a staff to give breaks  3:pm – 11:pm
- (6) G4S staff will be needed for escorts of production crew that are arriving throughout the day (5:am – 2:pm)
- (6) JTDC Staff will be needed for escorts of production crew that are arriving throughout the day (5:am – 2:pm)
- (10) JTDC Staff will be needed for escorts of production crew that are arriving throughout the day (2:pm – 10:pm)
- (4) staff will be needed for escorts of production crew that are arriving throughout the day (3:am – 11:pm)
- (3) RT's posted in the school area each end of the hall way to control production crew from wandering.(6:am - 2:pm)
- (3) RT's posted in the school area each end of the hall way to control production crew from wandering.(2:pm - 10:pm)
- SIC will be assigned per shift to coordinate production ( 1)

**Tuesday, August 25, 2015 Closing**
- Complete and wrap out
- TBD prep- consists of 10-12 Empire staff.
- (3-4) staff will be needed for delivery- dock, freight, escort to 3A-3B  (6:am -8:pm)
- (2) staff will be needed to secure perimeters of 3Aand 3B- one on each end
- Total Staff (7)
- Clean up – (chapel, media center,  3A and 3B) -**This can possibly done on the overnight shift – let's talk Ms. Swain**
- Custodian – Clean/sweep yard for Cookout on Wednesday, August 26, 2015 **(Priority)**
- RT's – Search yard for Cookout on Wednesday, August 26, 2015 **(Priority)**
- Return residents to their pods **(Tuesday Evening or Monday Morning)**

**Wednesday, August 25, 2015**
- Return to normal operations after completion of inspection/searches.

OAG8553

- ***Note: Be advised that the schedules they have emailed may change due to the length of time that the production crew is on site.***

### Classroom 304- Set up

Monday, August 24, 2015 (6 Staff)

 OAG8554



**CHAPEL**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



- Please ensure that we have chairs for the tables
- Please ensure the bathrooms are clean
- Break down of tables will occur on **Wednesday, August 26, 2015**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          OAG8556

**NORTH**          **SCHOOL AREA**          **SOUTH**

| #1<br>304/324 | VISITATION<br>304/324 | ELEVATORS<br>4&5 | Café/exit | | Vis | ELEVATORS<br>9&10 | #17 | | |
|---|---|---|---|---|---|---|---|---|---|

- Tate
- Tate

204/224 — #14

#2     201/202

- Patel
- Patel

329<br>#3      Burns<br>Brk person      229<br>#13

199/200

- Guzman
- Handley/RT
- Handley/RT
- Guzman

#4

| # 5<br>314/334 | #6 | ELEVATORS 1-2<br>N. Gym | #7 | ELEVATORS 7-8<br>S. gym | #10 | #11 | 214/234 |
|---|---|---|---|---|---|---|---|

     **ELEVATORS**          **ELEVATORS**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      OAG8557

The follow staff will be assigned to these posts. The posts are listed for the North and South side depending on which side of the school is closed for that day. G4S Burns will be the designated break person.

OAG8558