# Exhibit J
# Email Regarding School Schedule

## Alesha Riegler (Juvenile Temporary Detention Center)

| | |
|---|---|
| **From:** | Alonso, Nikita <ntalonso@cps.edu> |
| **Sent:** | Monday, September 25, 2017 1:44 PM |
| **To:** | Harris, Leonard |
| **Cc:** | Alesha Riegler (Juvenile Temporary Detention Center); Margaret Olesnavage (Juvenile Temporary Detention Center); Zenaida Alonzo (Juvenile Temporary Detention Center); Spearmon, Jenelle; Syrena Bodden; Susan Bernard |
| **Subject:** | Re: Empire - Request for Documents |
| **Attachments:** | Chicago_14-15_Calendar.pdf; Final Summer Schedule 2015 July 24, 2015.pdf; Summer JTDC MTWR and Friday Student Updated July 15, 2015.pdf; SY15_16_Calendar.pdf |

Please find attached the information I was able to retrieve pertaining to Empire.

June 22-25, 2015 no school. Filming occurred during the time between the end of the regular 2014-2015 school year and the summer school 2015 session.

July 13-16, 2015. The school was in session. Please refer to the attached student movement schedule.

July 25, 2015. No school as date falls on Saturday

August 23-25, 2015 Summer School had ended by this time.

Also, please find the CPS 2015-2016 and 2016-2017 school year calendars attached.

Nick Alonso
NBJ Scheduler

On Wed, Sep 20, 2017 at 12:44 PM, Harris, Leonard <lharris5@cps.edu> wrote:

**Mrs. Riegler,**

I will have Mr. Alonso the school's programmer provide you with the information you requested. Thank you.l

**Mr. Alonso,**

Please provide Mrs. Rieger with the information that she is requesting. Thank you.

Principal Harris

On Tue, Sep 19, 2017 at 4:01 PM, Alesha Riegler (Juvenile Temporary Detention Center) <Alesha.Riegler@cookcountyil.gov> wrote:

Dr. Harris,

By October 3, 2017, please provide us with documents showing which days school was scheduled to be in session in 2014, 2015 and 2016.

Thank you,

1

**Alesha M. Riegler**

Legal Affairs Coordinator

Office of Legal Affairs, Compliance, Public & Media Relations

Cook County Juvenile Temporary Detention Center

1100 South Hamilton Avenue

Chicago, Illinois 60612

Office: (312) 433-5795


--
**Dr. Leonard Harris**
Principal
Nancy B. Jefferson Alternative H.S.
1100 S. Hamilton Ave.
Chicago IL, 60612
312-433-7120

2

**Updated July 10, 2015**

CCSAO T.S. v. 20TH CENTURY 3600
Nancy Jefferson Alternative High School
Dr. Shingles, Principal
5th Quarter

