# Exhibit K

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION
 3
    T.S. and Q.B., a minor by    )
 4  and through his grandparent   )
    and guardian, V.P.,           )
 5                                )
    On behalf of themselves and   )
 6  all others similarly          )
    situated,                     )
 7                                )
              Plaintiffs,         )
 8                                )
         vs.                      )   No. 1:16-cv-08303
 9                                )
    TWENTIETH CENTURY FOX         )
10  TELEVISION, a division of     )
    TWENTIETH CENTURY FOX FILM    )
11  CORPORATION; FOX              )
    BROADCASTING COMPANY;         )
12  TWENTY-FIRST CENTURY FOX,     )
    INC.; THE COUNTY OF COOK,     )
13  ILLINOIS; THE CHIEF JUDGE OF  )
    THE CIRCUIT COURT OF COOK     )
14  COUNTY in his official        )
    capacity; LEONARD DIXON; and  )
15  JOHN DOES 1 through 20,       )
                                  )
16            Defendants.         )
17            The deposition of V.P. ███████████,
    called by the Defendants for examination, taken
18  pursuant to notice and pursuant to the Federal
    Rules of Civil Procedure for the United States
19  District Courts pertaining to the taking of
    depositions, taken before Tommasina M. Mantia,
20  Certified Shorthand Reporter, Registered Merit
    Reporter, at 333 West Wacker Drive, Suite 2600,
21  Chicago, Illinois, commencing at 11:08 a.m. on
    August 29, 2018.
22
23
24
```

```
 1      Q.    And how long does it usually take before
 2   you're brought into the room where you're going to
 3   visit with Q.B.?
 4      A.    20 minutes, half an hour.
 5      Q.    Before you're moved into that room?
 6      A.    Yes.
 7      Q.    And when you're moved into that room, is
 8   Qumari usually already there or do you have to wait
 9   a little bit more time?
10      A.    Most of the time he's there.
11      Q.    And how long do the visits usually take?
12      A.    Maybe, like, an hour, 45 minutes.
13      Q.    So trying to cut to the chase here to
14   get you out as quickly as possible, I want to talk
15   about June 23rd of 2015.  Do you have a pretty good
16   recollection of the day I'm talking about?
17      A.    It's vague.
18      Q.    Understood.  It was three years ago, but
19   probably some stuff happened that's at least a
20   little bit in your mind.  We'll try to talk about
21   it as quickly as possible.
22            If you remember, about what time
23   of day did you get to the JTDC on June 23rd, 2015?
24      A.    It was -- I'm trying to think because it
```

Page 11

1 was late and I was trying to make it before the --
2 I think the cutoff is 7:15.
3    Q.   And you made it right around then?
4    A.   I made it before 7:15.
5    Q.   Do you remember how much before?
6    A.   I might have made it there about,
7 like -- I'm going to say maybe 6:00, between 6:00
8 and 6:30.
9    Q.   And 7:15 is the cutoff for the
10 visitation or cutoff when you can arrive?
11    A.   Right, when you can arrive.
12    Q.   But if you arrive by 7:15, you would
13 expect to get the full hour?
14    A.   Yes.
15    Q.   Did you park on Taylor Street?
16    A.   I'm thinking I did because that's where
17 I mostly parked at, on Taylor.
18    Q.   And on that day, June 23rd, 2015, did
19 you notice anything different outside than what you
20 normally saw on a Tuesday night?
21    A.   Honestly, no.
22    Q.   Did you notice anything different inside
23 as you were making your way into the building?
24    A.   No.

Page 12

1   Q.   Were -- When you arrived, were other
2   people there to visit loved ones?
3   A.   I don't remember.
4   Q.   And did you get to visit with Q.B.
5   that day?
6   A.   No.
7   Q.   Did someone tell you you wouldn't be
8   able to visit Q.B. that day?
9   A.   What I remember is when I asked to see
10  him, they said no and I turned away.
11  Q.   To see ...
12  A.   To see Q.B. .
13  Q.   I'm sorry.  When you asked to see him?
14  A.   Right.
15  Q.   Sorry.  Who turned you away?
16  A.   The -- There's a guard right there.
17  When you first walk in the building, there's
18  two guards.  You go through the screening, and then
19  you walk upstairs and there's a guard sitting at
20  the desk.  And I approached the desk.  And if I
21  remember, I asked to see Q.B. because that was my
22  intention of going there and I was told no.  And
23  from what I remember, I just walked away and went
24  on home.

Page 13

1     Q. And you said specifically that you were
2 there to see Q.B. ?
3     A. Yes.
4     Q. Did you have the sense that they were
5 telling you something that was specific to Q.B.
6 or was it something other than that?
7     MS. CHARDON: Objection, foundation.
8     Go ahead and answer.
9 BY THE WITNESS:
10     A. No.
11     Q. So --
12     A. It was just, like, a regular day for me.
13 I mean, I was hurrying because, you know, I asked
14 my boss could I, you know, run out and see my
15 grandson. And it was just regular. And when I got
16 there, they was like, no. So I thought about it.
17 I was like, I could go back to work, but I didn't.
18     Q. Did you see or hear anybody else being
19 turned away when you were there?
20     A. No.
21     Q. And how long were you inside?
22     A. Not long.
23     Q. Did you complain to anyone about not
24 being able to visit Q.B. ?