# Exhibit L

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF ILLINOIS
3              EASTERN DIVISION
4   T.S., et al.,                    )
5              Plaintiffs,    ) Case No.
6         vs.                 ) 1:16-cv-08303
7   Twentieth Century Fox            )
8   Television et al.,               )
9              Defendants.    )
10
11         The videotaped deposition of S.S.
12   ▆▆▆▆, called as a witness for examination, taken
13   pursuant to the Federal Rules of Civil Procedure
14   of the United States District Courts pertaining
15   to the taking of depositions, taken before ANDREA
16   L. KIM, a Certified Shorthand Reporter of said
17   state, CSR No. 84-3722, at Suite 2600, 333 West
18   Wacker Drive, Chicago, Illinois, on the 7th day
19   of August, A.D. 2018, at 4:30 p.m.
20
21
22
23
24
25

Page 14

```
 1   1      Q.   Where do you usually sit and wait?
 2   2      A.   It's a waiting area.
 3   3      Q.   Not the visitation room itself.  It's
 4   4   a --
 5   5      A.   No, it's a waiting area.
 6   6      Q.   And then at some point you are then
 7   7   brought into the visitation room?
 8   8      A.   Yes.
 9   9      Q.   And in general -- hold on one second.
10  10           (WHEREUPON, there was a short
11  11            interruption.)
12  12   BY MR. JACOBSON:
13  13      Q.   I will start over again.
14  14           In general do you go to the visitation
15  15   room first or is T.S. waiting for you in the
16  16   visitation room?
17  17      A.   Generally the children are in the room
18  18   waiting when you go in.
19  19      Q.   And, again, in general on days when
20  20   Empire was not filming, how long did you
21  21   typically have to wait before you were moved into
22  22   the visitation room?
23  23      A.   I don't know exactly how long the wait
24  24   was.  I know one particular time it was an
25
```

Page 15

```
 1   1   extended wait, and that's what sticks out the
 2   2   most.
 3   3       Q.   It was how many hours?
 4   4       A.   It was a nice amount.  I had to be in
 5   5   there at least it felt like 40 minutes in the
 6   6   waiting area.
 7   7       Q.   And that was when Empire was filming?
 8   8       A.   Yes, they were.
 9   9       Q.   Okay.  So --
10  10       A.   They definitely were there.
11  11       Q.   We are going to get to that, but on
12  12   days when Empire was not filming, were there any
13  13   occasions when you felt like you were kept in the
14  14   waiting area too long?
15  15       A.   No.
16  16       Q.   And where did you park -- I'm sorry.
17  17            Did you drive to the JTDC or did you
18  18   take some other form of transportation in
19  19   general?
20  20       A.   I drove.
21  21       Q.   And where do you usually park?
22  22       A.   It's a parking on the street.
23  23       Q.   And was that any different when Empire
24  24   was filming parking?
25
```

Page 16

1      A.   No, it's plenty of parking in that
2 area over there.
3      Q.   On days that Empire was filming, did
4 you notice anything different outside?
5      A.   No.
6      Q.   Did you see any trucks that looked
7 like they were not there at other times?
8      A.   No, I don't really pay attention to
9 that.
10     Q.   So as you sit here today, do you know
11 how many visits you had on days that Empire was
12 filming?
13     A.   No.
14     Q.   Okay.  I meant to ask you at the
15 beginning, did you do anything to prepare for
16 your deposition today?
17     A.   Anything like what?
18     Q.   Meet with your lawyers, for example,
19 meet with Ms. Chardon an Mr. Weil?
20     MS. CHARDON:  You can go ahead and answer
21 that as along as --
22 BY MR. JACOBSON:
23     Q.   I'm just asking -- I don't want to
24 know anything that you said to them or they said
25

