# Exhibit R

# Sick Call Log Regarding T.S. Toothache

DATE 8/23/15 Health Services Cook County JTDC
(One Date per Page please)

HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurs Initi |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T.S. | 4/30/99 | 5G | toothache | 8/23/15 | | | ✓ | | ✓ | | TB |
| | 8/19/98 C | 5B | Chest discomfort | 8/19/98 | | | ✓ | | | | TB |
| | 12/28/98 | 5B | Cream for tattoo | 12/28/98 | | ✓ | | | | | TB |
| | 8/27/98 | 5H | difficult swallowing | 8/27/98 | | | ✓ | | | | TB |

☑ Daily Review By Nurse Manager ___ Initials