# Exhibit S

# Sick Call Logs

Cermak Health Services of Cook County at JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DA: 7-25-15
(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 10-13-2000 | 3F | Mos quito bites - LT Forearm | 7/25/15 | 7/25/5 | | ✓ | | | | (sig) |
| ███ | 3/27/01 | 3A | acne | 7/20/15 | 7/20/15 ℓ | | | | | | (sig) |
| ███ | 4/13/97 | 3D | acne | 7/26/15 | 7/26/15 ℓ | | | | | | (sig) |
| ███ | 6/7/01 | 3D | H/A | 7/26/15 | 7/26/15 | | | ℓ | | | (sig) |
| ███ | 7/16/00 | 3E | Ear pain | 7/26/15 | 7/26/15 | | ℓ | | | | (sig) |
| ███ | 10/9/98 | 3F | backache | 7/26/15 | 7/26/15 | | | ℓ | | | (sig) |
| ███ | 1/3/97 | 3F | H/A | 7/26/15 | 7/26/15 | | | ℓ | | | (sig) |

☑ Daily Review By Nurse Manager _____ Initials

DATE: 7/25/15
(One Date per Page please)

Cermak Health Services of Cook County JTDC

HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5-11-99 | 4F | Toothache | 7/25/15 | 7/25/15 | | | | ✓ | | ℛℒ |
| | 5-11-99 | 4F | Rash under RT armpit | 7/25/15 | 7/25/15 | | ✓ | | | | ℛℒ |
| | 10-4-97 | 4F | c/o pain in LT Thumb | 7/25/15 | 7/25/15 | | ✓ | | | | ℛℒ |
| | 6-1-2000 | 4D | Pain RT JAW | 7/25/15 | 7/25/15 | | ✓ | | | | ℛℒ |
| | 4-2-98 | 4B | Lump on LT side Forehead | 7/25/15 | 7/25/15 | | ✓ | | | | ℛℒ |
| | 2-27-98 | 4H | LT foot pain c "callous" | 7/25/15 | 7/25/15 | | ✓ | | | | ℛℒ |
| | 8-24-99 | 4G | Need acne cream | 7/25/15 | 7/25/15 | | ✓ | | | | ℛℒ |

☐ Daily Review By Nurse Manager _____ Initials

DATE: 7/25/15
(One Date per Page please)

Cermak Health Service of Cook County at JTDC
HEALTH SERVICE REQUEST FORM LOG *(Sick Call Log)*

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initi |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████████ | 12-14-98 | 4E | Low Back pain | 7/25/15 | 7/25/15 | | ✓ | | | | Re |
| | 10-25-99 | 4K | Headache + dizziness | 7/25/15 | 7/25/15 | | ✓ | | | | Re |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

☑ Daily Review By Nurse Manager _____ Initials

Cermak Health Services of Cook County at JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DATE: 7-25-15

(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP. DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■■■ | 11/16/95 | SH | Neck pain | | 7-25-15 | ✓ | ✓ | | | | |
| ■■■■■ | 10/3/99 | SF | foot pain | | 7-25-15 | ✓ | | | | | |
| ■■■■■ | 4/3/99 | SG | headache | | 7-25-15 | ✓ | | | | | |
| ■■■■■ | 10-17-98 | SH | hair to inch/haircut | | 7-25-15 | ✓ | | | | | |
| ■■■■■ | 5/9/00 | SD | Sore throat | | 7-25-15 | ✓ | | | | | |
| ■■■■■ | b/9/98 | SD | migraine | | 7-25-15 | ✓ | | | | | |
| ■■■■■ | 4/5/97 | SH | arm hurt | | 7-25-15 | ✓ | | | | | |

