# Exhibit T

# Movement Logs
# Pod Logbook
# Center Shift Report

## CCSAO T.S. 20TH CENTURY 221
June 21 - 26, 2015

| SSI | DATE | Assistance Call | REQUEST TIME | AUTHORIZED TIME | DC# CENTER/POD | # Of RESIDENTS | # Of STAFF | LOCATIONS (of Assistance) | DESTINATION | ELEVATOR | 10-24 / All-Clear Time | Total Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBINSON | 6/21/2015 | | 10:03:00 AM | 10:03:00 AM | P REC | 14 | 2 | 5G | S. GYM | 7/8 | 10:08:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 10:05:00 AM | 10:05:00 AM | A ATL | 12 | 3 | 3K | 3G | N | 10:08:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 10:07:00 AM | 10:07:00 AM | O REC | 13 | 3 | 5J | N. YARD | 1/2 | 10:11:00 AM | 0:04:00 |
| ROBINSON | 6/21/2015 | | 10:08:00 AM | 10:08:00 AM | A ATL | 10 | 3 | 3G | 4G | 7/8 | 10:11:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 10:08:00 AM | 10:09:00 AM | H REC | 14 | 3 | 5D | N. GYM | 1/2 | 10:18:00 AM | 0:09:00 |
| ROBINSON | 6/21/2015 | | 10:09:00 AM | 10:09:00 AM | 99A | 2 | 1 | VISITATION AREA | 3B | 10 | 10:12:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 10:10:00 AM | 10:11:00 AM | 99B | 1 | 1 | VISITATION AREA | S. YARD | 10 | 10:12:00 AM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 10:12:00 AM | 10:12:00 AM | A ATL | 6 | 3 | 4G | 4C | N | 10:17:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 10:13:00 AM | 10:13:00 AM | 99A | 1 | 1 | 3B | 3K | N | 10:24:00 AM | 0:11:00 |
| ROBINSON | 6/21/2015 | Emergency | 10:15:00 AM | 10:16:00 AM | S YARD | | | | | | 10:16:00 AM | 0:00:00 |
| ROBINSON | 6/21/2015 | | 10:23:00 AM | 10:23:00 AM | 99D | 1 | 1 | VISITATION AREA | S. YARD | 10 | 10:24:00 AM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 10:28:00 AM | 10:28:00 AM | 99D | 1 | 1 | S. GYM | Visitation Area | 10 | 10:29:00 AM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 10:28:00 AM | 10:28:00 AM | L REC | 12 | 2 | 218 | 4H | 7/8 | 10:36:00 AM | 0:08:00 |
| ROBINSON | 6/21/2015 | | 10:37:00 AM | 10:37:00 AM | A ATL | 2 | 1 | 3K | 4E | 7/8 | 10:42:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 10:40:00 AM | 10:40:00 AM | O3 | 2 | 1 | 5A | 312 | 1/2 | 10:44:00 AM | 0:04:00 |
| ROBINSON | 6/21/2015 | | 10:41:00 AM | 10:41:00 AM | 60 | 1 | 1 | 3E | MEDICAL | N | 10:49:00 AM | 0:08:00 |
| ROBINSON | 6/21/2015 | | 10:42:00 AM | 10:42:00 AM | L REC | 13 | 2 | 4G | 218 | 7/8 | 10:49:00 AM | 0:07:00 |
| ROBINSON | 6/21/2015 | | 10:43:00 AM | 10:43:00 AM | 99A | 1 | 1 | VISITATION AREA | 3A | 10 | 10:45:00 AM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 10:47:00 AM | 10:47:00 AM | D REC | 15 | 3 | Middle Yard | 4D | 10 | 10:50:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 10:54:00 AM | 10:54:00 AM | H REC | 14 | 2 | N. GYM | 5D | 1/2 | 11:01:00 AM | 0:07:00 |
| ROBINSON | 6/21/2015 | | 10:54:00 AM | 10:55:00 AM | 60 | 1 | 1 | MEDICAL | 3H | N | 10:59:00 AM | 0:04:00 |
| ROBINSON | 6/21/2015 | | 10:56:00 AM | 10:56:00 AM | H3 | 5 | 1 | CHAPEL | 5E | 7/8 | 11:01:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 10:57:00 AM | 10:57:00 AM | W2 | 5 | 2 | S. YARD | 3E | N | 11:00:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 10:58:00 AM | 11:01:00 AM | R REC | 15 | 2 | 4B | N. GYM | 1/2 | 11:06:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 10:59:00 AM | 10:59:00 AM | P REC | 14 | 2 | S. GYM | 5G | 7/8 | 11:02:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 11:00:00 AM | 11:02:00 AM | O REC | 13 | 3 | N. YARD | 5J | 1/2 | 11:05:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 11:05:00 AM | 11:05:00 AM | J1 | 13 | 2 | 3G | MIDDLE YARD | N | 11:07:00 AM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 11:11:00 AM | 11:11:00 AM | L REC | 13 | 2 | 218 | S. GYM | N | 11:13:00 AM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 11:13:00 AM | 11:13:00 AM | H REC | 15 | 3 | 5E | N. YARD | 4/5 | 11:18:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 11:22:00 AM | 11:22:00 AM | O REC | 5 | 2 | 5J | 314 | 1/2 | 11:28:00 AM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 11:30:00 AM | 11:30:00 AM | 99D | 1 | 1 | VISITATION AREA | 3E | 10 | 11:32:00 AM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 11:31:00 AM | 11:31:00 AM | 60 | 1 | 1 | 5A | MEDICAL | 4/5 | 11:32:00 AM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 11:40:00 AM | 11:40:00 AM | 61 | 1 | 1 | MEDICAL | 5A | 4/5 | 11:44:00 AM | 0:04:00 |
| ROBINSON | 6/21/2015 | | 11:41:00 AM | 11:41:00 AM | 60 | 1 | 1 | RECEPTION | MEDICAL | 10 | 11:52:00 AM | 0:11:00 |
| ROBINSON | 6/21/2015 | Emergency | 11:44:00 AM | 11:44:00 AM | S. GYM | | | | | | 11:44:00 AM | 0:00:00 |
| ROBINSON | 6/21/2015 | | 11:45:00 AM | 11:45:00 AM | R1 | 12 | 2 | 208 | 4A | 1/2 | 11:55:00 AM | 0:10:00 |
