# Exhibit U
# June 23, 2015 Visitation Logs

RESIDENT VISITATION ROOM ROSTER

CCSAO T.S. 20TH CENTURY 298

DATE: 6/23/15

STAFF ASSIGNED: (99A) Davis  (99B) Douglas  (99C) Mann
STAFF ASSIGNED: (99D) Robinson  (99E) Smith  (99F) Serrano  (100A) Hernandez

| Residents Name | Pod/Location | # Of Visitors | Visitors Arrival Time In | Resident Arrival Time In | Resident Time Out | Transporting Staff's Name | Resident Table Assignment |
|---|---|---|---|---|---|---|---|
| ███ | 3G | 1 | 827 | 830 | 840 | Davis/Smith | Table 6 |
| ███ | med | 1 | 901 | 910 | 920 | Mann | Table 3 |
| ███ | 5B | 1 | 901 | 908 | 915 | Douglas | Table 7 |
| ███ | 3F | 1 | 901 | 9:10 | 920 | Mann | Table 7 |
| ███ | 3D | 1 | court | | | | |
| ███ | 3D | 1 | court | | | | |
| ███ | 5B | 1 | court | | | | |
| ███ | 3F | 1 | 901 | 923 | 935 | Robinson | Table 2 |
| ███ | 3K | 1 | 10:54 | 10:45 | 10:57 | Serrano | 2 |
| ███ | 4K | — | CANCELLED | | | Mann | — |
| ███ | 3K | 1 | 10:54 | 10:55 | 11:05 | Smith | 1 |
| ███ | 4K | 1 | 10:54 | 10:54 | 11:00 | Mann | 6 |

✱ SAME P.O.

The name of all staff assigned to visitation shall be printed at the top of this sheet

RESIDENT VISITATION ROOM ROSTER

CCSAO T.S. 20TH CENTURY 299

DATE: 6 / 23 / 15

STAFF ASSIGNED: DAVIS 99A, Douglass 99B, Mann 99C, Robinson 99D

STAFF ASSIGNED: Smith 99E, Serrano 99F, Hernandez 100A

| Residents Name | Pod/Location | # Of Visitors | Visitors Arrival Time In | Resident Arrival Time In | Resident Time Out | Transporting Staff's Name | Resident Table Assignment |
|---|---|---|---|---|---|---|---|
| | 4G | 1 | 11:15 | 11:19 | 11:25 | Smith | 2 |
| | 5C | 1 | 11:15 | 11:26 | 11:43 | Mann | 3 |
| | 3G | 1 | 11:15 | 11:43 | 12:10 | Serrano | 2 |
| | 4F | 1 | 11:15 | 11:35 | 11:46 | Serrano | 2 |
| | 4K | 1 | 11:32 | 11:33 | 11:36 | Douglass | 7 |
| | 3H | 1 | 11:56 | 11:58 | 12:30 | Douglass | 4 |
| | 4G | 1 | 11:57 | 12:05 | 12:30 | Serrano | 2 |
| | 4C | 1 | 12:20 | 12:25 | 12:35 | Douglas | 6 |
| | 4K | 1 | 12:35 | 12:45 | 1:15 | Serrano | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |

X same P.O.

The name of all staff assigned to visitation shall be printed at the top of this sheet

DATE: 06/23/2015   CCSAO T.S. 20TH CENTURY 300

STAFF ASSIGNED: 99A. Allen  99B. Booker  99C. Smith  99D. Hill  99E. Robinson

STAFF ASSIGNED: _____

| Residents Name | Pod/Location | # Of Visitors | Visitors Arrival Time In | Resident Arrival Time In | Resident Time Out | Transporting Staff's Name | Resident Table Assignment |
|---|---|---|---|---|---|---|---|
| ■ | 4C 303 | 1 | 3:00 | 2:55 | 305PM | Booker | 3 |
| ■ | 3K 303 | 1 | 3:00 | 2:55 | 310PM | Smith | 4 |
| ■ | Med | 1 | 3:00 | 3:10 | 410PM | Robinson / ~~Booker~~ | 8 |
| ■ | 3G | 1 | 3:15 | 3:15 | 445PM | Allen | 4 |
| ■ | 3E | 1 | 3:00 | 3:20 | 445PM | Smith | 3 |
| ■ | 4K | 1 | 4:10 | 4:05 | 430 | Smith | 5 |
| ■ | Med | 1 | 4:10 | 4:10 | 500 | Robinson | 3 |
| ■ | 5B | 1 | 4:10 | 4:10 | 500 | Booker | 7 |
| ■ | 4E | 1 | 4:15 | 4:15 | 500 | Allen | 4 |
| ■ | 4J | 1 | 4:15 | 4:15 | 500 | ~~Smith~~ Robinson | 6 |
| ■ | 4G | 1 | 4:20 | 4:20 | 500 | ~~Robinson~~ Smith | 1 |
| ■ | 3E | 1 | 4:25 | 4:30 | 435 | Book | 8 |

The name of all staff assigned to visitation shall be printed at the top of this sheet

DATE: 06/23/2015    CCSAO T.S. 20TH CENTURY 301

STAFF ASSIGNED: Allen, Booker, Smith, Robinson, Hill

STAFF ASSIGNED: _____

| Residents Name | Pod/Location | # Of Visitors | Visitors Arrival Time In | Resident Arrival Time In | Resident Time Out | Transporting Staff's Name | Resident Table Assignment |
|---|---|---|---|---|---|---|---|
| ███ | 4G | 1 | 550 | 550 | 650 | Booker | 5 |
| ███ | 4J | 2 | 550 | 550 | 650 | Robinson | 7 |
| ███ | 4G | 1.0 | 6:15 | 615 | 715 | Allen | 6 |
| ███ | 4J | 1 | 615 | 615 | 715 | Smith | 3 |
| ███ | Med | 1 | 630 | 630 | 730 | Allen | 2 |
| ███ | 4J | ~~VOID Wrong #~~ Booker | | | | | |
| ███ | 5B | 2 | 640 | 640 | 740 | Smith | 4 |
| ███ | 4J | 1 | 640 | 640 | 750 | Booker | 8 |
| ███ | 4J | 1 | 640 | 640 | 740 | Booker | 7 |
| ███ | 4G | 1 | 640 | 640 | 740 | Smith | 5 |
| 11 | | | | | | | |
| 12 | | | | | | | |

The name of all staff assigned to visitation shall be printed at the top of this sheet