UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

T.S., et al.

                    Plaintiff,

v.                                             Case No.: 1:16−cv−08303
                                                      Honorable Rebecca R. Pallmeyer

Twentieth Century Fox Television, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to compel [197] was granted in part and denied in part on 10/18/2018 and should be terminated. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.