UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S; et al, <br><br> Plaintiff, <br><br> vs. <br><br> Twentieth Century Fox Television, Inc.; et al, <br><br> Defendants, | 16 C 8303 <br><br> Hon. Rebecca Pallmeyer |

### MOTION TO WITHDRAW ALLYSON LYNN WEST AS COUNSEL

Defendant, THE COUNTY OF COOK, ILLINOIS, by KIMBERLY M. FOXX, State's Attorney of Cook County, through her assistant, FRANCIS J. CANTANIA, and pursuant to Local Rule 83.17, moves this Honorable Court to grant Allyson Lynn West leave to withdraw as an attorney of record in this matter, and states as follows:

1. Defendant THE COUNTY OF COOK, ILLINOIS is represented in this matter by the Cook County State's Attorney's Office ("CCSAO").

2. Allyson Lynn West entered an appearance as an Assistant State's Attorney and has been one of the attorneys of record in this matter.

3. Allyson Lynn West has left the employ of the CCSAO, and as a result is no longer involved in the representation of any Defendant in this matter.

4. No Defendant will be left without representation as a result of Allyson Lynn West's withdrawal from this matter.

5. Accordingly, Defendant THE COUNTY OF COOK, ILLINOIS seeks to withdraw the appearance of Allyson Lynn West in this matter, and to terminate all ECF notices to her.

WHEREFORE, Defendant respectfully requests that the Court enter an order terminating the appearance of Allyson Lynn West and to terminate notifications to her in this matter.

        KIMBERLY M. FOXX
        State's Attorney of Cook County

        */s/ Francis J Catania*
        Francis J Catania (ARDC # 6203188)
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6572
        Francis.catania@cookcountyil.gov