IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| T.S. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:16-cv-08303 |
| | ) | |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Twentieth Century Fox Television *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' CROSS-MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs T.S. and Q.B., through their undersigned counsel, move the Court to permit them to represent a class all youths who were detained at the JTDC during the *Empire* filming. Plaintiffs respectfully submit that class certification in the above-captioned matter is appropriate for the reasons set forth in the memorandum accompanying this motion.

April 12, 2019            Respectfully Submitted,

                                                     /s/ Stephen H. Weil

Stephen H. Weil – steve@weilchardon.com
Alexis G. Chardon – ali@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Avenue, Suite 2700
Chicago, IL 60604
(312) 585-7404

Adam J. Pessin – apessin@finekaplan.com
Fine, Kaplan and Black, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA 19107
(215) 567-6565

Terrence Garmey – tgarmey@garmeylaw.com
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME 04101
(207) 331-3111

*Attorneys for Plaintiffs T.S. and Q.B.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      /s/ Stephen H. Weil