# EXHIBIT L

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| T.S. *et al.*, | Case No. 1:16-cv-08303 |
| Plaintiffs. | |
|  | Honorable Chief Judge |
| v. | Rebecca Pallmeyer |
| Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation et al., | |
| Defendants. | |

### Declaration of J. Brian Conant, Psy.D.

I, J. Brian Conant, Psy.D., understanding the penalty for perjury as described in 28 U.S. Code § 1746, state that the following is based upon my personal, firsthand knowledge that I can testify to and that if I were called to testify, my testimony would be as follows:

1.      My name is Brian Conant. I am employed by Cermak Health Services of Cook County ("Cermak") and have been employed by Cermak Health Services at the Cook County Juvenile Temporary Detention Center ("JTDC") since 2018. I have worked as a psychologist at the JTDC since 2007 for two other employers.  A true and correct copy of my CV is attached as Exhibit A.

2.      I am a Licensed Clinical Psychologist and hold an advanced degree in psychology. I am currently employed at the JTDC as the Juvenile Justice Behavioral Health Director, and I have been so employed since August 2018. Prior to my current title of employment, I was employed at the JTDC in the following capacities:

        a.  Mental Health Program Director: November 2017 – August 2018;
        b.  Director of Mental Health Programs: September 2014 – November 2017;
        c.  Lead Psychologist: March 2013 – September 2014;

    d.  Bridge Program Coordinator: September 2012 – May 2014;

    e.  Mental Health Team Leader: April 2007 – September 2014.

3.      In my position I am responsible for all aspects of metal health screening, mental health assessment and mental health care of residents at the JTDC. I am familiar with how mental health care was provided to residents at the JTDC, including the intake mental health screening process during the summer of 2015.

4.      The JTDC is and was accredited by the National Commission on Correctional Health Care, and the JTDC mental health screening program follows the national standards of mental health screening. JTDC mental health policies and procedures mimic those national standards. In fact, the JTDC mental health program is well in excess of the national standard requirements for mental health care at a correctional facility.

5.      It is the policy of Cermak Health Services of Cook County at the JTDC for qualified mental health professionals to conduct a face to face screening of JTDC residents within 72 hours of admission (Cermak Policy HS-505 and Policy HS-505.1)., A true correct and complete copy of Policy HS-505 and Policy HS-505.1 are attached to this declaration as Exhibit B.

6.      Qualified mental health professionals includes psychiatrists, psychologists, licensed clinical social workers, advanced practice nurses, psychiatric nurses, and others who by virtue of their education, credentials and experience are permitted by law to evaluate and care for the mental health needs of patients.

7.      Critical screening of a resident's mental health, including suicide risk is completed multiple times before that resident completes the Mental Health Intake Screening and Initial Treatment Plan.

8.     In addition, based on my training I am familiar with the accepted processes of juvenile intake screening and assessment practice in Cook County and also familiar with national standards for juvenile intake screening and assessment based on my certification Certified Correctional Healthcare Provider (CCHP) with National Commission on Correctional Health Care (NCCHC).

9.     In 2015, the mental health screening process of a new resident upon intake consisted of several different screening mechanisms, specifically:

a. **Nursing Admission Screening ("NAS")**, a questionnaire administered face to face by Cermak medical nursing staff to a resident immediately upon the residents' arrival at intake. Although this is a medical assessment the resident, administered by medical personnel, the NAS includes questions regarding the mental health history and current mental health symptoms of a resident. This is one example of how critical assessment of a resident's mental health takes place before the mental health department receives that resident;

b. **Mental Health Intake Screening & Initial Treatment Plan ("MHI")**, a detailed questionnaire administered face to face by a qualified mental health professional to a resident, within 72 hours of the residents' admission.

- The MHI is an in depth, robust, comprehensive of a resident's mental health as they enter the JTDC. Among other things, the MHI probes for the resident's history of mental health treatment; their family history of mental health problems; suicide risk and assessment; how the resident is currently feeling; what medications the resident is being treated with ; if any, what medications the resident was prescribed in the past, if any; history of abuse or trauma; and use of

drugs or alcohol, if any; and covers other areas. A true correct and complete copy of the MHI Screening questionnaire is attached to this declaration as Exhibit C.

- ***Drug Abuse Screening Test ("DAST-10")*** is another instrument used for drug abuse screening. The DAST-10 screening is a series of yes/no questions that are incorporated into the MHI questionnaire administered at the JTDC. The MHI includes questions beyond that of the DAST-10 requirements by incorporating assessment of residents substance abuse overall, probing into both alcohol and specific drug use that go beyond a yes or no answer.

- ***Prison Rape Elimination Act ("PREA")*** PREA screening addresses any potential risk of abusive sexual contact, nonconsensual sexual conduct, or sexual harassment. A set of PREA screening questions is incorporated into the MHI questionnaire administered at the JTDC. The MHI also includes an assessment a resident's physical or sexual abuse history, if any, a resident's sexual violence history, if any, and any history of trauma or violence experienced by a resident in general.

- The JTDC greatly exceeds national standards by requiring residents to receive the MHI within 3 days. NCCHC standards require an MHI within 14 days.The data gathered from a resident MHI screening is used to generate that resident's initial treatment plan, which is also considered in determining a resident's housing assignment in the JTDC.

c. **Brief Symptom Inventory ("BSI")** assesses a resident for psychological problems including somatization, obsessive compulsive, interpersonal sensitivity, depression,

anxiety, hostility, phobic anxiety, paranoid ideation, and psychoticism. The BSI is typically administered following the MHI screening.

d. **Massachusetts Youth Screening Instrument-Second Version ("MAYSI-2")** is a brief screening tool designed to identify the mental health needs of a resident. MAYSI-2 consists of 52 yes/no questions electronically administered by a JTDC caseworker to a resident. The MAYSI-2 questions are administered at a computer kiosk, located on the intake pod or in the caseworker's office. A JTDC caseworker would typically escort the resident to the computer kiosk, log on to the MAYSI system, and give the resident instructions. The JTDC caseworker would then leave the resident to answer the 52 questions in a reasonably private area on their own. The MAYSI-2 program also reads the questions aloud for those residents who may not be able to read. There is also a Spanish version of the MAYSI-2 program, if preferred. MAYSI-2 is administered before the MHI. A true correct and complete copy of the MAYSI-2 questionnaire is attached to the declaration Exhibit D.

- The MAYSI-2 questions cover domains of alcohol and drug use, anger/irritability, depression/anxiety, somatic complaints, suicide ideation, and thought disturbance.
- The MHI covers much more than that of MAYSI-2 as it goes into the current mental health status (mental status exam) of a resident *and* probes the history of a resident's mental health. MAYSI only asks questions related to how a resident is feeling in the past few months.
- MASYI-2 is also different from the MHI in that it only asks yes or no questions. Whereas the MHI is a much more in depth and comprehensive, resulting in a more targeted assessment of a resident's needs.

- A concern regarding the MAYSI-2 is that it has no validity indicators. A resident can answer randomly without triggering any warnings that the protocol may be invalid.
- The Mental Health Department has more confidence in the MHI than it does in the MAYSI-2 as it is a face to face screening of the resident, administered by a qualified mental health professional. The MAYSI-2 screening is done on a computer, and as previously stated has no validity indicators. The Mental Health Department has always considered the MAYSI-2 a supplement to the MHI and never felt comfortable using it as a standalone tool.
- Once a resident completes the MAYSI-2 questionnaire, the results are thereafter printed out and dropped off in a mailbox. Only those "flagged" MAYSI results are included in the assessment by the qualified mental health specialist in administering the MHI to a resident.

10.    Some correctional facilities which do not have full-time mental health staff rely solely on the MAYSI-2. Fortunately, the JTDC has the resources to do much more rigorous mental health screening and evaluation and has continued to use the MAYSI-2 as a supplement to the more comprehensive and reliable MHI.

11.         Youth at the JTDC can be seen by a mental health staff member in a timely manner, given a professional judgment, and receive care that is ordered. :

   a.  Written requests for mental health services are submitted on a Sick Call form and placed in the Sick Call mailbox located on the resident's pod. Nursing staff review all Sick Call requests and submit any mental health services requests to the mental health department.

   b.  In addition, every pod has a sign posted next to the sick call box that informs residents of how to contact Mental Health Staff.

     c.  While on the Alpha Center, residents receive the JTDC Resident Orientation Handbook and view an orientation video, both of which have information about how to access mental health services.

12.    Residents have the opportunity to make oral requests for mental health services via face to face interactions with mental health staff while they are conducting Mental Health Rounds. Residents may also request mental health services by speaking to a YDS, ATL/TL or Case Worker. Mental Health Programs like the one at JTDC require clinicians to complete an encounter form at or near the time every encounter they have with a resident regarding their mental health care. Each encounter form is identified by code for the type of encounter. The code "RE" stands for "Receiving Evaluation" and is the code used to identify the MHI screening encounter. Every day, the clinicians turn in their encounter forms and the data manager puts the information collected from each encounter form into a spreadsheet. The spreadsheet is then used to put together the JTDC Mental Health Data Dashboard, a tool developed to track the JTDC's mental health program's productivity, accountability, continued quality improvement of the program, to report on a quarterly basis on performance metrics of the program. It is also produced to show evidence of deliverables, because the mental health services are provided by a vendor to the JTDC. A true correct and complete copy of the Mental Health Data Dashboard is attached to this declaration as Exhibit E.

     a.  In the Mental Health Data Dashboard, the row titled "Percent of JTDC Admits with Psych Intakes" is typically never 100%. This is because some residents are released prior to 72 hours.

