UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

T.S., et al.
                                      Plaintiff,

v.                                            Case No.: 1:16−cv−08303
                                                     Honorable Rebecca R. Pallmeyer

Twentieth Century Fox Television, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2019:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. For the reasons stated on the record, Plaintiffs' motion to compel 30(b)(6) deposition [293] is granted. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.