IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 16-cv-8303 |
| vs. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| ) | |
| TWENTIETH CENTURY FOX ) | |
| TELEVISION, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT CHIEF JUDGE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Chief Judge of the Circuit Court of Cook County moves for summary judgment dismissing all claims against him because (1) he is not a person subject to suit under Section 1983 and (2) all claims against him are barred by the Eleventh Amendment.[1] The grounds for this motion are set forth in the Defendant Chief Judge's Combined Response to Plaintiffs' Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment (Dkt. No. 322).

Dated: January 17, 2020

KWAME RAOUL
Attorney General of Illinois

Respectfully submitted,

/s/ Michael T. Dierkes

Michael T. Dierkes
Hal Dworkin
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672

Counsel for Chief Judge Evans

---

[1] Defendant Chief Judge moves on these grounds in accordance with the Court's request that the parties brief the Eleventh Amendment issue at this point. Defendant reserves the right to move for summary judgment on additional grounds if necessary.

1