**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

T.S., et al.

                        Plaintiff,

v.                                                        Case No.: 1:16−cv−08303
                                                             Honorable Rebecca R. Pallmeyer

Twentieth Century Fox Television, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 22, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Defendant Chief Judge's motion for summary judgment [323] is taken under advisement. Plaintiffs' reply in support of their motion for partial summary judgment and response to Defendant Chief Judge's motion for summary judgment shall be filed by 1/29/2020. Chief Judge's reply in support shall be filed by 2/19/2020. Renewed motion for class certification shall be filed by 3/16/2020. Status hearing set for 2/6/2020 is stricken and re−set to 3/18/2020 at 9:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.