# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation et al.,<br><br>        Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Chief Judge Rebecca Pallmeyer |

## MOTION FOR SUMMARY JUDGMENT OF THE COUNTY OF COOK, ILLINOIS AND LEONARD DIXON

Pursuant to Federal Rule of Civil Procedure 56, Defendants The County of Cook, Illinois and Leonard Dixon, by and through their undersigned counsel, hereby move for summary judgment on all counts against them. In support of their motion, Defendants incorporate their Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, Defendants The County of Cook, Illinois and Leonard Dixon respectfully request that the Court grant their Motion for Summary Judgment.

Date: December 16, 2020        Respectfully Submitted,

                                By: */s/ Francis J. Catania*
                                     Francis J. Catania
                                     Danielle Mikhail
                                     Cook County State's Attorney's Office
                                     50 West Washington, Room 500
                                     Chicago, IL 60602
                                     312-603-3373
                                     francis.catania@cookcountyil.gov
                                     danielle.mikhail@cookcountyil.gov

                                   ***Attorneys for Defendant the County of Cook, Illinois***

By: /s/ *Lyle K. Henretty*
Lyle K. Henretty
Patrick D. Morris
Cook County State's Attorney
69 W Washington, Suite 2030
Chicago, IL  60602
312-603-1434
patrick.morris@cookcountyil.gov
lyle.henretty@cookcountyil.gov

***Attorneys for Defendant Leonard Dixon***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served on all counsel of record pursuant to the Court's ECF system on this 16th day of December, 2020.

/s/ Francis J. Catania