IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| T.S. et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | 1:16-cv-08303 |
| TWENTIETH CENTURY FOX, et al., | ) | Hon. Rebecca Pallmeyer |
| Defendants. | ) | |

## PLAINTIFF'S EXHIBIT LIST

| | |
|---|---|
| 1. | Aerial Photograph of the JTDC |
| 2. | JTDC Floor Plan |
| 3. | Deposition of Leonard Dixon (excerpts) |
| 4. | Expert Report of Earl Dunlap |
| 5. | Photos from Front Office |
| 6. | Population Chart |
| 7. | Deposition of Anna Buckingham (excerpts) |
| 8. | Deposition of William Steward (excerpts) |
| 9. | Deposition of Gene Robinson (excerpts) |
| 10. | Expert Report of Dr. Louis Kraus |
| 11. | Deposition of Dr. Brian Conant (excerpts) |
| 12. | Standard Y-F-03 of the National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Juvenile Detention and Confinement Facilities |
| 13. | Deposition of Jonathon Klemke (excerpts) |
| 14. | Deposition of Jonathon Klemke (excerpts) (duplicate of Exhibit 13) |
| 15. | Deposition of Brady Breen |
| 16. | 6/5/2015 Email from Jon Klemke to Brady Breen |
| 17. | June 2015 Emails re: Fox TV Request |
| 18. | *Empire* Episode 201 Budget Summary |
| 19. | 5/28/2015 Photograph by Jon Klemke |
| 20. | 5/28/2015 Photograph by Jon Klemke |
| 21. | Deposition of Leonard Dixon |
| 22. | TCFTV Production Employee Work Rules |
| 23. | Chicago Film Office Code of Conduct |
| 24. | Fox Defendants' Summary Judgment Memorandum |
| 25. | 06/12/2015 Email from Brady Breen to Yvonne Akins |
| 26. | 06/20/2015 Email from Leonard Dixon to Brady Breen |
| 27. | 07/31/2015 Email from G. Robinson to S. Grant (**Filed Under Seal**) |
| 28. | 06/03/2015 Emails re Fox TV Filming Request |

| 29. | Deposition of Andrew Kruzel (excerpts) |
|---|---|
| 30. | Filming Contract |
| 31. | 06/19/2015 Email re FOX TV Request |
| 32. | Photos from Library |
| 33. | Deposition of Gene Robinson (excerpts) |
| 34. | 07/16/2015 Email from Gene Robinson |
| 35. | 06/19/2015 Email from Gene Robinson |
| 36. | 06/25/2015 Emails from Millicent McCoy |
| 37. | 06/19/2015 Emails re Fox TV Request, Cook County Juvenile Facility (**Filed Under Seal**) |
| 38. | Deposition of William Steward (excerpts) |
| 39. | 06/19/2015 Email from Philippe Magloire to Sharonda Hatcher |
| 40. | 06/19/2015 Email from Millicent McCoy (**Filed Under Seal**) |
| 41. | 06/18/2015 Email re Fox TV Request (**Filed Under Seal**) |
| 42. | 08/07/2015 Email from Leonard Dixon; 08/10/2015 Email from Gene Robinson |
| 43. | Declaration of Kenya Taylor (**Filed Under Seal**) |
| 44. | Defendants' Memorandum in Support of Motion to Deny Class Certification |
| 45. | Summer 2015 Nancy B. Jefferson Schedule |
| 46. | JTDC Policy No. V3C05P03 (Porgram and Service Areas) |
| 47. | 07/082015 Empire Work Plan |
| 48. | 06/12/2015 Email from Zenaida Alonzo to Laura Lechowicz (**Filed Under Seal**) |
| 49. | Phoenix Center Recreation Calendar, Summer 2015 |
| 50. | Supplemental Expert Report of Earl Dunlap |
| 51. | 06/30/2015 Memorandum from W. Kern to M. McCoy |
| 52. | Phoenix Center Recreation Calendar, Summer 2015 |
| 53. | JTDC Policy No. V6C12P09 (Resident Self Improvement Activities) |
| 54. | 07/16/2015 Center Shift Report Renaissance (**Filed Under Seal**) |
| 55. | 07/14/2015 Center Shift Report Omega (**Filed Under Seal**) |
| 56. | 07/15/2015 Center Shift Report Justice (**Filed Under Seal**) |
| 57. | June 2015 Resident Grievance |
| 58. | 08/17/2015 Email from Sharonda Hatcher |
| 59. | 06/22/2015 Email from Anna Buckingham to Caleb Probst |
| 60. | June 2015 Emails re Wednesday |
| 61. | 07/10/2015 Emails Between Anna Buckingham and Christopher Thomas |
| 62. | 07/13/2015 Emails re Volunteer Applications |
| 63. | 08/21/2015 Email from Anna Buckingham |
| 64. | Rule 30(b)(6) Deposition of Free Write (Ryan Keesling) (excerpts) |
| 65. | Deposition of Anna Buckingham (excerpts) |
| 66. | 07/10/2015 Emails re Pod Moves for Empire Taping (**Filed Under Seal**) |
| 67. | JTDC Policy No. V2C05P03 (Facility Size and Rated Capacity) |
| 68. | 06/20/2015 Center Shift Report Alpha (**Filed Under Seal**) |
| 69. | 06/21/2015 Center Shift Report Renaissance (**Filed Under Seal**) |
| 70. | 07/15/2015 Center Shift Report Justice (**Filed Under Seal**) |

