# Exhibit 1

Cook County Juvenile Temporary Detention Center

Image extracted from Google Maps on April 11, 2019.

