# Exhibit 2



Cook County Juvenile Detention Center - East
FIRST FLOOR

CCSAO T.S. v. 20TH CENTURY 3584



2-1-1 2nd Floor Elevator Lobby Smoke Detectors; 2nd Floor Smoke Detectors and Pull Stations Southwest, Northeast and Northwest Sections
2-1-2 2nd Floor East Smoke Detectors and Pull Stations; 2nd Floor West Smoke Detectors
2-2-2 2nd Floor Kitchen Pull Stations 2nd Floor Smoke Detectors and Pull Stations Southeast Section
2-7-2 Mezzanine Sprinkler System; 2nd Floor Sprinkler System; Gym Sprinkler System

Cook County Juvenile Detention Center - East
SECOND FLOOR

■ Fire Hose/Fire Extinguisher
● Manual Pull Stations
● AED
● Panic Alarm

**CCSAO T.S. v. 20TH CENTURY 3585**



# Cook County Juvenile Detention Center - East
## THIRD FLOOR

3-1-1 3rd Floor Smoke Detectors and Pull Stations
3-7-2 3rd Floor Sprinkler System

- Fire Hose/Fire Extinguisher
- Manual Pull Station
- Fire Extinguisher
- AED - Nurses Station - Medical



Cook County Juvenile Detention Center - East
FOURTH FLOOR

- AED
- Fire Hose/Fire Extinguisher
- Manual Pull Station

4-1-1 4th Floor Smoke Detectors and Pull Stations
4-7-2 4th Floor Sprinkler System

**CCSAO T.S. v. 20TH CENTURY 3587**



Cook County Juvenile Detention Center - East
FIFTH FLOOR

- ● AED
- ■ Fire Hose/Fire Extinguisher
- ● Manual Pull Station

5-1-1 5th Floor Smoke Detectors and Pull Stations
5-7-2 5th Floor Sprinkler System



**CCSAO T.S. v. 20TH CENTURY 3588**



Cook County Juvenile Detention Center - East
CONCOURSE LEVEL

■ Fire Hose/Fire Extinguisher
● Manual Pull Station
■ Fire Extinguisher

CCSAO T.S. v. 20TH CENTURY 3589