# Exhibit 3

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION
 4
 5   T.S., et al.,                  )
 6            Plaintiffs,           )
 7       vs.                        ) No. 1:16-cv-08303
 8   TWENTIETH CENTURY FOX          )
 9   TELEVISION, et al.,            ) Hon. Rebecca
10            Defendants.           ) Pallmeyer
11
12            The videotaped deposition of LEONARD
13   DIXON, called for examination, taken pursuant to
14   the Federal Rules of Civil Procedure of the United
15   States District Courts pertaining to the taking of
16   depositions, taken before KRISTIN C. BRAJKOVICH, a
17   Certified Shorthand Reporter, CSR. No. 84-3810, of
18   said state, at Suite 500, 20 North Clark Street,
19   Chicago, Illinois, on the 21st day of March, A.D.
20   2019, at 9:09 a.m.
21
22
23
24
```



```
 1   BY MS. CHARDON:
 2        Q.    And is there a minimum amount of large
 3   muscle exercise that a JTDC resident should get per
 4   day?
 5        A.    I would generally say an hour, you want
 6   to get them out of their rooms.
 7        Q.    They should be out of their room one
 8   hour a day?
 9        A.    Yes.
10        Q.    Is that your policy, is to get residents
11   out of their room one hour a day?
12        A.    I would have to look at the policy, but
13   the general piece is, they get out of their room
14   for one hour a day for large muscle exercise.
15        Q.    And other than that one hour, is it okay
16   if they stay in their room the entire time?
17        MS. KAMPER:  Objection, form.
18        MR. JACOBSON:  Join.
19        MR. DIERKES:  Join.
20   BY THE WITNESS:
21        A.    What do you mean by "okay if they stay
22   in their room"?
23   BY MS. CHARDON:
24        Q.    Let's also define room.  I use the
```



```
 1   term -- the word "cell," but I'm talking about the
 2   place where the resident's bed is.  Is that what
 3   you mean when you say "room"?
 4        A.    Yes.
 5        Q.    And that room locks at night?  Does it
 6   lock at night?
 7        A.    Yes.
 8        Q.    Has a sliding door or some kind of door
 9   that can lock?
10        A.    It has a door.
11        Q.    Okay.  So when we use the word "room,"
12   that is what we are talking about, right?
13        A.    That's correct.
14        Q.    And that room opens into a bigger pod,
15   right?
16        A.    Yes.
17        Q.    Inside the pod is the living area?
18        A.    Yes.
19        Q.    Do you endeavor, as the superintendent
20   of the JTDC, to make sure that kids get out of
21   their room for more than one hour a day?
22        MS. KAMPER:  Objection, form.
23   BY THE WITNESS:
24        A.    What do you mean by "endeavor"?
```



```
 1  mean?
 2  BY MS. CHARDON:
 3      Q.   What things did Fox do to make sure that
 4  the schedule of the JTDC took precedence over
 5  Fox's?
 6      MR. JACOBSON:  Objection to form.
 7      MS. KAMPER:  Join.
 8  BY THE WITNESS:
 9      A.   Oh, we did it when school was out.
10  BY MS. CHARDON:
11      Q.   Did the filming occur during any times
12  when school was in?
13      A.   I think one of them did, but the other
14  times school was out.  And if I'm not mistaken,
15  what I recall is, I said that was the best time to
16  do it, when school was out because the kids would
17  be, you know, up in their living areas.
18      Q.   Did you ever tell Fox's scout that JTDC
19  was just like a normal school and so school would
20  be out all summer long?
21      MR. JACOBSON:  Objection to form.
22  BY THE WITNESS:
23      A.   Say that again.
24
```



```
 1   BY MS. CHARDON:
 2        Q.    Did you ever tell that film scout that
 3   NBJ, which is the school at JTDC, was just like a
 4   normal school in terms of schedule and so it would
 5   be out of session the entire summer?
 6        MR. JACOBSON:  Objection to form.
 7   BY THE WITNESS:
 8        A.    I couldn't have told them that school
 9   was out for the entire summer because school is not
10   out for the entire summer.
11   BY MS. CHARDON:
12        Q.    And at the time that you toured the
13   scout, you knew that, right?
14        MS. KAMPER:  Objection, form, foundation.
15        MR. JACOBSON:  Objection.
16   BY MS. CHARDON:
17        Q.    You know the school is in session -- it
18   has summer sessions, right?
19        A.    Yes.
20        Q.    And that is -- your answer is -- is that
21   something that you knew back then in 2015, when you
22   toured the Empire scout?
23        MR. JACOBSON:  Objection to form, misstates
24   his testimony.
```



```
 1        A.    When possible, yes.
 2        Q.    Yeah, and why did you provide that
 3   opinion in those cases?
 4        A.    Well, sometimes it has to do with the
 5   design of the building.
 6        Q.    Okay.
 7        A.    The design of the building actually
 8   generates how everything moves.
 9        Q.    And at JTDC the only reason why the kids
10   go down to the NBJ school is because of the design
11   of the building?
12        MS. KAMPER:  Object to the form.
13   BY THE WITNESS:
14        A.    Yes.  It's designed -- it was designed
15   that way.
16   BY MS. CHARDON:
17        Q.    It's a pretty big movement at JTDC
18   moving pods around?  That is actually part of
19   programming, right?
20        A.    I don't understand.
21        Q.    Pods can't just travel about the
22   facility willy-nilly, right?
23        A.    That's correct.
24        Q.    It needs to go through a movement
```



```
 1   specialist -- let me start again.
 2              Movement needs to be cleared centrally,
 3   right?
 4        A.    That's correct.
 5        Q.    You have to make sure that pods aren't
 6   in the same place at the same time?
 7        A.    That's correct.
 8        Q.    Because that could create a dangerous
 9   situation, right?
10        A.    That's correct.
11        Q.    You have to make sure that you can
12   account for pods at all times, right?
13        A.    That's correct.
14        Q.    You know where they are and you know
15   where all of the residents are, right?
16        A.    That's correct.
17        Q.    There's an entire process -- I don't
18   know what it is called, but it results in the DC5
19   log, right, that tracks movement?
20        A.    Yes.
21        Q.    And there are people whose job it is to
22   record movement in the DC5 log all day long at
23   JTDC, right?
24        A.    That's correct.
```



```
 1        Q.    So it's -- a lot of work and effort goes
 2   into coordinating movement at JTDC?
 3        A.    That's correct.
 4        Q.    Why don't you just get rid of that and
 5   do school on the pods and save all of that trouble?
 6        MR. JACOBSON:  Objection to form.
 7   BY THE WITNESS:
 8        A.   Because I didn't build the building.
 9   BY MS. CHARDON:
10        Q.    Can school happen -- but you said that
11   school could happen on the pods?
12        A.    That's correct.
13        Q.    So you just -- the only reason why they
14   are going down to Nancy B. Jefferson classrooms is
15   because they are there?
16        MR. JACOBSON:  Objection to form.
17        MR. DIERKES:  Join.
18        MS. KAMPER:  Objection to form.  Join.
19   BY THE WITNESS:
20        A.    Because that is the way that the
21   building was designed.
22   BY MS. CHARDON:
23        Q.    Is there any reason, other than the fact
24   that they are there, the fact that they exist, why
```

