# EXHIBIT 5

full page photo
Case: 1:16-cv-08303 Document #: 422-5 Filed: 02/09/21 Page 2 of 7 PageID #:8193











