# **EXHIBIT 6**



## Juvenile Temporary Detention Center
### Weekly Population Held in Secure Custody

Legend: Total Population Including ATs (green); Probation Involved Youth (blue); Pre-Trial Youth (red)

| Week | Total Population Including ATs | Probation Involved Youth | Pre-Trial Youth |
|---|---|---|---|
| 1-Jun | 353 | 140 | 81 |
| 8-Jun | 360 | 144 | 83 |
| 15-Jun | 376 | 147 | 92 |
| 22-Jun | 376 | 157 | 81 |
| 29-Jun | 383 | 159 | 89 |
| 6-Jul | 382 | 157 | 95 |
| 13-Jul | 379 | 151 | 97 |
| 20-Jul | 351 | 132 | 87 |
| 27-Jul | 353 | 133 | 90 |
| 3-Aug | 325 | 121 | 78 |
| 10-Aug | 333 | 126 | 85 |
| 17-Aug | 325 | 111 | 92 |
| 24-Aug | 311 | 105 | 85 |

Note: Adding the number of probation involved youth and pre-trial youth will result in the total remaining population in detention, excluding automatic transfer youth.

**RTA Definition: Any 17 year old or older youth who would have otherwise been referred to adult probation following the Raise the Age legislation change.. MEANING: Any 17 year old youth who was not involved with Cook County Juvenile Court at the time of an offense having been committed on or after 1/1/14 that has resulted in a filed felony petition.

Disclaimer: The graphs illustrate the reasons provided for secure custody, which include: Juvenile Arrest Warrant, New or Original Offense and Violations of Probation. The data is collected every Monday on weekly basis. As of May 11, 2015, data was collected to include active youth on probation 18 years old and older, active youth 17 years old and younger and youth not currently active on probation.

DUNLAP 000617