# EXHIBIT 8

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF ILLINOIS
 3                         EASTERN DIVISION
 4
 5   T.S. et al,                    )
 6              Plaintiffs,         )
 7       -vs-                       )   No. 1:16-cv-08303
 8   TWENTIETH CENTURY FOX          )
 9   TELEVISION et al.,             )
10              Defendants.         )
11            The deposition of WILLIAM STEWARD,
12   called for examination, taken pursuant to the
13   Federal Rules of Civil Procedure of the United
14   States District Courts pertaining to the taking of
15   depositions, taken before THERESA A. VORKAPIC, a
16   Notary Public within and for the County of Kane,
17   State of Illinois, and a Certified Shorthand
18   Reporter, CSR No. 84-2589, of said state, at
19   Esquire Deposition Solutions, Suite 500, 20 North
20   Clark Street, Chicago, Illinois, on
21   January 22, 2019, at approximately 9:00 a.m.
22
23
24
```



1  Q. So you're drawing a dashed line. I'm
2  narrating for the court reporter.
3  A. Yep. And the same thing from the
4  opposite side. Either way would get you to the
5  chapel.
6  Q. We've labeled a few isolated rooms
7  here. I just want to understand what the rest of
8  the rooms are used for and I guess the Nancy B.
9  Jefferson school is housed on the second floor,
10  correct?
11  A. Yes.
12  Q. Where are those classrooms? Let me
13  back up.
14  How many classrooms do they have ball
15  park?
16  A. 304 to 316 would give you 12. I don't
17  know. Maybe 20, 20 to 30. I don't recall. 20 to
18  30.
19  Q. Are those rooms all located on the
20  perimeter of the second floor?
21  A. No. They're on both sides of the
22  hallway. All of them are not classrooms on both
23  sides of the hallway. So you have classrooms on
24  the outside perimeter and then you also have some

```
 1   classrooms on the inside perimeter, but as you see
 2   you have the chapel on the outside, yes.
 3         Q.   Understood, sir.  Can you put an X in
 4   each classroom and again this is as of 2015?
 5         A.   I cannot.  I can do the outside ones,
 6   however, there are some Nancy B. Jefferson offices
 7   in between here.  I'm not for sure.  I can put an
 8   X on what I think most of them are.
 9         Q.   Let's start with the classrooms, and to
10   the best of your recollection just X out all the
11   classrooms if you would.
12         A.   The media center is both, a classroom
13   and the media center.
14         Q.   Understood. Let me stop you for a
15   second, Mr. Steward.  You said that's the library.
16              Is that different than the media
17   center?
18         A.   It's the same.
19         Q.   It's the same thing as the media
20   center?
21         A.   Uh-huh.
22         Q.   Is there a separate room where the
23   library is?
24         A.   No.
```



```
 1        Q.    So the library and the media center are
 2   the same room?
 3        A.    Yes.
 4        Q.    Okay.  Continue, please.  I didn't mean
 5   to interrupt.  I just wanted to make sure I
 6   understood.
 7        A.    I believe I have them all marked.
 8        Q.    All the classrooms?
 9        A.    Yes.
10        MR. WEIL:  We'll take a break.  This is a
11   good point to stop.
12              (WHEREUPON, a recess was had.)
13   BY MR. WEIL:
14        Q.    Mr. Steward, we were talking off the
15   record but I never asked you what your degrees
16   were in.
17              Would you mind explaining them for the
18   record, your graduate degrees?
19        A.    I have a Masters in divinity from
20   Loyola University, I have a Masters in social
21   justice and a Masters in community development.
22   That's a dual Masters.
23        Q.    Did you take those degrees for
24   improving your ability to work at JTDC, your job?
```



