# Exhibit 9

1                IN THE UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF ILLINOIS

3                        EASTERN DIVISION

4

5    T.S., et al.,                    )

6               Plaintiffs,           )

7         vs.                         ) No. 1:16-cv-08303

8    TWENTIETH CENTURY FOX            )

9    TELEVISION, et al.,              ) Hon. Rebecca

10              Defendants.           ) Pallmeyer

11

12           The deposition of GENE ROBINSON, called

13   for examination, taken pursuant to the Federal

14   Rules of Civil Procedure of the United States

15   District Courts pertaining to the taking of

16   depositions, taken before KRISTIN C. BRAJKOVICH, a

17   Certified Shorthand Reporter, CSR. No. 84-3810, of

18   said state, at Suite 500, 20 North Clark Street,

19   Chicago, Illinois, on the 29th day of January, A.D.

20   2019, at 9:15 a.m.

21

22

23

24



GENE ROBINSON                                January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                              17

1  policies.  I did not review policies unless it was

2  in that particular area.  Other than that,

3  making -- ensuring that we have the total counts

4  for the -- in order to operate, have the building

5  operate.  When I say that, I mean by -- when people

6  call in, it's the supervisor in charge's duty to

7  attempt to get all of the staff and/or make the

8  changes in order to get the kids out of their

9  rooms.  There have been times when we have a high

10 call-off, so if we have a high call-off, so we --

11 the supervisor in charge has --

12     Q.    Can you slow down?  Sorry to interrupt.

13 And I don't want to interrupt you, but I didn't

14 understand what you said.  A high call log?

15     A.    High call-offs.  That is when more staff

16 call off than we actually have to operate the

17 building.

18     Q.    People calling in sick or saying that

19 they can't come?

20     A.    Yes.  So we put in plans, things to get

21 the kids to come out, so we have what is called a

22 plan whereas -- right now our staffing is low, so

23 what we do on the weekends is, we -- we have to

24 consolidate some parts or some centers in order to



1  get the kids out of the room, which is something

2  that we do quite often.

3       Q.    Is there an effort being made to

4  increase staffing?

5       A.    Yes.  We will because there was a freeze

6  in hiring that has been lifted, so now the process

7  of interviewing and the process of people passing

8  the drug test and the process of doing background

9  checks is a pretty lengthy amount of time.  So we

10 have done interviews, and we actually sit down for

11 a verification of jobs now, so it's just a matter

12 of how many come back that is viable to be hired.

13      Q.    Is there a supervisor in charge now

14 working underneath you?

15      A.    Yes.

16      Q.    And who is that?

17      A.    There's 15 of them.

18      Q.    Okay.  When you were a supervisor in

19 charge, were there several people in that position

20 as well?

21      A.    15.

22      Q.    So I was just about to ask the

23 difference between your old job and your new one,

24 but I know one difference is now you supervise 15



1  transport the kids externally and internally to

2  various court locations, placements, hospitals,

3  anything that had to do with them going off-site.

4        Q.    Off-site, external transportation?

5        A.    Yes.

6        Q.    I have learned a little bit about the

7  DC5 log since this case has started.

8        A.    Uh-huh.

9        Q.    Is that something that is maintained by

10 admissions, security, and control?

11       A.    That is something maintained by

12 admissions, security, and control.

13       Q.    And what is the DC5 log?

14       A.    Well, now the DC5 log is the log that

15 documents all of the moves in the building.  It

16 documents when we have an emergency or at least

17 logs it, when we have an emergency, and it gives

18 the location -- when the staff calls and they tell

19 for the location, from where they are at the

20 beginning to the location they want to go to by

21 using what route.

22           So if they want to use Elevators 4 and

23 5, they would say, This is YDS Robinson at 3B

24 requesting permission to move two residents, one



1  staff to medical using Elevator 10, so they would

2  give all of the specifics, where they need to go

3  to.

4      Q.    So the DC5 log tracks all of the

5  movement that is going on inside the facility?

6      A.    No.  Only the movements with the

7  residents.

8      Q.    Okay.  Good clarification.  And with

9  respect to the movements of the residents, are the

10 entries to the DC5 log made contemporaneously with

11 the movements or at the same time?

12     A.    They are going right at the time, so the

13 initial start and once I complete the -- once I

14 complete the end, I call it in and say, DC

15 whatever, Robinson completed.

16     Q.    And is it the policy of the JTDC to keep

17 the DC5 logs accurate and up-to-date?

18     A.    As best as possible.

19     Q.    And was it in 2015 the policy to keep

20 them accurate and up-to-date?

21     A.    I don't know if that was the policy at

22 that particular point because I can't recall when

23 we actually initiated DC5.  I believe it was, but

24 there's two separate things with that.  The DC5 at



GENE ROBINSON                                    January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                              34

1    kids -- did you tour the yard with them?

