# Exhibit 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T.S. *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:16-cv-08303 |
| | ) | |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Twentieth Century Fox Television *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXPERT REPORT OF LOUIS J. KRAUS, M.D.**

**Expert Report of *Louis J. Kraus, MD***
***T.S. et al. v. Twentieth Century Fox Television, et al.***
**Case No.: 1:16-cv-08303**

**I.** **INTRODUCTION**

1.      I have worked with juveniles in correctional settings for the past 28 years. I am currently Professor and Chief of Child and Adolescent Psychiatry at Rush University Medical Center in Chicago, Illinois. In that capacity, I supervise and train child and adolescent psychiatry fellows in various placements, including in in-patient, residential treatment, and outpatient programs for children, adolescents, and young adults. I am also currently the Psychiatric Director at the Sonia Shankman Orthogenic School, a residential treatment program for children and adolescents in need of support for profound emotional issues; the Founding Director of the Autism Assessment, Research, Treatment and Services Center at Rush University Medical Center; and the Medical Director of the Chicago Metropolitan Easter Seals Therapeutic School, a school providing a continuum of services for children with autism. I also have a private practice where I assess and treat children and adolescents and provide therapy and psychopharmacological services. I have included a copy of my Curriculum Vitae as Exhibit A.

2.      I have been asked by Plaintiffs to offer opinions on whether certain conduct alleged to have been undertaken by the Cook County Juvenile Temporary Detention Center ("JTDC") in connection with the filming of the television series *Empire* would have injured the youth detained at the JTDC.

3.      I am being compensated by the law firm of Weil & Chardon, LLC, at my standard consulting rate of $500 per hour. I have no personal interest in the outcome of this litigation and my compensation is not contingent on the litigation's outcome.

4.      My research and analysis regarding this matter are ongoing. I may revise or supplement this report as well as testify concerning other pertinent issues that may be raised as a result of reviewing additional information from the litigation made available to me or in order to respond to new issues raised by the Defendants.

**II.** **SUMMARY OF OPINIONS**

5.      In my opinion, the restrictions and deprivations which I understand were imposed on the youth detained at the JTDC during the filming of *Empire* were not in the best interests of those youth and, in my professional medical judgment, were harmful to the wellbeing of those youth.

6.      Youth who are held longer in more enclosed and restricted spaces will be at higher risk for fights, at higher risk for mental health concerns, and at higher

risk for not having their General Education needs met.  In general, it will be injurious for all children in the facility and result in them feeling closed in. Increased restrictions on juveniles are detrimental because:

a.  more restrictive environments in a juvenile detention center will place youth at increased risk for mental health concerns including depression and anxiety symptoms;

b.  more restrictive environments in a juvenile detention setting will place youth at increased risk for aggressiveness and fighting and thus increases the risk for physical and psychological injury;

c.  more restrictive environments in a juvenile detention setting diminish the amount and the effectiveness of programming such as education, exercise, recreation and enrichment that is necessary and appropriate for juveniles, and thereby degrade the efficacy of rehabilitative efforts undertaken on a youth's behalf.

7.  Under normal circumstances, the JTDC follows certain routines. There is daily programming at juvenile facilities like the JTDC that allows for more comprehensive use of facility services, including the school system, enrichment programming, outdoor time, and recreation time. Youth detained at the JTDC become accustomed to these routines, which is helpful to them; the restriction of daily programs can have significant impact on violent outbursts. This is not just an issue of being bored, but of not having the activities that are considered appropriate and reasonable for youth in detention.   Programming should be as routine, consistent, and reliable as possible in order to facilitate residents' trust and confidence in the rehabilitative programming offered at JTDC.  Children, especially vulnerable children from unstable backgrounds, are particularly in need of consistency in order to develop in a health manner.

8.  I have personally viewed the JTDC residential "pods" previously. Pods are not designed to accommodate the education, programming and recreational needs of youth detained at the JTDC. Pods have a television in them and not much else, and precisely because the youth are idle on the pods, there are significant restrictions on their movement in order to prevent violence and other outbursts.  The reality is that there is much less to do on the pods than what the youth would do if they had their normal activities and recreation time. Increased time on pods is not healthy for the youth and should only occur under acute situations, where there are no other options.

9.  Outdoor time is particularly important for juveniles in a detention setting because the outdoor recreation time gives large muscle exercise, a release of energy, and the benefit of team sports, all in the fresh air.  Recreation time indoors is not an adequate substitute for access to outside spaces. Youth

should only be deprived of outdoor access when absolutely necessary because of weather or other unavoidable circumstances.

10. Mental health screening when juveniles first arrive at the JTDC is crucial. The cohort of young people who are detained at the JTDC are a high-risk population with higher incidences of mental health disorders and psychological traumas than the general population. Effective intake screenings decrease the risks of violence (both self-harm and interpersonal) to individual youths and throughout the facility as a whole.

11. The information I have been provided regarding this case supports the conclusion that youth detained at the JTDC were harmed by being subjected to additional restrictions and heightened risks during the filming of *Empire*. I can discern no benefits to the wellbeing of youth detained at the JTDC from the filming of *Empire* that might outweigh the harms caused to them by the disruptions and deprivations that were imposed to accommodate *Empire*.

## III. QUALIFICATIONS & BACKGROUND

12. I have worked with juveniles in correctional settings for the past 28 years, including nine years from 1990 to 1999 as the treating psychiatrist at the Illinois Maximum Security Youth Center in in Joliet, Illinois.

13. From 2003 to 2004, I was a consultant to the Civil Rights Division of the United States Department of Justice on a Civil Rights of Institutionalized Person Act ("CRIPA") investigation in Maryland.

14. I also consulted with the American Civil Liberties Union of Illinois ("ACLU") in a case challenging conditions in the Cook County JTDC, which resulted in system-wide restructuring of mental health services for juveniles held in pre-trial detention in Chicago. *See Doe v. Cook County*, No. 99-C-3945 (N.D. Ill.). I spent [] years in that role, I became familiar with the challenges and goals of the JTDC, including its population and the design and structure of its physical facility.

15. I have served as a monitor or consultant on various other correctional and juvenile justice matters, have served in leadership positions in organizations focused on juvenile detention, and have published a number of books as well as articles in peer reviewed journals on these topics.

   a. I have been appointed to serve as monitor in consent decrees involving reform in juvenile justice systems in Arizona and Illinois. In my role in Illinois, which is currently ongoing, I am assessing and consulting on the restructuring of mental health programming of the Illinois Department of Juvenile Justice. *See R.J v. Bishop*, No.1:12-cv-07289 (N.D. Ill.). In the Arizona case, I assisted the U.S. Department of Justice from 2005 to 2008 in restructuring the mental health, medical

services, and dental services in two state juvenile facilities. *See United States v. Arizona*, No. 2:04-cv-01926 (D. Ariz.).

    b.    From October 2000 through October 2015, I was the chair of the American Academy Child and Adolescent Psychiatry's ("AACAP") Juvenile Justice Reform Committee. I was on the Board of Directors of the National Commission of Correctional Health Care ("NCCHC") from 1997 to 2003, was appointed chairman of the NCCHC Committee on Juvenile Health Care from 1999 to 2003, and served as vice-chairman of the same committee in 1998.

    c.    I have authored a number of publications on treatment of juveniles in correctional settings. I am the primary author of the AACAP's Policy Statement on Solitary Confinement. I co-edited two monographs on juvenile justice reform for the AACAP, co-edited a book through Cambridge University Press entitled The Mental Health Needs of Young Offenders, and, most recently, edited a book through the Child and Adolescent Psychiatric Clinics of North America entitled Adjudicated Youth, published in January of 2016. I wrote the Practice Parameter for Child and Adolescent Forensic Evaluations for child and adolescent psychiatry, which was published in the Journal of Child and Adolescent Psychiatry.

