# Exhibit 12

# STANDARDS FOR HEALTH SERVICES
# IN JUVENILE DETENTION AND
# CONFINEMENT FACILITIES

## 2015

These standards represent the official position of the National Commission on Correctional Health Care with respect to requirements for health services in juvenile detention and confinement facilities. They do not necessarily represent the official position of supporting organizations or individuals represented on the National Commission on Correctional Health Care Board of Directors.

National Commission on Correctional Health Care

**CCSAO T.S. v. 20th Century 11288**

**Y-F-03**
*important*

### EXERCISE

#### Standard

All juveniles are offered the health benefits of exercise.

#### Compliance Indicators

1. *Exercise* takes place outside the juvenile's room in an area large enough to accommodate the activity.
2. Exercise is offered to all custody classes of juveniles except those in transient status. Juveniles who are in segregated housing or lockdown are provided with opportunities to exercise daily within their unit.
3. The frequency of exercise is at least 1 hour daily, 7 days a week.
4. All aspects of the standard are addressed by written policy and defined procedures.

#### Definition

*Exercise* is increased aerobic activity that stimulates and improves physical and mental health through the use of large-muscle activities such as walking, jogging in place, basketball, and isometrics.

#### Discussion

The intent of this standard is to improve juveniles' overall health through exercise. For adolescents, recreation is necessary for the proper development of the body. High-energy activities also help alleviate stress that may build up among adolescents. Recreational exercise can improve cardiovascular performance and enhance overall physical and mental health. Exercise can be helpful in controlling anxiety, nervousness, manic episodes, and depression.

Regarding the use of outside yards, gymnasia, and multipurpose rooms, providing opportunities for exercise (e.g., basketball, handball, running, calisthenics) satisfies the standard even if juveniles do not take advantage of them. Although such activities may be more productive under the supervision of a recreational staff person, this is not required.

Permitting in-room exercises does not constitute compliance with standard.

Health staff, including mental health staff, should encourage patients under their care to take advantage of exercise opportunities.

There should be a designated room or area (inside or outside) for exercise. Daily outdoor exercise, whenever possible, is recommended. It is also recommended that health staff advise facility staff about health risks of strenuous exercise during

111

National Commission on Correctional Health Care

harsh environmental conditions (e.g., extreme heat, sunshine, or cold) that may require hats, sunblock, shade, or sufficiently warm clothing to prevent illness. Health staff also should alert facility staff when there are safety problems with recreational equipment or the environment used for recreation.

CCSAO T.S. v. 20th Century 11411