# Exhibit 13

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF ILLINOIS

 3                     EASTERN DIVISION

 4

 5   T.S., et al.,                    )

 6                 Plaintiffs,   )

 7          vs.                  ) No. 1:16-cv-08303

 8   TWENTIETH CENTURY FOX       ) Hon. Pallmeyer

 9   TELEVISION, et al.,         )

10                 Defendants.   )

11

12            The videotaped deposition of JONATHAN

13   KLEMKE, called as a witness for examination, taken

14   pursuant to the Federal Rules of Civil Procedure of

15   the United States District Courts pertaining to the

16   taking of depositions, taken before VICTORIA C.

17   CHRISTIANSEN, a Certified Shorthand Reporter of the

18   State of Illinois, CSR No. 84-3192, at Suite 500,

19   20 North Clark Street, Chicago, Illinois, on the

20   27th day of July, A.D. 2018, at 12:59 p.m.

21

22

23

24
```



```
 1         A.    No, generally I would not have been

 2    involved in that.

 3    BY MR. GARMEY:

 4         Q.    As a scout as opposed to an assistant

 5    manager, were you aware that it was not uncommon to

 6    pay members of a condominium association when

 7    someone in the condominium allowed their premises

 8    to be used to film?

 9         MR. JACOBSON:  Objection to form.

10              You can answer.

11    BY THE WITNESS:

12         A.    I was aware of that.

13    BY MR. GARMEY:

14         Q.    You were aware as -- did you understand

15    that that was a standard practice?

16         A.    I would take issue with "standard

17    practice."  It was an occasional practice.

18         Q.    Okay.  Would you have had anything to do

19    with the -- either the projections or the actual

20    payment of a day at the location for Concert and

21    Woods?

22         A.    No, I wouldn't have had anything to do

23    with that.

24         Q.    Where was Cookie's Apartment filmed?
```



JONATHAN KLEMKE                                     July 27, 2018
T.S. vs TWENTIETH CENTURY FOX                                23

1      Q.    When did that conversation take place?

2      A.    During my initial scout.

3      Q.    Did Superintendent Dixon personally

4   accompany you on that -- on that initial scout?

5      A.    Yes.

6      Q.    The entire scout?

7      A.    I don't recall.

8      Q.    Okay.  So can you reconstruct for us to

9   the best of your ability your first phone

10   conversation with Superintendent Dixon?

11     A.    I told him that Twentieth Century Fox

12   Television working on a show called Empire was

13   looking for a location that we might be able to use

14   as a prison and I was curious if the juvenile

15   detention facility would be interested in

16   potentially exploring letting us use them as that

17   location.

18     Q.    And what did he say?

19     A.    He said that he was interested in

20   pursuing that.

21     Q.    And what was the next contact after that

22   phone conversation with Superintendent Dixon or the

23   institution?

24     A.    That same day I drove over to his



1  office, sat down and had a conversation with him

2  about what our needs would be and what something

3  like this might look like.

4      Q.   Was there a Ms. Akins part of that

5  conversation?

6      A.   I don't recall.

7      Q.   All right.  So tell me what -- what you

8  remember about that conversation specifically.

9      A.   I pulled up in my car, I parked in their

10 garage across the street, I went upstairs and was

11 shown Superintendent Dixon's office where we sat

12 down and had a conversation.

13      I had my camera with me with the hope

14 that he would allow me to walk through the facility

15 and take scout photos.  During the course of that,

16 I told him that we were looking for a visitation

17 room, we were looking for like a broom closet that

18 we might be able to build a recording studio in, we

19 were looking for a prison yard and then we were

20 looking for a jail cell at the time.

21      Q.   Did those requests change over time?

22      A.   I don't know.

23      Q.   How long would you say that first

24 con- -- I'm sorry.



```
 1              So you call him, and he finds time to

 2    meet with you that very day, correct?

 3         A.    Correct.

 4         Q.    When you got to the center, is the

 5    superintendent's office on the second floor or

 6    third floor?

 7         A.    I don't recall.

 8         Q.    All right.  Who escorted you to the

 9    superintendent's office?

10         A.    I don't recall.

11         Q.    Were -- did you see juveniles as you

12    walked through the institution?

13         A.    During the scouting phase or during the

14    meeting phase?

15         Q.    During the scouting phase.

16         A.    Yes.

17         Q.    So where did you observe juveniles in

18    the institution during the scouting phase?

19         A.    In the hallway.

20         Q.    All right.  Did you ever see anybody

21    outside playing basketball or other activities?

