# EXHIBIT 21

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4

 5   T.S., et al.,                )

 6             Plaintiffs,        )

 7        vs.                     ) No. 1:16-cv-08303

 8   TWENTIETH CENTURY FOX        )

 9   TELEVISION, et al.,          ) Hon. Rebecca

10             Defendants.        ) Pallmeyer

11

12             The videotaped deposition of LEONARD

13   DIXON, called for examination, taken pursuant to

14   the Federal Rules of Civil Procedure of the United

15   States District Courts pertaining to the taking of

16   depositions, taken before KRISTIN C. BRAJKOVICH, a

17   Certified Shorthand Reporter, CSR. No. 84-3810, of

18   said state, at Suite 500, 20 North Clark Street,

19   Chicago, Illinois, on the 21st day of March, A.D.

20   2019, at 9:09 a.m.

21

22

23

24
```



1   for the American Correctional Association, did you

2   work on any standards pertaining to large muscle

3   exercise?

4           A.    We worked on a lot of standards.  I

5   can't recall exactly.  There are 480 some

6   standards.

7           Q.    So when you use this slideshow to train

8   people at your facility, when you explain to them

9   that the residents need one hour of fresh air

10  daily, what you mean by that is -- excuse me -- you

11  mean that they could be getting that fresh air on

12  their pod?

13          A.    I don't understand your question.

14          Q.    They could be getting -- you said fresh

15  air is -- they can get fresh air on the pod, right,

16  in the living areas?

17          A.    That's correct.

18          Q.    So is that something that you explain

19  when you give this presentation?

20          A.    What I explain to them, when I give the

21  presentation, is driven by making sure that the

22  kids are out of their rooms and outside and not

23  locked in their rooms.

24          Q.    They can't --



1      A.    That is the drive for this.

2      Q.    So they can't get fresh air when they

3  are in their cells or their rooms?

4      A.    No.  Again, I didn't say that.  What I

5  said, it's the drive to get them out of their

6  rooms, so that you don't have kids locked down all

7  of the time in their rooms.

8      Q.    In their rooms.  Does lockdown -- does

9  lockdown have a meaning in your profession?

10     A.    No question.

11     Q.    Does it mean -- can lockdown mean

12  anything other than kids being confined to their

13  rooms?

14     MR. JACOBSON:  Objection to form.

15  BY THE WITNESS:

16     A.    You have to repeat your question.

17  BY MS. CHARDON:

18     Q.    Can "lockdown" mean anything other than

19  kids being confined to their rooms?

20     MR. JACOBSON:  Objection to form.

21     MS. KAMPER:  Join.

22  BY MS. CHARDON:

23     Q.    Is there a definition of "lockdown" in

24  the JTDC policies?



1  occurs once you have finished with them in

2  detention and they go to their -- whatever program

3  that they are going to because most people have a

4  misconception about juvenile detention, and I

5  always try to clear it up on a national basis what

6  juvenile detention is.  It's the beginning of the

7  rehabilitation process.

8       Q.    And from JTDC, they might go onto the

9  IYC?

10      A.    They may go to a mental health program

11 after that.  They may go to an IDJ program.  They

12 may go to a treatment facility.  The way that I

13 explain it when I do the presentation is, juvenile

14 detention is the emergency room of the juvenile

15 justice system.

16 BY MS. CHARDON:

17      Q.    And as the emergency room, it is the

18 responsibility of juvenile detention to begin the

19 process of rehabilitation?

20      A.    That is correct.

21      Q.    That's correct?

22      A.    That is what I said.

23      Q.    And so going back to this third bullet

24 point in the PowerPoint you gave in China, "Youth



