IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| T.S. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:16-cv-08303 |
| | ) | |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Twentieth Century Fox Television *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to the parties' Agreed Confidentiality Order (ECF 125) and Local Rule 26.2(c)(5), Plaintiffs move the Court permit the filing certain exhibits to the Exhibit List in Support of Plaintiffs' Summary Judgment Response ("Sealed Exhibit List") (ECF 423) under seal. In support of this motion Plaintiffs state as follows:

1. Plaintiffs have filed a public version of the Exhibit List (ECF 422), and attached to it multiple exhibits.

2. Several exhibits to the public version of the Exhibit List are documents that the Defendants have marked as Confidential pursuant to the Agreed Confidentiality Order (ECF 125).

3. The Defendants have represented to Plaintiffs that the information in these exhibits is confidential business information or otherwise confidential information pursuant to the Agreed Confidentiality Order. Those documents are the following exhibits to the Exhibit List: 27, 37, 40, 41, 43, 48, 54, 55, 56, 66, 68, 69, 70, 71, 102 (the "Confidential Exhibits").

4. Pursuant to Local Rule 26.2(c) and the Confidentiality Order, Plaintiffs have (1) filed a public version of the Exhibit List, ECF 422 with cover fillers for the Confidential

1

Exhibits; and (2) have provisionally filed the Sealed Exhibit List under seal, and attaching to it complete versions of the Confidential Exhibits;" and (3) now seek in this Motion permission to Sealed Exhibit List (423) and the attached Confidential Exhibits under seal

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order permitting Plaintiffs to file the provisionally filed Sealed Exhibit List (ECF 423) and attached Confidential Exhibits under seal.

February 9, 2020

Respectfully Submitted,

/s/ Stephen H. Weil

Stephen H. Weil – weil@loevy.com
Jonathan I. Loevy – jon@loevy.com
Michael I. Kanovitz – mike@loevy.com
Sarah C. Grady – sarah@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
312.243.5900

*Attorneys for Named Plaintiffs T.S. and Q.B.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing

system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Stephen H. Weil