IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>Twentieth Century Fox Television *et al.*,<br><br>        Defendants. | Case No. 1:16-cv-08303<br><br>Hon. Rebecca R. Pallmeyer |

## PLAINTIFFS' UNOPPOSED MOTION TO CORRECT

Plaintiffs, through counsel, hereby respectfully move the Court for leave to correct several exhibits attached to Plaintiff's Exhibit List (ECF 422) to Plaintiff's Statement of Additional Facts ("PSOAF"), ECF 421-3. Plaintiffs have consulted with the Defendants, who do not oppose this motion. In support Plaintiffs state:

Plaintiffs submitted multiple deposition transcript excerpts as exhibits to the PSOAF. Plaintiffs have learned that several of those exhibits did not contain some of the transcript pages that were cited in the PSOAF. The exhibits with missing transcript pages are ECF numbers 422-7 (Ex. 7), 422-9 (Ex. 9), 422-15 (Ex. 15), 422-29 (Ex. 29), 422-33 (Ex. 33), 422-73 (Ex. 73), 422-79 (Ex. 79), 422-103 (Ex. 103). Plaintiffs have attached to this motion corrected versions of each of these exhibits, containing the pages cited in the PSOAF.

**WHEREFORE**, Plaintiffs respectfully request leave from the Court to submit certain corrected exhibits to their PSOAF, which are attached as exhibits to this motion.

[signature on following page]

March 1, 2021									Respectfully Submitted,

/s/ Stephen H. Weil

Stephen H. Weil – weil@loevy.com
Jonathan I. Loevy – jon@loevy.com
Michael I. Kanovitz – mike@loevy.com
Sarah C. Grady – sarah@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
312.243.5900

*Attorneys for Named Plaintiffs T.S. and Q.B.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2021, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                    /s/ Stephen H. Weil