UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.S. *et al.*,<br><br>  Plaintiffs.<br><br>  v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation et al.,<br><br>  Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Chief Judge Rebecca Pallmeyer |

**DECLARATION OF JEFFREY S. JACOBSON IN SUPPORT OF DEFENDANTS' CONSOLIDATED RESPONSE TO PLAINTIFFS' STATEMENTS OF ADDITIONAL FACTS**

I, Jeffrey S. Jacobson, declare:

1. I am a licensed attorney and a member of the law firm of Faegre Drinker Biddle & Reath LLP, counsel for Defendants Twentieth Century Fox Television ("20th TV"), the Fox Broadcasting Company, and Twenty-First Century Fox, Inc. (the "Fox Defendants") in the above-captioned action. I am admitted to practice in this District, I am over 18 years of age, and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so. I submit this declaration in support of Defendants' Consolidated Response to Plaintiffs' Statements of Additional Facts, filed contemporaneously herewith.

2. The attached exhibits referenced in Paragraphs 2(a) – 2(d) below are updated versions of exhibits previously filed in support of Defendants' Motions for Summary Judgment (ECF Nos. 409, 411) and Defendants' Consolidated Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motions for Summary Judgment (ECF No. 415).

a. Attached hereto as Exhibit 5 is an updated true and correct copy of excerpts of the deposition transcript of Leonard Dixon, taken on March 21, 2019 in the above-captioned action. This updated Exhibit 5 replaces and supersedes Defendants' Exhibit 5 filed in support of Defendants' Motions for Summary Judgment (ECF Nos. 409, 411) and Defendants' Consolidated Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motions for Summary Judgment (ECF No. 415).

b. Attached hereto as Exhibit 17 is an updated true and correct copy of excerpts of the deposition transcript of William Steward, taken on January 22, 2019 in the above-captioned action. This updated Exhibit 17 replaces and supersedes Defendants' Exhibit 17 filed in support of Defendants' Motions for Summary Judgment (ECF Nos. 409, 411) and Defendants' Consolidated Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motions for Summary Judgment (ECF No. 415).

c. Attached hereto as Exhibit 31 is an updated true and correct copy of excerpts of the deposition transcript of Anna Buckingham, taken on March 7, 2019 in the above-captioned action. This updated Exhibit 31 replaces and supersedes Defendants' Exhibit 31 filed in support of Defendants' Motions for Summary Judgment (ECF Nos. 409, 411) and Defendants' Consolidated Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motions for Summary Judgment (ECF No. 415).

d. Attached hereto as Exhibit 42 is an updated true and correct copy of excerpts of the deposition transcript of Zenaida Alonzo, taken on October 24, 2019, in the above-captioned action. This updated Exhibit 42 replaces and supersedes Defendants' Exhibit 42 filed in support of Defendants' Motions for Summary Judgment (ECF Nos. 409,

411) and Defendants' Consolidated Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motions for Summary Judgment (ECF No. 415).

3. The attached exhibits referenced in Paragraphs 3(a) – 3(e) below are new exhibits which Defendants add to their original exhibit list filed in support of Defendants' Motions for Summary Judgment (ECF Nos. 409, 411) and Defendants' Consolidated Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motions for Summary Judgment (ECF No. 415).

    a. Attached hereto as Exhibit 58 is a true and correct copy of excerpts of the deposition transcript of Earl Dunlap and Exhibits 9 and 10 thereto, taken on July 28, 2020, in the above-captioned action.

    b. Attached hereto as Exhibit 59 is a true and correct copy of Exhibit 3 to the deposition of Yvonne Akins, taken on January 29, 2019 in the above-captioned action.

    c. Attached hereto as Exhibit 60 is a true and correct copy of excerpts of the deposition transcript of Earl Dunlap, taken on May 22, 2019, in the above-captioned action.

    d. Attached hereto as Exhibit 61 is a true and correct copy of an email from Anna Buckingham dated August 21, 2015, also attached as Exhibit 36 to Docket No. 237, filed in the above-captioned action.

    e. Attached hereto as Exhibit 62 is a true and correct copy of a log dated June 13, 2015, produced as Bates-number CCSAO T.S. 20thCentury00765 in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 11th day of March, 2021.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
212-248-3191
jeffrey.jacobson@faegredrinker.com