**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T.S. *et al.,*<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation et al.,<br><br>　　　　　　　Defendants. | Case No. 1:16-cv-08303<br><br>Honorable Chief Judge<br>Rebecca Pallmeyer |

**DEFENDANTS, THE COUNTY OF COOK, ILLINOIS AND LEONARD DIXON'S MOTION FOR CERTIFICATION OF THE COURT'S ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO 28 U.S.C. § 1292(B)**

　　　　Defendants the County of Cook, Illinois, and Leonard Dixon, Superintendent of the Cook County Juvenile Temporary Detention Center, respectfully move for an order amending the Court's Order dated June 10, 2021 ("The Order") on Defendants' Motion for Summary Judgment (Dkt. No. 434), for the purpose of certifying The Order for immediate interlocutory appeal to the Seventh Circuit pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 5(a)(3). The Court has jurisdiction to issue the requested relief, and 28 U.S.C. § 1292(b) certification is appropriate because The Order involved controlling questions of law as to which there is substantial grounds for difference of opinion, and an immediate appeal from The Order may materially advance the ultimate termination of the litigation. The bases for Defendants' motion are set forth in greater detail in the accompanying Memorandum Of Points And Authorities In Support Of Motion To Certify Questions Pursuant To 28 U.S.C. § 1292(b), filed simultaneously with this Motion.

　　Date: June 24, 2021　　　　　　　　　　Respectfully Submitted,

1

By: *Francis J. Catania*
Francis J. Catania
Danielle Mikhail
Cook County State's Attorney's Office
50 West Washington, Room 500
Chicago, IL 60602
312-603-3373
francis.catania@cookcountyil.gov
danielle.mikhail@cookcountyil.gov

*Attorneys for Defendant the County of Cook, Illinois*

By: *Lyle K. Henretty/ Patrick D. Morris*
Lyle K. Henretty
Patrick D. Morris
Cook County State's Attorney
50 W Washington, Suite 2760
Chicago, IL 60602
312-603-1434
patrick.morris@cookcountyil.gov
lyle.henretty@cookcountyil.gov

*Attorneys for Defendant Leonard Dixon*

2