**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T.S. & Q.B., <br><br> Plaintiffs. <br><br> v. <br><br> Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation; Fox Broadcasting, Twenty-first Century Fox; County of Cook; Leonard Dixon; and Office of the Chief Judge, <br><br> Defendants. | Case No. 1:16-cv-08303 <br> Honorable Chief Judge <br> Rebecca Pallmeyer |

**MOTION TO WITHDRAW DANIELLE A. MIKHAIL AS
COUNSEL FOR DEFENDANT COOK COUNTY**

Defendant, County of Cook, Illinois ("Cook County"), by its attorney, Kimberly M. Foxx, State's Attorney of Cook County, through her assistant, Danielle Mikhail, pursuant to Local Rule 83.17, hereby moves this Court to grant **Danielle A. Mikhail** leave to withdraw as an attorney of record in this matter. In support of this motion, Defendant Cook County states as follows:

1. Defendant Cook County is represented in this matter by the Cook County State's Attorney's Office ("CCSAO").

2. Danielle Mikhail entered an appearance as an Assistant State's Attorney and has been one of the attorneys of record in this matter for Defendant Cook County.

3. Danielle Mikhail is leaving the employment of the CCSAO on February 11, 2022 and as a result will no longer be involved in the representation of any Defendant in this matter.

4. Francis Catania has an appearance on file as an Assistant State's Attorney and will remain as counsel of record for Defendant Cook County in this matter.

5. No Defendant will be left without representation as a result of Danielle Mikhail's withdrawal from this matter.

6. Accordingly, the Defendant Cook County seek to withdraw the appearance of Danielle A. Mikhail in this matter, and to terminate all ECF notices to her.

WHEREFORE, Defendant respectfully request that the Court enter an order terminating the appearance of Danielle A. Mikhail and to terminate notifications to her in this matter.

Date: January 31, 2022

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Danielle Mikhail*
Danielle Mikhail
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3368

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the foregoing to be served on all counsel of record via the ECF system on January 31, 2022.

*/s/ Danielle Mikhail*
Danielle Mikhail