# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

T.S, and Q.B., a minor by and through his grandparent and guardian, V.P., on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

TWENTIETH CENTURY FOX TELEVISION, a division of TWENTIETH CENTURY FOX FILM CORPORATION; FOX BROADCASTING COMPANY; TWENTY-FIRST CENTURY FOX, INC.; THE COUNTY OF COOK, ILLINOIS; THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY in his official capacity; LEONARD DIXON; and JOHN DOES 1 through 20,

Defendant(s).

Case No. 16 C 8303
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is dismissed with prejudice.

This action was (check one):

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ Dismissed with prejudice, by Judge Rebecca R. Pallmeyer, at the direction and pursuant to the mandate of the United States Court of Appeals for the Seventh Circuit [469] [470] [471].

Date: 6/7/2023            Thomas G. Bruton, Clerk of Court

                                                Christina Presslak , Deputy Clerk