**MTWR Schedule**

### Summer 2015 Student Schedule

| | Period 1<br>7:45am-8:36am | Period 2<br>8:41am-9:32am | Period 3<br>9:37am-10:28am | Period 4<br>10:33-11:24am | Period 5<br>11:29am-12:20pm | Period 6<br>12:25pm-1:16pm | Period 7<br>1:21pm-2:12pm | Period 8<br>2:17pm-3:08pm |
|---|---|---|---|---|---|---|---|---|
| 3D | Social Science<br>Whitfield/Bullocks<br>305 | Computer Info Tech<br>Olguin/Bullocks<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Music<br>Bartels/Bullocks<br>305 | Lunch<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 | Art<br>T. Johnson<br>304 |
| 3E | Art<br>T. Johnson<br>304 | Social Science<br>Whitfield/January<br>305 | Computer Info Tech<br>Olguin<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Lunch<br>304 | Music<br>Bartels<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 |
| 3F | | | | | | Recreation<br>North Gym | | |
| 4C | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Hanks<br>310 | Spanish<br>Escobar<br>311 | Social Science<br>Thompson/January<br>306 | Lunch<br>306 | Art<br>Dority<br>312 | Music<br>Bartels<br>316 | Math<br>Sampedro/Nnawuchi<br>306 |
| 3J | English<br>Rizzo/Brothers<br>318 | Recreation<br>North Yard | Science<br>Thomas/Kumm<br>306 | Computer Info Tech<br>Olguin<br>308 | Lunch<br>314 | Social Science<br>Whitfield/Tempel<br>310 | Art<br>T. Johnson<br>312 | Math<br>Neville/Owolabi<br>311 |
| 3G | Recreation<br>South Gym | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Bullocks<br>310 | Art<br>T. Johnson<br>312 | Lunch<br>312 | Health<br>Strama<br>317 | Math<br>Sampedro/Nnawuchi<br>306 | Social<br>Miner/Tempel<br>310 |
| 5A | English<br>Barnett/Mabry<br>317 | Social Science<br>Miner/Tempel<br>320 | Science<br>Huq/J. Palmer<br>314 | Drivers Ed<br>Strama<br>317 | Lunch<br>317 | Math<br>Woldemariam/Vernon<br>318 | Recreation<br>North Gym | Spanish<br>J. Johnson/Bullocks<br>312 |
| 5J | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym | Drivers Ed<br>Strama<br>305 | Social Sciene<br>Miner/Lohmeier<br>320 | Lunch<br>320 | Spanish<br>J. Johnson<br>316 | Math<br>Woldemariam/Vernon<br>318 | English<br>Barnett/Mabry<br>316 |
| 5K | Recreation<br>North Gym | Science<br>Huq/J. Palmer<br>314 | Art<br>T. Johnson<br>312 | Math<br>Woldemariam/Vernon<br>318 | Lunch<br>318 | Social Science<br>Miner/Bullocks<br>320 | English<br>Barnett/Mabry<br>317 | Drivers Ed<br>Strama<br>317 |
| 5F | Music<br>Sutton/Leigh<br>220 | Spanish<br>J. Johnson<br>312 | English<br>Barnett/Mabry<br>316 | Math<br>Neville/Owolabi<br>311 | Lunch<br>311 | Science<br>Huq/J. Palmer<br>306 | Computer<br>Olguin<br>308 | Social Science<br>Martinez/Wilson<br>314 |
| 5H | Spanish<br>Escobar<br>311 | English<br>Barnett/Mabry<br>317 | Science<br>Mayes-Askew/Pope<br>320 | Recreation<br>North Gym | Lunch<br>218 | Social Science<br>Martinez/Wilson<br>314 | Math<br>Neville/Owolabi<br>311 | Computer Info Tech<br>Olguin<br>308 |
| 5G | Spanish<br>J. Johnson<br>316 | English<br>Rizzo/Brothers<br>318 | Music<br>Bartels<br>317 | Social Science<br>Whitfield/Tempel<br>310 | Lunch<br>310 | Math<br>Neville/Owolabi<br>311 | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym |

### 2014-2015 Student Schedule

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 |
|---|---|---|---|---|---|---|---|---|
| 3H | Science Alonso 7:45-8:10<br>Social Science<br>Miner/Tempel 8:10-8:36 | Music<br>Bartels | Math<br>Woldemariam/Vernon<br>9:37 am-10:03 am | | Lunch | | English<br>Rizzo<br>1:46 PM- 2:12 PM | Reading W. Taylor<br>Music/Sutton |
| Alpha | | Recreation<br>South Gym | | | | Recreation 3B<br>North Yard | | |
| 3K | Social Science<br>Miner/Tempel 7:45-810 | | Recreation<br>North Gym | | Lunch | | | |
| 3M | | Science<br>Jackson/Freightman | Math<br>Woldemariam/Vernon<br>10:03 am-10:28 am | Spanish<br>J. Johnson | | | English<br>Rizzo<br>1:21 PM-1:46 PM | |