Page 17

```
 1   to you.  Right now I am just asking did you have
 2   a meeting with them before the deposition today?
 3       A.    Yes.
 4       Q.    When did that happen?
 5       A.    Yesterday.
 6       Q.    For how long?
 7       A.    Maybe 30 minutes.
 8       Q.    And did you look at any documents
 9   while you were getting ready?
10       A.    Yes.
11       Q.    Do you remember what you looked at?
12       A.    No.
13       Q.    Okay.  How long was a typical visit
14   with T.S. ?
15       A.    An hour.
16       Q.    Leaving aside days when Empire was
17   filming, can you think of any visits you had with
18   T.S.  that were cut short and were less time than
19   you expected?
20       A.    No.
21       Q.    Were there any times that Empire was
22   filming that you feel like a visit was cut short?
23       A.    I think maybe one or two.
24       Q.    And was it on the same day that you
25
```

```
 1   were kept waiting or a different day?
 2        A.   A different day.
 3        Q.   So I am going to show you some
 4   documents, and maybe you have seen some before,
 5   maybe you haven't.  We will try to do this as
 6   quickly as possible.
 7        MR. JACOBSON:  So we are going to use new
 8   exhibit numbers.  We will call these Mrs. S.S.
 9   to differentiate them from T.S.'s.
10        MS. CHARDON:  Starting with one?
11        MR. JACOBSON:  One.
12                 (WHEREUPON, a certain document
13                  was marked Mrs. S.S. Deposition
14                  Exhibit No. 1, for
15                  identification, as of 8/7/18.)
16   BY MR. JACOBSON:
17        Q.   Mrs. S.S., take your time looking at
18   this document, and the first question I am going
19   to ask you is whether you recognize it wherever
20   you are ready.
21        A.   Yes.
22        Q.   You do recognize it?
23        A.   Uh-huh.
24        Q.   The second line up from the bottom in
25
```

Page 19

1  1  the middle under Visitor's Name I see the word
2  2  S.S. ▮▮▮▮▮▮▮▮▮▮.
3  3          Is that your handwriting?
4  4     A.  Yes.
5  5     Q.  And was it your custom to -- is the
6  6  6:35 under arrival time also your handwriting?
7  7     A.  Yes.
8  8     Q.  And was it your custom to write down
9  9  pretty accurately the time you arrived?
10 10    A.  Yes.
11 11    Q.  So if this says you arrived at 6:35 on
12 12 June 25th, does that sound about like the time
13 13 that you would arrive?
14 14    A.  Yeah, I am sure I looked at the clock
15 15 probably.
16 16    Q.  And did you typically arrive for
17 17 visits around 6:35 on Thursdays if you remember?
18 18    A.  I don't know what time, but probably
19 19 somewhere in that vicinity at that time.
20 20    Q.  Then I am going to show you another
21 21 document you may not have seen.
22 22
23 23
24 24
25

Page 20

1  (WHEREUPON, a certain document
2  was marked Mrs. S.S. Deposition
3  Exhibit No. 2, for
4  identification, as of 8/7/18.)
5  BY MR. JACOBSON:
6      Q.   Have you ever seen this document
7  before, Mrs. S.S. ?
8      A.   No.
9      Q.   So I will represent to you that this
10 is another document that the JTDC creates with
11 regard to visitation, and it's also on June 25th
12 of 2015.
13           What the document reflects is that you
14 were taken into the visitor -- you were --
15 arrived at the visitors area at 7:19 p.m. which
16 is 45 minutes after you arrived at the -- after
17 you signed in at the JTDC.
18           Is it possible that June 25th is the
19 day that you were waiting for 40, 45 minutes?
20      MS. CHARDON:  Objection as to foundation.
21 Go ahead and answer.
22 BY THE WITNESS:
23      A.   I have no idea if that's the same day
24 or not.
25

Page 21

1  1  BY MR. JACOBSON:
2  2      Q.   Okay.  And I completely understand.
3  3  That was three years ago, and what this document
4  4  also reflects that the resident arrival was 7:12,
5  5  and the resident was out at 8:00 p.m.
6  6           Do you have any different recollection
7  7  that on June 25th you met with T.S. for about 48
8  8  minutes?
9  9      MS. CHARDON:  Object as to form.  It's
10 10 vague.  If you could --
11 11 BY MR. JACOBSON:
12 12     Q.   I mean, do you recall on June 25th how
13 13 long you spent with T.S.?
14 14     A.   No, I mean how I am going to know
15 15 three years ago.
16 16     Q.   Okay.  That's fair.
17 17           But as you sit here, you are not
18 18 saying you know it was less than 48 minutes.  You
19 19 just don't remember; is that correct?
20 20     A.   I'm not saying that it's less or more.
21 21 I don't remember.
22 22     Q.   Completely fair.  I am going to show
23 23 you Exhibit 3 now.
24 24
25