☑ Daily Review By Nurse Manager _____ Initials

Cermak CCHHS/CRADS/CHS 20TH CENTURY 3565
Cermak Health Service: Cook County at JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DAT 7/24/15
(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED w/o Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 10/13/97 | 3B | C/o taste flavors x few months | 7/24/15 | | ✓ | | | ✓ | | ✓ |
| [redacted] | 7/10/01 | 3D | C/o stuffy nose x 1 wk | 7/24/15 | | ✓ | | • | | | ✓ |
| [redacted] | 9/14/48 | 3G | Dental request x multiple | 7/24/15 | | ✓ | ✓ | | | | ✓ |
| [redacted] | 05/23/98 | 3B | C/o front teeth hurt | 7/24/15 | | ✓ | | | ✓ | | ✓ |
| [redacted] | 8/19/97 | 3B | Request proper footwear | 7/24/15 | | | | | | ✓ | ✓ |
| [redacted] | 6/27/99 | 3F | C/o sore throat | 7/24/15 | | ✓ | | | • | | ✓ |
| [redacted] | 10/4/00 | 3F | Lt fore arm mosquito bites | 7/29/15 | | ✓ | | | | | ✓ |
| [redacted] | 8/30/97 | 3A | Back Pain | 7/25/15 | | | | | | | |

☑ Daily Review By Nurse Manager _JH_ Initials

DATE _____ 8.23.16

(One Date per Page please)

Cermak Health Service 20TH CCDOC Juvenile at JTDC

**HEALTH SERVICE REQUEST FORM LOG** (Sick Call Log)

6-2 3 0 p m

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⬛ | 9/10/98 | 4B | key board bite | 8.23.6 | 8.23.6 | X | | | | | a |
| ⬛ | 10/14/99 | 4B | D/C Naprosan | 8.23.6 | 8.23.6 | | X | | | | L |
| ⬛ | 7/9/97 | 4B | head cold | 8.23.6 | 8.23.6 | L | l | | | | l |
| ⬛ | 10/3/98 | 4D | wart Ⓡ foot | 8.23.6 | 8.23.6 | X | X | | | | a |
| ⬛ | 11/9/98 | 4E | acne | 8.23.6 | 8.23.6 | l | X | | | | a |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

☑ Daily Review By Nurse Manager DB Initials

DATE: ___8/23/1___

(One Date per Page please)

Cermak Health Services of Cook County / JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

2-10

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | 1/8/05 4D | | Vomiting x 3 | 8/23 | 8/23 | ✓ | | | | | |
| ███████ | 7/20/98 4T | | head | 8/23 | 8/23 | ✓ | | | | | |
| ███████ | 2/25/00 4H | | Acne | 8/23 | 8/23 | ✓ | | | | | |
| ███████ | 7/7/01 4D | | toothache | 8/23 | 8/23 | ✓ | | | ✓ | | |
| ███████ | 4/10/98 4B | | Bumps + arm | 8/23 | 8/23 | | ✓ | | | | |
| ███████ | 2/11/98 4B | | toothache | 8/23 | 8/23 | | ✓ | | ✓ | | |
| ███████ | 10/26/00 4A | | Cut hand | 8/23 | | | ✓ | | | | |

☑ Daily Review By Nurse Manager _____ Initials

DATE: ___3/23/15___

(One Date per Page please)

Cermak Health Services of Cook County JTDC
HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

2-12

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | 5/23/98 | 46 | W A R T to cml | 8/23 | 8/23 | | | | | | |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

☑ Daily Review By Nurse Manager _____ Initials

Cermak Health Services ~ Health Services at JTDC

**HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)**

DATE: 8-23-15
(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 6/8/98 | 5C | to MD removed | 10-23-30 | removed 8-23-15 | | ✓ | | | | |
| ███ | 8/26/98 | 5C | to MD removed 8-23-15 | | | | ✓ | | | | |
| ███ | 7/7/2001 | 5B | runny nose not feeding | | 8-23-15 | | yes | | | ✓ | |
| ███ | | | back pain | | 8-23-15 | | yes | | | | |
| ███ | | | headache 8/23/15 | | | | ✓ | | | | |
| ███ | 6/2/99 | 5A | ankle pain 8-23-15 | | | | ✓ | | | | |
| ███ | | | Rt. had pain removed OK | | 8-23-15 | | ✓ | | | | |
| ███ | 3/31/99 | 5H | req to speak 8-23-15 w/chaplain | | | | ✓ | | | | |

☑ Daily Review By Nurse Manager _____ Initials

DATE 8/23/15
(One Date per Page please)