| ROBINSON | 6/21/2015 | | 11:47:00 AM | 11:47:00 AM | J1 | 1 | 1 | 3G | 5D | 7/8 | 11:53:00 AM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 11:52:00 AM | 11:52:00 AM | MED | 1 | 1 | MEDICAL | 4C | 4/5 | 11:54:00 AM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 11:54:00 AM | 11:54:00 AM | R REC | 15 | 2 | N. GYM | 4B | 1/2 | 11:59:00 AM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 11:55:00 AM | 11:55:00 AM | L REC | 13 | 2 | S. GYM | 4G | 7/8 | 11:58:00 AM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 11:57:00 AM | 11:57:00 AM | O REC | 5 | 2 | 314 | 5J | 1/2 | 12:01:00 PM | 0:04:00 |
| ROBINSON | 6/21/2015 | | 11:58:00 AM | 11:58:00 AM | J3 | 1 | 1 | 4C | 4D | NONE | 11:59:00 AM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 11:58:00 AM | 11:58:00 AM | J1 | 13 | 2 | Middle Yard | 3G | NONE | 11:59:00 AM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 12:00:00 PM | 12:00:00 PM | O3 | 2 | 1 | 312 | 5A | 1/2 | 12:03:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 12:02:00 PM | 12:02:00 PM | H REC | 15 | 3 | N. YARD | 5E | 4/5 | 12:08:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 12:28:00 PM | 12:28:00 PM | 99B | 2 | 1 | 4A | Visitation Area | 10 | 12:31:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 12:35:00 PM | 12:35:00 PM | A3 | 12 | 2 | 3K | S. GYM | 7/8 | 12:41:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 12:36:00 PM | 12:36:00 PM | J C/W | 8 | 2 | 3J | 316 | 1/2 | 12:39:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 12:39:00 PM | 12:39:00 PM | O REC | 12 | 3 | 5K | N. GYM | 1/2 | 12:57:00 PM | 0:18:00 |
| ROBINSON | 6/21/2015 | | 12:40:00 PM | 12:40:00 PM | 99A | 1 | 1 | 4A | Visitation Area | 10 | 12:43:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 12:40:00 PM | 12:40:00 PM | 99D | 1 | 1 | 3B | Visitation Area | 10 | 12:43:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 12:46:00 PM | 12:46:00 PM | 99E | 1 | 1 | 4K | Visitation Area | 10 | 12:58:00 PM | 0:12:00 |
| ROBINSON | 6/21/2015 | | 12:58:00 PM | 12:58:00 PM | A2 | 4 | 1 | 3B | 3A | N | 12:59:00 PM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 1:00:00 PM | 1:00:00 PM | 100A | 1 | 2 | RECEPTION | MEDICAL | 10 | 1:03:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 1:01:00 PM | 1:01:00 PM | MED | 1 | 1 | 3D | MEDICAL | N | 1:01:00 PM | 0:00:00 |
| ROBINSON | 6/21/2015 | | 1:01:00 PM | 1:01:00 PM | P REC | 5 | 1 | 5F | 5G | N | 1:06:00 PM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 1:02:00 PM | 1:02:00 PM | A2 | 2 | 1 | 3B | S. GYM | 7/8 | 1:08:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 1:03:00 PM | 1:03:00 PM | P REC | 10 | 2 | 5G | 213 | 7/8 | 1:13:00 PM | 0:10:00 |
| ROBINSON | 6/21/2015 | | 1:06:00 PM | 1:06:00 PM | 99D | 2 | 1 | 4K | 4A | N | 1:07:00 PM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 1:08:00 PM | 1:08:00 PM | 99D | 3 | 1 | 4A | Visitation Area | 10 | 1:13:00 PM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 1:19:00 PM | 1:19:00 PM | A2 | 1 | 1 | 3B | 3A | N | 1:19:00 PM | 0:00:00 |
| ROBINSON | 6/21/2015 | | 1:19:00 PM | 1:19:00 PM | 99A | 1 | 1 | VISITATION AREA | 4A | 10 | 1:31:00 PM | 0:12:00 |
| ROBINSON | 6/21/2015 | | 1:23:00 PM | 1:23:00 PM | 61 | 1 | 1 | MEDICAL | Visitation Area | 10 | 1:31:00 PM | 0:08:00 |
| ROBINSON | 6/21/2015 | | 1:25:00 PM | 1:25:00 PM | H | 11 | 2 | 5D | 205 | 7/8 | 1:31:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 1:26:00 PM | 1:26:00 PM | P BRKS | 1 | 1 | 5G | 212 | 7/8 | 1:28:00 PM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 1:26:00 PM | 1:26:00 PM | 99D | 1 | 1 | 3A | Visitation Area | 10 | 1:31:00 PM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 1:27:00 PM | 1:27:00 PM | A3 | 14 | 2 | S. GYM | 3K | 7/8 | 1:32:00 PM | 0:05:00 |
| ROBINSON | 6/21/2015 | | 1:35:00 PM | 1:35:00 PM | 99E | 1 | 1 | VISITATION AREA | 4A | 10 | 1:38:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 1:35:00 PM | 1:35:00 PM | 61 | 1 | 1 | MEDICAL | 3B | N/A | 1:37:00 PM | 0:02:00 |
| ROBINSON | 6/21/2015 | | 1:40:00 PM | 1:40:00 PM | A1 | 13 | 2 | 3A | | 7-8 | 1:48:00 PM | 0:08:00 |
| ROBINSON | 6/21/2015 | | 1:40:00 PM | 1:51:00 PM | DREC | 11 | 2 | 4F | | 1-2 | 1:57:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 1:43:00 PM | 1:44:00 PM | L3 | 13 | 2 | 4J | | 1-2 | 1:50:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 1:44:00 PM | 1:46:00 PM | OREC | 12 | 3 | N. GYM | 5K | 1-2 | 1:50:00 PM | 0:04:00 |
| ROBINSON | 6/21/2015 | | 1:45:00 PM | 1:46:00 PM | A2 | 8 | 2 | 3B | 3F | N/A | 1:49:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 1:47:00 PM | 1:47:00 PM | 99D | 1 | 1 | VISITATION AREA | 3F | 10 | 1:53:00 PM | 0:06:00 |
| ROBINSON | 6/21/2015 | | 1:51:00 PM | 1:51:00 PM | 99E | 2 | 1 | VISITATION AREA | 4K | 10 | 1:54:00 PM | 0:03:00 |
| ROBINSON | 6/21/2015 | | 1:56:00 PM | 1:56:00 PM | OREC | 4 | 1 | 5A | 314 | 1-2 | 2:03:00 PM | 0:07:00 |
| ROBINSON | 6/21/2015 | | 1:59:00 PM | 1:59:00 PM | 60 | 1 | 1 | MEDICAL | 3D | N/A | 2:00:00 PM | 0:01:00 |
| ROBINSON | 6/21/2015 | | 2:06:00 PM | 2:06:00 PM | HREC | 11 | 2 | 205 | 5D | 7-8 | 2:12:00 PM | 0:06:00 |