        • The 105% "Percent of JTDC Admits with Psych Intakes" for May of 2015 is most likely due to a pour over of intakes at the end of April that was most likely administered the MHI screening at the beginning of May 2015.

13.     I have examined the 2015 dashboard to identify the MHI screenings that were completed during the *Empire* filming dates at the JTDC in the summer of 2015, and complied said information into a spreadsheet ("MHI Screening Spreadsheet"). Within the MHI Screening Spreadsheet, I have broken down the MHI screenings by number of admissions into the JTDC according to *Empire* filming dates. I further broke down the MHI Screenings per day in each filming period. The weekday a MHI was administered is indicated by number, with "1" representing Monday though "7" representing Sunday. The column "Job Title" indicates the type of qualified mental health specialist administering the MHI screening that day, with "1" representing a clinical psychologist, "2" representing a licensed clinical social worker, "3" representing a mental health specialist. A true correct and complete copy of the MHI Screening Spreadsheet is attached to this declaration as Exhibit F, revealing the following results:

a.   **June 21, 2015 – June 26, 2015**: there was a total of 88 resident admissions to the JTDC. 101 residents received MHI screenings at intake during that period. The reason there is a higher number of screenings than admissions is due to the 72-hour rule for administering the MHI. The influx of MHI screenings to resident admissions is most likely from prior intakes;

b.   **July 13, 2015 – July 16, 2015**: there was a total of 43 resident admissions to the JTDC. 43 residents received MHI screenings at intake during that period.

c.   **August 8, 2015 – August 26, 2015**: there was a total of 51 resident admissions to the JTDC. 52 residents received MHI screenings at intake during that period. Again, the reason there is a higher number of screenings than admissions is due to the 72-hour rule for administering the MHI. The influx of MHI screenings to resident admissions is most likely from prior intakes;

d.  All MHI were administered by a qualified mental health professional (Mental Health Specialist, Licensed Clinical Social Worker, Licensed Clinical Psychologist) during the Empire filming periods.

14.  I declare under penalty of perjury that the foregoing is true and correct. Executed on ___6 | 14 | 19___ (date).

_____
J. Brian Conant, Psy.D.

# Exhibit A

### *James Brian Conant, PsyD, CCHP*
*Licensed Clinical Psychologist*

---

### *Education:*

**The Chicago School of Professional Psychology**  Chicago, IL
*September 1999-December 2004*
Doctor of Psychology awarded December 2004
Master of Arts, Clinical Psychology, awarded May 2001
Forensic Concentration completed August 2001

**University of Massachusetts**  Boston, MA
*September 1997-May 1998*
Counseling Psychology M.Ed. program

**University of Vermont**  Burlington, VT
*September 1992-May 1996*
Bachelor of Arts, Psychology / Sociology

### *Certifications:*

**Certified Correctional Healthcare Provider (CCHP)**
National Commission on Correctional Health Care (NCCHC)
*April 2014-Present*

### *Teaching Experience:*

**Northwestern University Feinberg School of Medicine**  Chicago, IL
*November 2015-Present*
Lecturer: Department of Psychiatry and Behavioral Sciences

**The Chicago School of Professional Psychology**  Chicago, IL
*January 2009-Present*
Adjunct Faculty:  Departments of Forensic and Clinical Psychology

**Cook County Sheriff's Bureau of Training and Education**  Palos Hills, IL
*October 2008-September 2018*
Instructor: Advanced Mental Health / Crisis Intervention Training

### *Memberships:*

**Council of Juvenile Correctional Administrators (CJCA)**  Chicago, IL
*March 2016-Present*
Affiliate Member

**Mental Health Opportunities for Youth Diversion Task Force**          Chicago, IL
*May 2017-Present*
<u>Appointed Member</u>

**Juvenile Detention Alternatives Initiative (JDAI) Executive Board**          Chicago, IL
*December 2014-Present*
<u>Member</u>

**Isaac Ray Center, Inc.**          Chicago, IL
*December 2014-December 2018*
<u>Secretary / Treasurer: Board of Directors</u>

**Chicago Public Schools**          Chicago, IL
*August 2015-Present*
<u>Board Member: Appointed Local School Council</u>

### *Administrative / Clinical Experience:*

**Cook County Health**          Chicago, IL
**Cermak Health Services of Cook County**
*August 2018- Present*
<u>Juvenile Justice Behavioral Health Director</u>

**Northwestern University Feinberg School of Medicine**          Chicago, IL
**Cook County Juvenile Temporary Detention Center**
*November 2017-August 2018*
<u>Mental Health Program Director</u>

**Isaac Ray Center, Inc.**          Chicago, IL
**Cook County Juvenile Temporary Detention Center**
*April 2007-November 2017*
<u>Director of Mental Health Programs</u>: *September 2014-November 2017*
<u>Lead Psychologist:</u> *March 2013-September 2014*
<u>Bridge Program Coordinator</u>: *September 2012-May 2014*
<u>Mental Health Team Leader</u>: *April 2007-September 2014*

**Riveredge Hospital**          Forest Park, IL
*March 2006–April 2007*
<u>Director of Psychological Training</u>

**Isaac Ray Center, Inc.**          Chicago, IL
**Cermak Health Services of Cook County**
*February 2006-April 2007*
<u>Contract Psychologist</u>

**Cook County Juvenile Temporary Detention Center**          Chicago, IL
*August 2005-July 2006*
<u>Clinical Director (Special Needs Unit)</u>

**Isaac Ray Center, Inc.**                                      Chicago, IL
**Cermak Health Services of Cook County**
*October 2004-October 2005*
<u>Postdoctoral Fellow</u>

**Cook County Health and Hospital Systems**          Chicago, IL
**Cermak Health Services of Cook County**
*September 2003-September 2004*
<u>Psychology Intern </u>(APA Approved Clinical Psychology Internship)

**Federal Bureau of Prisons**                                Chicago, IL
**Metropolitan Correctional Center - Chicago**
*September 2002-June 2003*
<u>Advanced Extern</u>

**Cook County Health and Hospital Systems**          Chicago, IL
**Cermak Health Services of Cook County**
*September 2001-June 2002*
<u>Psychotherapy Extern</u>

**The Adler Psychological Services Center**          Chicago, IL
*September 2000-August 2001*
<u>Assessment/Diagnostic Extern: Forensic Rotation</u>


***Research Experience*:**

**McLean Hospital**                                          Belmont, MA
*January 1997-August 1999*
<u>Senior Clinical Research Technician</u>: *Laboratory for the Study of Adult Development; Longitudinal Study of Borderline Personality Disorder*

<u>Study Coordinator</u>: *Cost-Effectiveness and Functional Outcomes of Olanzapine in the Treatment of Schizophrenia in Usual Clinical Practice: A Randomized Clinical Study*

**University of Vermont**                                    Burlington, VT
*September 1995-May 1996*
<u>Research Assistant</u>:  *Study of the Factors in Resistance to Hypnosis*


***Presentations & Publications:***

Conant, J.B., Ezike, N., & Bokari, F. (2017). *Gunshot Wounds in Youthful Offenders: Perspectives from the Cook County Juvenile Center.* Presentation at the National Conference on Correctional Health Care, Chicago, IL.

Hayes, L., Conant, J.B., & Torrelday, O. (2017). *Overcoming the Challenges to Suicide Risk Screening and Assessment in Juvenile Facilities.* Presentation at the National Conference on Correctional Health Care, Chicago, IL.

Conant, J.B., Hall, K., & Lambros, H. (2017). *Building Legal Competence and Reducing Court Related Anxiety: The Legal Literacy Project.*  Presentation at the National Conference on Correctional Health Care, Chicago, IL.

Conant, J.B., Ezike, N., & Bokari, F. (2016). *Gunshot Wounds in Youthful Offenders: Perspectives from the Cook County Juvenile Center.* Webinar Presentation for the National Commission on Correctional Health Care, Chicago, IL.

Conant, J.B., Sedeno, A., & Horton, D. (2013). *Meeting the Mental Health Needs of Juvenile Offenders: A Model for Creating and Sustaining Meaningful Change.* Presentation at the National Alliance on Mental Illness (NAMI) PIAT North Conference, Palos Hills, IL.

Conant, J.B., Sedeno, A., & Horton, D. (2012). *Engaging Families and Communities: Bridging the Gaps in Service and Enhancing Integration of Care.* Presentation at the National Conference on Correctional Health Care, Chicago, IL.

Conant, J.B., & Inaba, R. (2008). *Managing Psychiatric Disorders Among Youth: A Clinical Approach.* Presentation at the National Conference on Correctional Health Care, Chicago, IL.

Conant, J.B., (2007). *Suicide Prevention in Correctional Facilities.* Presentation for the Cook County Department of Women's Justice, Chicago, IL.

Conant, J.B., (2006). *Rapid Assessment Techniques for Patients with Mental Illness.* Presentation at the ABS Professional Development Program, Chicago, IL.

Conant, J.B., (2006). *Suicide Prevention and Mental Health Intake in Corrections.* Presentation for the Marinette County Sheriff's Department, Marinette, WI.

Conant, J.B., (2006). *Suicide Prevention in Correctional Facilities.* Presentation for the Waupaca County Sheriff's Department, Waupaca, WI.

Conant, J.B., (2005). *Stressed Out: Strategies for Living and Working with Stress in Corrections.* Presentation for the Cook County Department of Corrections, Chicago, IL.

Conant, J.B., (2005). *Suicide Prevention and Mental Health Intake in Corrections.* Presentation for the Stephenson County Sheriff's Department, Freeport, IL.

Conant, J.B., & Key, K. (2005). *Cultural Sensitivity Training.* Presentation for the Cook County Department of Corrections, Chicago, IL.