| 71. | 07/14/2015 Center Shift Report Omega (**Filed Under Seal**) |
|---|---|
| 72. | Deposition of Q.B. (excerpts) |
| 73. | Deposition of T.S. (excerpts) |
| 74. | JTDC Policy No. V6C12P06 (Resident Incentive Reward System) |
| 75. | Deposition of Dr. Brian Conant (excerpts) |
| 76. | Rock Photo |
| 77. | Deposition of H.C. (excerpts) |
| 78. | Cook County Defendants' Summary Judgment Memorandum |
| 79. | Deposition of Leonard Dixon (excerpts) |
| 80. | 06/22/2015 Emails Between Brady Breen and Yvonne Akins |
| 81. | Deposition of Yvonne Akins (excerpts) |
| 82. | 08/24/2015 Leonard Dixon Calendar |
| 83. | Photos with Leonard Dixon |
| 84. | Chris Rock Photo (with metadata) |
| 85. | 08/21/2015 Email from Yvonne Akins re Pictures with Empire |
| 86. | August 2015 Emails re Urgent Return Request for Filming at Cook County Juvenile Detention |
| 87. | Fox Defendants' Summary Judgment Memorandum (Duplicate of Exhibit 24) |
| 88. | Rule 30(b)(6) Deposition of Free Write (Ryan Keesling) (excerpts) |
| 89. | Fox Defendants' Summary Judgment Memorandum (Duplicate of Exhibit 24) |
| 90. | 07/25/2015 Email from Leonard Dixon re Empire Filming Concerns |
| 91. | 07/27/2015 Email from Tzatwanza Dixon re Empire Filming Concerns |
| 92. | 07/24/2015 Email from Leonard Dixon re Empire Filming Concerns |
| 93. | August 2015 Emails re Urgent Return Request for Filming at Cook County Juvenile Detention |
| 94. | Defendants' Consolidated Rule 56.1 Statement of Material Facts |
| 95. | NCCHC Standards for Health Services in Juvenile Detention and Confinrement Facilities, Standard Y-F-03 |
| 96. | 06/25/2015 Email from Brady Breen |
| 97. | 06/30/2015 Emails re Empire Filming Schedule |
| 98. | Calendar Entry re Empire Filming "Schedule Nothing All Day" |
| 99. | 08/14/2015 Letter from Leonard Dixon |
| 100. | Filming Contract |
| 101. | Supplemental Expert Report of Earl Dunlap (Duplicate of Exhibit 50) |
| 102. | 07/31/2015 Email from Gene Robinson (**Filed Under Seal**) |
| 103. | Deposition of Leonardo Daniels (excerpts) |
| 104. | 06/03/2015 Memo from Brady Breen to Chief Judge Tim Evans |
| 105. | QB Response to Defendants' Interrogatories (redacted) |
| 106. | TS Response to Defendants' Interrogatories (redacted) |
| 107. | HC Response to Defendants' Interrogatories (redacted) |