```
 1   it's not wounded by being in trouble with the law.
 2   I didn't have issues with the law as a child.
 3   It's issues with the hurt from a family member.
 4        Q.   Thanks for sharing that.  I'm sorry to
 5   hear about that path.
 6        A.   That's okay.  God has healed me.
 7   Wounded by healed at the same time.
 8        Q.   Understood.  Let's turn back to the
 9   layout of the JTDC, we are still on the second
10   floor.
11             I believe you were marking out Xs where
12   the classrooms are; is that right?
13        A.   Yes, sir.
14        Q.   And did you complete that; you got
15   everything you can remember as far as the
16   classroom?
17        A.   To the best of my recollection, yes.
18        Q.   Let me just ask you, what's left on the
19   second floor in terms of what are the rest of the
20   facilities used for?  And you can just explain it
21   verbally and maybe we can figure out how to mark
22   that.
23        A.   So right where you see the GR in the
24   top right corner, game room, that -- so the small
```



1  room what we call our back rooms to the classroom,
2  those are still in the classrooms.  But the larger
3  room is the supervisor in charge's office so this
4  is an office right here next to the game room.
5       Q.    How about you mark that SIC.  I thought
6  you said earlier that the SIC no longer existed?
7       A.    The supervisor no longer existed.  The
8  SICs used is to supervise the supervisors however
9  the supervisor position was discontinued so now
10 you just have the SIC.
11      Q.    One SIC or are there multiple SICs?
12      A.    There are 17 SIC positions.
13      Q.    This is sort of their only office this
14 large room for all 17 SIC people?
15      A.    Yes.
16      Q.    What else?  Let's figure out what else
17 is there.
18      A.    So across from the SIC is labor
19 relations office.  That's office right across.
20      Q.    You marked it.  What did you mark it
21 with?
22      A.    LR, labor relations.
23      Q.    Why don't you describe and we'll figure
24 out how to mark.  Keep on going in that corner



```
 1  where you're at.
 2       A.    Next to labor relations if you're
 3  holding it up to the bottom in the middle of labor
 4  relations you have project director's office.
 5       Q.    Just keep going.
 6       A.    Next to the project director's office,
 7  you have the DED office which is one of these that
 8  I'm sitting in because I'm doing two divisions
 9  now.  So that's there.
10       Q.    You're not talking about 2015, you're
11  talking about today?
12       A.    In 2015 this was the DED office, but it
13  wasn't me.  There was another DED in there.
14       Q.    Got it.  Got it.  Just south of that I
15  see a large room.  What's that?
16       A.    This is the staff cafeteria.
17       Q.    Why don't you just do CAF.
18       A.    Why don't we do N, because there is
19  another cafeteria on the --
20       Q.    Why don't you just mark the other
21  cafeteria CAF as well.
22       A.    (Indicating).
23       Q.    Directing you back up to the northeast
24  corner?
```



```
 1        A.    Game room.
 2        Q.    Yeah.  The game room corner we'll call
 3   that.  So I'm looking on -- I see you've marked on
 4   the outer perimeter either classrooms or we are
 5   we've marked it as other things, so sort of on the
 6   or side of the hallway on the inside perimeter
 7   here, what are those rooms sort of on the north
 8   half of the inside hallway?
 9        A.    So these rooms you can't enter so there
10   is no doorway there.  That's a wall.  And you
11   enter that from the by the cafeteria.  Those are
12   like office, storage areas, that the kitchen use.
13        Q.    Offices and storage?
14        A.    Mostly storage.  There is nobody
15   sitting in those places.  One is a bathroom that
16   used to be used as storage now.  Then you have the
17   two doors there is a hallway.  The kitchen uses
18   this.  This is a kitchen area.  Then you have this
19   is the weight room.  This is where the rapid
20   response team is allowed to workout at.  We have
21   weight equipment in here.
22        Q.    Why don't you mark it WT.  Keep going
23   down the hallway.
24        A.    The next room is our recreation room,
```