2         A.    No.

3         Q.    Where did you tour with them?

4         A.    We actually toured the school area.  We

5    toured the -- we went to the -- right outside the

6    third floor, which is off the elevators by 3B and

7    looked at the yard.  Then we also toured the

8    back -- the back alley and the visitation room.

9         Q.    Were there kids in the yard when you

10   looked out to it?

11        A.    No.

12        Q.    Were there kids in the school when you

13   were there?

14        A.    No.

15        Q.    In that first meeting that you had with

16   the Fox folks, did they ask you where the kids were

17   going to have outdoor rec if they filmed on the

18   yard?

19        A.    No, they didn't ask that.

20        Q.    Did they ask where the kids were going

21   to go to school if they filmed on the yard?

22        A.    No, they didn't ask that.

23        Q.    And when they were touring, did they ask

24   you where the kids were going to go to outdoor rec



1  when they filmed on the yard?

2       A.    No, they didn't ask that.

3       Q.    Did they ask you where the kids were

4  going to go to school, when they filmed on the

5  yard?

6       A.    No.

7       Q.    When they found out that the kids were

8  not going to be able to go onto the yard when they

9  were filming there, what did they say?

10      MR. LUZADDER:  Objection, form.

11      MS. KAMPER:  Objection, form, join.

12 BY MS. CHARDON:

13      Q.    You can answer.

14      A.    I don't know if they even asked that

15 question.

16      Q.    They never asked it to you?

17      A.    Not to me.

18      Q.    Nobody ever asked you whether the kids

19 were going to be able to go to chapel when they

20 were filming?

21      A.    No one, no.

22      Q.    And nobody asked you if they were going

23 to be able to go to media center when they were

24 filming?



```
 1        A.    No.

 2        Q.    Did they ever ask you if they were going

 3   to disrupt the after school programming that was

 4   available to the kids?

 5        MR. LUZADDER:  Objection, form.

 6   BY MS. CHARDON:

 7        Q.    You can answer, if you can.

 8        A.    I didn't know we had an after school

 9   program at that particular time, but no.

10        Q.    So when you -- you said that you toured

11   the school area on -- that is on Floor 2, right?

12        A.    Yes, 2.

13        Q.    You toured up on the third floor, you

14   looked down into the yard from the third floor,

15   right?

16        A.    It's not looking down.  It's just

17   looking right into it, yes.

18        Q.    Okay.  And no kids were on the yard

19   right then; is that right?

20        A.    No.

21        Q.    Do you know why that was?

22        A.    Well, part of the reason is they had

23   just came up from school, so they usually have what

24   is called reflection time.  Typically, they don't
```



GENE ROBINSON                                          January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                                        41

1      A.    Visitation area.

2      Q.    Visitation.

3      A.    And we did go on one unit, that's right,

4  because they wanted to see one of the rooms.

5      Q.    What unit did you go to?

6      A.    3B.

7      Q.    Were there kids in there at that point?

8      A.    No.  It was not occupied at that time.

9      Q.    Was 3B part of -- well, located next to

10 alpha?

11     A.    That is alpha.  3B is part of alpha.

12     Q.    And it was in 2015?

13     A.    3B?

14     Q.    Yeah.

15     A.    It's been part of alpha since it's been

16 developed, yes.

17     Q.    When you looked at visitation, did the

18 Fox folks ask where the kids would have visitation

19 if they filmed there?

20     A.    No.

21     Q.    And then you looked at 3B.  Did they ask

22 you about -- at that tour did they ask you about

23 storing their materials anywhere, their extra

24 filming equipment and things like that?



GENE ROBINSON                                    January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                              60

1        Q.    For the kids, right?

2        A.    Not just for the kids, for the whole

3    entire building, so yeah.

4        Q.    Okay.  So staying on the same page we

5    are looking at, it says, Pods 3A and 3B will be

6    closed -- under DED Magloire and DED Steward at the

7    bottom there, Pods 3A and 3B will be closed on

8    Sunday, June 21, 2015, at 6:00 p.m.  Do you see

9    that?

10       A.    Yes.

11       Q.    Why were those pods going to be closed?

12       A.    I think those were two of the areas that

13   he identified that they wanted to use for the

14   family.

15       Q.    So Fox was going to be in those areas?

16       A.    Or designated to, yes.

17       Q.    And so Pod 3A was going to relocate to

18   5B right?

19       A.    Uh-huh.

20       Q.    And that was in order to allow Fox to go

21   into Pod 3A, right?

22       A.    Yes.

23       Q.    And then Pod 3B would relocate to 3F for

24   new admissions and intake?