16.    I have served in a number of additional professional appointments in my field. From June 2014 to 2015, I served as the chair-elect of the American Medical Association's Council on Science and Public Health, and from 2015 to 2016, I served as chair. From May 2012 to May 2015, I was the chair of the American Psychiatric Association's Council on Children, Adolescents and Their Families, which I had served in for 18 years. From 2011 to 2013, I was chair of the AACAP Assembly. I am currently Treasurer of the American Psychiatric Association Foundation.

17.    I have also been involved in special education consulting and development of Individualized Education Programs ("IEPs") for the past twenty-two years. I am currently a consultant on special education issues to over fifteen school districts in Illinois. I typically complete one or two educational evaluations each week, assist with developing IEPs, and attend IEP meetings. I have testified regarding special education issues in due process hearings under the Individuals with Disabilities Education Act as well as in other civil cases.

18.    I obtained my Doctor of Medicine degree, M.D., from the Chicago Medical School in 1987 and my Bachelor of Science degree, B.S., from Syracuse University in 1983.

## IV.    BACKGROUND REGARDING THE JTDC

19.    I am familiar with the operations of the JTDC from my experience as a consultant in *Doe v. Cook County*, No. 99-C-3945 (N.D. Ill.). In addition, I have

also reviewed the report of Earl Dunlap prepared in this case. I am professionally familiar with Mr. Dunlap, having worked alongside him at times during the course of *Doe v. Cook County*, and consider his report and opinions to be reliable in light of his extensive experience and the duties performed as Transitional Administrator of JTDC.

20.     The JTDC typically houses between 250 and 400 youth. The majority of youth are teenagers, though on occasion the JTDC houses some preteens. The average length of stay is somewhere around 10 days, although there are youth who will stay significantly longer, and some who are released in shorter periods.

21.     Detention of juveniles at facilities like the JTDC is sometimes necessary to protect the juvenile or the community, but it tends to be psychologically harmful to the juvenile, and tends to increase chances of recidivism. The fewer the services and the more restrictive the incarceration, the more harmful the detention will be for the young person.

22.     Accordingly, the JTDC has implemented extensive policies and programming to minimize the negative impacts of detention on the juveniles that it houses. These include numerous activities designed to get youth off the "pods" where they are confined, including to school, recreation, outdoor time, programs, commissary, and physical activities. Youth detained at the JTDC have a routine within the facility.  If the routine is changed for the worse, or restricted, it will be harmful to the youth.

23.     When a juvenile enters the JTDC, staff in the facility conduct a variety of assessment interventions before juvenile is placed on a residential pod and integrated into the activities of the facility. When youth initially come into the facility they are assessed to make sure that there are no acute medical or mental health issues, which helps minimize the risk of suicidality and violence among detainees.

24.     The intake assessments are very important because from a psychological standpoint, the youth at the JTDC are a vulnerable and high-risk population. Northwestern University Professor Linda A. Teplin, for example, has published research studies of the JTDC and other juvenile detention facilities. These studies show that there is greater than a 60% incidence of severe mental illness in the youth that are placed in pre-detention youth centers and that 90% of the youth have a history of alcohol and substance abuse.

## V.     *Doe v. Cook County*

25.     In *Doe v. Cook County*, No. 99-C-3945 (N.D. Ill.), the ACLU sued Cook County because detention conditions at the JTDC were harmful and unsafe. Among other things, the suit alleged, and subsequent investigation confirmed, that youth detained at the JTDC did not have adequate recreational time, time out of their pods, and mental health interventions.

26. I was a Court Appointed Expert in the *Doe* case, assessing mental health concerns and deficits in initial assessment and treatment. Based on this experience, I am quite familiar with the JTDC and the impact that heightened restrictions have on youth who are detained there.

27. In 2002, Cook County entered a Settlement Agreement in which it promised to develop and implement a number of programs in particular areas of concern, including mental health care.

28. Under federal oversight, and through laborious effort, JTDC practices were changed to improve conditions. This included significant mental health changes and other interventions. JTDC policies were implemented to ensure that minimal requirements were met so that detained youth could be stabilized and helped while at the JTDC. The new policies and practices implemented a consistent behavioral management plan, comprehensive early assessment, mental health treatment, and structured activities including daily recreation and year-round school. All of these programs were conducted outside of the JTDC residential pods.

29. JTDC operations were redesigned to minimize negative psychological impact on youth who had been detained. The focus was not just on rehabilitation, but helping these youth for the relatively brief period of time that they are at the JTDC, knowing that they are some of the most psychologically vulnerable and highest risk children in our population. Youth detained at the JTDC have a much higher incidence of learning disabilities and special education needs than the general population. They have a much higher incidence of mental illness than the general population. They have a much higher incidence of having been abused both physically and sexually, with associated post-traumatic symptomatology.

30. After the *Doe* lawsuit, the policies at the JTDC focused on promoting the wellbeing of the youth. Placing youth in a restricted environment like the JTDC may be necessary, but it is also harmful. In order to minimize the harm to children in detention, the JTDC implemented numerous interventions designed to get the children off of their pods:

    a. More time spent restricted to the pods means more negative impact on detainees and more psychological harm from incarceration. This is true for every juvenile; more restriction equals more harm. For this reason, numerous JTDC programs—school, enrichment activities, exercise, recreation, commissary, etc.—are purposefully scheduled to take place off the pod;

    b. Regular outdoor recreation helps mitigate the impact of incarceration on youth by allowing team play, fresh air and large muscle exercise. Less outdoor exposure increases the negative psychological impact of detention;

     c.     Whenever there is a group of youth in a small space with limited activities, there are increased risks for fighting and acting out behavior. Overcrowding increases risk of violent outbursts, which create risk of harm to the individuals involved and also compromise safety and security throughout the facility.

     d.     The JTDC implemented a point-based "behavior economy" system in which good behavior is rewarded with extra points and higher "levels" and bad behavior is punished by the forfeiture of points and reduction of "levels." The point and level changes have immediate, tangible results; youth can "spend" their points to gain extra privileges. This system provides consequences for both good and bad behavior that is both prompt and consistent; these features promote the perception of proportional discipline and fairness, and in so doing help to reduce the negative impact of incarceration. The maladministration of such a system creates a perception of unfairness that worsens the impact of incarceration, has a negative impact on a youth's experience of incarceration, and heightens the risks of increased behavioral outbursts.

     e.     Regular visits are afforded to detainees with their parents, guardians, and other family members. Such visits are important, particularly because youth detained at the JTDC may have few if any people to confide in while they are detained. The family bond is very important; among other things, it helps incarcerated children tolerate the challenges of incarceration and to transition successfully back into society.

31.     In the end, the ACLU *Doe* litigation and the resulting reform of the JTDC focused the JTDC on the wellbeing of the youth detained there and resulted in policies and procedures designed to promote the youths' rehabilitation and safety, and to stabilize and minimize harm to them up until the time of their adjudication or their release from the facility.