22         A.    I did not.

23         Q.    Did you have any understanding of why

24    the students -- or why the juveniles were moving
```



JONATHAN KLEMKE                                          July 27, 2018
T.S. vs TWENTIETH CENTURY FOX                                      44

1   staging area to the visitation area for filming?

2         A.    They would be walked through the halls

3   on the way from the chapel to the visitation area.

4         Q.    Were kids there during that walk?

5         A.    I don't recall seeing any.

6         Q.    Do you know what those areas were

7   typically used for when Fox wasn't filming?

8         A.    Yes.  Those were classrooms.

9         Q.    Did you ever wonder why the kids weren't

10  in those classrooms while you were filming?

11        A.    I did not.

12        Q.    Did you ever assume that the classrooms

13  were vacant because the students were being kept

14  out of your area?

15        A.    I did not.

16        Q.    Would it have bothered you if you

17  learned that kids were not going into those

18  classrooms because of your presence on the

19  facility?

20        A.    Yes.  That would run contrary to what I

21  was told by Superintendent Dixon.

22        Q.    During your filming experience, did you

23  ever see kids playing basketball on the --

24  outdoors?



800.211.DEPO (3376)
EsquireSolutions.com

JONATHAN KLEMKE                                        July 27, 2018
T.S. vs TWENTIETH CENTURY FOX                                    45

1          A.    I did not.

2          Q.    Did you ever observe -- and we're going

3    to go over your photographs -- anyplace where a kid

4    in that institution could get outside if it wasn't

5    in the courtyard where the basketball hoops were?

6          MR. JACOBSON:  Objection to form, lack of

7    foundation.

8              You can answer.

9    BY THE WITNESS:

10         A.    I did not.

11   BY MR. GARMEY:

12         Q.    All right.  Did you ever see a kid

13   during the entire shoot in that outside area?

14         A.    I did not.

15         Q.    There was a space of approximately

16   40-by-40 where Fox stored some equipment when it

17   wasn't in use, cameras and film equipment.

18              Do you remember that?

19         A.    I do.

20         Q.    Where was that?

21         A.    I believe that was on a vacant pod on

22   the fourth floor.

23         Q.    And did you ever go up to that pod to

24   inspect it?



JONATHAN KLEMKE                                          July 27, 2018
T.S. vs TWENTIETH CENTURY FOX                                      46

1        A.     During filming or prior to filming?

2        Q.     Prior to.

3        A.     Yes.

4        Q.     During?

5        A.     Yes.

6        Q.     When you inspected it prior to, did you

7   see any kids from your trip from wherever you went

8   to the -- that area?

9        A.     I did not.

10       Q.     Did you ever see during the filming

11  any --

12       A.     I --

13       Q.     -- kids there?

14       A.     -- did not.

15       Q.     The next paragraph, "Given the scale and

16  difficulties of this project, we're willing to pay

17  the detention center for the use of its facilities

18  and personnel.  I can't specify exactly what we

19  have to spend on this because it varies based on

20  the impact on the facility."

21              Was that your understanding of the

22  factors that went into determining how much

23  compensation the facility could expect for use of

24  its facility?



```
 1   to the extent if at all Fox was evaluating that,
 2   that was well beyond your pay grade?
 3        MR. JACOBSON:  Objection to form.
 4   BY THE WITNESS:
 5        A.    Can you clarify the question?
 6   BY MR. GARMEY:
 7        Q.    Yes.  As -- in the level you were at Fox
 8   at the time of this filming, was it beyond your
 9   responsibility to contemplate whether or not the
10   accommodations made by the County were impeding the
11   kids?
12        MR. JACOBSON:  Objection to form.
13   BY THE WITNESS:
14        A.    Yes.  We rely on the facilities who know
15   the day-to-day routines and who know their
16   responsibilities and the needs to make those
17   determinations for us.
18   BY MR. GARMEY:
19        Q.    So you were present during the first
20   filming, the second filming and the August filming
21   on this property, correct?
22        A.    I don't believe I was there during the
23   August filming.
24        Q.    All right.  During the first two
```



JONATHAN KLEMKE                                    July 27, 2018
T.S. vs TWENTIETH CENTURY FOX                              110

 1        Q.    Did you take a tour of the facility?  I

 2   don't want to play games with you.  I'm going to

 3   give you any opportunity to answer this.  I just

 4   want to know what you thought.

 5             Did you think there was a kid -- place

 6   the kids could play outdoors other than in those

 7   yards that you were going to --

 8        MR. JACOBSON:  Objection --

 9   BY MR. GARMEY:

10        Q.    -- film in?

11        MR. JACOBSON:  Objection to form,

12   argumentative.

13   BY THE WITNESS:

14        A.    I did not.

15   BY MR. GARMEY:

16        Q.    Okay.  And you were filming in June,

17   July and August in -- ultimately that's where you

18   filmed -- when you filmed in Chicago, correct?

19        A.    That is correct.

20        Q.    So after your conversation with

21   Superintendent Dixon, you understood that instead

22   of playing outdoors in June, the juveniles in this

23   center would be playing indoors, correct?

24        MR. JACOBSON:  Objection to form.