```
 1          A.    Yes, they did.
 2          Q.    Who got a chance -- who did they meet?
 3          A.    They got a chance to meet Chris Rock.
 4   They saw Terrence.  That is all I can think of off
 5   the top of my head.
 6          Q.    Do you think that there were more that
 7   they saw?
 8          A.    To meet with them personally?
 9          Q.    To meet or see.
10          A.    Oh, they saw a lot of folks.  I can't
11   think of all of these people's names, but some of
12   those actors, they would say, Oh, that is
13   so-and-so.  I saw him on some TV show.  That is the
14   kind of stuff that they were doing.
15          Q.    When they were up in their pods looking
16   down?
17          A.    Yes, yes.
18          Q.    And so how many kids -- Chris Rock gave
19   a presentation, right, to some kids?
20          A.    Well, I don't know if it was a
21   presentation.  It was actually a discussion, you
22   know, regarding them staying out of trouble and
23   those kind of -- that kind of stuff.
24          Q.    And how many kids went to that?
```



LEONARD DIXON
T.S. vs TWENTIETH CENTURY FOX

March 21, 2019
205

 1  testified for in that -- or who engaged you in that
 2  case, the plaintiff or defendant?
 3      A.    The plaintiffs.
 4      Q.    And what was that case about?
 5      A.    This 9-year-old young man was placed in
 6  different kind of restraints and the use of the
 7  restraint chair.
 8      Q.    Okay.
 9      A.    They were using restraint chairs and
10  they had the kid restrained all of the time, and
11  that was what it was about.
12      Q.    Okay.  Thank you for that detour.
13            Okay.  Before we took the lunch break,
14  we were talking about some discussions -- about
15  Chris Rock's talk he had with the kids.  Did that
16  happen, do you know, in June, the first filming
17  period or the second?
18      A.    Oh, I don't remember.  I don't remember.
19      Q.    Okay.  You -- you also mentioned that
20  Terrence Howard met -- well, I think you said that
21  Terrence Howard met with some kids?
22      A.    Yes, yes.
23      Q.    Was that during the filming time, or was
24  it after the filming concluded?



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                            206

```
 1       A.    I think it was after the filming

 2   concluded.

 3       Q.    And did he come to the facility one time

 4   or more times than that?

 5       A.    I think it was once or twice that he

 6   came to the facility after that.

 7       Q.    And who did he meet with at the facility

 8   after that?

 9       A.    Oh, he met with -- him and his wife,

10   they met with the kids.  They went on the girls'

11   unit.  They took the Level 4 kids down and met --

12   they actually spent a good time with the Level 4

13   kids.

14             And we are still working with them.

15   They are actually trying to develop a book -- a

16   book club or whatever you call it with the kids,

17   so, actually, we are still working with them on

18   that.

19       Q.    Are you still in contact with Terrence

20   Howard about it?

21       A.    Not me personally.  My staff is.

22       Q.    Okay.  But when you say "them," it's

23   Terrence Howard and his wife who are working on the

24   book club?
```



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                            208

```
1    BY THE WITNESS:
2         A.    Did what on his own?
3    BY MS. CHARDON:
4         Q.    He came on his own.  He did not have to
5    do it?
6         A.    Yeah, he did not have to do it.
7         Q.    During the filming periods, you said the
8    kids -- or you thought 30 or 40 kids got to
9    go meet with Chris Rock, right?
10        A.    That's correct.
11        Q.    How long was Chris Rock's presentation?
12        A.    Probably 30, 40 minutes.
13        Q.    Did you talk with any kids about it
14   after, to see what they thought about it?
15        A.    Oh, yes.
16        Q.    And what did the kids tell you?
17        A.    Oh, they were in awe.  They were
18   excited.  They were just happy.  You know, they
19   said they can get a chance to meet someone that
20   they would never get a chance to meet.
21        Q.    Did anybody tell you that they had found
22   what he had to say insulting?
23        A.    No.
24        Q.    Other than the Chris Rock presentation
```



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              209

1    that we talked about, what other actors or members

2    of the Fox crew met with kids?

3         A.    None that I can recall.

4         Q.    And other than looking through their --

5    the windows in their pods, what other ways were the

6    kids able to watch the filming go on?

7         A.    That was it.

8         Q.    What are all of the reasons why -- you

9    said that there was a positive energy in the

10   facility during -- as a result of the filming,

11   right?

12        A.    Yes.

13        Q.    And the staff was -- you noticed a

14   positive energy with the staff?

15        A.    Yes.

16        Q.    And the staff -- did all of the staff

17   have the opportunity to meet with the stars?

18        MS. KAMPER:  Object to form.

19   BY THE WITNESS:

20        A.    No, not all of the staff.

21   BY MS. CHARDON:

22        Q.    Did any staff complain to you about

23   any -- about the filming in any way?

24        A.    No.



LEONARD DIXON                                        March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                                 216