**Updated July 10, 2015**

**Nancy Jefferson Alternative School**
Dr. Shingles, Principal
5th Quarter

**Friday Schedule**

## Summer 2015 Student Schedule

| | Period 1<br>7:45am-8:29am | Period 2<br>8:33am-9:17am | Period 3<br>9:21am-10:05am | Period 4<br>10:09am-10:53am | Period 5<br>10:57am-11:41am | Period 6<br>11:45am-12:29pm | Period 7<br>12:33pm-1:17pm | Period 8<br>1:21pm-2:05pm |
|---|---|---|---|---|---|---|---|---|
| 3D | Social Science<br>Whitfield/Bullocks<br>305 | Computer Info Tech<br>Olguin/Bullocks<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Music<br>Bartels/Bullocks<br>305 | Lunch<br><br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 | Art<br>T. Johnson<br>304 |
| 3E | Art<br>T. Johnson<br>304 | Social Science<br>Whitfield/January<br>305 | Computer Info Tech<br>Olguin<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Lunch<br><br>304 | Music<br>Bartels<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 |
| 3F | | | | | | Recreation<br>North Gym | | |
| 4C | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Hanks<br>310 | Spanish<br>Escobar<br>311 | Social Science<br>Thompson/January<br>306 | Lunch<br><br>306 | Art<br>Dority<br>312 | Music<br>Bartels<br>316 | Math<br>Sampedro/Nnawuchi<br>306 |
| 3J | English<br>Rizzo/Brothers<br>318 | Recreation<br>North Yard | Science<br>Thomas/Kumm<br>306 | Computer Info Tech<br>Olguin<br>308 | Lunch<br><br>308 | Social Science<br>Whitfield/Tempel<br>310 | Art<br>T. Johnson<br>312 | Math<br>Neville/Owolabi<br>311 |
| 3G | Recreation<br>South Gym | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Bullocks<br>310 | Art<br>T. Johnson<br>312 | Lunch<br><br>312 | Health<br>Strama<br>317 | Math<br>Sampedro/Nnawuchi<br>306 | Social<br>Miner/Tempel<br>310 |
| 5A | English<br>Barnett/Mabry<br>317 | Social Science<br>Miner/Tempel<br>320 | Science<br>Huq/J. Palmer<br>314 | Drivers Ed<br>Strama<br>317 | Lunch<br><br>317 | Math<br>Woldemariam/Vernon<br>318 | Recreation<br>North Gym | Spanish<br>J. Johnson/Bullocks<br>312 |
| 5J | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym | Drivers Ed<br>Strama<br>305 | Social Scien<br>Miner/Lohmeier<br>320 | Lunch<br><br>320 | Spanish<br>J. Johnson<br>316 | Math<br>Woldemariam/Vernon<br>318 | English<br>Barnett/Mabry<br>316 |
| 5K | Recreation<br>North Gym | Science<br>Huq/J. Palmer<br>314 | Art<br>T. Johnson<br>312 | Math<br>Woldemariam/Vernon<br>318 | Lunch<br><br>318 | Social Science<br>Miner/Bullocks<br>320 | English<br>Barnett/Mabry<br>317 | Drivers Ed<br>Strama<br>317 |
| 5F | Music<br>Sutton/Leigh<br>220 | Spanish<br>J. Johnson<br>312 | English<br>Barnett/Mabry<br>316 | Math<br>Neville/Owolabi<br>311 | Lunch<br><br>311 | Science<br>Huq/J. Palmer<br>306 | Computer<br>Olguin<br>308 | Social Science<br>Martinez/Wilson<br>314 |
| 5H | Spanish<br>Escobar<br>311 | English<br>Barnett/Mabry<br>317 | Science<br>Mayes-Askew/Pope<br>320 | Recreation<br>North Gym | Lunch<br><br>218 | Social Science<br>Martinez/Wilson<br>314 | Math<br>Neville/Owolabi<br>311 | Computer Info Tech<br>Olguin<br>308 |
| 5G | Spanish<br>J. Johnson<br>316 | English<br>Rizzo/Brothers<br>318 | Music<br>Bartels<br>317 | Social Science<br>Whitfield/Tempel<br>310 | Lunch<br><br>310 | Math<br>Neville/Owolabi<br>311 | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym |

## 2014-2015 Student Schedule

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 |
|---|---|---|---|---|---|---|---|---|
| 3H | Science Alonso 7:45-8:07<br>Social Science<br>Miner/Tempel 8:07-8:29 | Music<br>Bartels | Math<br>Woldemariam/Vernon<br>9:21 am-9:43 am | | Lunch | | English<br>Rizzo<br>12:54 pm-1:17pm | Reading W. Taylor<br>Music/Sutton |
| Alpha | | Recreation<br>South Gym | | | Lunch | Recreation 3B<br>North Yard | | |
| 3K | Social Science<br>Miner/Tempel 7:45-8:13 | | Recreation<br>North Gym | | Lunch | | | |
| 3M | | Science<br>Jackson/Freightman | Math<br>Woldemariam/Vernon<br>9:43am- 10:05 am | Spanish<br>J. Johnson | | | English<br>Rizzo<br>12:33 pm- 12:54 pm | |

**Updated July 24, 2015**

Nancy Jefferson Alternative High School
Dr. Shingles, Principal
5th Quarter

**MTWR Schedule**

### Summer 2015 Student Schedule

| | Period 1<br>7:45am-8:36am | Period 2<br>8:41am-9:32am | Period 3<br>9:37am-10:28am | Period 4<br>10:33-11:24am | Period 5<br>11:29am-12:20pm | Period 6<br>12:25pm-1:16pm | Period 7<br>1:21pm-2:12pm | Period 8<br>2:17pm-3:08pm |
|---|---|---|---|---|---|---|---|---|
| 3D | Social Science<br>Whitfield/Bullocks<br>305 | Computer Info Tech<br>Olguin/Bullocks<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Music<br>Bartels/Bullocks<br>305 | Lunch<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 | Art<br>T. Johnson<br>304 |
| 3E | Art<br>T. Johnson<br>304 | Social Science<br>Whitfield/January<br>305 | Computer Info Tech<br>Olguin<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Lunch<br>304 | Music<br>Bartels<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 |
| 3F | Social Science<br>Miner/Tempel<br>320 | Science<br>Jackson/Freightman<br>316 | Math<br>Woldemariam/Vernon<br>318 | Spanish<br>J. Johnson<br>316 | Lunch<br>316 | Recreation<br>North Gym | English<br>Rizzo/Bullocks<br>310 | Music<br>Sutton/Leigh<br>220 |
| 4C | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Hanks<br>310 | Spanish<br>Escobar<br>311 | Social Science<br>Thompson/January<br>306 | Lunch<br>306 | Art<br>Dority<br>312 | Music<br>Bartels<br>316 | Math<br>Sampedro/Nnawuchi<br>306 |
| 3J | English<br>Rizzo/Brothers<br>318 | Recreation<br>North Yard | Science<br>Thomas/Kumm<br>306 | Computer Info Tech<br>Olguin<br>308 | Lunch<br>314 | Social Science<br>Whitfield/Tempel<br>310 | Art<br>T. Johnson<br>312 | Math<br>Neville/Owolabi<br>311 |
| 3G | Recreation<br>South Gym | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Bullocks<br>310 | Art<br>T. Johnson<br>312 | Lunch<br>312 | Health<br>Strama<br>317 | Math<br>Sampedro/Nnawuchi<br>306 | Social<br>Miner/Tempel<br>310 |
| 5A | English<br>Barnett/Mabry<br>317 | Social Science<br>Miner/Tempel<br>320 | Science<br>Huq/J. Palmer<br>314 | Drivers Ed<br>Strama<br>317 | Lunch<br>317 | Math<br>Woldemariam/Vernon<br>318 | Recreation<br>North Gym | Spanish<br>J. Johnson/Bullocks<br>312 |
| 5J | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym | Drivers Ed<br>Strama<br>305 | Social Sciene<br>Miner/Lohmeier<br>320 | Lunch<br>320 | Spanish<br>J. Johnson<br>316 | Math<br>Woldemariam/Vernon<br>318 | English<br>Barnett/Mabry<br>316 |
| 5K | Recreation<br>North Gym | Science<br>Huq/J. Palmer<br>314 | Art<br>T. Johnson<br>312 | Math<br>Woldemariam/Vernon<br>318 | Lunch<br>318 | Social Science<br>Miner/Bullocks<br>320 | English<br>Barnett/Mabry<br>317 | Drivers Ed<br>Strama<br>317 |
| 5F | Music<br>Sutton/Leigh<br>220 | Spanish<br>J. Johnson<br>312 | English<br>Barnett/Mabry<br>316 | Math<br>Neville/Owolabi<br>311 | Lunch<br>311 | Science<br>Huq/J. Palmer<br>306 | Computer<br>Olguin<br>308 | Social Science<br>Martinez/Wilson<br>314 |
| 5H | Spanish<br>Escobar<br>311 | English<br>Barnett/Mabry<br>317 | Science<br>Mayes-Askew/Pope<br>320 | Recreation<br>North Gym | Lunch<br>218 | Social Science<br>Martinez/Wilson<br>314 | Math<br>Neville/Owolabi<br>311 | Computer Info Tech<br>Olguin<br>308 |
| 5G | Spanish<br>J. Johnson<br>316 | English<br>Rizzo/Brothers<br>318 | Music<br>Bartels<br>317 | Social Science<br>Whitfield/Tempel<br>310 | Lunch<br>310 | Math<br>Neville/Owolabi<br>311 | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym |

### 2014-2015 Student Schedule

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 |
|---|---|---|---|---|---|---|---|---|
| 3H | Science<br>Alonso | Music<br>Bartels | | | Lunch | | | Reading<br>W. Taylor |
| Alpha | | Recreation<br>South Gym | | | | Recreation 3B<br>North Yard | | |
| 3K | | | Recreation<br>North Gym | | Lunch | | | |
| 3M | | | | | | | | |

**Updated July 24, 2015**

Nancy Jefferson Alternative School
Dr. Shingles, Principal
5th Quarter

**Friday Schedule**

### Summer 2015 Student Schedule

| | Period 1<br>7:45am-8:29am | Period 2<br>8:33am-9:17am | Period 3<br>9:21am-10:05am | Period 4<br>10:09am-10:53am | Period 5<br>10:57am-11:41am | Period 6<br>11:45am-12:29pm | Period 7<br>12:33pm-1:17pm | Period 8<br>1:21pm-2:05pm |
|---|---|---|---|---|---|---|---|---|
| 3D | Social Science<br>Whitfield/Bullocks<br>305 | Computer Info Tech<br>Olguin/Bullocks<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Music<br>Bartels/Bullocks<br>305 | Lunch<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 | Art<br>T. Johnson<br>304 |
| 3E | Art<br>T. Johnson<br>304 | Social Science<br>Whitfield/January<br>305 | Computer Info Tech<br>Olguin<br>308 | Math<br>Sampedro/Nnawuchi<br>304 | Lunch<br>304 | Music<br>Bartels<br>305 | Science<br>Thomas/Patterson<br>304 | English<br>Stacy/Hanks<br>305 |
| 3F | Social Science<br>Miner/Tempel<br>320 | Science<br>Jackson/Freightman<br>316 | Math<br>Woldemariam/Vernon<br>318 | Spanish<br>J. Johnson<br>316 | Lunch<br>316 | Recreation<br>North Gym | English<br>Rizzo/Bullocks<br>310 | Music<br>Sutton/Leigh<br>220 |
| 4C | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Hanks<br>310 | Spanish<br>Escobar<br>311 | Social Science<br>Thompson/January<br>306 | Lunch<br>306 | Art<br>Dority<br>312 | Music<br>Bartels<br>316 | Math<br>Sampedro/Nnawuchi<br>306 |
| 3J | English<br>Rizzo/Brothers<br>318 | Recreation<br>North Yard | Science<br>Thomas/Kumm<br>306 | Computer Info Tech<br>Olguin<br>308 | Lunch<br>308 | Social Science<br>Whitfield/Tempel<br>310 | Art<br>T. Johnson<br>312 | Math<br>Neville/Owolabi<br>311 |