Page 22

1      1              (WHEREUPON, a certain document
2      2              was marked Mrs. S.S. Deposition
3      3              Exhibit No. 3, for
4      4              identification, as of 8/7/18.)
5      5   BY MR. JACOBSON:
6      6       Q.   Wherever you are ready, Mrs. S.S., I
7      7   am going to ask you if you have seen this
8      8   document before.  Actually, I will ask it this
9      9   way.
10    10            Is the handwriting -- the last line
11    11   under Visitor says S.S.  .  Is that your
12    12   handwriting?
13    13       MS. CHARDON:  Can -- objection just clarify
14    14   if you are referring to a particular column or
15    15   the entire line.
16    16   BY MR. JACOBSON:
17    17       Q.   That's very fair.  So I'm talking here
18    18   about the first page of the document that says
19    19   CCSAO, T.S. Twentieth Century 1483, and the very
20    20   last line under the column Visitor which is the
21    21   third column over, I see the word S.S.,
22    22   and I am wondering if that's your handwriting?
23    23       A.   Yes.  That looks to be my handwriting,
24    24   yes.
25

Page 23

1  Q. And so is the 5:48 under arrival time
2  your handwriting?
3  A. Yes.
4  Q. And so we talked earlier that that's
5  probably the time you arrived probably you looked
6  at the clock; is that correct?
7  A. Yes.
8  Q. And then this shows that you were Time
9  in Room at 6:08 p.m. Is 6:08 p.m. your
10 handwriting?
11 A. No.
12 Q. As you sit here today, do you recall
13 being kept waiting more than 20 minutes to get
14 into the room on July 16, 2015?
15 A. I wouldn't --
16 Q. You just don't know one way or the
17 other?
18 A. Right.
19 Q. And, similarly, this says the time out
20 is 7:10 p.m.
21     As you sit here today, you recall
22 having spent less than an hour in the room with
23 T.S. on July 16th, 2015?
24 A. No.
25

Page 24

| | | | |
|---|---|---|---|
| 1 | 1 | Q. | You just don't remember -- |
| 2 | 2 | A. | I don't remember. |
| 3 | 3 | Q. | Of course. |
| 4 | 4 | MR. JACOBSON: Four. |
| 5 | 5 | | (WHEREUPON, a certain document |
| 6 | 6 | | was marked Mrs. S.S. Deposition |
| 7 | 7 | | Exhibit No. 4, for |
| 8 | 8 | | identification, as of 8/7/18.) |
| 9 | 9 | BY MR. JACOBSON: | |
| 10 | 10 | Q. | So this time, Mrs. S.S. , I am going |
| 11 | 11 | to direct your attention to the third line up | |
| 12 | 12 | from the bottom, the third column over under | |
| 13 | 13 | Visitor where I see the word S.S. | |
| 14 | 14 | again. | |
| 15 | 15 | | Is that your handwriting there? |
| 16 | 16 | A. | Where are we at? |
| 17 | 17 | Q. | We are under the Visitor column which |
| 18 | 18 | is the third one over, and it's the third line up | |
| 19 | 19 | from the bottom. | |
| 20 | 20 | A. | Yes, that looks like my handwriting. |
| 21 | 21 | Q. | So this is August 28th of 2015 -- I'm |
| 22 | 22 | sorry -- August 23rd of 2015. If that's not what | |
| 23 | 23 | I said. Is that correct that's in the date | |
| 24 | 24 | column? | |
| 25 | | | |

Page 25

1  A.  Yeah, that's what I see.
2  Q.  And is the 2:45 p.m. under Arrival
3  Time your handwriting?
4  A.  That looks like my handwriting, yes.
5  Q.  And this time we don't have a time in
6  room or time out of room on this form.  So I am
7  going to show you one last document.
8          (WHEREUPON, a certain document
9           was marked Mrs. S.S. Deposition
10          Exhibit No. 5, for
11          identification, as of 8/7/18.)
12 BY MR. JACOBSON:
13  Q.  Before you even look at this exhibit,
14 Mrs. S.S., as a regular visitor, did you get to
15 know any of the staff at the JTDC?
16          Did you see the same people time and
17 again?
18  A.  For the most part, yes.
19  Q.  And did you get to know any of them by
20 name?
21  A.  No.
22  Q.  So, for example, I mean is Officer
23 Jimenez somebody you would recognize if you saw
24 him or her again?
25