Cermak Health Services 20TH Century JTDC

HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T.S. | 4/3/99 | 5G | toothache 8/24/15 | 8/24/15 | | | | | ✓ | | TB |
| | 8/19/98 | 5B C | Chest discomfort | 8/14/18 | | | ✓ | | | | ? |
| | 3/23/98 | 5G | Cream for tattoo | 12/24/15 /28 | | ✓ | ? | | | | ? |
| | ?/28/98 | 5H | difficult Swallowing | 8/22/15 | | | ✓ | | | | ? |

☐ Daily Review By Nurse Manager _____ Initials

DAT __8/24/15__
(One Date per Page please)

Cermak Health Services at JTDC
HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurs Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 7/4/94 | BD | Hot water | 8/24/15 | 8/24/15 | ✓ |  |  |  |  | ST |
|  | 1/10/01 | BD | Information About B.P. Cath | 8/24/15 | 8/24/15 |  |  |  |  |  | ST |
|  | 12/28 | 3J | Back Pain | 8/24/15 | 8/24/15 | ✓ |  | ? |  |  | ST |
|  | 4/24/98 | 3J | Information about AOHD | 8/24/15 | 8/24/15 |  |  |  |  |  | ST |
|  | ■■■ |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

☑ Daily Review By Nurse Manager _____ Initials

Cermak Health Services at CCDOC / at JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DATE  8/2(?)/15

(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | M/H REFERRAL | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 08/26/97 | SC | Request for a physical | | | | ✓ | | | | ✓ |
| ███ | 1/18/00 | 3S | c/o Back pain | | | ✓ | | | | | ✓ |
| ███ | 06/07 | 3D | | | | | | | | | |
| ███ | 2/16/08 | 3S | c/o how A DHD Cut Stey s... | | | ✓ | | | | ✓ | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Daily Review By Nurse Manager _____ Initials

Cermak Health Services ~ 2700 S. California ~ Chicago, IL 60601

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

Date: 8/24/15

(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/31/99 4J | | Nasal Greppes | 8/24/15 | 8/24/15 | ✓ | ✓ | | | | J |
| | 7/29/00 4C | | Head Ache | 8/24/15 | 8/24/15 | ✓ | | | | | B |
| | 1/29/98 4G | | Ball of Stomach Amat | 8/24/15 | 8/24/15 | ✓ | Seen Already | | | | J O |
| | 4/3/99 4G | | Back Hurt | 8/24/15 | 8/24/15 | ✓ | | | | | B |
| | 10/8/97 4G | | Head Hurt | 8/24/15 | 8/24/15 | ✓ | | | | | B |
| | 4/24/07 4K | | my finger is broken | 8/24/15 | 8/24/15 | ✓ | | | | | B |
| | 11/3/96 4E | | Question on Dental appt | 8/24/15 | 8/24/15 | | | | ✓ | | B |
| | 4/7/01 4K | | my toothhurt | 8/24/15 | 8/24/15 | ✓ | | | | | B |
| | 1/21/98 4E | | Tonsil cold | 8/24/15 | 8/24/15 | ✓ | | | | | O |

☑ Daily Review By Nurse Manager _____ Initials

Cermak Health Services of Cook County at JTDC
**HEALTH SERVICE REQUEST FORM LOG** (*Sick Call Log*)

DATE: 8/24/2015
(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | M.H REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▉ | 6/3/00 | 5B | Hole in upper teeth | 8/24/15 | | | | | ✓ | | |
| ▉ | 12/6/98 | 5B | can't hear ® ear | 8/24/15 | | | ✓ | | | | |
| ▉ | 1/7/99 | 5D | ® tonsil swelling pain | 8/24/15 | | | ✓ | | | | |
| ▉ | 3/30/98 | 5J | ® ear red bump (boil?) | 8/24/15 | | | ✓ | | | | |
| ▉ | 7/24/98 | 5J | ® bladder hurt when urinate too more burns tender to touch | 8/24/15 | | | ✓ | | | | |
| ▉ | 7/16/99 | 5D | headache | 8/24/15 | | ✓ | | | | | |
| ▉ | 4/6/99 | 5K | headache | 8/24/15 | | ✓ | | | | | |
| ▉ | 9/3/99 | 5K | headache | 8/24/15 | | ✓ | | | | | |