80

6/22/15 @9:40 Asc Rogers, Escorted Resident ███ to medical. O contraband found.

6/22/15 @9:43 Resident ███ Refused Medical.

6/22/15 @9:48 AM. YDS Tate signing on pod for breaks. — J. Tate

6/22/15 @ 9:50am Ms. Fraser on pod for AM MH rounds — CR

6/22/15 @ A+C Guy: Room servers completed by YDS Davis. O contraband found.

6/22/15 @10:00 AM 15 Assigned 14 present on pod. Pod safe and secure.

6-28-15 10:40 AM Cosmetologist DEBBO Exiting Pod 4G entered @ 9:10 AM. Serviced 15 residents

6/22/15 @11 am Head count 14 present, 15 assigned. YDS Tate signing off pod. — J. Tate

6-22-15 BT SO Walker & K walker conducting rounds — R Walker

6/22/15 11:22 am - YDS Davis and YDS Rice searched 14 residents and escorted them to South Gym for Rec. O Contraband found

6/22/15 12:00 pm - Headcount 15 assigned/14 present — JD

6/22/15 @12:01 pm YDS Rice and YDS Davis Escorted 14 residents assigned and 14 present.

6/22/15 @12:30 pm Lunch served by YDS Davis. All residents served & Refused. Lunch was served: Sloppy Joes, Peas, Proggres, Milk

6-22-15 S/W Jon Kerry - Addressing Residents needs and concerns

6-22-15 @1:00 am 15 Assigned and 14 present.

6-22-15 A+C Bell making announce rounds on pod 4G w/15 resident

6-22-15 1:26 pm RTS D. & K. Walker completed Rounds

6/22/15 2 pm - Headcount 15 assigned and 14 present — JD

6/22/15 2 pm - All 14 residents placed in their rooms — JD

89

6.23.15 (5:50) YDS Hardeman: started showers, conducting them by levels. 4 at a time. —— /TORO

6.23.15 (5:55) HSC called for ▇▇▇ regarding him having a visitation, I said he's on confinement. They said he can go if it's his lawyer. —— /TORO

6.23.15 6pm head count is 14 residents assigned 13 present. ▇▇▇ is at visitation —— /TORO

6.23.15 (6:01) CPO Toro called TL Yates to verify resident ▇▇▇ leaving Pod per visitation while he's on confinement. She said only when it's a legal representative visiting or lawyer. She said he can leave per visit due to it being his lawyer —— TOP

1dez 6.23.15 (6:04) M/C Allen escorted to visitation resident ▇▇▇, A10 visitation —— /TORO M/C Allen performed a Pat down search on resident ▇▇▇, Ø contraband found wristband present. TOP

6-23-15 @ 6:11pm RT & Phillips, Kemp Reeves —— Phillips

vandz 6:25 C Sure cell meal pass. & ▇▇▇ of three boys

6.23.15 MH Redding & FU ▇▇▇ Referral Two

6.23.15 (7pm) head count is 14 residents assigned and 12 present. ▇▇▇ + ▇▇▇ @ visitation —— /TOP

6.23.15 (7:15) Resident ▇▇▇ escorted back to Pod 4B by M/C Baxter. M/C Booker escorted resident ▇▇▇ to visitation —— /TORO

6/23/15 7:40 MH SIDO MH Randle

6.23.15 (7:25) CPO Toro + YDS Dabney escorted (2) residents to classroom 319 for commissary. Pat down search by YDS Hardeman — Ø contraband found wristbands present —— /TOP