Conant, J.B., (2005). *Suicide Prevention in Correctional Facilities.* Presentation for the Shawano County Sheriff's Department, Shawano, WI.

Conant, J.B., (2004). *Tips for Group Therapy Facilitators Working in Correctional Settings.* Presentation for the Cook County Department of Corrections, Chicago, IL.

Conant, J.B., (2004). *Changing Irrational Beliefs and Building Life Meaning: An Innovative Treatment Approach for Working with Depressed Inmates.* Clinical Doctoral Dissertation for the Chicago School of Professional Psychology, Chicago, IL.

**_References:_**

Available upon request

# Exhibit B

| Cermak Health Services of Cook County at the Juvenile Temporary Detention Center | | | |
|---|---|---|---|
| Section: **E** | Policy: **HS-505** | Subject: **MENTAL HEALTH SCREENING AND EVALUATION** | |
| Effective Date: **September 6, 2012** | Annual Review: **December 31, 2015** | | Number of Pages - 2 |

## I. POLICY

All residents receive a Nursing Admissions Screening (administered by nursing staff) that includes questions regarding mental health history and current mental health symptoms. Residents with positive screens are referred to mental health for a mental health evaluation. All residents also receive a Mental Health Intake Screening & Initial Treatment Plan by qualified mental health professionals which is completed within 72 hours of admission. Results of the nursing admissions screening become a part of the resident's health record. Patients with serious mental illness or developmental disability are referred immediately for care. Those who require acute mental health services beyond that available at the facility or whose adaptation to the detention environment is significantly impaired are transferred to an appropriate facility as soon as the need for such treatment is determined by qualified mental health professionals.

## II. DEFINITION

*Qualified mental health professionals* include psychiatrists, psychologists, licensed clinical social workers, advanced practiced nurses, psychiatric nurses, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients.

*Violent behavior* is defined as expressive violence initiated as a result of an interpersonal altercation where the goal is to injure the other or as instrumental violence where the goal is to acquire something from the other (usually the result of criminal intent). An understanding of the history of either form of violence or the circumstances leading to the specific behavior is helpful in assessing the patient's potential for further violent behavior.

*Screening for intellectual functioning* includes inquiry into the history of developmental difficulties, educational difficulties, and when indicated, referral to NBJ for assessment and IEP development, if appropriate.

## III. PROCEDURE

A. Admissions Screening
   a. At admission to JTDC, nursing staff complete the Nursing Admissions Screening as part of their medical admission.

   b. The Admissions Screening includes questions regarding mental health that include:
      i. history related to :
         1. psychiatric hospitalization and outpatient treatment,
         2. suicidal behavior,

         3.   victimization, including physical and sexual abuse

         4.   cerebral trauma or seizures,

         5.   exposure to traumatic life events and losses;

    ii.  the current status of:

         1.   psychotropic medications,

         2.   suicidal ideation,

         3.   drug or alcohol use, and

         4.   orientation to person, place, and time.

c. Residents who screen positive for mental health problems are referred to qualified mental health professionals for further evaluation.

d. Case workers will administer the MAYSI-2 within four hours of admission.

e. Results of the MAYSI-2 are printed in the intake nursing office for nursing staff to review during the Admission Screening. If critical items are flagged, nursing staff administer follow up questions. These residents are referred to qualified mental health professionals for further evaluation.

f. Within 72 hours of admission, qualified mental health professionals conduct the Mental Health Intake Screening & Initial Treatment Plan and review the MAYSI-2 results (see Procedures for Mental Health Screening and Evaluation HS 505.1).

g. The health record contains results of the evaluation with documentation of referral or initiation of treatment when indicated.

h. Patients who require acute mental health services beyond those available on site are transferred to an appropriate facility.

## IV. SELF-MONITORING

A. Review and evaluation of CQI meeting minutes.

B. Review and evaluation of Cermak Health Services Dashboard

## V. CROSS-REFERENCES

| | |
|---|---|
| NCCHC Standards addressed by this policy | Y-E-05 |
| Pertinent MIP Section | FF, GG, II, LL |
| Pertinent JTDC General Orders | 7.07 |
| Pertinent ACA Standards | 4C-13, 21m, 21-1, 22, 24 |
| Pertinent IL County Juvenile Detention Standards | 702.50, 702.90 |
| Pertinent JDAI Standards | II-A-2, 3; II-B-1, 2; II-C-1, 2; II-E-4 |

| Cermak Health Services of Cook County at the Juvenile Temporary Detention Center | | |
|---|---|---|
| Section: **E** | Policy: **HS-505.1** | Subject: **Procedures – Mental Health Dept.** **MENTAL HEALTH SCREENING AND EVALUATION** |
| Effective Date: **September 6, 2012** | Annual Review: **December 31, 2015** | Number of Pages - 8 |

## I.    DEFINITIONS

*Qualified Mental Health Professionals (QMHPs)* include psychiatrists, psychologists, licensed clinical social workers, advanced practice nurses, mental health specialists, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients.

*The Massachusetts Youth Screening Instrument-Second Version (MAYSI-2)*
The Massachusetts Youth Screening Instrument-Second Version is a brief screening tool designed to assist juvenile justice facilities in identifying youths at admission who may have special mental health needs.  Domains measured include alcohol / drug use, anger, depression, somatic complaints, suicidal ideation, thought disturbance, and traumatic experiences.

*Drug Abuse Screening Test (DAST-10)*
The DAST is a brief, self-report instrument for population screening, clinical case finding and treatment evaluation research.  The DAST yields a quantitative index of the degree of consequences related to drug abuse.

*Brief Symptom Inventory (BSI)*
The Brief Symptom Inventory provides client-reported data to help support clinical decision-making at intake and during the course of treatment. The BSI assesses clients for psychological problems and includes the following problem categories: somatization, obsessive compulsive, interpersonal sensitivity, depression, anxiety, hostility, phobic anxiety, paranoid ideation, and psychoticism.

*Prison Rape Elimination Act (PREA)*
An Act signed into law by President George W.  Bush in September 2003.  This legislation requires the Bureau of Justice Statistics (BJS) to develop new national data collection on the incidence and prevalence of sexual violence within correctional facilities.  PREA defines four categories of sexual abuse for purposes of data collection: abusive sexual contacts, nonconsensual sexual acts, staff sexual harassment and staff sexual misconduct.

*Mental Health Intake Screening & Initial Treatment Plan*  The Mental Health Intake Screening form is a self-report measure conducted by a QMHP.  The resident will be screened within 72 hours of admission to the JTDC.  This data will generate an Initial Treatment Plan.

***Mental Health Follow Up Status (MHFU)*** is a designation given to residents who have been identified as needing ongoing, individual counseling and/or psychotropic medication treatment. These residents typically have a history of mental health treatment and/or present with mental health symptoms currently. All residents who have been identified as having special mental health needs are placed on MHFU. Residents who have been identified as potentially having substance abuse or substance dependence disorders may also be placed on MHFU.

***Gateway Foundation*** Gateway Foundation Alcohol & Drug Treatment is a non-profit organization with treatment centers located throughout Illinois.

## II. PROCEDURES

### A. Mental Health Intake Screening & Initial Treatment Plan

1. The QMHP will print the Admission Log from the DSI Software to identify which residents have arrived within the past 12-24 hours.

2. The QMHP will cross reference these residents with the Psychiatry Log to attempt to determine if any resident has been treated by the Psychiatry Department in the past.

3. The MAYSI-2 report is forwarded to a Mental Health mailbox located on the Health Care Observation Unit. Those MAYSI-2's that suggest a critical domain is elevated are included for consideration by the QMHP when administering the Mental Health Intake Screening form. A general summary of the critical item(s) are addressed within the context of the Mental Health Intake Screening form and documented on the MAYSI-2 form which is forwarded to the Administrative Assistant for the Isaac Ray Center.

4. Each resident will be administered the Mental Health Intake Screening form by a QMHP. The resident will be screened face to face within 72 hours of admission to the JTDC.

5. During the Mental Health Intake Screening, the QMHP orients the resident to the mental health program at CCJTDC and specifically informs the resident of how to contact mental health and receive mental health services.

6. The Mental Health Intake Screening form makes inquiries into the following domains:
   a. Demographic Information
   b. Family History
   c. Developmental and Educational Difficulties (Intellectual Functioning)
   d. Cerebral Trauma or Seizures
   e. Physical and/or Sexual Vicimization of the Resident (Injury / Abuse / Violence)
   f. Violent Behavior
   g. Exposure to Traumatic Live Events
   h. Sex Offenses
   i. Mental Health Treatment History
   j. Substance Use History

    k.  Drug Abuse Screening
    l.  Suicide / Self-Injury Risk Assessment
    m. Mental Status Examination

7. The data gathered from the Mental Health Intake Screening form will generate an Initial Treatment Plan, which may include the following:
   a. JTDC Housing Recommendation
   b. Suicide Precautions (if indicated)
   c. Psychiatric Referral
   d. Mental Health Follow-Up Referral
   e. Gateway Foundation Referral
   f. Social Work Referral
   g. Referral for further evaluation of possible intellectual functioning issues
   h. PREA Referral
   i. LGBTQI Referral

8. The mental health intake screening assesses risk for sexual victimization or perpetration. Any resident who discloses prior sexual victimization is offered a follow-up meeting with QMHP. A mental health referral form is completed for all residents who are offered follow-up due to sexual victimization history. A copy of the referral is placed in the PREA risk tracking binder.