```
 1   however, in 2015 it was not.  2015 it should have
 2   been mental health right there.
 3        Q.   Mental health?
 4        A.   Right.
 5        Q.   You can mark it MH then.  Going down,
 6   next room.
 7        A.   Going down you would have this is where
 8   Free Write works out of.
 9        Q.   Free Write?  Why don't we mark it FW.
10        A.   Next to it is a classroom, it's nothing
11   else but a classroom.
12        Q.   Understood.
13        A.   This is another hallway right next to
14   it that the kitchen utilizes.  Then when you turn
15   the corner, now we're at the corner, this is CPS
16   uses it.  They have their back office where they
17   have all the wifi connections and stuff like that,
18   but it's also tables in there for the staff so
19   it's like not a staff lounge, they use it for --
20   CPS uses it.
21        Q.   The teachers use it for their own
22   purposes not teaching classes?
23        A.   Right.  It is not a classroom.
24        Q.   So you're referring to these two rooms
```



1  together?
2      A.   No, I'm referring to one.
3      Q.   What's the next room next to it used
4  for?
5      A.   It was a classroom in 2015.  It is no
6  longer a classroom.  It is our barber college.
7      Q.   That was a classroom.  Put an X there,
8  then.
9      A.   So 2015 Wakenhut G4S was still there.
10  This was their briefing room in 2015.
11      Q.   Are you talking about what you marked
12  as CPS?
13      A.   Yes.
14      Q.   Why don't you scratch that out and put
15  G4S.  There is these internal rooms here?
16      A.   That's the kitchen.
17      Q.   Why don't you just circle around the
18  kitchen and put a big K.  Thank you.
19           That kind of takes care of the north
20  side of the building, am I right?  Did we miss
21  anything?
22      A.   You got a couple of -- these are our
23  elevator banks.  There is a search room.  There is
24  like two closets right there.



1  Q.   You're now on the west side of the
2  inside of the hallway, right?
3  A.   Where it says NW No. 2 stairwell.
4  Those are elevator banks, elevators one and two,
5  and then you have there is an empty room there
6  that we now use for searchs, but it's just an
7  empty small room, maybe like the corner of this
8  room, a small room.  There is another large room
9  at that we use for searches and these are the
10 stairwells that go down to the gym.
11 Q.   The stairwells you're pointing to I see
12 those.  We'll get back to that.
13 A.   Back by this hallway.
14 Q.   You're right next to the chapel?
15 A.   Office and a chapel.  That wall is
16 three offices inside the chapel.
17 Q.   Let me ask you this real quick.  The
18 series of just small rooms to the north of the
19 chapel, on the inside of the hallway, those are
20 all small rooms, there is no services offered to
21 kids there in 2015, between the chapel and say --
22 I'm asking about this area right here between
23 the chapel and this classroom you marked up
24 here?



```
 1        A.    There are no services?
 2        Q.    Well, you know, there is no game room,
 3   no classroom, not a place where you would take a
 4   kid to spend an hour?
 5        A.    No, no, this is just transportation
 6   elevators and searches.
 7        Q.    Got it.  Headed south from the chapel
 8   now, there is a bunch of small rooms there as
 9   well, correct?
10        A.    The exact same as the opposite side of
11   the chapel, that's offices within the chapel that
12   kids should never be in.
13        Q.    Office there, too?
14        A.    All this is inside the chapel.  So in
15   2015 the Catholic priest, the Catholic chapel is
16   on this side, the Protestant chapel is on this
17   side.
18        Q.    Kept them separated?
19        A.    Gave them their own space, yes.
20        Q.    Then that gets us down -- so that's
21   this series of small rooms to the south of the
22   chapel, right?
23        A.    Right.
24        Q.    There is two larger -- once we get past
```



1  that and I guess it's Stairwell No. 6, there is
2  two larger rooms.  You marked one already with an
3  X as a classroom.
4           So what's the other one in 2015?
5      A.   I don't know what CPS calls it, but
6  it's their -- they I think their social workers.
7  It's a CPS suite.  I don't know what they do in
8  there.
9      Q.   Why don't you park it CPS.  I'm just
10 trying to figure out what's left here.  Go ahead.
11 You're indicating a little something just south of
12 the media room, these little rooms just south of
13 the media room, what are those right here?
14     A.   So these are back rooms inside the
15 media room, however, this room here is like a --
16 just a small, small space, a small room that's
17 utilized -- the Catholic priest used it for a
18 prayer room at times.  Right now we use it to med
19 pass.  It's just a small room.
20     Q.   So if it was a prayer room and you're
21 talking -- so the media room and sort of two small
22 rooms and a classroom just walking down the
23 western wall, right, this room and this room,
24 right?