1      A.    Yes.

2      Q.    And that was to allow Fox to go into

3  Pod 3B, right?

4      A.    Yes.

5      Q.    And then discussion will have to occur

6  about the possibility of increasing the count on

7  pods by two depending on the count, right?

8      A.    Yes.

9      Q.    Were you part of that discussion?

10      A.    The initial part, yes.

11      Q.    And what was that discussion?  What did

12  that involve?

13      A.    Well, I told them maximum count per

14  units were 16 at that particular time on the

15  north -- on the east and west side of the building,

16  which those pods has 18 rooms.  The counts have

17  been decreased based on the staffing plan that the

18  maximum would be 16.  Now, on the north and south

19  side of the building, the maximum amount of rooms

20  on those pods is 16.  However, with the staffing

21  plan, we did not have 16 total kids on those units.

22  We only had 12 to 13 kids, so by increasing them by

23  two, we still would be under our estimated 16 kids

24  per pod or 14 per pod on the north and south end.

```
 1              Then we clarified that kids could not go
 2    into the NBJ -- the Nancy B. Jefferson School area
 3    while Fox was filming, right?
 4        A.    Yes.
 5        Q.    And they could not go to the chapel,
 6    right?
 7        A.    Yes.
 8        Q.    And they could not go to the yards,
 9    correct?
10        A.    Yes.
11        Q.    And they could not go to their normal
12    visitation room, right?
13        A.    Yes.
14        Q.    They went to a classroom instead for
15    visitation?
16        A.    Uh-huh.
17        Q.    That's a yes?
18        A.    Yes.
19        Q.    And they went to -- Pod 3A and Pod 3B
20    were closed for the Fox filming week, right?
21        A.    Yes.
22        Q.    So services, in your opinion, they were
23    not interrupted, right?
24        A.    Yes.
```



GENE ROBINSON                                    January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                                  80

 1 | BY MS. CHARDON:

 2 |     Q.    Where else did kids go for outdoor

 3 | exercise recreation but the yards in the summer of

 4 | 2015?

 5 |     A.    Nowhere else for outside recreation.

 6 |     Q.    The yards is the only place, right?

 7 |     A.    Yes.

 8 |     Q.    And for that reason, you do schedule

 9 | kids to go to the yards for outdoor rec during the

10 | summer, right?

11 |     MS. KAMPER:  Objection to form.

12 | BY THE WITNESS:

13 |     A.    Yes.

14 | BY MS. CHARDON:

15 |     Q.    And during the Fox week, any recreation

16 | that would have happened on the yards had to happen

17 | someplace else, in the gym, on the pod, correct?

18 |     A.    Yes.

19 |     Q.    So, again, those were changes that

20 | happened during the Fox filming week, right?

21 |     A.    Changes, yes.

22 |     Q.    And those changes are all reflected in

23 | the work plan that you developed and circulated,

24 | right?



GENE ROBINSON                                    January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                              84

1        A.    Anticipate the pod count may go up, yes.

2        Q.    And the number of kids on the pods,

3    right?

4        A.    Yes.

5        Q.    But you were also aware that, for

6    example, school that would normally happen at NBJ

7    was going to happen on the pods, right?

8        A.    Yes, I was.

9        MR. LUZADDER:  Object to form.

10   BY MS. CHARDON:

11       Q.    And you were aware that after school

12   programming, to the extent that kids would have

13   been going to that, that would be on the pods too,

14   right?

15       MR. LUZADDER:  Objection to form.

16       MS. KAMPER:  Join.

17       MS. MIKHAIL:  Join.

18   BY THE WITNESS:

19       A.    Well, like I said before, after school

20   programming, I don't believe that we had after

21   school programming at that time.  It's been quite

22   some time since we had after school programming, so

23   in accordance to the programming upstairs, yeah,

24   the teachers did go upstairs.  The kids were

1  correct?

2       A.    Yes.

3       Q.    And which kids, if any, were going to be

4  able to go to the chapel and the media center?

5       A.    None.

6       Q.    School will take place on the pods for

7  the week of July 14th to July 16th.  Do you see

8  that?

9       A.    Yes.

10      Q.    Which kids, if any, were going to be

11  able to go down to the Nancy B. Jefferson for their

12  school during that time?

13      A.    School was taking place on the units.

14      Q.    So would that mean no kids were going

15  down to NBJ?

16      A.    No kids went down, no.

17      Q.    Above that, TL King, the bullet points

18  about half way down.  The yards will be closed

19  Monday, July 13th through Thursday, July 16th.  Do

20  you see that?

21      A.    Yes.

22      Q.    And which kids were allowed to go down

23  to the yards when they were closed for the Fox

24  filming?