## VI. ALL OR NEARLY ALL JTDC RESIDENTS WERE HARMED BY THE RESTRICTIONS IMPOSED TO ACCOMMODATE THE FILMING OF *EMPIRE*

32.     Plaintiffs' counsel has made the following representations to me regarding the impact of *Empire*'s filming at the JTDC:

     a.     When school was in session, youth detained at the JTDC were not allowed to leave their pods for school, which instead was conducted on the pods;

     b.     Outdoor recreation was eliminated for youth detained at the JTDC;

     c.     In many instances, youth detained at the JTDC were not allowed to leave their pods for recreation;

d. Extra off-pod recreation that is normally provided to youth when school is out of session was eliminated or greatly curtailed;

e. Numerous programs, which were scheduled to occur off of the pods, were cancelled;

f. Two pods of the JTDC's "Alpha" intake center were closed off so that the *Empire* film crew could use them, with the following impacts:

  i. Alpha intake residents were transferred throughout the facility on a schedule dictated by the *Empire* filming, rather than the JTDC's medical and security protocols;

  ii. To accommodate the surge in population from the closed intake pods, population caps on pods throughout the facility were raised past their safe functional operating capacity, and numerous pods were in fact overpopulated;

  iii. The JTDC's primary psychological screening tool, called MAYSI, was abandoned for all but a handful of children who entered the JTDC during filming;

g. Visitation was moved from the JTDC's purpose-built visitation facility to a smaller room with fewer, closer tables that afforded less privacy.

33. I have also reviewed the expert report of Earl Dunlap, which appears to substantiate these representations, and substantiate that the ordinary operations of the JTDC were significantly altered for the filming of *Empire*.

34. To accommodate *Empire*, youth detained at the JTDC spent more time on their pods than they otherwise would have, as set forth above. These changes resulted in increased confinement to the pods for the youth detained at the JTDC.

35. Youth were kept in an enclosed environment, with their normal activities restricted or eliminated, for longer than would have been the case if *Empire* were not present. Because any increased restrictions on juveniles are psychologically harmful, any youth detained at the JTDC who spent more time on the pod than he or she otherwise would have was harmed.

36. Youth at the JTDC lost outdoor recreation opportunities because of the *Empire* filming. From the perspective of psychological impact, there is a basic need for outdoor time for all youth, whether just to stand and walk or to play team activities. The elimination of access to the outdoor yards during the *Empire* filming caused harm to all youth who were deprived of outdoor access.

37. Ordinary intake screenings for mental health appear to have been abandoned for nearly all youth that were admitted to the JTDC during the *Empire* filming

periods. Failure to conduct these screenings increased the risk to the health and welfare not only of the incoming youth who were not properly screened for mental health issues, but also to the health and welfare of all other youth detained at the JTDC because placing youth with potentially undiagnosed mental health risks into the general JTDC population puts others at risk and compromises the overall safety and security of the entire facility.

38. The *Empire* filming caused overcrowding on pods throughout the JTDC. Overcrowding tends to exacerbate the impact of detention on juveniles because it creates increased risk of violence and fights among youth—both because of the overcrowding itself and because inadequately screened youth were transferred throughout the facility. Aside from the obvious physical harm resulting from fighting, fighting and violence in and of themselves are psychologically harmful, to all participants in and witnesses to a fight.

39. The *Empire* filming appears to have significantly disrupted the "behavior economy" that operates in the JTDC for all detainees, by effectively eliminating, or greatly reducing, incentives for good behavior and by effectively "punishing" detainees by eliminating, or greatly reducing, privileges that they had worked towards. Because the behavior economy helps to minimize the negative impact of incarceration, its disruption tends to heighten the perception of unfairness for all detainees, increase the risk of behavioral outbursts, and worsens the psychological impact of incarceration. Because the behavior economy helps motivate children to participate in rehabilitation programming and maintain good behavior, the loss of consistency or trust in the behavior economy is harmful to the rehabilitative goals of JTDC.

40. Loss of privacy in visitation, and loss of a visit, would degrade contact with family and degrade the opportunity for the detainee to confide in family members during a visit. Such losses would further increase the negative psychological impact of incarceration on the detainee.

41. For the vast majority of detainees, there was no contact or interaction with the *Empire* crew or cast. Plaintiffs' counsel has represented to me that during one of the three filming sessions, approximately 25 detainees received a short speech from one of the *Empire* actors, named Chris Rock. Other youth may have also have incidentally been able to see parts of the *Empire* filming on the yard from the confinement of their pods. It is highly unlikely that the benefits, if any, of such superficial contact would offset the harms of increased pod time, deprivation of outdoor time, and the other harmful changes I have identified in this report.

## VII.  DISCOVERY IS ONGOING

42.     I understand that discovery is ongoing, and I reserve the right to revisit the opinions included in this report in light of additional facts that my come to light as the case proceeds.


**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on 12 of April, 2019**

Louis J. Kraus

# KRAUS EXPERT REPORT

# EXHIBIT A:

## KRAUS CURICULUM VITAE

## LOUIS JAMES KRAUS, M.D., DFAPA, FAACAP
Woman's Board Professor of Child and Adolescent Psychiatry
Chief, Section of Child and Adolescent Psychiatry
Rush University Medical Center

910 Skokie Boulevard, Suite 230
Northbrook, IL 60062
Office Telephone: (847) 559-0560
Cell: (847) 217-7755
Email: rkraus9@mac.com

**PERSONAL DATA:**                    **Louis James Kraus, MD**

**DOB:  12-3-1960 USA**

### EDUCATION:

| | |
|---|---|
| 1987 | M.D., University of Health Sciences, The Chicago Medical School |
| 1983 | B.S., Syracuse University |

### POSTGRADUATE TRAINING:

| | |
|---|---|
| 7/1/92-6/30/94 | Child and Adolescent Psychiatry Fellow, The University of Chicago, Chicago, Illinois |
| 10/1/88-6/30/92 | Psychiatry Resident, Northwestern University, Chicago, Illinois |
| 7/1/91-12/31/91 | Chief Resident, Psychiatry, Northwestern University, Chicago, Illinois |
| 7/1/87-6/30/88 | Surgical Intern, Boston University, Boston, Massachusetts |

### ACADEMIC APPOINTMENTS:

| | |
|---|---|
| July 2016 – Present | Professor of Clinical Psychiatry, Rush University Medical Center |
| July 2003 – June 2016 | Associate Professor of Clinical Psychiatry, Rush University Medical Center |
| March 2001 – 2002 | Visiting Associate Professor of Psychiatry, University of Illinois at Chicago |
| July 2001 – 2002 | Assistant Professor of Psychiatry, Northwestern University |

| Nov. 1997 – July 2001 | Clinical Instructor, Dept. of Psychiatry, Northwestern University |
| July 1994 – Aug. 1997 | Assistant Professor, Department of Psychiatry, University of Chicago |
| July 1994 – Aug. 1997 | Director of Child and Adolescent Forensic Psychiatry, University of Chicago |

## BOARD CERTIFICATION:

| May, 2015 | Maintenance of Certification in Child and Adolescent Psychiatry, by The American Board of Psychiatry and Neurology, Certification No. 3956 |
| June, 1999 | Board Certified in Forensic Psychiatry, by the American Board of Psychiatry and Neurology, Certification No. 1079 |
| October, 1995 | Board certified in Child and Adolescent Psychiatry, by The American Board of Psychiatry and Neurology, Certification No. 3956 |
| December, 1993 | Board certified in General Psychiatry, by The American Board of Psychiatry and Neurology, Certification No. 38252 |

## LICENSES:

| State of Illinois | No. 036-079584 | Expires: 07/31/2020 |
| State of Florida | No. ME 83084 | Expires: 01/31/2019 |
| State of Arizona | No. 33456 | Expires: 12/03/2018 |