```
 1   better?
 2        A.    Yes.
 3        Q.    Did they tell you they were getting any
 4   complaints?
 5        A.    They didn't give me any.
 6        Q.    How many YDSs did you talk to?
 7        A.    I went to every pod.  I can't tell you
 8   how many YDSs I spoke with.
 9        Q.    But you spoke to one YDS on every pod?
10        A.    Oh, yes.
11        Q.    And they all told you things were
12   better?
13        A.    They told me things were good.
14        Q.    Do you have any names of the YDSs that
15   you talked to that told you that?
16        A.    Oh, no, I don't.
17        Q.    So other than Terrence Howard, did Lee
18   Daniels ever give a workshop for any residents?
19        A.    No, not that I'm aware of.
20        Q.    Did he do any kind of meeting with
21   residents?
22        A.    Not that I'm aware of.
23        Q.    Other than Terrence Howard and Chris
24   Rock, did any of the other Fox crew -- Fox folks
```



1   meet with residents?

2        MR. JACOBSON:  Objection to form.

3   BY THE WITNESS:

4        A.    Not that I'm aware of.

5        THE WITNESS:  Excuse me.  Could we take a

6   break right quick?

7        MS. CHARDON:  Sure.

8        THE VIDEOGRAPHER:  It is 2:11 p.m.  We go off

9   the record.

10                 (WHEREUPON, a recess was had.)

11       THE VIDEOGRAPHER:  This is the beginning of

12  Tape No. 5 of the testimony of Leonard Dixon.  It's

13  2:19 p.m.  We are back on the record.

14  BY MS. CHARDON:

15       Q.    Did you ever ask anyone from Fox -- and

16  by that I mean director, film crew, or actor, to

17  give a workshop to JTDC residents?

18       A.    A workshop?  Not that I can recall.

19       Q.    And whose idea was the Chris Rock

20  presentation?

21       A.    Oh, mine.

22       Q.    And you asked Fox -- who did you ask

23  about that idea or tell -- let me start again.

24            Who did you talk to when you had the



LEONARD DIXON        March 21, 2019
T.S. vs TWENTIETH CENTURY FOX     218

1 idea that Chris Rock should do a presentation?

2    A.  There was a lady that was with him, a

3 couple folks that were with him.  I don't know

4 their names, his assistants or whatever.  I asked

5 her, and when he was in my office, I asked him.

6    Q.  So you asked him -- you went to him

7 directly with the idea?

8    A.  Yeah, I asked him would he talk, you

9 know, with some kids, and then I talked to his

10 assistant and asked her and she said, Well, let me

11 see what we can do.

12    Q.  Did you have to clear it with Brady

13 Breen or anybody else?

14    A.  Not to my knowledge.

15    Q.  Did you ask anybody else to meet with

16 kids, whether workshop, presentation?

17    A.  Terrence Howard and I talked.

18    Q.  When did you talk?

19    A.  When I was upstairs making my rounds, I

20 saw him and we started talking.  I asked him, you

21 know, would he -- would he talk to the kids, and he

22 said he had some ideas about some things that he

23 would like to do with working with delinquent kids

24 and that kind of stuff, so that was the



1   conversation that we had.

2        Q.    Do you remember if that was during

3   filming, when the filming was going on?

4        A.    Yes.

5        Q.    What month was that?

6        A.    Oh, I don't remember the month.

7        Q.    Do you remember what ideas he had?

8        A.    He talked about doing, like, wilderness

9   programs with the kids.  There was a wilderness

10  program and some others things that he was talking

11  about.  I can't tell you exactly.  We did not write

12  it down.

13       Q.    What did you say about the wilderness

14  program idea?

15       A.    Beg your pardon?

16       Q.    What did you say about the wilderness

17  program idea?  Would that work?

18       A.    Oh, I thought it would be a great idea.

19       Q.    Other than that, did you ask anybody

20  else to meet with the kids?

21       A.    Not that I recall.

22       Q.    I think I know the answer to the next

23  question.  Is there ever a time that you remember

24  asking anyone from Fox to meet with the kids and



LEONARD DIXON                                        March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              220

1  being told no?

2          A.    Oh, no, I never have done that.

3          Q.    Did anybody from your staff propose to

4  you that they should do a workshop -- that Fox

5  should do a workshop or the Empire crew?

6          A.    Not that I recall.

7                (WHEREUPON, a certain document was