| 3G | Recreation<br>South Gym | Science<br>Thomas/Pope<br>306 | English<br>Stacy/Bullocks<br>310 | Art<br>T. Johnson<br>312 | Lunch<br>312 | Health<br>Strama<br>317 | Math<br>Sampedro/Nnawuchi<br>306 | Social<br>Miner/Tempel<br>310 |
| 5A | English<br>Barnett/Mabry<br>317 | Social Science<br>Miner/Tempel<br>320 | Science<br>Huq/J. Palmer<br>314 | Drivers Ed<br>Strama<br>317 | Lunch<br>317 | Math<br>Woldemariam/Vernon<br>318 | Recreation<br>North Gym | Spanish<br>J. Johnson/Bullocks<br>312 |
| 5J | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym | Drivers Ed<br>Strama<br>305 | Social Sciene<br>Miner/Lohmeier<br>320 | Lunch<br>320 | Spanish<br>J. Johnson<br>316 | Math<br>Woldemariam/Vernon<br>318 | English<br>Barnett/Mabry<br>316 |
| 5K | Recreation<br>North Gym | Science<br>Huq/J. Palmer<br>314 | Art<br>T. Johnson<br>312 | Math<br>Woldemariam/Vernon<br>318 | Lunch<br>318 | Social Science<br>Miner/Bullocks<br>320 | English<br>Barnett/Mabry<br>317 | Drivers Ed<br>Strama<br>317 |
| 5F | Music<br>Sutton/Leigh<br>220 | Spanish<br>J. Johnson<br>312 | English<br>Barnett/Mabry<br>316 | Math<br>Neville/Owolabi<br>311 | Lunch<br>311 | Science<br>Huq/J. Palmer<br>306 | Computer<br>Olguin<br>308 | Social Science<br>Martinez/Wilson<br>314 |
| 5H | Spanish<br>Escobar<br>311 | English<br>Barnett/Mabry<br>317 | Science<br>Mayes-Askew/Pope<br>320 | Recreation<br>North Gym | Lunch<br>218 | Social Science<br>Martinez/Wilson<br>314 | Math<br>Neville/Owolabi<br>311 | Computer Info Tech<br>Olguin<br>308 |
| 5G | Spanish<br>J. Johnson<br>316 | English<br>Rizzo/Brothers<br>318 | Music<br>Bartels<br>317 | Social Science<br>Whitfield/Tempel<br>310 | Lunch<br>310 | Math<br>Neville/Owolabi<br>311 | Science<br>Huq/J. Palmer<br>314 | Recreation<br>North Gym |

### 2014-2015 Student Schedule

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 |
|---|---|---|---|---|---|---|---|---|
| 3H | Science<br>Alonso | Music<br>Bartels | | | Lunch | | | Reading<br>W. Taylor |
| Alpha | | Recreation<br>South Gym | | | Lunch | Recreation 3B<br>North Yard | | |
| 3K | | | Recreation<br>North Gym | | Lunch | | | |
| 3M | | | | | | | | |