Page 26

```
 1    A.    No.
 2    Q.    Okay.  And then so is this document
 3  that I have just shown to you as Exhibit 5, is
 4  this something you have seen before?
 5    A.    It looks like the other sheet --
 6    Q.    Yeah, and you probably have never seen
 7  this before; is that correct?
 8    A.    No.
 9    Q.    And then so just for the record, what
10  this document -- so comparing it to the earlier
11  sheet where you logged your arrival time at 2:45
12  and then this document says you got to -- the
13  time in in the visitation room was 3:16 under --
14  I'm sorry -- I got it wrong -- strike that.
15              It says that the visitors arrival in
16  the visitation room was 3:10, about 25 minutes
17  after you got there.  Do you have any
18  recollection on August 23rd, 2015 whether you
19  were kept waiting more than 25 minutes to get to
20  the visitation room?
21    A.    No.
22    Q.    You just don't know one way or the
23  other.
24              And then this shows that you visited
25
```

Page 27

1  with T.S. between 3:16 when he arrived and 4:16
2  p.m. when he left.
3           Do you have any -- do you recall
4  spending less than an hour with T.S. on August
5  23, 2015?
6       A.  I wouldn't know.
7       Q.  I just don't know one way or the
8  other.
9           So we have talked about three visits:
10 One in June, one in July, one in August, and I'll
11 represent to you that all three of those visits
12 took place on days that there was Empire crew in
13 the building.
14          When you visited with T.S., did you
15 always visit with him in the same visitation
16 room, or was there ever a time that you visited
17 with him somewhere else?
18      A.  Not on normal visiting days there was
19 never a place that I visit other than the day
20 that I was waiting a long time when Empire was
21 there, we went to another room.
22      Q.  Okay. So tell me about that. Where
23 was that room, if you remember?
24      A.  I don't know where. It wasn't the
25

Page 30

1    A.   Not that I -- no, not that I recall.
2    Q.   And did T.S. ever tell you that he
3    had suicidal thoughts?
4    A.   No.
5    Q.   And did the JTDC staff ever discuss
6    T.S.'s medical issues with you at any time?
7    A.   Not that I remember.
8    Q.   Were you aware of whether T.S. did or
9    did not get any mental health treatment at the
10   JTDC?
11   A.   I'm not aware of it.
12   Q.   Do you remember whose idea it was to
13   file this lawsuit?
14   A.   I don't know.  It wasn't mine.
15   Q.   Did you personally authorize the
16   lawsuit to be filed?
17   A.   Yes, on behalf of him.
18   Q.   And when did you do that?
19   A.   I don't know.  It's been a while.
20   This has been -- that's how your memory gets a
21   little --
22   Q.   And I need glasses for the same
23   reason.  I am with you.  I am almost done.
24        You mentioned earlier that you said if
25

Page 31

```
 1   you had to pin a date on it, you would say
 2   August.
 3              Do you know why you said that?
 4        A.   Because I feel like it was close to
 5   them wrapping it up.
 6        Q.   How would you know that?
 7        A.   Because I don't really remember
 8   hearing much more about them.  So that's why.
 9        Q.   How did you hear that Empire was
10   filming at the JTDC?
11        A.   Everybody knew that.
12        Q.   Everybody at the JTDC?
13        A.   Everybody, I mean that was news.  I
14   mean, everybody knew that they filmed there.
15        Q.   So you saw it on the news that they
16   were filming there?
17        A.   It's just talk.  I don't know exactly
18   where I seen it at or heard it at, but it was no
19   secret that they were there.
20        Q.   Did T.S. tell you during one of your
21   visits that they were filming there?
22        A.   Of course he talked about it, but
23   everybody in the neighborhood knew that they were
24   filming there.
25
```