☐ Daily Review By Nurse Manager ___ Initials

DATE: 8/24/15
(One Date per Page please)

## Cermak Health Services v. 20TH DC
## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurs Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 4/6/5 | 5C | (Rzol Ache | 8/24/15 | 8/24/15 | ✓ | | | | | ✓ |
| ▓▓▓ | 1/43/98 | 5F | Back Pain | 8/24/15 | 8/24/15 | ✓ | | | | | ✓ |
| ▓▓▓ | 10/29/88 | | Knee | 8/24/15 | 8/24/15 | ✓ | | | | | ✓ |
| T.S. | 1/3/89 | | Tooth Ache | 8/24/15 | 8/24/15 | ✓ | | | | | ✓ |
| ▓▓▓ | 4/5/88 | | Finger Pus/Len | 8/24/15 | 8/24/15 | ✓ | | | | | ✓ |
| ▓▓▓ | 3/15/89 | | Swelling? | 8/24/15 | 8/24/15 | | ✓ | | | | ✓ |
| ▓▓▓ | 3/14/99 | | Big Toe Pain | 8/24/15 | 8/24/15 | ✓ | | | | | ✓ |
| ▓▓▓ | 3/21/98 | | Knee Ache | 8/24/15 | 8/24/15 | | ✓ | | | | ✓ |

☐ Daily Review By Nurse Manager _____ Initials

DATE: 8/24/2015

(One Date per Page please)

Cermak Health Services at Cook County at JTDC

HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | M/H REFERRAL Initials | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 8/23/98 | 5H | Sore throat, runny nose | | | ✓ | | | | | |
| ▮ | 10/4/97 | 5K | Upset stomach, green vomit, unseen | | | ✓ | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

☑ Daily Review By Nurse Manager _____ Initials

3D

DATE ___8/25/15___
(One Date per Page please)

Cermak Health Services of Cook County at JTDC
HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurs Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | 12/19/99 | 3D | STI Symptoms | 8/25/15 | | ✓ | ✓ | | | | A |
| ■ | 2/14/98 | 3G | Denies Complain | ✓ | | ✓ | ✓ | | | | Sc |
| ■ | 6/27/2000 | 3B | Tooth Ache | 8/25/15 | | ✓ | | | ✓ | | Re |
| ■ | 01/26/1998 | 3K | Tooth ache | 8/25/15 | | | | | ✓ | | Re |
| ■ | 2/26/1998 | 3J | Wants psych meds | 8/25/15 | | | | | | ✓ | Re |
| ■ | 11/29/1998 | 3E | c/o pain on urination & green penile discharge | 8/25/15 | | | ✓ | | | | Re |
| ■ | 5/13/1998 | 3G | c/o right hand pain | 8/25/15 | | | ✓ | | | | Re |

Daily Review By Nurse Manager _____ Initials

Cermak Health Services of Cook County — JTDC

## HEALTH SERVICE REQUEST FORM LOG (*Sick Call Log*)

DAT ___8/25/15___
(One Date per Page please)

| RESIDENT NAME | DOB | PDD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurs Initia |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■■■ | 9/8/2000 | 3G | LT arm pain | 8/25/15 | | | ✓✓✓✓ | ✓ | | | RE |
| ■■■■■ | 07/10/2001 | 3D | Stomach pains/vomiting | 8/25/15 | | | ✓ | | | | RE |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Daily Review By Nurse Manager _____ Initials

DATE: __8/25/15__

(One Date per Page please)

Cermak Health Services of Cook County at JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurs Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■ | 4/10/95 | 4B | (R) hip pain & pain finger | 8/25/15 AG | ✓ | ✓ | | | | | ✓ |
| ■■■ | 7/25/98 | 4D | rash on (R) Arm | ✓ | ✓ | ✓ | | | | | |
| ■■■ | 1/23/09 | 4D | chest discomfort | ✓ | ✓ | ✓ | | | | | |
| ■■■ | 9/2/00 | 4E | arm pain left | ✓ | ✓ | ✓ | | | | | |
| ■■■ | 10/30/98 | 4E | dry Skin | ✓ | ✓ | ✓ | | | | | |
| ■■■ | 1/24/98 | 4E | testile pain | ✓ | ✓ | ✓ | ✓ | | | | ✓ |
| ■■■ | 2/7/01 | 4K | headache | ✓ | | ✓ | ✓ | | | | ✓ |