# Center Shift Report

**Center:** Legacy            **Reporting TL/ATL:** L. Arnold

**Date:** June 24, 2015

**Reporting Shift Time:** (Check One): **1:45-10:15pm**

**Staffing Issues:** Legacy YDS Howard (S) CPO Hilliard (NC)

## LEGACY

**Official Unit Count: 43**

     Pod: **4G/O1**    Count: 15       # New Admissions/Discharges/Transfers: 0/0/1 ( ▮ )

     Pod: **4H/O2**    Count: 14       # New Admissions/Discharges/Transfers: 0/0/0

     Pod: **4J/O3**    Count: 14       # New Admissions/Discharges/Transfers: 0/0/0

Total Center Count: **43**

**# Of Extended Time Outs and confinements by Pod:**

## LEGACY

     Pod: **4G/O1**    # of time outs: 0       # of confinements: 3 ( Q.B. ▮ and ▮

     Pod: **4H/O2**    # of time outs: 0       # of confinements: 0

     Pod: **4J/O3**    # of time outs: 0       # of confinements: 0

**Incidents:**

Resident ▮ exited room 1 from using the bathroom and walked up behind resident ▮ who was seated in the last row in the TV area and committed a blindside attack by punching him about the head and face with a closed fist. Youth Development Specialist Gray, K. placed resident in a left hook and right hook primary restraint technique. CPO Toro made an assistance call via radio. While YDS Gray was restraining resident ▮ resident Q.B. got out of his seat without permission and proceeded to swing on resident ▮ who was just blindside attacked by resident ▮ with a closed fist punching him about the head and face. CPO Toro attempted to separated both residents as they fell to the floor. Resident ▮ stood up in a defensive posture and had his fist clinched attempting to get in and physically assault resident ▮ Resident ▮ saw the Rapid Response Team approaching the pod. at that time resident ▮ backed down and did not follow through with the assault. The rapid response team took over the restraint and escorted resident ▮ to his room, placed resident Q.B. in a primary restraint with an escort to his room, and escorted resident ▮ and resident ▮ to their rooms without further incident. This

writer spoke with residents regarding the incident and observed them for visible injuries. Resident ▮ has a scrape on his right knee and reports a sore right arm from being restrained. Resident ▮ and Q.B. reported to this writer that they did not obtain any injuries. 4th floor Nurse Fokolade was notified as well as mental health staff Sido, K. Mental health assessed all of the residents and 4th floor nurse Fokolade came and evaluated and treated residents for injuries.

**Results of Due Process Hearings:**

**Referrals to Health Services or Issues Related to Health Care:**

**Mental Health Activities:**

**Referrals to Mental Health Services or Issues Related to Mental Health: Food Service/Laundry/Custodial Issues:** None to Report

**Brief Summary of Unit/Pod(s):**

**4J/O3-** YDS Dabney, Hardeman and Hernandez were assigned to this pod. The shift started with 14 residents assigned to the pod. This writer ensured that cut down tool # 88 was present and secured. Searches of residents, resident rooms, and common areas were conducted at start of shift, no contraband found. Expectation group was facilitated by the staff. Residents were reminded about their behaviors on the pod and the importance of asking permission to move and following staff instructions. Residents ate dinner and completed evening hygiene routine without incident. Residents were escorted to commissary in classroom 311 from 6:45 to 7:45 pm. All residents were escorted except for resident ▮ who was serving confinement time. Resident ▮ was released from confinement at 8:30 pm. Resident completed evening hygiene routine and was secured back inside of his room. Residents engaged in pod recreation of making calls, watching tv, and playing cards until bedtime. Residents ▮ and ▮ were escorted to the school area training room to meet celebrity Chris Rock. Overall, pod was secured and quiet. No major incidents to report.

**4G/O1-** YDS Gray and CPO Toro assigned to this pod. The shift started with 14 residents assigned to the pod. This writer ensured that cut down tool # 67 was present and secured as well as flashlight. Searches of residents, resident rooms, and common areas were conducted at the start of shift; no contraband found. Expectation group was facilitated with residents of 4G. Staff informed the residents of the expectations for the shift and informed them of the consequences for not adhering to the rules. Residents were given the opportunity to address any issues, concerns, or questions for the staff. Residents completed evening hygiene routine and ate dinner without incident or refusal. ==Residents engaged in leisure time of playing cards, watching tv and socializing with their peers.== Resident ▮ was transferred to pod 4G from the Alpha Center. New Count: 15.

Resident ▮ exited room 1 from using the bathroom and walked up behind resident ▮ who was seated in the last row in the TV area and committed a blindside attack by punching him about the head and face with a closed fist. Youth Development Specialist Gray, K. placed resident in a left hook and right hook primary restraint technique. CPO Toro made an assistance call via radio. While YDS Gray was restraining resident ▮ resident Q.B. got out of his seat without permission and proceeded to swing on resident ▮ who was just blindside attacked by resident ▮ with a closed fist punching him about the head and face. CPO Toro attempted to separated both residents as they fell to the floor. Resident ▮ stood up in a defensive posture and had his fist clinched attempting to get in and physically assault resident ▮ Resident ▮ saw the Rapid Response Team approaching the pod. at that time resident ▮ backed down and did not follow through with the assault. The rapid response team took over the

restraint and escorted resident ▇ to his room, placed resident Q.B. in a primary restraint with an escort to his room, and escorted resident ▇ and resident ▇ to their rooms without further incident. This writer spoke with residents regarding the incident and observed them for visible injuries. Resident ▇ has a scrape on his right knee and reports a sore right arm from being restrained. Resident ▇ and Q.B. reported to this writer that they did not obtain any injuries. 4th floor Nurse Fokolade was notified as well as mental health staff Sido, K. Mental health assessed all of the residents and 4th floor nurse Fokolade came and evaluated and treated residents for injuries. Residents were secured in their rooms with no further incidents to report.