9. Referral Criterion may include the following:
   a. <u>JTDC Housing Recommendation</u>
      i. General Population / Medical Observation / Outside Facility (e.g., Hospital Emergency Room or Psychiatric Inpatient Facility)

   b. <u>Environmental Alert Card and Status</u>
      i. Residents who express current thoughts of harming themselves or are currently engaging in self-injurious behavior are placed on suicide precautions.
      ii. The Environmental Alert Card is a document used to specify items / activities to be restricted from the resident. The document will also specify room assignment and frequency of required staff observation.
      iii. A Suicide /Self-Injury Safety Plan is generated
      iv. 15 Minute Observation Status:
          1. Visual observation as ordered by the QMHP at staggered intervals not to exceed every 15 minutes by direct care staff.
      v. 3-4 Minute Observation Status (Close Observation)
          1. Visual observation as ordered by the QMHP at staggered intervals not to exceed every 3-4 minutes by direct care staff.
      vi. Continuous Observation Status
          1. Constant, uninterrupted visual supervision by direct care staff as ordered by the QMHP.
      vii. If the resident cannot be safely housed and monitored at the JTDC, the resident will be transferred to an outside facility (e.g., hospital emergency room or psychiatric inpatient facility) for continued evaluations and treatment

   c. <u>Psychiatric Referral</u>
- i. The resident has been prescribed psychotropic medication within the past 12 months
- ii. The resident has a history of psychiatric hospitalization within the past 12 months
- iii. The resident is assessed as possibly suffering from psychosis

   d. <u>Mental Health Follow-Up Referral</u>
- i. Any resident who is currently on psychiatric medication
- ii. Any resident with a history of being on psychiatric medication in the last 12-months
- iii. Any resident who has been psychiatrically hospitalized in the past 12-months
- iv. Residents who report 3 or more psychiatric hospitalizations in a lifetime
- v. Any resident who presents with possible intellectual functioning difficulties (based on Mental Health Intake Screening questions regarding developmental and educational difficulties and the QMHP's observation of the resident during the screening)
- vi. Any resident who does not meet the above criterion, but needs a psychiatric referral, and/or presents with mental health symptoms that warrant monitoring and follow up by QMHP

   e. <u>Gateway Foundation Referral</u>
- i. Any resident who reported any alcohol, illicit substance, or misuse or abuse of over the counter or prescription medication

   f. <u>Social Work Referral</u>
- i. A referral generated by a JTDC Social Worker to provide a resident scheduled for release from the JTDC with community mental health or other relevant (e.g., employment resources) linkage services

   g. <u>Referral for further evaluation of possible intellectual functioning difficulties</u>
- i. If a resident presents with possible intellectual functioning difficulties (based on Mental Health Intake Screening questions regarding developmental and educational difficulties and the QMHP's observation of the resident during the screening) that resident is referred to the Nancy B. Jefferson Alternative School for further academic needs / intellectual functioning evaluation.

   h. <u>PREA Referral</u>
- i. If a resident presents with PREA risk, either as a potential perpetrator or victim, he/she will be referred to the PREA coordinator in accordance with the JTDC PREA policy.

10. Distribution of Forms / Referrals
   a. The MAYSI-2 form is forwarded to the Administrative Assistant for the Isaac Ray Center
   b. The Mental Health Intake Screening form is placed in the Medical Records Office

   c. The Environmental Alert Card
- i. A JTDC Incident Form is generated and attached to the Environmental Alert Card and the Suicide / Self-Injury Safety Plan which is forwarded to DC-4, the JTDC Center Team or Assistant Team Leader, and the Isaac Ray Center Director of Psychosocial Programs
- ii. The Environmental Alert Card and the Suicide / Self-Injury Safety Plan is placed in the Medical Records Office

   d. The Psychiatric referral is placed in their mailbox located on the Medical / Observation Pod

   e. The Mental Health Follow-Up referral is placed a binder in the Mental Health Bull-Pen Office

   f. The Gateway Foundation referral is faxed to the Chicago Office

   g. The Social Work referral is either forwarded to the residents assigned Centers Social Worker for further processing and then tracked for a 30 day period post release

   h. Results of the intake screening and BSI are forwarded to the mental health team responsible for the resident's assigned center. QMHP from the assigned center will review and follow up on the results if warranted.

IRC Form 505.1 12-18-14

**Cook County Juvenile Temporary Detention Center**
**Mental Health Intake Screening & Initial Treatment Plan**

**Youth Name** (Last, First): _____ DC#: _____ **DOB:** _____

**Contact Date:** _____ **Contact Time:** _____ **Contact Location:** _____

# of Admissions to JTDC: ___Current Charge:_____ Probation/Parole Officer:_____

## Family History

Guardian: _____ Relation: M / F/ Aunt / GM / GF / Other: _____ Phone:_____
Family Member w/ Mental Health Problem?   Y / N / DK Who?_____ What?_____
Family Member w/ Substance Abuse Problem? Y / N / DK Who?_____ What?_____
Lost a Friend/Relative recently? Y / N Who? _____ When? _____ How? _____

## Educational History and Intellectual Functioning

Name of School: _____ Current Grade (or last grade completed):_____

Alternative School? Y / N  Special Education Y / N  BD /LD  Do you have an IEP? Y / N / DK

Grades in school?   As  Bs  Cs  Ds  Fs

Which subjects are most difficult for you? _____ Any reading problems? Y / N

Any speech problems or problems with others understanding you? Y / N

Ever diagnosed with:  Mental Retardation? Y / N  Autism? Y / N  Asperger's Disorder?  Y / N

Were you born with drugs or alcohol in your system? Y / N / DK

Head Injury? Y / N When _____ Loss of Consciousness? Y / N  How long unconscious?_____

Seizures? Y / N  If yes: Type of Seizures? _____ Epilepsy? Y / N

## Mental Health History

**History of Mental Disorder Symptoms:**

> Any history of problems with depression? Y / N
> Any history of problems with anger? Y / N
> Any history of problems with anxiety? Y / N
> Any history of problems with auditory or visual hallucinations? Y / N
> Any history of problems with hyperactivity? Y / N
> Any history of problems with inattention? Y / N
> Any history of other mental health problems? Y / N  If yes:_____

**History of Psychiatric Hospitalizations?** Y / N                    Total lifetime Hospitalizations: _____

# of Times: _____ @ _____ When: _____ Why: _____

_____ @ _____ When: _____ Why: _____

_____ @ _____ When: _____ Why: _____

_____ @ _____ When: _____ Why: _____

Counseling/Therapy? Y / N  Where? _____ Why? _____ Last Attended? _____

**History of Psychotropic Medication Treatment?** Y / N

Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N

Stopped on Own / Dr. / Parent   Requesting Re-Start? Y / N    Reason Stopped: _____

<u>Suicide/Self-Injury Risk Assessment</u>

Current problems with Depression? Y / N   Only since arriving at JTDC? Y / N  How Long? _____

Any current problems w/: Sleep / Appetite / Energy / Loss of Interest in Usual Activities / Crying / None

Ever Suicidal Ideation? Y / N
# of Times_____ Content of ideation? _____ When? _____ Why? _____

Ever Suicide Attempt? Y / N
# of Times_____ How? _____ When? _____ Why? _____

Ever Self-Injury Ideation? Y / N
# of Times_____ Content of ideation? _____ When? _____ Why? _____

Ever Self-Injury Attempt? Y / N
# of Times_____ How? _____ When? _____ Why? _____

**Current Suicidal Ideation?** Y / N          **Passive or Active?** _____
**Current Suicidal Intent?** Y / N            **When?** _____
**Current Suicidal Plan** Y / N               **How?** _____

**Feeling Hopeless?** Y / N
**Future Oriented?** Y / N
**Able to acknowledge an ability to refrain from self-injury at JTDC?** Y / N
**Has Family – Friend Support?** Y / N
**Significant Change in Weight?** Y / N
**Any past Suicide precautions at JTDC or Anywhere else?** Y / N
**When?** _____ **Where?** _____ **Why?** _____

Youth Name (Last, First): _____ DOB: _____

### Abuse / Victimization / Trauma History

Have you ever been physically abused? Y / N

If yes by whom? _____ Relationship: _____
Hotline Call Made? Y / N    Result: _____
MH@JTDC Staff Report Date: _____
Police Involvement/Report? Y/N: _____
*If yes to above, was resident offered a follow-up counseling with mental health on current admission to JTDC? Y / N
(If resident was offered follow-up counseling, place copy of referral in tracking binder)

Have you ever been sexually abused or assaulted? Y / N

If yes by whom? _____ Relationship: _____
Hotline Call Made? Y / N    Result: _____
MH@JTDC Staff Report Date: _____
Police Involvement/Report? Y/N: _____
*If yes to above, was resident offered a follow-up counseling with mental health on current admission to JTDC? Y / N
(If resident was offered follow-up counseling, place copy of referral in tracking binder)

What kinds of violence have you experienced?  Fight / Attacked or Jumped / Shot-at / Been Shot / Stabbed
Other: _____

Any other history of traumatic experiences? Y / N If yes: _____

### Violence / Perpetration History

Have you sexually offended others? Y / N  Who? _____ When? _____
Have you ever been accused of sexually offending others? Y / N  Who? _____ When? _____

Have you ever done the following to someone? Started a Fight / Attacked or Jumped / Shot-at / Shot / Stabbed
Other: _____

Do you like violence? Y / N
Are you thinking about harming any one now? Y / N  Who? _____ Why? _____
Any current plans to harm or kill anyone? Y / N  Who? _____ Why? _____

### LGBTQI / PREA Inquiry

Medical Assigned Sex at Birth? ___Male ___Female ___Intersex
Sexual Orientation? ___Heterosexual ___Lesbian___ Gay ___Bisexual ___Transgender ___Intersex ___Other
Gender Identification? ___Man ___Woman ___Transgender ___Non-Conforming
How do you prefer to be called? _____