```
 1        A.    Okay.
 2        Q.    So the prayer room would be the second
 3   room, this one or this one, just put a P in there,
 4   right around there?
 5        A.    Yes.
 6        Q.    Is that used during the week?
 7        A.    So the prayer room is not for
 8   residents.  It is for -- it's as our religious
 9   volunteers come, they had a place to gather
10   themselves before they go service the kids.
11        Q.    Understood.
12        A.    We didn't have a place for residents to
13   go like that.
14        Q.    Why don't we talk about these three
15   rooms that you have marked off just to the south
16   of the gym area next to the cafeteria on the south
17   side.  What are those?  What were those in 2015?
18   You didn't mark them with Xs so I'm assuming
19   they're not classrooms.
20        A.    Let me take a look at the hallway.
21   These are classrooms, right, so I'll make a
22   correction to this document.  These are the two
23   classrooms, 200 classrooms, when you come into the
24   double doors by the staff cafeteria, there is two
```



1   A.   So this is -- the stairwell to the gym,
2   this is the northwest stairwell, you walk into the
3   hallway, elevator banks one and two, another room,
4   another room, and this is the farewell leading to
5   the gym and this is the gym.  So I don't know why
6   this is here.
7        Q.   I don't want to get ahead of you.  I
8   understand that.
9             This isn't use an a stairwell -- in
10  2015 this wasn't used as a stairwell to the north
11  and south gyms?
12       A.   No.
13       Q.   Are you aware of any other use for this
14  space where the wording stairwell leads to north
15  south gym?  I'm asking is this a room where you
16  could do something in or what is it?
17       A.   No.
18       Q.   So as far as you know there's nothing
19  there?
20       A.   No.
21       Q.   By no you mean yes?
22       A.   There's nothing there.
23       Q.   Thank you.  Let's turn to the first
24  floor just to back up.



```
 1                 That's 3584, right?
 2         A.    Yes.
 3         Q.    In 2015, to start there's two areas
 4   that look like gymnasiums to me, there's two
 5   gymnasiums, do you see those?
 6         A.    Yes.
 7         Q.    Is that where the gyms are?
 8         A.    Yes.
 9         Q.    Just going to the north side of the
10   building, there is a bunch many rooms numbered one
11   through seven; do you see that?
12         A.    Yes.
13         Q.    I'm assuming those are courtrooms; is
14   that correct?
15         A.    I'm assuming they are.  The courtrooms
16   are along the perimeter of the building.  I can't
17   say which ones are the courtrooms versus the
18   judges' chambers because I don't know that.
19         Q.    No problem.  Court stuff, put it that
20   way?
21         A.    Yes.
22         Q.    Same for these rooms on the south side,
23   8 through 13, right?
24         A.    Yes.
```



```
 1        Q.    Those are courtrooms and whatever
 2   facilities?
 3        A.    Yes, yes, yes.
 4        Q.    Aside from the gyms, are there any
 5   areas of the first floor that are used to provide
 6   services to the kids for your division RDL?
 7        A.    No.
 8        Q.    Why don't we go to the concourse real
 9   quick, that's 3589.  Do you see that?
10        A.    Yes.
11        Q.    I don't want to march through it in
12   excruciating detail like we did on the second
13   floor, but just very briefly, are there any
14   sources provided to the kids, the RDL division,
15   down here on concourse?
16        A.    This is intake and absent intake no.
17        Q.    Where is intake?
18        A.    So if you're at the dock area, and the
19   dock area words are facing you, to your left there
20   are three small lines?
21        Q.    Sure.  I see those.
22        A.    The three small lines represent our
23   sally port gates.  That's where the officers or
24   sheriffs will bring the residents in through
```



```
 1   STATE OF ILLINOIS    )
 2                        )  SS:
 3   COUNTY OF K A N E    )
 4              I, THERESA A. VORKAPIC, a Notary Public
 5   within and for the County of Kane, State of
 6   Illinois, and a Certified Shorthand Reporter, CSR
 7   License No. 84-2589, of said state, do hereby
 8   certify:
 9              That previous to the commencement of
10   the examination of the witness, the witness was
11   duly sworn to testify the whole truth concerning
12   the matters herein;
13              That the foregoing deposition
14   transcript was reported stenographically by me,
15   was thereafter reduced to typewriting under my
16   personal direction and constitutes a true record
17   of the testimony given and the proceedings had;
18              That the said deposition was taken
19   before me at the time and place specified;
20              That the witness has not requested a
21   review pursuant to Rule 30(e)(2);
22              That I am not a relative or employee or
23   attorney or counsel, nor a relative or employee of
24   such attorney or counsel for any of the parties
```



1  hereto, nor interested directly or indirectly in
2  the outcome of this action.
3            IN WITNESS WHEREOF, I do hereunto set
4  my hand of office at Chicago, Illinois, this 7th
5  day of February, 2019.

                    *Theresa A. Vorkapic*

8                    Theresa A. Vorkapic
9                    Notary Public, Kane County,
10                   Illinois.
11                   My commission expires 11/6/19.

14  CSR License No. 84-2589.