GENE ROBINSON                                      January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                               131

```
1         A.    None.
2         Q.    Do you recall the yards actually being
3    closed for one additional day through Friday,
4    July 17th, by any chance?
5         A.    No, I don't.  No.
6         Q.    So if they were, would you note -- you
7    would not know why that was?
8         MR. LUZADDER:  Objection, form.
9         MS. KAMPER:  Join.
10   BY THE WITNESS:
11        A.    No, I wouldn't know.
12   BY MS. CHARDON:
13        Q.    You know what, maybe again just to see
14   if it jogs your memory.
15                   (WHEREUPON, a certain document was
16                   marked Robinson Deposition Exhibit
17                   No. 8, for identification.)
18        MS. CHARDON:  This one I only have three of,
19   but we won't be on it long.
20   BY MS. CHARDON:
21        Q.    Can you take a look at that.  So this
22   is -- on the first page it shows it's an e-mail
23   sent by you, right?
24        A.    Yes.
```



GENE ROBINSON                                    January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                              133

1   process again.  The custodian makes sure they pick

2   up all debris from the yard, and RT-1, which is the

3   rapid response team, they sweep the yards for any

4   contraband material so that nobody left anything

5   that is -- may have gotten passed, so it's an extra

6   security measure.

7        Q.    And all three yards were closed for this

8   filming period, right?

9        MS. MIKHAIL:  Objection, form.

10        MR. LUZADDER:  Join.

11   BY THE WITNESS:

12        A.    I don't recall.

13   BY MS. CHARDON:

14        Q.    Well, you wrote they were.  You wrote,

15   North, south and middle yards closed?

16        A.    If I wrote that, yes.

17        Q.    If you wrote that, you believe they

18   were?

19        A.    I believe they were.

20        Q.    And Pod 3A and Pod 3B were also closed

21   for this round of filming in July, right?

22        A.    They were relocated.  They could return

23   back to 3A and 3B.

24        Q.    So the kids who normally slept on



1  Pods 3A and 3B did not sleep there during this week

2  of filming, right?

3       A.    The kids on 3A and 3B typically aren't

4  our kids.  We don't house them no more than 48

5  hours on 3B.  48 to 72 hours.  Those are intake

6  kids.  That is not their normal living

7  arrangements.  They could be on 3A for one day,

8  four hours, six hours, off they go to court and

9  they are moved to another unit.  So they don't have

10 a normal sleeping arrangement, so the whole pod got

11 relocated.

12      Q.    And you were talking about 3A just now?

13      A.    3A or 3B.

14      Q.    They are both intake?

15      A.    Yes.

16      Q.    Did any kids sleep on 3A or 3B during

17 the Fox filming?

18      A.    I don't know if I can -- I don't know

19 for sure for the entire time.  I can't recall.

20      Q.    At some point during that -- during the

21 filming week in July, Fox was occupying 3A and 3B,

22 right?

23      A.    I would assume so, yes.

24      Q.    And let's go back to the previous



1   tours, no.

2        Q.    And do you know why not?

3        A.    No.

4        Q.    And you don't remember what -- you said,

5   like, there was one time when one or two people

6   came through.  Were they from Fox?

7        A.    I don't know where they were from.  I

8   know out of that location, I guess they all

9   intermingle with one another.  They are all

10  colleagues, so if somebody working on a different

11  movie, from my understanding, they would give them

12  my number.  Then I would tell them to give legal a

13  call.  I know on two occasions -- I know on two

14  occasions someone called me.  Both times -- as a

15  matter of, I was not at work when they called me

16  saying they would like a tour.  I told them to call

17  Ms. Alonzo at work.  That's about the most of

18  the -- as far as the most extent that I had with

19  them.

20       Q.    Do you know whether the yards were

21  closed around -- so there was a July 2015 Empire

22  filming period, right?

23       A.    Uh-huh.

24       Q.    And we talked earlier about how the



GENE ROBINSON                                           January 29, 2019
T.S. vs TWENTIETH CENTURY FOX                                        166

1  yards were closed for that filming period, right?

2       A.    Yes.

3       Q.    Were they also closed for window

4  cleaning during that time that you know of?

5       A.    I don't -- yeah, we did.  Not window

6  cleaning, window replacements.

7       Q.    Window replacements.

8       A.    We had some cracked windows, and they

9  were -- well, when you work for the county, you

10 don't always get all of the windows fixed at one

11 time, so they did it in stages.

12      Q.    Do you know when the window replacement

13 project was done?

14      A.    I believe -- you can't quote me exactly,

15 not an exact date, no, but I know at that

16 particular time we were doing window replacements.

17      Q.    Was it done simultaneously?

18      A.    I don't believe it was simultaneous.  I

19 believe it was done a week or two prior to, I

20 believe.

21      Q.    Okay.  What -- window replacements would

22 be under the auspices of security admissions and

23 control, right?  Let me ask a different way.

24            Who is in charge of window replacements