# HONORS AND AWARDS:

- Child and Adolescent Psychiatry, Award: "Scholarship and Perseverance in the Creation of our Practice Parameter for Child and Adolescent Forensic Evaluations", 58th Annual Meeting, Toronto, Canada, October 2011.
- Fellow, American Academy of Child and Adolescent Psychiatry (2006)
- Distinguished Fellow, American Psychiatric Association (2004)
- Woman's Board Professor of Child and Adolescent Psychiatry, Rush University Medical Center (2004)
- AMA Glaxo Welcome Emerging Leaders Development Program (1998)

- <u>Top Doctor – 1997 - 2001</u>
- <u>Resident Fellowship of The American Psychoanalytic Association (1992)</u>
- <u>Laughlin Fellow, Northwestern University (1991)</u>
- <u>Magna Cum Laude, Syracuse University</u>
- <u>Phi Beta Kappa Honor Society</u>
- <u>Honors Program in Biology, Syracuse University</u>

## <u>PROFESSIONAL SOCIETY MEMBERSHIPS</u>

<u>American Medical Association</u>

<u>American Academy of Child and Adolescent Psychiatry</u>

<u>American Academy of Psychiatry and the Law</u>

<u>American Psychiatric Association</u>

<u>Illinois State Medical Society</u>

<u>Illinois Council of Child and Adolescent Psychiatry</u>

<u>Illinois Psychiatric Association</u>

<u>Chicago Medical Society</u>

## <u>TEACHING EXPERIENCE:</u>

| | |
|---|---|
| <u>May 2008 – Present</u> | <u>American Psychiatric Association Mentor for psychiatric residents through the Council on Children, Adolescents and Their Families</u> |
| <u>July 2006 – Present</u> | <u>Supervise Rush child and adolescent psychiatry fellows at the Sonia Shankman Orthogenic School (a residential school)</u> |
| <u>July 2002 – Present</u> | <u>Supervise general residents and child and adolescent fellows at Rush University Medical Center</u> |
| <u>July 2002 – Present</u> | <u>Developed forensic rotation at Rush University Medical Center for child and adolescent fellows allowing them to observe forensic evaluations in court, and the Cook County Juvenile Pre-Detention Facility</u> |
| <u>July 2002 – Present</u> | <u>Develop school consult didactics as well as didactics dealing with Autism; Supervise Rush University Medical Center's child and adolescent fellows in their school Autism rotation at the Chicago</u> |

Kraus Expert Report
Exhibit A: Page 3

Metropolitan Easter Seals Therapeutic Day Schools

| | |
|---|---|
| July 2002 - Present | Develop and teach the child and adolescent forensic psychiatry course for child and adolescent psychiatry fellows at University of Illinois at Chicago and Rush University Medical Center |
| July 2002 - Present | Teach and supervise medical students in clinical rotations through child and adolescent psychiatry at Rush University Medical Center |
| March 2001 – July 2002 | Supervise and lecture residents at University of Illinois |
| August 1997 – March 2001 | Teaching and lecturing to general psychiatry residents at Northwestern University |
| August 1997 – March 2001 | Supervise child and adolescent psychiatry residents and general psychiatry residents at Northwestern University |
| August 1994 – 1997 | Provide child and adolescent forensic psychiatry course offered to residents and fellows at the University of Chicago |
| August 1993 – 1997 | Supervise child and adolescent psychiatry fellows, psychiatry residents and psychology trainees at the University of Chicago |
| July 1991- July 1992 | Supervise psychiatry residents at Northwestern University |


**ELECTED POSITIONS:**

| | |
|---|---|
| June 2008 – Present | Chair, AACAP Delegation to AMA House of Delegates |
| July 2015 – June 2016 | Chair, AMA Council on Science and Public Health |
| July 2014 – June 2015 | Chair Elect, AMA Council on Science and Public Health |
| 2011 – 2013 | Chair, AACAP Assembly |
| 2011 – 2013 | AACAP Executive Committee |
| July 2008 – June 2016 | AMA Council on Science and Public Health |
| 2009 – 2011 | Vice-Chair, AACAP Assembly |
| 2007 – 2009 | AACAP Assembly Treasurer |

2007 – 2013          AACAP Council

2002 – 2004          AACAP Assembly Representative to the Executive Committee


**REVIEWER:**

Guest Reviewer – Journal of The American Academy of Child and Adolescent Psychiatry


**TRAINEES AND MENTOREES:**

2005 – Present          Ongoing Mentoring for AACAP and APA Mentor Programs

2005 – 2007 (Jada          Vice Chair, Psychiatry, Illinois Masonic Hospital
Johnson, MD)

2002 – 2004 (Shiraz          Medical Director, Maryville Academy
Butt, MD)

1998 – 2000 (Lucyna          Medical Director, River Edge Hospital
Puszkarska, MD)

1997 – 1999 (Joseph          Medical Director, Streamwood Hospital
McNally, MD)


**PROFESSIONAL SOCIETY APPOINTMENTS**

May 2015 – Present          American Psychiatric Foundation (APF BOD), Board of Directors

2014 – Present          CMS District 1, Delegate to 2014 Illinois House of Delegates

May 2012 – Present          Chair – Council on Children, Adolescents and Their Families,
American Psychiatric Association

May 2012 – May 2014          Chicago Medical Society, District 1 Councilor

May 2012 – May 2013          Chicago Medical Society District 1, Alternate Delegate to Illinois
2013 House of Delegates

Nov. 2010 – June 2011          APA Task Force on Prevention of Bullying.

2009 – Present          APA Political Action Committee (PAC) Board

Oct. 2009 – Present          AACAP Committee on Juvenile Justice Reform

April 2008 – 2009          Member APA Council on Children, Adolescents and Their Families.

Kraus Expert Report
Exhibit A: Page 5

| | |
|---|---|
| 2008 – Present | AACAP Delegate to AMA House of Delegates |
| May 2007 – Present | Member – Council on Children, Adolescents and Their Families, American Psychiatric Association |
| Sept. 2001 – Present | Co-chairman of the AACAP committee on Juvenile Justice Reform. |
| May 2001 – 2010 | Chairman of the American Psychiatric Association Committee on Juvenile Justice Issues |
| Dec. 2000 – 2007 | AACAP Alternate Delegate to the AMA House of Delegates 2007 |
| June 2000 – June 2002 | President, Illinois Council of Child & Adolescent Psychiatry |
| Dec. 1999 – Dec. 2000 | AACAP Delegate for Young Physicians to the AMA |
| Nov. 1999 – 2001 | Evanston Northwestern Healthcare Child Protection Committee |
| Sept. 1999 – March 2001 | Member, Evanston Mental Health Board, Substance Abuse Task Force |
| Jan. 1999 – Jan. 2003 | Chairman, National Commission on Correctional Health Care, Committee on Juvenile Health Care |
| 1998- 2010 | Member of the American Psychiatric Association Committee on Juvenile Justice Issues |
| Sept. 1998 – 2000 | Clinical Advisor, Chicago Metropolitan Child and Adolescent Comprehensive Community Services Systems Network Advisory Council |
| April 1998 – Dec. 1998 | Vice Chairman, National Commission on Correctional Health Care, Committee on Juvenile Health Care |
| April 1998 – Dec. 1998 | Vice Chairman, National Commission on Correctional Health Care, Task Force for Revision of the NCCHC Standards for Health Services in Juvenile Detention and Confinement Facilities |
| June 1997 – Jan. 1999 | Chairperson of AACAP Committee for New Physicians |
| June 1997 – Jan. 2003 | Board of Directors, National Commission on Correctional Health Care |
| Jan. 1997 – July 2000 | Program Chairman, Illinois Council for Child and Adolescent Psychiatry |
| July 1995 – July 1996 | Program Chairman for Chicago Society for Adolescent Psychiatry |
| Sept. 1994 – Oct. 1999 | AACAP Committee on Foster and Adoptive Families |

March 1994 – Dec. 1996   AACAP Alternate Delegate for Young Physicians to the AMA

## CONSULTING POSITIONS

Jan. 2013-Present   Federal Consent Decree appointment, Assessment and restructuring of the mental health programming for the Illinois Department of Juvenile Justice (IDJJ) under a Consent Decree filed with the Attorney General's Office by the American Civil Liberties Union (ACLU) of Illinois in December 2012 (RJ v. Bishop)

Feb. 2006 – Present   Consultant to the ACLU

May 2003 – 2008   Consultant, United States Department of Juvenile Justice, Civil Rights Division

1993 – Present   Forensic testimony in Juvenile Court (abuse/neglect & delinquency), Family Court focusing on custody and expert testimony in other state and federal cases. Previously worked as an Expert for the Cook County Public Guardian's Office and DCFS.