8                marked Dixon Deposition Exhibit

9                No. 15, for identification.)

10 BY MS. CHARDON:

11         Q.    I'm going to show you Exhibit 15, if you

12 can read this --

13         A.    It's two pages.

14         Q.    Thank you.  In the middle of the first

15 page there's an e-mail that says, Good morning.

16 It's from Philippe Magloire?

17         A.    Yes.

18         Q.    Is there a chance that we can get some

19 of the people -- Fox people to do a workshop for

20 selected residents.  Do you see that?

21         A.    Yes.

22         Q.    And Ms. A responds, Can you come to

23 meeting?

24         MS. KAMPER:  That is -- that's not Ms. A



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                         221

 1  responding.
 2       MS. CHARDON:  Oh, thank you.
 3  BY MS. CHARDON:
 4       Q.   And you responded, Can you come to
 5  meeting?  See Ms. A.  Excuse me.
 6       A.   Yeah.
 7       Q.   That is you responding, Can you come to
 8  meeting, right?
 9       A.   Yes.
10       Q.   Did you have a meeting where you talked
11  about doing a workshop?
12       A.   Not that I recall.
13       Q.   Okay.  So this does not refresh your
14  recollection about whether anybody ever asked you
15  about doing a workshop?
16       A.   Oh, no.
17       Q.   All right.  Did you ever ask Chris Rock
18  to do another presentation after he did the first
19  one in June?
20       A.   No, I did not.
21       Q.   Why not?
22
23
24



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              222

1        A.    I didn't see him again.

2                    (WHEREUPON, a certain document was

3                    marked Dixon Deposition Exhibit

4                    No. 16, for identification.)

5    BY MS. CHARDON:

6        Q.    Okay.  Here is 16.  So at some point

7    that summer, you had correspondence with Mr. Tom

8    Geraghty about the filming; is that right, the

9    Empire filming?

10       MS. KAMPER:  Take your time and read through

11   it.

12   BY THE WITNESS:

13       A.    Okay.

14   BY MS. CHARDON:

15       Q.    Do you recall at some point

16   corresponding with Tom Geraghty that -- about the

17   Empire filming that summer?

18       MR. JACOBSON:  Objection to form.

19   BY MS. CHARDON:

20       Q.    Let me start back.  Who is Tom Geraghty?

21       A.    He works for the -- if I'm not mistaken,

22   he works for the Northwestern Law School or

23   something like that.

24       Q.    Did he have a role in the -- I'm losing



 1   the name -- the Jimmy Doe proceedings, the court

 2   monitoring transitional administration?

 3        A.   I think so.

 4        Q.   Do you know what it was?

 5        A.   No.

 6        Q.   Okay.  If you go a couple pages into

 7   this document, you see at the bottom, it's OAG7822,

 8   and that is actually a letter from --

 9        A.   Hold on.  Where is it?

10        Q.   Oh yeah, behind that, a few pages in, so

11   it ends in 7822.

12        MS. KAMPER:  I think it's the next one after

13   that or maybe yours are -- yours is mixed up.

14        MS. CHARDON:  Can I look at yours?  Sorry.

15        MS. KAMPER:  Mine is in the right order.

16        MS. CHARDON:  Somebody -- I'm guessing

17   somebody's copy does not start with 7817 and starts

18   behind that.  Is that true?  Does everyone's start

19   with 7817?

20        MS. KAMPER:  Mine starts with 817.

21        MR. LUZADDER:  I'm missing 819 though.

22        MS. CHARDON:  Mine -- just to make this clear

23   for the record, it should be, 7817.  There is an

24   819 for Matt.  It should be 78 -- his is off.  We



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                          224

1  need to photocopy it.  I don't know what happened.

2       MR. WEIL:  It goes past this.

3       MS. CHARDON:  It should be 7817 to 7848.  So I

4  have to take a break and make a photocopy.  I

5  apologize.

6       MR. WEIL:  No, this is wrong.

7       MS. CHARDON:  We have the wrong exhibit, so

8  we'll take a short break.

9       MR. WEIL:  Joi, can I just grab yours?

10      MS. KAMPER:  Sure.

11      THE VIDEOGRAPHER:  It's 2:28.  We go off the

12  record.

13                 (WHEREUPON, a recess was had.)

14      THE VIDEOGRAPHER:  It is 2:35 p.m.  We are

15  back on the record.

16  BY MS. CHARDON:

17      Q.   Okay.  Let's take a look at Exhibit 16.

18  Thank you for your patience.

19

20

21

22

23

24



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              225