☑ Daily Review By Nurse Manager _RRB_ initials

Cermak Health Services of Cook County at JTDC
## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DATE: 8/25/15
(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | M.H REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | 7/24/01 | 4C | throat pain/gum | 5/25 | ✓ | ✓ | | | ✓ | | ✓ |
| ███████ | 5/25/00 | 4H | (L) knee pain | ✓ | ✓ | ✓ | | | | | ✓ |
| ███████ | 2/12/99 | 4H | soap breakers min oil | ✓ | ✓ | | | | | | ✓ |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

☑ Daily Review By Nurse Manager ___ Initials

4th Floor

Cermak Health Services of Cook County at JTDC
HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DATE: 8/25/15
(One Date per Page please)

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O Tx | DENTAL REFERRAL | MH REFERRAL | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | 7/2/97 | 4B | Cold Symptoms | 8/25/15 | | ✓ | ✓ | | | | LA |
| ███████ | 2/5/99 | 4B | Cold Symptoms | 8/24/15 | | ✓ | | | | | LA |
| ███████ | 10/04/05 | 4F | Denies Complain | ✓ | | ✓ | | | | | LA |
| ███████ | 7/16/2000 | 4F | Facial acne | ✓ | | ✓ | | | | | LA |
| ███████ | 7/29/98 | 4H | Lt Knee | ✓ | | ✓ | | | | | LA |
| ███████ | 5/18/2002 | 4D | Denies Complain | ✓ | | ✓ | | | | | LA |

☑ Daily Review By Nurse Manager ___ Initials

Cermak Health Services of Cook County at JTDC
## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

DATE: 8/25/15
(One Date per Page please)

5th Floor

| RESIDENT NAME | DOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O TX | DENTAL REFERRAL | MH REFERRAL |
|---|---|---|---|---|---|---|---|---|---|---|
| ■■■ | | SA | Headache | 8/25/15 | | ✓ | | Working for pick up | | |
| ■■■ | | SA | Denies Complain | ✓ | | ✓ | | | | |
| ■■■ | | SA | Headache | ✓ | | ✓ | | | | |
| ■■■ | | 5D | Headache | ✓ | | ✓ | | | | |
| ■■■ | | SF | Denies Complai- | ✓ | | ✓ | | | | |
| ■■■ | | SA | Eye/ear pain Headache. | 8/25/15 | | ✓ | ✓ | ✓ | | |
| T.S. | | SG | Toothache | 8/25/15 | | ✓ | | | ✓ | |

☑ Daily Review By Nurse Manager ___ Initials

DATE _____ 8/25/15 _____
(One Date per Page please)

Cermak Health Services Central JTDC

## HEALTH SERVICE REQUEST FORM LOG (Sick Call Log)

| RESIDENT NAME | JOB | POD | COMPLAINT | DATE REC'D | RESP DATE | NSG. Protocol | CLINIC REFERRAL | RESOLVED W/O TX | DENTAL REFERRAL | MH REFERRAL | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 10/16/97 | 5D | @ bottom wisdom tooth pain | 8/25/15 | | | | | ✓ | | |
| ███ | 5b-4-5C | 5C | Requesting Benzoyl peroxide cream | 8/25/15 | | | ✓ | | | | |
| ███ | 9/12 | 5F | @ eyeglasses, unable to see lens @ nurse | 8/25/15 | | | ✓ | | | | |
| ███ | 10/29/15 | 5F | No upper, lower lip pain | 8/25/15 | | | ✓ | | | | |
| ███ | 11/16/15 | 5H | Running nose sneeze throat Always sick | 8/25/15 | | | ✓ | | | | |
| ███ | 10/30/15 | 5J | s/p Benzoyl peroxide x-ray ointment Requesting cream | 8/25/15 | | | ✓ | | | | |
| ███ | 3/16/15 | 5D | Flu allergy reaction. Accident allergen being given | 8/25/15 | | | ✓ | | | | |

Daily Review By Nurse Manager _____ Initials