**4H/O2- YDS Gethers and Taylor were assigned to this pod.** The shift started with 14 residents assigned to the pod. This writer ensured that cut down tool #69 was present and secured. Searches of residents, resident rooms, and common areas were conducted at the start of shift; no contraband found. Expectation group was completed by staff. Residents were reminded of the rules and encouraged to adhere to them. Residents were also told of the consequences for not abiding by the rules. Residents ate dinner and completed bedtime hygiene without incident. Residents were escorted to recreation in the South Gym from 6:45 to 7:45 pm. Resident ▇ and ▇ were issued 30-5 time outs for not following instructions. Overall pod was quiet residents were able to comply with Legacy's rules and expectations. Resident ▇ was escorted to the school area training room to meet celebrity Chris Rock. Residents participated in leisure activities of playing cards, making calls, and watching tv. No major incidents to report.

**Recreation:** Pod 4H were escorted to recreation in the South Gym from 6:45- 7:45 pm by assigned staff.

**Caseworkers Activity:** Caseworker Jenkins was present briefly during the pm shift. He checked in with this writer, conducted rounds, completed court reports, updated the DSI and secures phone system.

**ATL Duties and Responsibilities:** The following staff was present on time and in uniform compliance: YDS Dabney, YDS Taylor, YDS Gethers, YDS Hardeman, YDS Hernandez and G4S Toro.

**Roll Call items discussed: Monitoring resident movement and proper documentation in log books.** All staff were given expectations for the shift, review of previous shift, and reminded to report to designated post to relieve previous shift. All YDS were instructed to complete thorough pod searches, keep inventory of all writing utensils, clothing, and supplies, notify management of any graffiti found and instructed to adhere to all JTDC policies and procedures throughout their shift. The staff were reminded about issuing major rule violations for all unauthorized movement, ensuring that the pod was clean and orderly on the pm and overnight shift, and to utilize the secured reflection time to get their pod necessities. Unannounced rounds and inspections were conducted by this writer on pods throughout the shift. This writer reviewed and signed 15 min logs, made rounds to all Legacy pods, updated confinement log data, completed radio log, completed time sheet. AATL Arnold conducted unannounced rounds on all Legacy pods during the shift to ensure compliance as well as address question and concerns of residents and staff. AATL Arnold reminded staff about supervision of residents (maintaining line of sight, All pods should be have appropriate line movement when they are exiting and entering the hallway area, clean up, meal time etc.) while on pod, as well as during each roll call.

**Matters Requiring Attention of Management Team**

**Matters Requiring Attention from Administration:**



# Center Shift Report

**Center:** Legacy  **Reporting TL/ATL:** ATL G. Shelton

**Date:** June 25, 2015

**Reporting Shift Time:** (Check One):  ☒ 5:45am-2:15pm   ☐ 2:15pm-10:15pm   ☐ 10pm-6am

**Staffing Issues:** There was (5) YDS(s) present for Roll Call and (2) CPO(s). (0) YDS(s) mandated from the overnight for the AM Shift. (0) YDS(s) mandated from the AM shift for the PM Shift.

**Official Unit Count: 44**

| Pod: L1/4G | Count: | 15 | # New Admissions/Discharges/Transfers: | 0/0/0 |
| Pod: L2/4H | Count: | 15 | # New Admissions/Discharges/Transfers: | 0/0/0 |
| Pod: L3/4J | Count: | 14 | # New Admissions/Discharges/Transfers: | 0/0/0 |

**Incidents: (1)**

L2/4H – Resident ▇▇▇ for exposing himself to a female staff during the overnight shift. Hearing was scheduled and completed and he was released 2:00 PM to this afternoon. . All notifications were made and DC # 4 (Mullins) was notified.

**# Of Time Outs Extended Timeouts and confinements by Pod:**

| Pod: L1/4G | # of time outs: | 0 | # of confinements: | 2 |
| Pod: L2/4H | # of time outs: | 0 | # of confinements: | 0 |
| Pod: L3/4J | # of time outs: | 0 | # of confinements: | 1 |

**Results of Due Process Hearings:** Resident ▇▇▇ was found guilty from exposing himself to a female staff – he was released at 12:00 PM. Resident ▇▇▇ was found guilty from movement w/o permission and he was released at 3:00 PM Residents ▇▇▇ and Q.B. were both found guilty and is scheduled to be released at 8:33 PM tonight.

**Referrals to Health Services or Issues Related to Health Care:** See above

**Referrals Mental Health Services or Issues Related to Mental Health:** See above

**Food Service/Laundry/Custodial Issues:** None

**Brief Summary of Unit/Pod(s):**

1

**L1/4G** –The shift started with residents getting up and completing their hygiene and a group was conducted by YDS **Rice** on "**Movement**" YDS **Young** monitored. There were (**1**) court appearance – ▮ There are (**0**) Environmental Alerts and (**0**) Gym Restriction. This writer made several unannounced visits to the pod and residents were being monitored and supervised by staff. There were (**0**) incident and (**0**) extended timeouts. Resident ▮ was transferred from to the pod **L1/4H**. The mood of the pod was good. Pod count is **14**.

**L2/4H** – The shift started with residents getting up and completing their hygiene and a group was conducted by YDS **Roberson** and this writer on "**Movement**" YDS **Young** monitored. There were (**35**) court appearances – ▮ ▮ and ▮ (released). This writer made several unannounced visits to the pod and residents were being monitored and supervised by staff. Pod residents attended **Project Safe Neighborhood Program**. There are (**0**) Environmental Alerts and (**0**) Gym Restrictions. Residents attended the Safe Neighborhood Program and it went well – they enjoyed it. There was (**0**) incident and (**0**) extended timeouts. Resident ▮ was transferred to pod from pod **L1/4G**. The mood of the pod was good. Pod count is **14**.