Do you feel vulnerable to any potential sexual abuse while detained at the JTDC? Y / N / Unsure
If yes: _____

Is there anything about your sexual practices that could be a safety problem for you or others at JTDC? Y / N
If yes: _____

Youth Name (Last, First): _____  DOB: _____

**Substance Use History**

Alcohol? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using alcohol? _____ Do you use Alone / With Friends / Both  Last Used:_____
Do you ever "blackout" from using alcohol? Y / N
How much money per week do you spend on alcohol? _____

Marijuana? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using Marijuana? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on Marijuana? _____

Cocaine?  Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using Cocaine? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on Cocaine? _____

Heroine? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using Heroine? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on Heroine? _____

Other Opiates?  ("Lean", OxyContin, Vicodin, Codeine, Hydrocodone, Norco)  Y / N
If yes, what:_____ How much? _____ How often? Daily / ___x per Week / Month / Year
When did you start using other opiates? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on other opiates? _____

Other Drugs?  (Ecstasy, "Molly", "Triple Cs", "Leaf", "Bars", Xanax, etc.)  Y / N
If yes, what:_____ How much? _____ How often? Daily / ___x per Week / Month / Year
When did you start using other drugs? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on other drugs? _____

History of drug treatment? Y / N Where?_____ For _____ When? _____ Completed? Y / N

Drug Abuse Screening Test (DAST-10)
(Copyright 1982 by Harvey A. Skinner, PhD, Department of Public Health Sciences, University of Toronto)

These questions refer to drug use (not alcohol) in the past 12 months

| | | |
|---|---|---|
| 1. | Have you used drugs other than those required for medical reasons? | Y / N |
| 2. | Do you abuse more than one drug at a time? | Y / N |
| 3. | Are you always able to stop using drugs when you want to? | Y / N (one point for "No") |
| 4. | Have you had "blackouts" or "flashbacks" as a result of drug use? | Y / N |
| 5. | Do you ever feel bad or guilty about your drug use? | Y / N |
| 6. | Does your partner or parent ever complain about your drug use? | Y / N |
| 7. | Have you neglected your loved ones because of your use of drugs? | Y / N |
| 8. | Have you engaged in illegal activities in order to obtain drugs? | Y / N |
| 9. | Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs? | Y / N |
| 10. | Have you had any medical problems as a result of your drug use (memory loss, hepatitis, convulsions, bleeding, etc)? | Y / N |

Total Score: _____

Scoring: 1 point for each "Yes" response (except item 3 where "No" gets 1 point)
0 = None      1-2 = Low      3-5 = Intermediate / probable DSM criteria      6-8 = Substantial      9-10 = Severe

Youth Name (Last, First): _____ DOB: _____

## Mental Status / Adjustment to Incarceration

Oriented X___ If not fully oriented: _____
Disposition: Cooperative / Other: _____
Speech: WNL / Other: _____
Mood: WNL / Other: _____
Affect: WNL / Other: _____
Thought Content: WNL / Other: _____
Thought Process: WNL / Other: _____
Evidence of Psychosis: Y / N  If yes: _____

Is Resident's behavior appropriate at intake? Y / N  If no: _____
Emotional Response to Incarceration: WNL / Other: _____
Resident was oriented to the Mental Health Program at JTDC and informed of how to access MH services: Y / N

## Initial Mental Health Treatment Plan / Referrals

Housing Recommendation: General Population / Medical Observation

Mental Health Recommendations:

| | |
|---|---|
| Place resident on Mental Health Follow-up Status (for mental health reasons): | Y / N |
| Place resident on Mental Health Follow-up Status (for substance abuse reasons): | Y / N |
| Place resident on Mental Health Follow-up Status (for other identified special needs): | Y / N |
| Place resident on Environmental Alert: | Y / N |
| Observation Status: | |
| EA, 15 minute observation status: | Y / N |
| EA, Close Observation (3-4 minute checks): | Y / N |
| EA, Continuous Observation: | Y / N |

Mental Health Classification Level:    I    2    3    N/A

Refer resident to Psychiatry: Y / N
Refer resident to Social Work (if not already placed on MH Follow up status): Y / N
Refer resident to Gateway Foundation (substance abuse referral): Y / N
Referral to NBJ School due to possible Intellectual Functioning Issues: Y / N

**PREA**
Referral to PREA Oversight Committee: Y / N   If yes:   Victim Risk: Y / N   Perpetrator Risk: Y / N

**LGBTQI**
Referral to LGBTQI Oversight Committee: Y / N  Reason: _____

Notes: _____
_____
_____
_____
_____
_____

NOTE: **All information on this Mental Health Screening Form was provided by the Resident (self-report)**

**Clinician Signature:** _____ **Clinician Title:** _____
**Supervisor's Signature (if applicable):** _____

Youth Name (Last, First): _____   DOB: _____

# Exhibit C

IRC Form 505.1 12-18-14     **Cook County Juvenile Temporary Detention Center**
**Mental Health Intake Screening & Initial Treatment Plan**

**Youth Name** (Last, First): _____ DC#: _____ **DOB:** _____

**Contact Date:** _____ **Contact Time:** _____ **Contact Location:** _____

# of Admissions to JTDC: ___ Current Charge: _____ Probation/Parole Officer: _____

## Family History

Guardian: _____ Relation: M / F / Aunt / GM / GF / Other: _____ Phone: _____
Family Member w/ Mental Health Problem?   Y / N / DK Who? _____ What? _____
Family Member w/ Substance Abuse Problem? Y / N / DK Who? _____ What? _____
Lost a Friend/Relative recently? Y / N Who? _____ When? _____ How? _____

## Educational History and Intellectual Functioning

Name of School: _____ Current Grade (or last grade completed): _____

Alternative School? Y / N  Special Education Y / N  BD /LD  Do you have an IEP? Y / N / DK

Grades in school?   As  Bs  Cs  Ds  Fs

Which subjects are most difficult for you? _____ Any reading problems? Y / N

Any speech problems or problems with others understanding you? Y / N

Ever diagnosed with:  Mental Retardation? Y / N  Autism? Y / N  Asperger's Disorder?  Y / N

Were you born with drugs or alcohol in your system? Y / N / DK

Head Injury? Y / N When _____ Loss of Consciousness? Y / N  How long unconscious? _____

Seizures? Y / N  If yes: Type of Seizures? _____ Epilepsy? Y / N

## Mental Health History

**History of Mental Disorder Symptoms:**

Any history of problems with depression? Y / N
Any history of problems with anger? Y / N
Any history of problems with anxiety? Y / N
Any history of problems with auditory or visual hallucinations? Y / N
Any history of problems with hyperactivity? Y / N
Any history of problems with inattention? Y / N
Any history of other mental health problems? Y / N  If yes: _____

**History of Psychiatric Hospitalizations?** Y / N          Total lifetime Hospitalizations: _____

# of Times: _____ @ _____When: _____ Why: _____

_____ @ _____When: _____ Why: _____

_____ @ _____When: _____ Why: _____

_____ @ _____When: _____ Why: _____

**Counseling/Therapy?** Y / N  Where? _____ Why? _____ Last Attended? _____

**History of Psychotropic Medication Treatment?** Y / N

Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N
Medication: _____ Why? _____ Last Taken? _____ Helpful? Y / N

Stopped on Own / Dr. / Parent   Requesting Re-Start? Y / N    Reason Stopped: _____

<u>**Suicide/Self-Injury Risk Assessment**</u>

Current problems with Depression? Y / N  Only since arriving at JTDC? Y / N  How Long?_____

Any current problems w/: Sleep / Appetite / Energy / Loss of Interest in Usual Activities / Crying / None

Ever Suicidal Ideation? Y / N
# of Times_____ Content of ideation?_____ When?_____ Why?_____

Ever Suicide Attempt? Y / N
# of Times_____ How?_____ When?_____ Why?_____

Ever Self-Injury Ideation? Y / N
# of Times_____ Content of ideation?_____ When?_____ Why?_____

Ever Self-Injury Attempt? Y / N
# of Times_____ How?_____ When?_____ Why?_____

**Current Suicidal Ideation?** Y / N        **Passive or Active?**_____
**Current Suicidal Intent?** Y / N          **When?**_____
**Current Suicidal Plan** Y / N            **How?** _____

**Feeling Hopeless?** Y / N
**Future Oriented?** Y / N
**Able to acknowledge an ability to refrain from self-injury at JTDC?** Y / N
**Has Family – Friend Support?** Y / N
**Significant Change in Weight?** Y / N
**Any past Suicide precautions at JTDC or Anywhere else?** Y / N
**When?**_____ **Where?**_____ **Why?**_____

Youth Name (Last, First): _____  DOB: _____

### Abuse / Victimization / Trauma History

Have you ever been physically abused? Y / N

If yes by whom? _____ Relationship: _____
Hotline Call Made? Y / N    Result: _____
MH@JTDC Staff Report Date: _____
Police Involvement/Report? Y/N: _____
*If yes to above, was resident offered a follow-up counseling with mental health on current admission to JTDC? Y / N
(If resident was offered follow-up counseling, place copy of referral in tracking binder)

Have you ever been sexually abused or assaulted? Y / N

If yes by whom? _____ Relationship: _____
Hotline Call Made? Y / N    Result: _____
MH@JTDC Staff Report Date: _____
Police Involvement/Report? Y/N: _____
*If yes to above, was resident offered a follow-up counseling with mental health on current admission to JTDC? Y / N
(If resident was offered follow-up counseling, place copy of referral in tracking binder)