Sept. 1992-1993   Psychiatrist Chairperson of the Physician Review Board for the City of Chicago, Department of Mental Health – 1992

1992 – Present   Expert testimony in juvenile and domestic relations courts in a variety of cases ranging from transfer hearings, abuse including Munchausen by Proxy, Child Advocacy Focusing on Custody and "Best Interest" of the Child

April 1990 – June 1990   Psychiatric Consultant to Illinois Youth Center, Joliet, Illinois; General Population and the Intensive Reintegration Unit

Jan. 1990 – 1992   City of Chicago, South East Community Mental Health Center

## ADMINISTRATIVE SERVICES:

2011 - Present   Development of the Autism Assessment, Research, Treatment and Services (AARTS) Center at Rush University Medical Center

2006 – Present   Director of the Sonia Shankman Orthogenic School and Rush University Medical Center's clinical rotation for child and adolescent psychiatry fellows at Rush

2006 – Present   Director of Psychiatric Services, Sonia Shankman Orthogenic School

| 2002 – Present | Chief of Child and Adolescent Psychiatry, Rush University Medical Center |
| 1999 – Present | Medical Director of the Chicago Metropolitan Easter Seals Therapeutic Schools |

## CLINICAL SERVICE:

| 2012 - Present | Director, Autism Assessment, Research, Treatment and Services Center at Rush University Medical Center |
| July 2005 – Present | Psychiatric Director Sonia Shankman Orthogenic School at Chicago |
| June 2005 – Present | Psychiatric Consultant to New Trier, Niles North and Niles West High Schools |
| Feb. 2000 – June 2001 | Director, Child and Adolescent and Forensic Psychiatry, University of Illinois at Chicago |
| Jan. 1999 – Present | Medical Director, Chicago Metropolitan Easter Seals Therapeutic School |
| Sept. 1998 – Present | Psychiatric Consultant to Evanston Township High School |
| Aug. 1997 – February 2000 | Division Head of Child/Adolescent Psychiatry, Evanston Northwestern Healthcare |
| Sept. 1992 – May 1993 | Psychiatrist Chairperson of the Physician Review Board for the City of Chicago, Department of Mental Health – 1992 |
| July 1994 – Aug. 1997 | Assistant Director of Child and Adolescent Inpatient Services, University of Chicago |

## MEDIA:

1. October 26, 1994, Chicago Sun Times, TV-Violence Line Elusive.

2. November 6, 1994, Chicago Tribune, "Mental health tests for kids spark debate;" Screening: Testing would help parents, supporters say.

3. November 19, 1994, Chicago Tribune, Try Sandifer suspect as kid, experts say.  Louis Kraus testified, "Derrick Hardaway suffers from a *conduct disorder* that developed in his early adolescence because of family tensions, physical abuse and other problems."

4. February 25, 1997, Chicago Tribune, Leniency sought for teen convicted of killing Sandifer.

5. March 13, 1997, Chicago Tribune, Return girl slowly to mom, psychiatrist say.

6. March 30, 1997, Chicago Tribune, Student-Teacher contact is becoming a danger zone. Kraus was quoted to say, "The students are drawn into the relationship because they idolize their teacher and often don't see anything wrong until much later. At that point they might feel depressed and used and have trouble forming relationships."

7. March 25, 1998, Chicago Tribune, 4 pupils, teacher die in schoolyard ambush.

8. March 25, 1998, Chicago Sun Times, Kids ambush kids; Shooting stuns school.

9. March 29, 1998, Violence is linked to genetics, early abuses that set patterns

10. April 6, 1998, Chicago Tribune, Teen smokers a pack short of a carton in wisdom department.

11. June 3, 1998, Toronto, Canada, American Psychiatric Association, The Daily Bulletin, Presidential Sessions on "A Time of Violence."

12. June 1998, Chicago Parenting, "Keeping rage from turning into tragedy."

13. August 14, 1998, Chicago Sun Times, Making Sense of kids' case.

14. August 14, 1998, Chicago Tribune, Young suspects sent home. Dr. Kraus testament was paramount in the 7-year-old being allowed to go home with his family.

15. Possley, M. and Puente, T., "Young Suspects Sent Home", Chicago Tribune, August 14, 1998

16. Kotlowitz, A., "The Unprotected", The New Yorker. February 8, 1999

17. March 7, 1999, Chicago Tribune, Aftermath an ordeal for parents, kids.

18. November 11, 1999, Northwest Herald, Boy who shot clerk sentenced.

19. February 23, 2000, Tribune Allied Health, Safety nets for teens.

20. April 9, 2000, Chicago Tribute, School provides unique antidote for depression.

21. January 30, 2001, Chicago Tribune, Files in Ryan Harris case shed new light. Disclosure of the results of the psychiatric interview changed interview process of minors.

22. December 7, 2001, Psychiatric News, AACAP Kraus was quoted "We certainly disagree with the Supreme Court ruling and believe the death penalty constitutes cruel and unusual punishment."

23. July 9, 2002, Psychiatric News, AMA Vows to Prevent Future Psychologist Prescribing Laws.

24. April 4, 2003, Study Questions Youths' Ability to Understand Trial Process, *Study Implications.*

25. July 18, 2003, Psychiatric News, Psychiatrist Wins AMA Leadership Post: *Psychiatry Scores in HOD.* Kraus argued successfully in favor of an amendment to a resolution asking that the AMA support comprehensive health education for female delinquent, including information on responsible sexual behavior and the prevention of sexually transmitted diseases and HIV/AIDS." Kraus also testified, "Medicaid reaches 44 million Americans, more than Medicare or any other form of health insurance and covers Americans who are among the poorest and most disadvantaged populations in the country."