```
1              And can you turn -- oh, we have to
2    remark one, right?  There we go.  Who has the extra
3    16?  This is marked 16, and yours is identical to
4    everybody else's now.
5                    (WHEREUPON, a certain document was
6                    remarked Dixon Deposition Exhibit
7                    No. 16, for identification.)
8    BY MS. CHARDON:
9         Q.    Now, can you please turn to the back
10   which is -- well, not the back.  Page 7822.
11        A.    Okay.
12        Q.    And that is an e-mail from Tom Geraghty
13   to John Curran, Ben Wolf and Harvey Grossman.  Do
14   you see that?
15        A.    Yes.
16        Q.    It looks like Ben Wolf and Harvey
17   Grossman have ACLU addresses, right?
18        A.    Yes.
19        Q.    And John Curran is a State's Attorney.
20   What was John Curran's role -- I noticed that he
21   was on the earlier letter that you had sent in
22   August of 2015.  What was his role, if you know, in
23   the Jimmy Doe case?
24        A.    I think he was representing the County.
```



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              226

1       Q.    Okay.

2       A.    You know.

3       Q.    Had you ever -- this e-mail says, Dear

4   John, greetings.  Hope all is well.  I write

5   because I've received inquiries about the filming

6   of Empire at the JTDC and the impact of the filming

7   on residents of the JTDC.  Do you know anything

8   about this?  Thanks for any information you might

9   be able to provide, best Tom.

10            Before today, have you seen that e-mail

11  before?

12      A.    No.

13      Q.    Okay.  Was it ever forwarded along to

14  you?

15      A.    Not to my knowledge.

16      Q.    At some point you wrote a letter

17  responding to Mr. Geraghty, correct?

18      A.    Yes.

19      Q.    And at some point you found out that he

20  had concerns about the Fox Empire show filming,

21  right?

22      A.    Yes.

23      Q.    How did you find out about that if you

24  did not see this e-mail?



LEONARD DIXON                                March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                            227

1      A.    I think the attorney called -- called me

2   or something like that.  I can't remember exactly.

3   I don't know if he called or sent me another e-mail

4   on it or something.  I don't recall how I got --

5   how it came about.

6      Q.    Did you -- when you wrote this letter,

7   you included this article by Sam Jones with the

8   letter, right?

9      A.    That's correct.

10     Q.    Did you include a copy of Mr. Geraghty's

11  correspondence?

12     MR. JACOBSON:   That was also my question.

13  BY MS. CHARDON:

14     Q.    If you know.  So this is a continuous

15  Bates range.  The numbers on the bottom are in

16  order, and I'm just wondering if you know whether

17  this belongs with the letter you sent?  Was it

18  attached to the letter that you sent?

19     A.    Not that I'm aware of.

20     Q.    So to your knowledge, the only

21  attachment was this?

22     A.    That's correct.

23     Q.    And to your knowledge, you don't

24  recollect ever seeing Tom Geraghty's e-mail?



LEONARD DIXON                                  March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                         221

1    responding.

2          MS. CHARDON:  Oh, thank you.

3    BY MS. CHARDON:

4          Q.    And you responded, Can you come to

5    meeting?  See Ms. A.  Excuse me.

6          A.    Yeah.

7          Q.    That is you responding, Can you come to

8    meeting, right?

9          A.    Yes.

10         Q.    Did you have a meeting where you talked

11   about doing a workshop?

12         A.    Not that I recall.

13         Q.    Okay.  So this does not refresh your

14   recollection about whether anybody ever asked you

15   about doing a workshop?

16         A.    Oh, no.

17         Q.    All right.  Did you ever ask Chris Rock

18   to do another presentation after he did the first

19   one in June?

20         A.    No, I did not.

21         Q.    Why not?

22

23

24



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              248

1        A.    Well, if you have enough beds, then it's
2    not overcrowding.
3        Q.    Is there something called rated capacity
4    for the pods that is a written policy at JTDC that
5    you are aware of?
6        A.    I can't recall it right now.
7        Q.    Then we are just going to come back to
8    that.  We will print a copy, and we can get back to
9    it.  I'm going to make sure you and I are looking
10   at the same thing.
11                  (WHEREUPON, a certain document was
12                  marked Dixon Deposition Exhibit
13                  No. 17, for identification.)
14   BY MS. CHARDON:
15       Q.    Okay.  I'm showing you Dixon 17.  This
16   is an e-mail from Leonard Dixon to Joe D.  Do you
17   see that?
18       A.    Uh-huh.
19       Q.    Is Joe D. your son?
20       A.    Yes.
21       Q.    You forwarded him your response to Tom
22   Geraghty regarding the Empire concerns and you
23   wrote, Dying, right?
24       A.    I wrote what?



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              249

1        Q.    In your e-mail, you write, Dying?

2        A.    Oh, I'm sure that's a typo.

3        Q.    That's a typo?

4        A.    Yeah.

5        Q.    What do you think that you were trying

6    to say?

7        A.    I can't recall what it was, but it was

8    not dying.

9        Q.    You don't think -- were you being

10   critical of the fact that Geraghty had written

11   about concerns?

12       A.    Oh, no.

13       Q.    You wouldn't have been critical of that?

14       A.    Oh, no.

15       Q.    You have been in that position before

16   actually as a monitor, right?

17       A.    What position?

18       Q.    A monitor appointed to oversee a

19   juvenile detention facility, right?

20       A.    Yes.

21       Q.    And you didn't just do that for the

22   money, did you?  You can pass -- this is for, and I

23   can pass this on.  This is an e-mail from you to --

24       A.    Okay.



LEONARD DIXON                           March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                       250