**L3/4J** –The shift started with residents getting up and completing their hygiene and a group was conducted by YDS **Herrera** on "**Respecting Others**" CPO **Honeywood** monitored. There were (**1**) court appearance – ▮. This writer made several unannounced visits to the pod and residents were being monitored and supervised by staff. There are (**0**) Environmental Alerts and (**1**) Gym Restriction - ▮ There were (**0**) incidents and (**1**) extended timeouts. The mood of the pod was good. Pod count is **14**.

**Recreation:** L3/4J had a recreational move to the South Gym conducted by pod staff. : L3/4J had a recreational move to the North Gym conducted by pod staff. **L1/4G** will have recreation on the PM shift.

**Caseworkers Activity:** C/W **Jenkins** arrived at 11:45 AM and he addressed any resident concerns, started updating the DSI, and started updating the CBT Stats and any C/W responsibilities as needed.

**AM RDL Roll Call was conducted:** informed the staff of the chain of events from the PM shift along with the following topics:

- **Uniforms – New requirements**
- **New Payroll System**
- **Project Safe Neighborhood Program for L2/4H**
- **Communication/Teamwork**
- **Cleanliness of Pod**
- **Pilot Program – Reflection Hour**
- **Poly-Tech**
- **Empire Production in facility for the week**

**PM RDL Roll Call was conducted:** informed the staff of the chain of events from the PM shift along with the following topics:

- **Uniforms – New requirements**
- **New Payroll System**

2

CCSAO T.S. 20TH CENTURY 198

- Project Safe Neighborhood Program for L2/4H
- Communication/Teamwork
- Cleanliness of Pod
- Pilot Program – Reflection Hour
- Poly-Tech
- Empire Production in facility for the week

**TL/ATL Activities:** Ensuring all paperwork was accurately completed prior to turning it in, visited all three pods to ensure policy and procedure was being adhered to, updated the Overtime Justification, completed the Daily Inspection, updated payroll, ensured the cut down tool (4G- #67/4H-#69/4J-#88)/flashlight were present and properly secured, ensured all pods were cleaned including bathrooms and the laundry picked up was completed, addressed movement with all three pods, assisted with breaks due to staffing, spoke with residents several times to check and answer any questions they may have had, gave staff encouragement to enhance better job performance, and any ATL responsibilities needed.

**Matters Requiring Attention of Management Team: None**

**Matters Requiring Attention from Administration: None**

3

102

6-25-15. (2:15p) CPO Toro, YDS ~~Young~~ Hernandez, M & YDS Cole-Carter are signing on Pod 4G for the 2-10pm shift. There are currently 15 residents assigned 14 present. Resident Jones is at visitation. Key set 1 and radio 42389 was handed over to YDS Cole-Carter and key set 1 and radio 42320 was handed over to YDS M. Hernandez. Pod is cleaned, bathroom cleaned ——↑

6-25-15. (2:40p) M/C Davis escorted resident ▇▇▇ to Pod 4G from visitation. Pat down search performed by YDS. M. Hernandez. Ø contraband found. ——↑TG

6-25-15. (2:32p) CPO Toro signing off Pod 4G to relieve YDS Person from Pod 4H. ——↑TG
(2:43p) CPO Toro signing back on Pod 4G. ——↑TG

06-25-15 (2:51)pm YDS Cole-Carter escorted resident ▇▇▇ from Pod 4G to Pod 4H. —— M. H___

6-25-15. (3pm) head count is 14 residents assigned + present. Residents being released from their rooms from serving their 1 hr reflection ——↑TG

6-25-15 Supervisor — ADDRESSING RESIDENTS NEEDS AND CONCERNS

6-25-15. (3:20p) YDS Cole-Carter conducted group on the seriousness of your health. Respecting all staff including nurses. Doing your time the right + smart way, line movement. ——↑TG

6-25-15. (3:50p) Snacks passed out to residents except Q.B. & ▇▇▇ they will be given their snack when dinner is served. due to them being confined. Pretzels + orange juice ——↑TG

6-25-15 4:00pm Resident head count is (14) assigned and present —↑TG
6/25/15 4:10pm ANTL Arnold on pod 4G conducting unannou[nced] rounds. Flashlight present in console. 2 residents confined (▇▇▇ & Q.B.) Residents playing cards + watching TV pod quiet & secured —