What kinds of violence have you experienced?  Fight / Attacked or Jumped / Shot-at / Been Shot / Stabbed
Other:_____

Any other history of traumatic experiences? Y / N If yes:_____

### Violence / Perpetration History

Have you sexually offended others? Y / N  Who? _____ When? _____
Have you ever been accused of sexually offending others? Y / N  Who?_____ When?_____

Have you ever done the following to someone? Started a Fight / Attacked or Jumped / Shot-at / Shot / Stabbed
Other:_____

Do you like violence? Y / N
Are you thinking about harming any one now? Y / N  Who? _____ Why? _____
Any current plans to harm or kill anyone? Y / N  Who?_____ Why? _____

### LGBTQI / PREA Inquiry

Medical Assigned Sex at Birth? ___Male ___Female ___Intersex
Sexual Orientation? __Heterosexual ___Lesbian___ Gay ___ Bisexual __Transgender ___Intersex ___Other
Gender Identification? ___Man ___Woman ___Transgender ___Non-Conforming
How do you prefer to be called?_____

Do you feel vulnerable to any potential sexual abuse while detained at the JTDC? Y / N / Unsure
If yes: _____

Is there anything about your sexual practices that could be a safety problem for you or others at JTDC? Y / N
If yes: _____

Youth Name (Last, First): _____ DOB: _____

## Substance Use History

Alcohol? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using alcohol? _____ Do you use Alone / With Friends / Both  Last Used:_____
Do you ever "blackout" from using alcohol? Y / N
How much money per week do you spend on alcohol? _____

Marijuana? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using Marijuana? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on Marijuana? _____

Cocaine? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using Cocaine? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on Cocaine? _____

Heroine? Y / N How much?_____ How often? Daily / _____ x per Week / Month / Year
When did you start using Heroine? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on Heroine? _____

Other Opiates? ("Lean", OxyContin, Vicodin, Codeine, Hydrocodone, Norco)  Y / N
If yes, what:_____ How much? _____ How often? Daily / ___x per Week / Month / Year
When did you start using other opiates? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on other opiates? _____

Other Drugs? (Ecstasy, "Molly", "Triple Cs", "Leaf", "Bars", Xanax, etc.)  Y / N
If yes, what:_____ How much? _____ How often? Daily / ___x per Week / Month / Year
When did you start using other drugs? _____ Do you use Alone / With Friends / Both  Last Used:_____
How much money per week do you spend on other drugs? _____

History of drug treatment? Y / N Where?_____ For _____ When? _____ Completed? Y / N

Drug Abuse Screening Test (DAST-10)
(Copyright 1982 by Harvey A. Skinner, PhD, Department of Public Health Sciences, University of Toronto)

These questions refer to drug use (not alcohol) in the past 12 months

1. Have you used drugs other than those required for medical reasons?  Y / N
2. Do you abuse more than one drug at a time?  Y / N
3. Are you always able to stop using drugs when you want to?  Y / N (one point for "No")
4. Have you had "blackouts" or "flashbacks" as a result of drug use?  Y / N
5. Do you ever feel bad or guilty about your drug use?  Y / N
6. Does your partner or parent ever complain about your drug use?  Y / N
7. Have you neglected your loved ones because of your use of drugs?  Y / N
8. Have you engaged in illegal activities in order to obtain drugs?  Y / N
9. Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs?  Y / N
10. Have you had any medical problems as a result of your drug use (memory loss, hepatitis, convulsions, bleeding, etc)?  Y / N

Total Score: _____

Scoring: 1 point for each "Yes" response (except item 3 where "No" gets 1 point)
0 = None        1-2 = Low        3-5 = Intermediate / probable DSM criteria        6-8 = Substantial        9-10 = Severe

Youth Name (Last, First): _____ DOB: _____

## Mental Status / Adjustment to Incarceration

Oriented  X___  If not fully oriented: _____
Disposition: Cooperative / Other: _____
Speech: WNL / Other: _____
Mood: WNL / Other: _____
Affect: WNL / Other: _____
Thought Content: WNL / Other: _____
Thought Process: WNL / Other: _____
Evidence of Psychosis: Y / N  If yes: _____

Is Resident's behavior appropriate at intake? Y / N  If no: _____
Emotional Response to Incarceration: WNL / Other: _____
Resident was oriented to the Mental Health Program at JTDC and informed of how to access MH services: Y / N

## Initial Mental Health Treatment Plan / Referrals

Housing Recommendation: General Population / Medical Observation

Mental Health Recommendations:

| | |
|---|---|
| Place resident on Mental Health Follow-up Status (for mental health reasons): | Y / N |
| Place resident on Mental Health Follow-up Status (for substance abuse reasons): | Y / N |
| Place resident on Mental Health Follow-up Status (for other identified special needs): | Y / N |

| | |
|---|---|
| Place resident on Environmental Alert: | Y / N |
| Observation Status: | |
| EA, 15 minute observation status: | Y / N |
| EA, Close Observation (3-4 minute checks): | Y / N |
| EA, Continuous Observation: | Y / N |

Mental Health Classification Level:    1    2    3    N/A

Refer resident to Psychiatry: Y / N
Refer resident to Social Work (if not already placed on MH Follow up status): Y / N
Refer resident to Gateway Foundation (substance abuse referral): Y / N
Referral to NBJ School due to possible Intellectual Functioning Issues: Y / N

**PREA**
Referral to PREA Oversight Committee: Y / N   If yes:   Victim Risk: Y / N   Perpetrator Risk: Y / N

**LGBTQI**
Referral to LGBTQI Oversight Committee: Y / N  Reason: _____

Notes: _____
_____
_____
_____
_____
_____
_____

NOTE: All information on this Mental Health Screening Form was provided by the Resident (self-report)

Clinician Signature: _____ Clinician Title: _____
Supervisor's Signature (if applicable): _____

Youth Name (Last, First): _____ DOB: _____

# Exhibit D

## MAYSI-2 Questionnaire

Name _____ Male ☐   Female ☐

Date of Birth _____   Today's Date _____

These are some questions about things that sometime happen to people. For each question, please circle YES or NO to answer whether that question has been true for you IN THE PAST FEW MONTHS. Please answer these questions as well as you can.

Circle Y (yes) or N (no)

| | | | |
|---|---|---|---|
| 1. Have you had a lot of trouble falling asleep or staying asleep? | Y | N | 1 |
| 2. Have you lost your temper easily, or had a "short fuse"? | Y | N | 2 |
| 3. Have nervous or worried feelings kept you from doing things you want to do? | Y | N | 3 |
| 4. Have you had a lot of problems concentrating or paying attention? | Y | N | 4 |
| 5. Have you enjoyed fighting, or been "turned on" by fighting? | Y | N | 5 |
| 6. Have you been easily upset? | Y | N | 6 |
| 7. Have you thought a lot about getting back at someone you have been angry at? | Y | N | 7 |
| 8. Have you been really jumpy or hyper? | Y | N | 8 |
| 9. Have you seen things other people say are not really there? | Y | N | 9 |
| 10. Have you done anything you wish you hadn't, when you were drunk or high? | Y | N | 10 |
| 11. Have you wished you were dead? | Y | N | 11 |
| 12. Have you been daydreaming too much in school? | Y | N | 12 |
| 13. Have you had too many bad moods? | Y | N | 13 |
| 14. Have you had nightmares that are bad enough to make you afraid to go to sleep? | Y | N | 14 |
| 15. Have you felt too tired to have a good time? | Y | N | 15 |
| 16. Have you felt like life was not worth living? | Y | N | 16 |
| 17. Have you felt lonely too much of the time? | Y | N | 17 |
| 18. Have you felt like hurting yourself? | Y | N | 18 |
| 19. Have your parents or friends thought you drink too much? | Y | N | 19 |
| 20. Have you heard voices other people can't hear? | Y | N | 20 |
| 21. Has it seemed like some part of your body always hurts you? | Y | N | 21 |
| 22. Have you felt like killing yourself? | Y | N | 22 |
| 23. Have you gotten in trouble when you've been high or have been drinking? | Y | N | 23 |
| 24. If yes, is this fighting? | Y | N | 24 |

Copyright © 1998 Thomas Grisso, Richard Barnum, Richard Famularo, and Robert Kinscherff

**CCSAO T.S. v. 20th Century**                    **011285**



**Circle Y (yes) or N (no)**

| | | | |
|---|---|---|---|
| 25. Have other people been able to control your brain or your thoughts? | Y | N | 25 |
| 26. Have you had a bad feeling that things don't seem real, like you're in a dream? | Y | N | 26 |
| When you have felt nervous or anxious: | | | |
| 27. have you felt shaky? | Y | N | 27 |
| 28. has your heart beat very fast? | Y | N | 28 |
| 29. have you felt short of breath? | Y | N | 29 |
| 30. have your hands felt clammy? | Y | N | 30 |
| 31. has your stomach been upset? | Y | N | 31 |
| 32. Have you been able to make other people do things just by thinking about it? | Y | N | 32 |
| 33. Have you used alcohol or drugs to help you feel better? | Y | N | 33 |
| 34. Have you felt that you don't have fun with your friends anymore? | Y | N | 34 |
| 35. Have you felt angry a lot? | Y | N | 35 |
| 36. Have you felt like you don't want to go to school anymore? | Y | N | 36 |
| 37. Have you been drunk or high at school? | Y | N | 37 |
| 38. Have you felt that you can't do anything right? | Y | N | 38 |
| 39. Have you gotten frustrated a lot? | Y | N | 39 |
| 40. Have you used alcohol and drugs at the same time? | Y | N | 40 |
| 41. Has it been hard for you to feel close to people outside your family? | Y | N | 41 |
| 42. When you have been mad, have you stayed mad for a long time? | Y | N | 42 |
| 43. Have you had bad headaches? | Y | N | 43 |
| 44. Have you hurt or broken something on purpose, just because you were mad? | Y | N | 44 |
| 45. Have you been so drunk or high that you couldn't remember what happened? | Y | N | 45 |
| 46. Have people talked about you a lot when you're not there? | Y | N | 46 |
| 47. Have you given up hope for your life? | Y | N | 47 |
| 48. Have you EVER IN YOUR WHOLE LIFE had something very bad or terrifying happen to you? | Y | N | 48 |
| 49. Have you ever been badly hurt, or been in danger of getting badly hurt or killed? | Y | N | 49 |
| 50. Have you ever been raped, or been in danger of getting raped? | Y | N | 50 |
| 51. Have you had a lot of bad thoughts or dreams about a bad or scary event that happened to you? | Y | N | 51 |
| 52. Have you ever seen someone severely injured or killed (in person – not in movies or on TV)? | Y | N | 52 |