26. February 13, 2004, Chicago, Metro North Shore, Abuse of cold medicine rising.

27. Tresniowski, A. Hewitt, B., "Escape from Hell", People Magazine. September 25, 2006

28. Reuters, "Experts say video games not an addiction in AMA Meeting", June 25, 2007

29. Neergaard, L. "Easy nondrug helps ADHD Kids", USA Today. September 3, 2007

30. Tanner, L. "Shock Treatment Sought for Autistic Man", USA Today. September 3, 2007

31. Reuters, "Antidepressant warnings scared parents, doctors", September 9, 2007

32. Fox News, "Study: Brains of ADHD Children Develop More Slowly than Brains of other Youngsters", November 13, 2007

33. Bynum, R., Stobbe, M., "Experts Dubious of Ga. 3rd- Grader Plot", Associated Press. April 2, 2008

34. October 31, 2008, The Wall Street Journal, Therapy, Antidepressants Ease Anxiety in Children.

35. Tanner, L., "Kids with ADHD on meds test better than peers", Associated Press. April 27, 2009

36. Tanner, L., "Jackson kids face hurdles coping with his death, universal trauma of losing a parent may be eased if stability can be offered", Associated Press. July 5, 2009

37. Fox News, "Psychiatrists say Blagojevich's choice to have daughters join him at court may be stressful", July 7, 2010

38. FOX – Judge Jeanine, "8-year Old Boy's Commitment to a Psychiatric Ward", February 19, 2011

39. CNN, Anderson Cooper 360, "KTH: Mass. School called 'house of horrors', May 24, 2012.

40. Fox News Chicago, "Beauty may no longer be in the eye of the beholder", May 10, 2012

41. CNN, Anderson Cooper 360, "Anderson Cooper Investigates Shocking RTC Treatment", June 4, 2012

42. Moran, M. "More research needed on SSRI's for treating Autism Disorders", Psychiatric News. Volume 47, Number 11. June 11, 2012

43. CNN, Anderson Cooper 360, "Crime and Punishment, The Sandusky Trial", June 12, 2012

44. NBC News Chicago, "How to Talk to Your Kids about Conn. Shooting", December 14, 2012

45. Niedowski, E., Tanner, L. "How to Talk to Your Kids about Conn. Shooting", Associated Press. December 15, 2012

46. CNN, Anderson Cooper 360, "Former Child Hostage Describes Captivity Underground", February 4, 2013

47. Fox News Chicago, "Violence has long term effects on children", August 12, 2013

48. England, C. "Helping young adults make the transition", Chicago Medicine Magazine, September 2013

49. Schmadeke, S., "State's youth prison system violates inmates' rights, experts say", Chicago

Tribune. September 25, 2013

50. NBC News, "Black Box warning on antidepressants raised suicide attempt", July 18, 2014

51. FOX News, "How far should we go to discipline our kids", September 2014

52. FOX News, "Could a self-esteem booster turn your child into a narcissist?", March 2015

53. Al Jazeera America, "US Only Nation to Imprison Kids for Life," March 2015

54. US Today, "Doctor:  Impact-separating-families tragic June 19, 2018

55. Fox News, "Medical experts warn that separating children from parents causes psychological damage June 20, 2018

## SCIENTIFIC ACTIVITIES:

### a) *Grants:*

| | |
|---|---|
| 2011-Present | Effects of memantine vs. placebo on motor planning and memory in children with autism spectrum disorders. $74,176 |
| 2010 | Rush Women's Board, Assessment of prevalence of Bipolar Disorder in adolescent population in a residential placement, $30,000 |
| April, 1999 | Department of Human Service, State of Illinois Grant – Bridges Program for Development of School and Home-based Therapeutic Services for Adolescents, $100,000 per year |
| March, 1998 | Evanston Northwestern Healthcare Auxiliary Grant for Development of a Community-based Adolescent Mental Health and Substance Abuse Program, $1,000,000 |

### b) *Research*

| | |
|---|---|
| 2011 – Present | Development of Research Program at the Rush AARTS Center |
| 1984 - 1986 | Research under direction of Max Harry Weil, Ph.D., Chairman, Department of Medicine, University of Health Sciences, The Chicago Medical School, on the reversal of academia during cardiopulmonary resuscitation |
| 1999 – 2001 | Outcomes research focusing on adolescent dual diagnosis; early diagnosis and intervention in a community based treatment program. |

### c) *Poster Presentations*

Grunewald, S., Kraus, L., Youngkin, S., Wade, K. H., Forburger, N.,

Kraus Expert Report
Exhibit A: Page 11

Owley, T., Loftin, R., Fogg, L. & Soorya, L. (May 2014). *Access to care: Familial and racial variables associated with limited service access for individuals with ASD.* Poster presented at 2014 Annual International Meeting for Autism Research (IMFAR). Atlanta, GA.

Poster Presentation:  APA Meeting, Washington, DC "Monitoring Resident Supervision in Times of Change," May 1992.

# SCHOLARSHIP

a) ***Books and Chapters***

1. Thomas, C.R., Kraus, L.J. "Public Policy Implications of Research on Aggression and Antisocial Behavior", The Origins of Antisocial Behavior.  Oxford University Press, 2012.
2. Galatzer-Levy, R., Kraus, L., Galatzer-Levy, J., The Scientific Basis of Child Custody Decisions. Cambridge Press, 2009.
3. Kessler, C., Kraus, L, The Mental Health Needs of Young Offenders. Cambridge Press, 2007.
4. Geraghty, R., Kraus, L, Fink, P. "Assessing children's competence to stand trial and to waive Miranda rights: new directions for legal and medical decision-making in juvenile courts" in The Mental Health Needs of Young Offenders. Cambridge Press, 2007,
5. Kraus L, Sobel, H. "Post-adjudicatory assessment of youth" in The Mental Health Needs of Young Offenders. Cambridge Press, 2007.
6. Galatzer-Levy, R., Kraus, L.J., eds, The Scientific Study of Child Custody Decisions, Wiley Press, 1999.
7. Kraus, L, "Understanding the Relationship between Children and Caregivers" in The Scientific Basis of Child Custody Decisions, Wiley Press, Ed. Galatzer-Levy R. and Kraus, L 1999.
8. Leventhal, B. Kelman, J., Galatzer-Levy, R., Kraus, L., "Divorce, Custody, and Visitation in Mid-Childhood" in The Scientific Basis of Child Custody Decisions, Wiley Press, Ed. Galatzer-Levy R. and Kraus, L 1999.

b) ***Peer Reviewed Publications***

1. 1988 Practice Parameter for "Child and Adolescent Forensic Evaluations", Kraus, L, JAACAP, Vol 50, No.12, Dec. 2011 pp1299-1312.
2. Geraghty, T.F., Kraus, L, "Treating the Mentally-Ill Offender: The Challenge of Creating an Effective, Safe and Just System," The Journal of Criminal Law and Criminology, Northwestern University School of Law 89 (1) Fall, 1998.
3. von Planta, M., Gluldipati, R., Weil, M.H., Kraus, L.J., Rackow, E., "Bicarbonate and Tromethamine (Tham) Buffers Fail to Improve Resuscitability During Porcine C.P.R.," Federation Proceedings 46 (4), 1145, 1987
4. von Planta, M, Gudipati, R., Weil, M.H., Kraus, L.J., Rackow, E., "Effects of Tromethamine and Sodium Bicarbonate Buffers During Cardiac Resuscitation," Journal of Clinical Pharmacology 28,

594-599, 1987

c) *Other Publications*

1. Kraus, L., Arroyo, W. "Recommendations for Juvenile Justice Reform, Second Edition", American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform. October 2005.

2. Kraus, L, Arroyo, W. Editors, "Recommendations for Juvenile Justice Reform", Monograph, October 2001, American Academy Child and Adolescent Psychiatry.

3. Kraus, L. "Standards for Juvenile Detention and Confinement Facilities", Recommendations for Juvenile Justice Reform, Monograph, October 2001.

4. Kraus, L. "Females in the Juvenile Justice System", Recommendations for Juvenile Justice Reform, Monograph, October 2001.

5. Kraus, L, Morris R. "Seclusion and Restraint Standards in Juvenile Corrections", Recommendations for Juvenile Justice Reform, Monograph, October 2001.