```
1        MS. KAMPER:  I don't think that we had an
2    answer to the last question.
3        MS. CHARDON:  Okay.
4        MS. KAMPER:  You asked --
5    BY MS. CHARDON:
6        Q.    Sure.  You didn't just do that for the
7    money, did you, when you were a court-appointed
8    monitor?
9        A.    No.  It was done based on my profession
10   and how I want to see the system get better.
11       Q.    You cared about making things better for
12   kids, right?
13       A.    Yes.
14              (WHEREUPON, a certain document was
15              marked Dixon Deposition Exhibit
16              No. 18, for identification.)
17   BY MS. CHARDON:
18       Q.    This is an e-mail from -- at the top it
19   is from Tzatwanza Dixon to you, right?
20       A.    Uh-huh.
21       Q.    And below that you had forwarded the
22   Empire filming concerns letter to her, right?
23       A.    Uh-huh.
24       Q.    You wrote, Please review.  These folks
```



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              251

1  don't care about these kids, just how much money

2  they can squeeze out of the county.  They want to

3  keep things messy.  This is a once in a lifetime

4  event for these kids and staff.  I will not back

5  off for what is best for the facility and the kids.

6        A minute ago you said you wouldn't have

7  criticized Tom Geraghty for writing that letter

8  about expressing concern.  Does this refresh your

9  recollection as to whether you were critical of

10  that letter?

11     MS. KAMPER:  Objection to form, foundation.

12  BY THE WITNESS:

13     A.   Now, what is your question?

14  BY MS. CHARDON:

15     Q.   Were you critical of Tom Geraghty for

16  writing in with a concern about the Empire filming

17  and its effect on the kids?

18     A.   No.  I was critical of folks trying to

19  make money off of our kids and not understanding

20  what we are trying to do to help kids, and that has

21  been my stance in my profession because I see it

22  all of the time.

23     Q.   And that would be wrong, to try and make

24  money off the kids without understanding what you



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              252

1  are trying to do for them, right?

2       A.    I think it's wrong to not understand

3  what we are doing and to have just blanket outright

4  criticism when you don't know.

5       Q.    Do you think that Tom Geraghty was

6  trying to squeeze money out of the County when you

7  wrote that letter?

8       A.    Oh, I don't know.

9       Q.    You wrote, These folks don't care about

10  these kids.  Do you think Tom Geraghty doesn't care

11  about the kids?

12       A.    Oh, I don't know Tom Geraghty.

13       Q.    Who did you mean -- well, who were you

14  talking about?

15       A.    I meant in general.

16       Q.    Did you mean the ACLU?

17       A.    No, I mean in general.

18       MS. KAMPER:  Objection, form.

19  BY MS. CHARDON:

20       Q.    So when you talk about "these folks" --

21       MS. KAMPER:  Object to form.

22  BY MS. CHARDON:

23       Q.    -- you are not referring to the people

24  who wrote the letter -- or wrote in with concerns?



800.211.DEPO (3376)
EsquireSolutions.com

LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              253

1        MS. KAMPER:   Object to form.

2    BY THE WITNESS:

3        A.    I'm saying in general because it also

4    says -- this is the same thing that happened in

5    Detroit.  It also says that the same thing happened

6    in Miami.

7    BY MS. CHARDON:

8        Q.    So you are reading this e-mail -- what

9    you wrote in this e-mail, and your testimony today

10   is that you were not critical at the time of Tom

11   Geraghty for writing this in?

12       A.    I don't know Tom Geraghty.

13       Q.    About the person that made it -- that

14   you had to write that letter to Tom Geraghty?

15       MS. KAMPER:  Objection, form.

16   BY THE WITNESS:

17       A.    What is your question?

18   BY MS. CHARDON:

19       Q.    Were you critical at the time about the

20   inquiry into what was going on with the Empire

21   filming?

22       MS. KAMPER:  Objection, form.

23   BY THE WITNESS:

24       A.    As I said -- as I said, my opinion was



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                            254