6-25-15. (4:25p) YDS Hernandez, M conducting showers —↑TG

# CCSAO T.S. 20TH CENTURY 246
June 21 - 26, 2015

| SSI | DATE | Assistance Call | REQUEST TIME | AUTHORIZED TIME | DC# CENTER/POD | # Of RESIDENTS | # Of STAFF | LOCATIONS (of Assistance) | DESTINATION | ELEVATOR | 10-24 / All-Clear Time | Total Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIESCH | 6/26/2015 | | 4:30:00 PM | 4:30:00 PM | 63 | 1 | 1 | MEDICAL | 4J | 10 | 4:34:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 4:31:00 PM | 4:31:00 PM | 62 | 1 | 1 | MEDICAL | 5J | 1/2 | 4:36:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | Non-Emergency | 4:34:00 PM | 4:34:00 PM | RT1 | | | 303 | | | 4:45:00 PM | 0:11:00 |
| LIESCH | 6/26/2015 | | 4:36:00 PM | 4:36:00 PM | 43T | 1 | 1 | 3F | RECEPTION | 10 | 4:39:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 4:38:00 PM | 4:38:00 PM | OBRK | 1 | 1 | 312 | 5J | 1/2 | 4:41:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 4:42:00 PM | 4:42:00 PM | JATL | 13 | 2 | N. GYM | 3J | 1/2 | 4:48:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 4:47:00 PM | 4:47:00 PM | HREC | 7 | 2 | 205 | 5E | 7/8 | 4:53:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 4:50:00 PM | 4:50:00 PM | W2 | 9 | 2 | S. GYM | 3E | 7/8 | 4:56:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 4:54:00 PM | 4:54:00 PM | 99C | 1 | 1 | 5G | VISITATION AREA | 10 | 4:57:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 4:55:00 PM | 4:55:00 PM | 62 | 1 | 1 | MEDICAL | 4C | 10 | 4:56:00 PM | 0:01:00 |
| LIESCH | 6/26/2015 | | 4:57:00 PM | 4:57:00 PM | MED | 1 | 1 | MEDICAL | 4C | 10 | 4:59:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | Emergency | 5:20:00 PM | 5:20:00 PM | RT1 | | | 4B | | | 5:22:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 5:30:00 PM | 5:30:00 PM | DREC | 5 | 2 | 4D | 4E | NONE | 5:32:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 5:36:00 PM | 5:36:00 PM | DREC | 9 | 2 | 4F | SCHOOL AREA TRAINING | 7/8 | 5:43:00 PM | 0:07:00 |
| LIESCH | 6/26/2015 | | 5:38:00 PM | 5:38:00 PM | WFLT | 2 | 1 | 3D | 304 | 1/2 | 5:44:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 5:39:00 PM | 5:39:00 PM | 61 | 1 | 1 | MEDICAL | 3K | NONE | 5:43:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 5:42:00 PM | 5:42:00 PM | J1 | 11 | 2 | 3G | | 7/8 | 5:48:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 5:43:00 PM | 5:43:00 PM | ACW | 1 | 1 | 3F | ADM #14 | NONE | 5:45:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 6:17:00 PM | 6:17:00 PM | ACW | 1 | 1 | ADM #14 | 3F | NONE | 6:19:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 6:18:00 PM | 6:18:00 PM | WFLT | 2 | 2 | 304 | 3D | 1/2 | 6:23:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 6:20:00 PM | 6:20:00 PM | ACW | 1 | 1 | 3F | ADM #14 | NONE | 6:25:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 6:25:00 PM | 6:25:00 PM | 100 | 1 | 1 | 4J | RECEPTION | 10 | 6:29:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 6:28:00 PM | 6:28:00 PM | WFLT | 2 | 1 | 3E | 304 | 1/2 | 6:33:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 6:30:00 PM | 6:31:00 PM | 100A | 1 | 1 | RECEPTION | MEDICAL | 10 | 6:34:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 6:31:00 PM | 6:31:00 PM | A2 | 7 | 3 | 3F | 3B | NONE | 6:34:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 6:33:00 PM | 6:33:00 PM | JATL | 11 | 2 | S. GYM | 3G | 7/8 | 6:37:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 6:34:00 PM | 6:34:00 PM | DBRK | 6 | 3 | School Area Training | 4E | 7/8 | 6:40:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 6:37:00 PM | 6:37:00 PM | ACW | 1 | 1 | ADM #14 | 3B | NONE | 6:40:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 6:40:00 PM | 6:41:00 PM | AREC | 3 | 1 | 3K | 3B | NONE | 6:43:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 6:41:00 PM | 6:41:00 PM | L3 | 13 | 2 | 4J | | 7/8 | 6:49:00 PM | 0:08:00 |
| LIESCH | 6/26/2015 | | 6:42:00 PM | 6:42:00 PM | ACW | 1 | 1 | 3K | ADM #14 | NONE | 6:43:00 PM | 0:01:00 |
| LIESCH | 6/26/2015 | | 6:49:00 PM | 6:49:00 PM | L1 | 14 | 2 | 4G | | 7/8 | 6:57:00 PM | 0:08:00 |