# Exhibit E

## Mental Health Data Dashboard

**IRC Monthly Mental Health Dashboard**

| Mental Health Population | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Year to date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YTD Ave |
| Mean Active Tx Cases | 84.05 | 88.16 | 93.19 | 79.61 | 92.85 | 103.19 | 105.9 | 91.68 | 91 | 93 | 100 | 92 | 92.88583 |
| Mean Number on Medications | 26.45 | 27.79 | 30.29 | 32.17 | 35.6 | 31.76 | 30.1 | 28 | 26 | 32 | 32 | 30 | 30.2 |
| Mean Percentage on Medications | 31% | 32% | 33% | 40% | 38% | 31% | 28% | 31% | 29% | 34% | 32% | 33% | 32.6% |
| Mean JTDC Population | 346 | 349.0 | 360.0 | 350 | 372 | 386 | 377 | 337 | 328 | 323 | 322 | 285 | 344.6 |
| Percent JTDC Population Active Psych pt. | 24% | 25% | 26% | 23% | 25% | 27% | 28% | 27% | 28% | 29% | 31% | 32% | 27.1% |
| Percent JTDC Population on Psych. Rx | 8% | 8% | 8% | 9% | 10% | 8% | 8% | 8% | 8% | 10% | 10% | 11% | 8.8% |

| Specific Mental Health Contacts | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | YTD Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intakes | 353 | 257 | 351 | 333 | 359 | 374 | 331 | 289 | 250 | 301 | 234 | 217 | 3649 |
| Referrals | 504 | 523 | 560 | 519 | 560 | 554 | 514 | 414 | 540 | 520 | 477 | 528 | 6213 |
| Individual Tx (Follow-up) | 462 | 371 | 419 | 351 | 346 | 399 | 458 | 409 | 379 | 455 | 476 | 540 | 5065 |
| Confinement | 629 | 559 | 566 | 545 | 752 | 736 | 813 | 639 | 541 | 621 | 488 | 479 | 7368 |
| Group Tx | 76 | 73 | 57 | 69 | 74 | 67 | 63 | 48 | 41 | 35 | 36 | 49 | 688 |
| Group Members | 640 | 629 | 499 | 549 | 618 | 630 | 501 | 376 | 305 | 290 | 308 | 352 | 5697 |
| JTDC Admissions | 358 | 271 | 374 | 343 | 342 | 390 | 340 | 336 | 305 | 306 | 258 | 223 | 3846 |
| Percent of JTDC Admits w/ Psych Intakes | 99% | 95% | 94% | 97% | 105% | 96% | 97% | 86% | 82% | 98% | 91% | 97% | 95% |

| Staffings | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | YTD Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Team Staffings (no. of residents) | 329 | 252 | 415 | 265 | 309 | 505 | 418 | 269 | 407 | 310 | 358 | 364 | 4201 |
| Hospital Staffings | 5 | 4 | 0 | 1 | 0 | 0 | 0 | 2 | 8 | 2 | 3 | 0 | 25 |

| Crises/Service Issues | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | YTD Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Self-harm/Suicide Ideation* | 17 | 9 | 8 | 7 | 15 | 17 | 15 | 14 | 17 | 9 | 7 | 13 | 148 |
| Self-harm/Suicide Gestures** | 10 | 8 | 9 | 7 | 9 | 13 | 6 | 5 | 5 | 9 | 6 | 1 | 88 |
| Self-harm Attempts/Events | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Suicide Attempts*** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grievances | 2 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Crises (per staff) | 46 | 34 | 30 | 21 | 35 | 38 | 32 | 34 | 47 | 45 | 24 | 48 | 434 |
| Crises (per incident reports)**** | 19 | 18 | 4 | 8 | 14 | 17 | 13 | 14 | 15 | 14 | 9 | 10 | 155 |
| Number of Hospitalizations | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 2 | 1 | 0 | 11 |
| Number of residents hospitalized | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 2 | 1 | 0 | 11 |
| JSH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JTDC/SASS | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 9 |
| SASS Rejections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JSH Returns | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

| JTDC Staff-development | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | YTD Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Sessions | 2 | 0 | 2 | 0 | 2 | 0 | 3 | 1 | 2 | 15 | 1 | 1 | 29 |
| Total session hours | 7 | 0 | 7 | 0 | 7 | 0 | 12 | 4 | 8 | 60 | 4 | 4 | 113 |
| # of people trained | 35 | 0 | 40 | 0 | 35 | 0 | 52 | 35 | 40 | 679 | 14 | 3 | 933 |

| Overall Encounters | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | YTD Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Mental Health | 4887 | 4499 | 4577 | 4476 | 5205 | 5307 | 5279 | 4506 | 4546 | 4572 | 4261 | 4584 | 56699 |
| Total Psychiatry | 997 | 706 | 1128 | 904 | 943 | 1151 | 1178 | 730 | 873 | 793 | 940 | 974 | 11317 |

| Personnel | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | YTD Ave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FTE | 33 | 33 | 33 | 33 | 33 | 34 | 34 | 34 | 34 | 34 | 34 | 33 | 33.5 |
| PTE | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Vacancies | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0.5 |

*Suicidal Ideation is defined as as the verbal expression of suicidal thoughts but without any plan or plans that are loosely organized and non-lethal.

** Suicidal gesture is associated with non-lethal behaviors. Such behaviors may include: loosely tying string around neck and calling staff's attention to such, writing a suicide note with no self-harm behavior exhibited, repeatedly banging head on toilet or wall with no associated bruising/marks, superficial scratching requiring no medical attention as there is no injury.

*** A Suicidal Attempt is defined as a behavioral action which is designed to produce/result result in injury or death.

**** A "Crisis" is defined as: 1) an instance of active self-harm/suicidal ideation; 2) a self-harm/suicidal gesture; 3) a self-harm/suicidal attempt or 4) Hostile or aggressive behavior which could result in injury to others

# Exhibit F

## MHI Screening Spreadsheet

| Date Range | JTDC Admissions | MH Intake Screenings Completed |
|---|---|---|
|  |  |  |
| 6/21 - 6/26 | 88 | 101 |
|  |  |  |
| 7/13 - 7/16 | 43 | 43 |
|  |  |  |
| 8/23-8/26 | 51 | 52 |
|  |  |  |

| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
|------|---------|-------|-----|----------|--------|--------|--------|
| 6/21/2015 | 7 | | 1 | CLARKE | 0 | 0 | 0 |
| 6/21/2015 | 7 | | 1 | WOODS | 1 | 1 | 0 |
| 6/21/2015 | 7 | | 2 | REDDING | 0 | 0 | 0 |
| 6/21/2015 | 7 | | 3 | MRGAN | 0 | 9 | 0 |
| 6/21/2015 | 7 | | 1 | RICHARDS( | 0 | 0 | 0 |
| 6/21/2015 | 7 | | 1 | HAKIMI | 2 | 0 | 0 |
| 6/21/2015 | 7 | | 3 | HERNANDE | 2 | 0 | 0 |
| 6/21/2015 | 7 | | 3 | O'NEAL | 5 | 0 | 0 |
| 6/21/2015 | 7 | | 1 | BONECUTT | 0 | 0 | 0 |
| 6/21/2015 | 7 | | 1 | WEIDNER | 7 | 0 | 0 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 6/22/2015 | 1 | | 1 | CLARKE | 0 | 0 | 0 |
| 6/22/2015 | 1 | | 3 | RUSSELL | 0 | 0 | 0 |
| 6/22/2015 | 1 | | 2 | HALL | 0 | 0 | 0 |
| 6/22/2015 | 1 | | 3 | MRGAN | 0 | 0 | 0 |
| 6/22/2015 | 1 | | 1 | RICHARDS( | 0 | 0 | 0 |
| 6/22/2015 | 1 | | 1 | HAKIMI | 1 | 0 | 0 |
| 6/22/2015 | 1 | | 3 | HERNANDE | 0 | 0 | 0 |
| 6/22/2015 | 1 | | 3 | FRASER | 3 | 0 | 1 |
| 6/22/2015 | 1 | | 3 | O'NEAL | 4 | 0 | 0 |
| 6/22/2015 | 1 | | 1 | BONECUTT | 0 | 0 | 0 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 6/23/2015 | 2 | | 3 | RUSSELL | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | CLARKE | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 2 | HALL | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 3 | SIDO | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 2 | HORTON | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | BALES | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 3 | ROSE | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 2 | VANVOORl | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | RICHARDS( | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | BONECUTT | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 3 | ST HUBERT | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | HAKIMI | 2 | 0 | 0 |
| 6/23/2015 | 2 | | 3 | HERNANDE | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | MASON | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | ZHAO | 1 | 0 | 0 |
| 6/23/2015 | 2 | | 3 | FRASER | 2 | 0 | 1 |
| 6/23/2015 | 2 | | 3 | O'NEAL | 4 | 0 | 1 |
| 6/23/2015 | 2 | | 1 | HOUSTON | 0 | 3 | 0 |
| 6/23/2015 | 2 | | 2 | REDDING | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 3 | NASH | 0 | 0 | 0 |
| 6/23/2015 | 2 | | 1 | WEIDNER | 1 | 0 | 0 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 6/24/2015 | 3 | | 2 | HALL | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 3 | SIDO | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 2 | HORTON | 0 | 0 | 0 |

| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
|------|---------|-------|-----|----------|--------|--------|--------|
| 6/24/2015 | 3 | | 1 | BALES | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 1 | WOODS | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 3 | MRGAN | 0 | 3 | 0 |
| 6/24/2015 | 3 | | 2 | VANVOORI | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 1 | MASON | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 1 | ZHAO | 3 | 0 | 2 |
| 6/24/2015 | 3 | | 1 | HOUSTON | 1 | 0 | 0 |
| 6/24/2015 | 3 | | 3 | NASH | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 1 | QUISENBEI | 0 | 0 | 0 |
| 6/24/2015 | 3 | | 1 | WEIDNER | 6 | 0 | 0 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 6/25/2015 | 4 | | 1 | CLARKE | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 1 | BONECUTT | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 2 | HALL | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 3 | RUSSELL | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 2 | HORTON | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 3 | ROSE | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 1 | WOODS | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 1 | RICHARDSC | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 2 | REDDING | 5 | 0 | 1 |
| 6/25/2015 | 4 | | 2 | KAY | 1 | 0 | 0 |
| 6/25/2015 | 4 | | 3 | ST HUBERT | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 1 | HAKIMI | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 3 | HERNANDE | 3 | 0 | 0 |
| 6/25/2015 | 4 | | 1 | MASON | 0 | 0 | 0 |
| 6/25/2015 | 4 | | 3 | FRASER | 4 | 0 | 2 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 6/26/2015 | 5 | | 3 | COLE | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 2 | HORTON | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 1 | BALES | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 3 | ROSE | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 2 | VANVOORI | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 1 | BONECUTT | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 1 | MASON | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 1 | ZHAO | 6 | 0 | 2 |
| 6/26/2015 | 5 | | 1 | HOUSTON | 1 | 1 | 0 |
| 6/26/2015 | 5 | | 2 | KAY | 1 | 0 | 0 |
| 6/26/2015 | 5 | | 3 | NASH | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 1 | QUISENBEI | 0 | 0 | 0 |
| 6/26/2015 | 5 | | 1 | WEIDNER | 8 | 0 | 0 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| | | | | | 74 | 17 | 10 |

101

| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
|---|---|---|---|---|---|---|---|
| 7/13/2015 | 1 | | 2 | REDDING | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 1 | BONECUTT | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 1 | CLARKE | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 2 | HALL | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 3 | MRGAN | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 1 | RICHARDSO | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 3 | ST HUBERT | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 1 | HAKIMI | 1 | 0 | 0 |
| 7/13/2015 | 1 | | 3 | RUSSELL | 0 | 0 | 0 |
| 7/13/2015 | 1 | | 3 | FRASER | 3 | 0 | 5 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 7/14/2015 | 2 | | 3 | RUSSELL | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | BONECUTT | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | CLARKE | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 2 | HALL | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 3 | COLE | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 3 | SIDO | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 2 | HORTON | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | BALES | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 3 | ROSE | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | WOODS | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 3 | MRGAN | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 2 | VANVOORI | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | RICHARDSO | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 3 | ST HUBERT | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | HAKIMI | 1 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | MASON | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | ZHAO | 2 | 1 | 1 |
| 7/14/2015 | 2 | | 3 | FRASER | 4 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | HOUSTON | 0 | 4 | 0 |
| 7/14/2015 | 2 | | 3 | NASH | 1 | 0 | 0 |
| 7/14/2015 | 2 | | 2 | REDDING | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | QUISENBEF | 0 | 0 | 0 |
| 7/14/2015 | 2 | | 1 | WEIDNER | 0 | 0 | 2 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 7/15/2015 | 3 | | 2 | HALL | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 3 | COLE | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 3 | SIDO | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 2 | HORTON | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 1 | BALES | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 1 | BONECUTT | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 2 | VANVOORI | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 1 | MASON | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 1 | ZHAO | 0 | 1 | 0 |
| 7/15/2015 | 3 | | 1 | HOUSTON | 0 | 2 | 0 |
| 7/15/2015 | 3 | | 3 | NASH | 2 | 1 | 0 |

| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
|---|---|---|---|---|---|---|---|
| 7/15/2015 | 3 | | 1 | QUISENBER | 0 | 0 | 0 |
| 7/15/2015 | 3 | | 1 | WEIDNER | 4 | 0 | 1 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| 7/16/2015 | 4 | | 3 | RUSSELL | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 1 | CLARKE | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 2 | REDDING | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 2 | HORTON | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 3 | ROSE | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 1 | WOODS | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 1 | BONECUTT | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 1 | RICHARDSO | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 1 | HAKIMI | 1 | 0 | 0 |
| 7/16/2015 | 4 | | 1 | MASON | 0 | 0 | 0 |
| 7/16/2015 | 4 | | 3 | FRASER | 2 | 0 | 4 |
| 7/16/2015 | 4 | | 1 | HOUSTON | 0 | 0 | 0 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | 3rd_RE | 4th_RE | 5th_RE |
| | | | | | 21 | 9 | 13 |

43

| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | RE |
|------|---------|-------|-----|----------|-----|
| 8/23/2015 | 7 | | 1 | CLARKE | 0 |
| 8/23/2015 | 7 | | 2 | HALL | 0 |
| 8/23/2015 | 7 | | 1 | WOODS | 0 |
| 8/23/2015 | 7 | | 3 | MRGAN | 0 |
| 8/23/2015 | 7 | | 1 | RICHARDSO | 0 |
| 8/23/2015 | 7 | | 1 | HAKIMI | 0 |
| 8/23/2015 | 7 | | 3 | FRASER | 4 |
| 8/23/2015 | 7 | | 3 | O'NEAL | 6 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | RE |
| 8/24/2015 | 1 | | 1 | CLARKE | 0 |
| 8/24/2015 | 1 | | 2 | HALL | 0 |
| 8/24/2015 | 1 | | 1 | WOODS | 0 |
| 8/24/2015 | 1 | | 2 | REDDING | 0 |
| 8/24/2015 | 1 | | 3 | MRGAN | 1 |
| 8/24/2015 | 1 | | 1 | RICHARDSO | 0 |
| 8/24/2015 | 1 | | 1 | BONECUTT | 0 |
| 8/24/2015 | 1 | | 3 | ST HUBERT | 0 |
| 8/24/2015 | 1 | | 1 | HAKIMI | 2 |
| 8/24/2015 | 1 | | 3 | FRASER | 5 |
| 8/24/2015 | 1 | | 3 | O'NEAL | 6 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | RE |
| 8/25/2015 | 2 | | 2 | KAY | 0 |
| 8/25/2015 | 2 | | 1 | CLARKE | 0 |
| 8/25/2015 | 2 | | 2 | HALL | 0 |
| 8/25/2015 | 2 | | 3 | SIDO | 0 |
| 8/25/2015 | 2 | | 1 | BALES | 0 |
| 8/25/2015 | 2 | | 3 | ROSE | 0 |
| 8/25/2015 | 2 | | 1 | WOODS | 0 |
| 8/25/2015 | 2 | | 3 | MRGAN | 2 |
| 8/25/2015 | 2 | | 2 | VANVOORI | 0 |
| 8/25/2015 | 2 | | 1 | BONECUTT | 0 |
| 8/25/2015 | 2 | | 3 | ST HUBERT | 0 |
| 8/25/2015 | 2 | | 1 | HAKIMI | 2 |
| 8/25/2015 | 2 | | 1 | MASON | 0 |
| 8/25/2015 | 2 | | 1 | ZHAO | 2 |
| 8/25/2015 | 2 | | 3 | FRASER | 4 |
| 8/25/2015 | 2 | | 3 | O'NEAL | 6 |
| 8/25/2015 | 2 | | 1 | HOUSTON | 0 |
| 8/25/2015 | 2 | | 3 | NASH | 0 |
| 8/25/2015 | 2 | | 2 | REDDING | 0 |
| 8/25/2015 | 2 | | 1 | WEIDNER | 2 |
| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | RE |
| 8/26/2015 | 3 | | 2 | HALL | 0 |
| 8/26/2015 | 3 | | 3 | COLE | 0 |
| 8/26/2015 | 3 | | 3 | SIDO | 0 |
| 8/26/2015 | 3 | | 1 | BALES | 0 |

| DATE | WEEKDAY | SHIFT | JOB | EMPLOYEE | RE |
|---|---|---|---|---|---|
| 8/26/2015 | 3 | | 3 | MRGAN | 3 |
| 8/26/2015 | 3 | | 2 | VANVOORI | 0 |
| 8/26/2015 | 3 | | 1 | BONECUTT | 0 |
| 8/26/2015 | 3 | | 1 | MASON | 0 |
| 8/26/2015 | 3 | | 1 | ZHAO | 4 |
| 8/26/2015 | 3 | | 1 | HOUSTON | 0 |
| 8/26/2015 | 3 | | 3 | NASH | 0 |
| 8/26/2015 | 3 | | 2 | KAY | 0 |
| 8/26/2015 | 3 | | 1 | WEIDNER | 3 |

52