6. Kraus, L. "Tackling Juvenile Justice," AACAP News, Volume 31, Issue 2, March/April 2000, pp. 75-76.

**PRESENTATIONS:**

1. Keynote Speaker, Eugene J-M.A. Thonar, PhD, Award Presentation, Rush University Medical Center, October     14, 2014

2. American Psychiatric Association, "Children & Adolescents In Juvenile Detention", October 7, 2018

3. Harvard University Conference, "Behind Bars: Health and Human Rights in U.S. Prisons" November 28, 2017

4. AACAP 64th Annual Meeting, Washington, DC October 23-28, 2017

5. Grand Rounds, Rush University Medical Center, "Psychiatric Malpractice: Dos and Don'ts." May 21, 2014

6. Chair, AACAP Douglas B. Hansen, MD 39th Annual Review Course in Child and Adolescent Psychiatry, Child and Adolescent Forensic Psychiatry, Westin Chicago River North, Chicago, IL, March 22-23, 2014.

7. Autism, Behavioral Challenges and Complex Medical Needs (ABC) Conference, "Making Systems Work Across the Lifespan for Children with Special Needs," Treatment and Advocacy for the Autistic Teen as they Transition into Adulthood, Kraus, LJ, Palos Hills, IL November 22, 2013.

8. Illinois State Board of Education, Kraus, LJ, Keynote Speaker, "The Complexity of Diagnosis and Behavior of Students Placed Residentially."  November 7, 2013.

9. Illinois State Board of Education, Kraus, LJ, "Juvenile Justice, Social Maladjustment and Associated Mental Health Disorder: How do we educate this difficult population and what do we do when they get out?"  November 7, 2013.

10. 7th Congress of Asian Society for Child and Adolescent Psychiatry & Allied Professions and 12th Biennial Conference of Indian Association for Child and Adolescent Mental Health; Kraus, LJ,

Chair, "Cyberage and Child Mental Health." September 26, 2013, New Delhi, India.

11.   12th Biennial Conference of Indian Association for Child and Adolescent Mental Health; Kraus, LJ., Chair, "Role in the Changing Landscape of Child and Adolescent Psychiatry and Mental Health," September 25, 2013, New Delhi, India.

12.   12th Biennial Conference of Indian Association for Child and Adolescent Mental Health, Kraus, LJ., "DSM-V: Implications for Child and Adolescent Psychiatry," September 25, 2013, New Delhi, India.

13.   Illinois Institute for Continuing Legal Education, IIT Chicago-Kent College of Law, "Cutting Edge Child Custody Symposium", Professional Training and Requirements, June 21, 2013.

14.   Illinois Institute for Continuing Legal Education, IIT Chicago-Kent College of Law, "Cutting Edge Child Custody Symposium," Point and Counterpoint: Adoption of Custody Evaluation Standards, June 21, 2013.

15.   American Psychiatric Association (APA) Annual Meeting Workshop; "A Career in Child and Adolescent Psychiatry: From a Developmental Perspective." San Francisco, CA May 22, 2013.

16.   Office of Juvenile Justice and Delinquency Prevention in Collaboration with the National Center for Youth in Custody "The Impact of Isolation Practices in Confinement Facilities," National Webinar, April 3, 2013.

17.   19th Judicial Circuit Child Representative/Guardian ad Litem Training, "Psychology of Child Development and Age Appropriate Visitation." College of Lake County, Grayslake, Illinois, September 12, 2012.

18.   Abraxas Education Forums; "The Role of Child and Adolescent Psychiatry in Public and Private Special Education." Woodridge, IL March 30, 2012.

19.   Learning Disabilities Association of America, 49th International Conference, "Dissecting a Bully: Interventions for the Bullied." February 22-25, 2012, Chicago, IL.

20.   APA Annual Meeting, "Wayward Youth Revisited", May 17, 2011, Honolulu, Hawaii.

21.   APA Annual Meeting, "Teen Bullying", May 17, 2011, Honolulu, Hawaii.

22.   ISBA Chicago Regional Meeting (Effective Advocacy for Juveniles with Mental Health Needs) "Diagnosis and Treatment of Mental Health in the Juvenile Justice System", May 11, 2011.

23.   American Academy of Child and Adolescent Psychiatry (AACAP) 57th Annual Meeting, "Variations in State Decisions on Custody" October 29, 2010, NY, NY.

24.   AACAP 57th Annual Meeting, "Role of the Expert in Child & Adolescent Psychiatry Malpractice" October 29, 2010, NY, NY.

25.   AACAP 57th Annual Meeting, "Advocacy for Children with Autism: How to Find the Right Services" October 29, 2010, NY, NY.

26.   ISBA Family Law Section, Springfield, IL. "Custody Evaluations When Children Have Major Psychiatric Disorders", October15, 2010.

27.   ISBA Family Law Section, Chicago, IL. "Custody Evaluations When Children Have Major Psychiatric Disorders", September 23, 2010.

28.   DePaul University College of Law, "Juvenile Competency to Stand Trial and Understand Miranda", April 11, 2009.

29.   Illinois State Bar Association (ISBA) and the Committee on Continuing Legal Education,

Attorney Education in Child Custody and Visitation Matters, "Factoring a Child's Development into Custody and Visitation" November 21, 2008.

30.　AACAP Members Forum, Practice Parameter for Child and Adolescent Forensic Evaluations, October 31, 2008.

31.　55th Annual AACAP Meeting Chicago, "The Role of the Child Psychiatrist in Juvenile Competency" October 30, 2008.

32.　Rush University Medical Center, Department of Pediatrics Grand Rounds, "Perspectives on Delinquency, Past and Present", August 12, 2008.

33.　American Medical Association (AMA), "How has science impacted juvenile justice regarding competency, waiver hearings, adjudications, dispositions, and treatment (psychopharmacology)". Annual Meeting, Washington DC, July 2008.

34.　Spring Midwest American Academy of Psychiatry and the Law (AAPL) Meeting, Chicago, IL, "Juvenile Competency to Stand Trial and Understand Miranda," Louis J. Kraus, MD, April 21, 2007.

35.　National APA Meeting in San Diego, "Workshop on Juvenile Justice Presentation on Child Competency to Stand Trial and Understand Miranda. May 2007.

36.　53rd Annual American Academy of Child & Adolescent Psychiatry, San Diego, CA, "The Psychiatrist's Role in Child Custody: A Mock Hearing," Louis J. Kraus, MD, October 28, 2006.

37.　Rush University Medical Center, Department of Psychiatry Grand Rounds, "Capital Punishment for Teenagers – The Recent Supreme Court Decision Roper v Simmons: Discussion and Forensic Application of Current Neuroimaging Research on Teenagers ", April 20, 2005.

38.　Cambridge Hospital, Department of Psychiatry Grand Rounds, "Juvenile Delinquency", September 2004

39.　AACAP National Meeting, San Francisco – Symposium – "Addressing the Needs of Behavior Disordered Children Within the School System", San Francisco, CA, October 25, 2002.

40.　University of Chicago – Workshop "Early Onset Bipolar Disorder", December 14, 2001.

41.　Juvenile Justice Reform – Media Workshop, National AACAP meeting, Honolulu, Hawaii, October 2001.

42.　Hephzibah Children's Association – Workshop "Child and Adolescent Psychiatric Diagnoses and Medications" September 28, 2001

43.　A&E Television Broadcast on "Shattered Innocence - Fells Acres Abuse Case", August 8, 2001

44.　15th Annual Statewide Forensic Conference, October 16-17, 2000 Loyola University Chicago, Illinois Department of Human Services

45.　Speaking engagements at parent groups, managed care meetings, University of Chicago, the Department of Corrections and Probation

46.　Media interviews on television, radio and in newspapers and various publications.

47.　American Psychiatric Association – "Littleton – One Year Later, The Assessment of the Potentially Violent Child Within The School System," May 15, 2000.