```
 1   about people trying to make money off of kids, and
 2   I have seen that in several places.  And that is
 3   why I said Miami and Detroit, because that is what
 4   people do.
 5   BY MS. CHARDON:
 6       Q.   Who in this scenario was trying to make
 7   money off the kids?
 8       A.   I don't know.
 9       MS. KAMPER:  Objection to form.
10   BY THE WITNESS:
11       A.   It was a general statement.
12   BY MS. CHARDON:
13       Q.   And it had nothing to do with the Empire
14   filming concerns letter?
15       MS. KAMPER:  Objection to form.
16   BY THE WITNESS:
17       A.   Oh, I don't -- it was a general
18   statement.
19   BY MS. CHARDON:
20       Q.   So you are reading this today.
21       A.   Uh-huh.
22       Q.   These folks don't care about these kids,
23   just how much money they can squeeze out of the
24   County.  They want to keep things messy.  That is
```



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              255

```
 1   what you wrote when you forwarded the letter from
 2   you to Geraghty to Tzatwanza Dixon?
 3        A.    That's correct.
 4        Q.    And your testimony today is that when
 5   you said "these folks," you weren't referring to
 6   anybody who was listed in the letter?
 7        MS. KAMPER:  Objection, form, asked and
 8   answered several times.
 9   BY THE WITNESS:
10        A.    It was a general statement based on my
11   experience of dealing with folks who have tried to
12   make money off of institutions.  That is what I was
13   saying.  I would say the same thing.
14   BY MS. CHARDON:
15        Q.    Were you talking about -- you weren't
16   talking about Fox when you wrote this, These folks
17   don't care about these kids, were you?
18        MS. KAMPER:  Objection, form.
19   BY THE WITNESS:
20        A.    Again, I was making a general statement
21   regarding people making money off of kids.
22   BY MS. CHARDON:
23        Q.    And why were you making that statement
24   in this e-mail forwarding the -- forwarding the
```



1  letter?

2      A.    Because I have seen it in my career

3  numerous times of people doing the ambulance

4  chasing, trying to make money off of kids.

5      Q.    And that is what you thought was going

6  on here?

7      MS. KAMPER:  Objection, form.  That misstates

8  testimony.

9  BY THE WITNESS:

10     A.    It was a general statement based on my

11 experience of people trying to make money off of

12 kids.

13 BY MS. CHARDON:

14     Q.    Was it or was it not what you thought

15 was going on with that letter?

16     A.    It was a general statement based on what

17 was going on -- a general statement of what I've

18 seen in my career of people making money off of

19 kids.

20     Q.    I keep asking you a question, and you

21 are giving me an answer to -- you are not giving me

22 the answer to my question.  I don't know what a

23 general statement means to you.

24     MS. KAMPER:  Objection.  I mean, you have



LEONARD DIXON                                    March 21, 2019
T.S. vs TWENTIETH CENTURY FOX                              314

1    Q.    So do you know where -- if this

2    photograph is autographed, do you know where it