| LIESCH | 6/26/2015 | | 6:51:00 PM | 6:51:00 PM | ACW | 1 | 1 | ADM #14 | 3B | NONE | 6:53:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 6:54:00 PM | 6:54:00 PM | AREC | 1 | 1 | 3K | 3F | NONE | 6:58:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 6:57:00 PM | 6:57:00 PM | 61 | 1 | 1 | MEDICAL | 3B | NONE | 7:00:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 7:02:00 PM | 7:02:00 PM | 99A | 1 | 1 | 4B | VISITATION AREA | 10 | 7:05:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 7:03:00 PM | 7:04:00 PM | AREC | 2 | 1 | 5B | 3B | 4/5 | 7:07:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 7:05:00 PM | 7:05:00 PM | WFLT | 2 | 1 | 304 | 3E | 1/2 | 7:11:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 7:05:00 PM | 7:06:00 PM | ACW | 1 | 1 | 3B | ADM #14 | NONE | 7:10:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 7:07:00 PM | 7:07:00 PM | AREC | 1 | 1 | 3B | 3F | NONE | 7:10:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 7:08:00 PM | 7:08:00 PM | 99C | 1 | 1 | VISITATION AREA | 4B | 10 | 7:10:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 7:13:00 PM | 7:13:00 PM | DBRK | 2 | 1 | School Area Training | 4E | 7/8 | 7:18:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 7:34:00 PM | 7:34:00 PM | 62 | 1 | 1 | 4H | MEDICAL | 1/2 | 7:37:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | Non-Emergency | 7:35:00 PM | 7:35:00 PM | RT1 | | | 5B | | | 7:40:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 7:36:00 PM | 7:36:00 PM | ACW | 1 | 1 | ADM #14 | 3B | NONE | 7:39:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 7:40:00 PM | 7:40:00 PM | ACW | 1 | 1 | 3B | ADM #14 | NONE | 7:43:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 7:41:00 PM | 7:41:00 PM | L1 | 14 | 2 | N. GYM | 4G | 7/8 | 7:49:00 PM | 0:08:00 |
| LIESCH | 6/26/2015 | | 7:43:00 PM | 7:43:00 PM | L3 | 14 | 2 | S. GYM | 4J | 1/2 | 7:49:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 7:44:00 PM | 7:44:00 PM | 61 | 1 | 1 | 5A | MEDICAL | 4/5 | 7:46:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 7:44:00 PM | 7:44:00 PM | 62 | 1 | 1 | MEDICAL | 4H | 4/5 | 7:50:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 7:47:00 PM | 7:47:00 PM | O3 | 5 | 1 | 5A | 5J | NONE | 7:52:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 7:50:00 PM | 7:50:00 PM | O1 | 13 | 3 | 5J | | 7/8 | 7:59:00 PM | 0:09:00 |
| LIESCH | 6/26/2015 | | 7:51:00 PM | 7:51:00 PM | DATL | 1 | 2 | School Area Training | 4F | 7/8 | 7:55:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 7:53:00 PM | 7:53:00 PM | 61 | 1 | 1 | MEDICAL | 5A | 4/5 | | ############## |
| CASTILLO | 6/26/2015 | | 7:56:00 PM | 7:56:00 PM | O3 | 7 | 2 | 5A | 5K | NONE | 7:59:00 PM | 0:03:00 |
| CASTILLO | 6/26/2015 | | 7:59:00 PM | 7:59:00 PM | O3 | 8 | 2 | 5K | 5J | NONE | 8:01:00 PM | 0:02:00 |
| CASTILLO | 6/26/2015 | | 8:01:00 PM | 8:01:00 PM | O3 | 15 | 4 | 5J | | 1-2 | 8:05:00 PM | 0:04:00 |
| CASTILLO | 6/26/2015 | | 8:09:00 PM | 8:09:00 PM | L3 | 13 | 2 | 4J | 218 | 1-2 | 8:17:00 PM | 0:08:00 |
| CASTILLO | 6/26/2015 | | 8:15:00 PM | 8:15:00 PM | AMVT | 1 | 1 | 3B | 3F | NONE | 8:17:00 PM | 0:02:00 |
| CASTILLO | 6/26/2015 | | 8:21:00 PM | 8:21:00 PM | 63 | 1 | 1 | 4F | MEDICAL | 10 | 8:23:00 PM | 0:02:00 |
| CASTILLO | 6/26/2015 | | 8:27:00 PM | 8:27:00 PM | ACW | 1 | 1 | ADM #14 | 3B | NONE | 8:35:00 PM | 0:08:00 |
| CASTILLO | 6/26/2015 | | 8:36:00 PM | 8:36:00 PM | 62 | 1 | 1 | MEDICAL | 4F | 10 | 8:39:00 PM | 0:03:00 |
| CASTILLO | 6/26/2015 | | 8:38:00 PM | 8:38:00 PM | JCW | 1 | 1 | 4C | 3G | 10 | 8:44:00 PM | 0:06:00 |
| CASTILLO | 6/26/2015 | | 8:38:00 PM | 8:38:00 PM | L3 | 13 | 2 | 218 | 4J | 7/8 | 8:49:00 PM | 0:11:00 |
| LIESCH | 6/26/2015 | | 8:55:00 PM | 8:55:00 PM | O1 | 12 | 3 | S. GYM | 5J | 7/8 | 9:01:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 8:56:00 PM | 8:56:00 PM | HBRK | 9 | 3 | CHAPEL | 5E | 7/8 | 9:02:00 PM | 0:06:00 |
| LIESCH | 6/26/2015 | | 8:58:00 PM | 8:58:00 PM | O3 | 10 | 4 | N. GYM | 5A | 1/2 | 9:03:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | Emergency | 9:17:00 PM | 9:17:00 PM | RT1 | | | 4H | | | 9:19:00 PM | 0:02:00 |
| LIESCH | 6/26/2015 | | 9:37:00 PM | 9:38:00 PM | 100 | 2 | 1 | RECEPTION | MEDICAL | 10 | 9:41:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 9:39:00 PM | 9:39:00 PM | R3 | 1 | 1 | 4K | MEDICAL | 4/5 | 9:44:00 PM | 0:05:00 |
| LIESCH | 6/26/2015 | | 9:48:00 PM | 9:48:00 PM | PHX1 | 1 | 1 | 5F | 5G | NONE | 9:49:00 PM | 0:01:00 |
| LIESCH | 6/26/2015 | | 10:19:00 PM | 10:19:00 PM | ACW | 1 | 1 | MEDICAL | ADM #14 | NONE | 10:23:00 PM | 0:04:00 |
| LIESCH | 6/26/2015 | | 10:36:00 PM | 10:36:00 PM | ACW | 1 | 1 | ADM #14 | MEDICAL | NONE | 10:39:00 PM | 0:03:00 |
| LIESCH | 6/26/2015 | | 10:53:00 PM | 10:53:00 PM | ACW | 1 | 1 | MEDICAL | ADM #14 | NONE | | ############## |
| CROSBY | 6/26/2015 | | 11:38:00 PM | 11:38:00 PM | 34A | 1 | 2 | RECEPTION | MEDICAL | 10 | 11:40:00 PM | 0:02:00 |
| CROSBY | 6/26/2015 | | 11:40:00 PM | 11:40:00 PM | A/C/W | 1 | 1 | 3B | ADM #14 | NON | 11:43:00 PM | 0:03:00 |
| CASTILLO | 6/26/2015 | Emergency | | 7:57:00 PM | | | | 4C | | | 7:59:00 PM | 0:02:00 |