48.　Institute of Psychoanalysis, Conference on Youth and Violence, "Diagnosis and Treatment of Delinquents in a Maximum Security Youth Center," May 12, 2000

49.   Evanston Northwestern Healthcare – Pediatric Grand Rounds, "Connections Program – Development of a Community-Based Adolescent Alcohol and Drug Treatment Program," May 2, 2000.

50.   Evanston Northwestern Healthcare – Pediatric Grand Rounds, "ADHD, Differential Diagnosis and Treatment" April 4, 2000.

51.   New Trier High School – Peer Helping, "Adolescent Youth Violence," March 2, 2000.

52.   Response Center, Skokie, IL, "Adolescent School Violence," February 16, 2000.

53.   Chicago Bar Association Matrimonial Law Committee, "Physical, Mental and Emotional Abuse in Custody Cases," February 14, 2000.

54.   Cook County Public Guardian's Office, "Domestic Violence and How It Affects Children," January 31, 2000.

55.   Illinois Psychological Association, "Assessment of Violence in Children and Adolescents, November 11, 1999.

56.   New Trier Township, "School Violence - Treatment and Community Intervention," May 12, 1999.

57.   Shand Morahan Worksite Lunch Program, "Signs of ADD/ADHD and Possible Treatment," April 21, 1999.

58.   Evanston Northwestern Healthcare Health Watch Program, "Childhood Attention Deficit Disorder: Treatment Options," April 7, 1999.

59.   Evanston Northwestern Healthcare, Department of Psychiatry, Professional Conferences, "School Violence," April 6, 1999.

60.   The Warren Wright Adolescent Center, Stone Institute of Psychiatry, Northwestern Memorial Hospital, "Violence in Schools," November 6, 1998.

61.   Institute for Women's Health, Evanston Northwestern Healthcare "Helping Kids Cope with Divorce," October 1998.

62.   Illinois Society of Child and Adolescent Psychiatry, "Juvenile Transfer Hearings – The Psychiatric Evaluation," October 1998.

63.   APA Meeting, Toronto, Ontario, Canada, "Treatment of Severe Delinquents in a Maximum Security Youth Center," June 1998.

64.   Evanston Northwestern Healthcare Pediatric Lecture Series, "The Continuum of Behavior Disorders," April 1998.

65.   Evanston Northwestern Healthcare Department of Psychiatry, Professional Conferences, "Transfer Hearings in Juvenile Court: Evaluation of Behavior Disordered Youth," January 1998.

66.   Evanston Northwestern Healthcare Department of Psychiatry, Professional Conferences, "The Use of Attachment Theory in Custody Evaluations," January 1998.

67.   Juvenile Justice Division of the Circuit Court of Cook County, "Psychiatric Assessments in Juvenile Justice Cases," June 1997.

68.   Chicago Bar Association-Juvenile Law Committee, "Utilizing Psychiatric Evaluations In Juvenile Justice Cases:  Transfer And Dispositional Hearings," February 1997.

69.   Genesis Schools/Illinois Association of Counsel for Children, "Helping Incarcerated Youth

Overcome Delinquency and Mental Illness," December 1996.

70. University of Chicago, Laboratory School Lower School Parents Association Lecture Series, "Is My Child's Behavior Normal?" November 1995.

71. CAUSES - Illinois Masonic Hospital, "Attachment Theory In The Use Of Bonding Evaluations," September 1995.

72. Illinois Probation and Court Services 1995 Annual Spring Conference, "Kids Killing Kids," March 1995.

73. Grand Rounds: Columbus Hospital Department of Pediatrics. "Delinquency, Etiology and Intervention," July 1994.

74. Cook County Juvenile Court, Office of the Public Guardian. "Munchausen By Proxy," July 1994.

75. Columbus Hospital, Department of Pediatrics Grand Rounds, "Delinquency, Risk Factors, and Interventions," July 1994.

76. International Correctional Education Association Conference, Chicago " Attention Deficit Hyperactivity Disorder," May 1993.

77. The American Psychoanalytic Association National Conference, New York, "Attachment Theory - Forensic Implications for Best Interest of the Child," December 1993.

78. Poster Presentation: APA Meeting, Washington, DC "Monitoring Resident Supervision in Times of Change," May 1992.

79. The University of Health Sciences, The Chicago Medical School, "Effects of Tham and NaHCO3 on Acid Base Balance During CPR," 1984.


## TESTIMONY IN PAST 5 YEARS:

| DATE | CASE | TYPE | COURT |
|------|------|------|-------|
| 2019 | Hassan v Rehab Esmat Baldredrin<br><br>No. 2017-D-0301 | Deposition | Circuit Court of Cook County Illinois |
| 2019 | Brown v Rockford Memorial Hospital<br><br>No. 12–L-132 | Deposition | Circuit Court of the 17th JudicialCircuit Winnebago County, IL |
| 2018 | Tarabochia v Thurson County, et al.<br><br>No. 3:18-CV-05056 | Deposition | W.D. Wa 2018 |

| 2018 | Kormi v Choate, et al.<br><br>No. 12-CV-02595 | Deposition | US District Court Northern District of Illinois Eastern Division |
|---|---|---|---|
| 2018 | Ryan v Ryan<br><br>No. 17-D-662 | Deposition | Circuit Court of the Nineteenth Judicial Circuit, Lake County, Il |
| 2018 | Mason v Superintendent Donald Schaefer, Cheryl Prost, et al.<br><br>No. 16-CV-01356-NJR | Deposition | US District Court<br><br>Southern District of Illinois |
| 2017 | Latson v Clarke<br><br>No. 16-CV-00039 | Deposition | Western District of VA |
| 2017 | Des Roche v California Physicians Service<br><br>No. 16-cv-02848-LHK | Deposition | US District Court for the Northern District of California (San Jose Division) |
| 2017 | Whitlock/Kochevor<br><br>No. 2012 F 000032 | Deposition | 1st Municipal District – Cook County, Chicago |
| 2016 | DePalo v. DePalo<br><br>No. 2014 D 001488 | Deposition<br><br>Testimony | 1st Municipal District – Cook County, Chicago |
| 2016 | Rea v. Rea<br><br>No. 2014 D 009277 | Deposition<br><br>Testimony | 1st Municipal District – Cook County, Chicago |
| 2015 | Sworthout v Robison<br><br>No. 2013 D 001542 | Deposition<br><br>Testimony | 1st Municipal District – Cook County, Chicago |
| 2015 | Rubenstein<br><br>No. 12 D 2303351 | Deposition<br><br>Testimony | 1st Municipal District – Cook County, Chicago |
| 2015 | McKinley v Doe<br><br>No. 2010 L 005691 | Deposition | 1st Municipal District – Cook County, Chicago |
| 2015 | Radassnau 215(a)<br><br>No. 2013 D 000182 | Deposition | 1st Municipal District – Cook County, Chicago |

| 2014 | Dowd v Strauss<br>No. 2008 D 10469 | Deposition<br>Trial | 1st Municipal District –<br>Cook County, Chicago |
|------|-----------------------------------|---------------------|--------------------------------------------------|
| 2014 | Weinhouse<br>No. 008800 | Trial | 1st Municipal District –<br>Cook County, Chicago |
| 2014 | Miller v Morgan<br>No. ON L 143 | Deposition | 1st Municipal District –<br>Cook County, Chicago |
| 2014 | Ring 215a<br>No. 2013 D 005580 | Deposition | 1st Municipal District –<br>Cook County, Chicago |
| 2014 | Angel v Segal<br>No. 2009 L 003496 | Deposition<br>Trial | 1st Municipal District –<br>Cook County, Chicago |
| 2014 | LaCrosse v Veolia, et al<br>No. 2012-CV-000648 | Deposition | 1st Municipal District –<br>Cook County, Chicago |