3    came from or who possessed it?

4    A.    No.

5    Q.    Okay.  So we have seen photographs of

6    Taraji Henson, Chris Rock, the gentleman who was in

7    The Wire, Mr. Smollett, Mr. Howard, Mr. Daniels.

8    Were there any other stars that came to film at

9    Empire than the ones that we have seen in these

10   photographs?

11   A.    Yes.  It was a couple other people.  One

12   guy I can't think of his name.  He's a comedian.

13   He's a black comedian.  He took pictures.

14   Q.    Did you take a picture with him?

15   A.    I think so, yes.

16   Q.    Okay.  Do you have a copy of that

17   picture?

18   A.    Oh, it's on the wall so --

19   Q.    Anybody else?

20   A.    No.  There's pictures on the wall with

21   staff and some of these folks.

22   Q.    Are there any other celebrities or stars

23   that came that are not in any of the photographs,

24   here or the one -- the comedian?



1       A.    Oh, not that -- not that I'm aware

2   of.

3       Q.    So you got a photograph with all of

4   them?

5       A.    Yeah.  As best I could, yes.

6       MS. CHARDON:  I'm done, so thank you very

7   much.  I may have a few additional questions, if

8   they choose to ask questions.

9       MS. KAMPER:  So we'll just take a brief

10  break.

11      THE VIDEOGRAPHER:  It is 4:33 p.m.  We go off

12  the record.

13                  (WHEREUPON, a recess was had.)

14      THE VIDEOGRAPHER:  It is 4:39 p.m.  We are

15  back on the record.

16      MS. KAMPER:  Okay.  Does the County have any

17  questions?

18      MR. CATANIA:  We have no questions for

19  Mr. Dixon.  Thank you.

20      MS. KAMPER:  What about Fox?

21      MR. JACOBSON:  No questions.

22      MR. DIERKES:  No questions.

23      MS. KAMPER:  And I have no questions.  Okay.

24      THE VIDEOGRAPHER:  So this is the end of the



```
 1   STATE OF ILLINOIS )

 2                     ) SS:

 3   COUNTY OF C O O K )

 4              I, KRISTIN C. BRAJKOVICH, a Certified

 5   Shorthand Reporter of said state, do hereby

 6   certify:

 7              That previous to the commencement of the

 8   examination of the witness, the witness was duly

 9   sworn to testify the whole truth concerning the

10   matters herein;

11              That the foregoing deposition transcript

12   was reported stenographically by me,

13   was thereafter reduced to typewriting under my

14   personal direction and constitutes a true record

15   of the testimony given and the proceedings had;

16              That the said deposition was taken

17   before me at the time and place specified;

18              That I am not a relative or employee

19   or attorney or counsel, nor a relative or

20   employee of such attorney or counsel for any of

21   the parties hereto, nor interested directly or

22   indirectly in the outcome of this action.

23              IN WITNESS WHEREOF, I do hereunto set my

24   hand and affix my seal of office at Chicago,
```



```
 1    Illinois, this 1st day of April 2019.

 2

 3

 4

 5

 6

 7                    C.S.R. Certificate No. 84-3810.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

